# EXHIBIT 7

Topics
0 ITEMS LOG IN REGISTER
Search By Keywords

NO-TILL FARMER
The No-Till Authority Since 1972

NEWS & NOTES RESOURCES NATIONAL NO-TILLAGE CONFERENCE NO-TILL 101 DRYLAND NO-TILLER
STORE PUBLICATIONS HELP SUBSCRIBE

# EPA to Approve Dicamba for Use on Roundup Ready 2 Xtend Soybeans

April 5, 2016 | Posted in Seeding & Planting, Crop Protection
Source: Monsanto Co.

The EPA announced a 30-day public comment period regarding the in-crop use of dicamba herbicide with Roundup Ready 2 Xtend soybeans and Bollgard II XtendFlex cotton.

A limited commercial introduction of Bollgard II XtendFlex Cotton took place in 2015 with commercial launch in 2016. Monsanto announced its commercialization plans for Roundup Ready 2 Xtend soybeans in February. Monsanto's Asgrow, Channel and regional brands, along with Corn States licensees, expect to introduce more than 70 soybean products across eight maturity groups with agronomic traits including resistance to nematodes and phytophthora root rot. Roundup Ready 2 Xtend soybeans are broadly licensed to more than 100 seed brands.

At present, it is a violation of federal and state law to make an in-crop application of any dicamba herbicide product on Roundup Ready 2 Xtend soybeans or Bollgard II XtendFlex cotton as no dicamba product is currently approved for those uses.

TOP ARTICLES

- Scientists Find Tillage Damages Earthworm Populations
- Keeping a No Till Planter in Top Shape
- Slugs Likely to Thrive This Summer
- [Podcast] Enabling No-Till Yields to Increase with Earthworms and Drainage
- A Paraquat History Lesson

CURRENT ISSUE




No-Till Farmer

Get full access NOW to the most comprehensive, powerful and easy-to-use online resource for no-tillage practices. Just one good idea will pay for your subscription hundreds of times over.

SUBSCRIBE NOW

Dicamba has a decades-long history of safe and effective use in the U.S. and 25 other countries in corn, wheat, fallow and pasture land, conservation tillage acres, as well as homeowner uses. Following final approvals, farmers will be able to use dicamba in-crop with soybeans tolerant to dicamba and glyphosate and with cotton tolerant to dicamba, glyphosate and glufosinate.

In December 2014, the U.S. Department of Agriculture (USDA) concluded a thorough assessment of Monsanto's Roundup Ready 2 Xtend soybeans and Bollgard II XtendFlex cotton and authorized those crops for unrestricted commercial planting. Before reaching its decision, the USDA considered nearly 5,000 comments submitted by farmers, academic and scientific experts and other key stakeholders. An overwhelming majority of those who provided feedback during the public comment period voiced support for the trait technology.

The EPA is now accepting public comments. Comments on the EPA's regulatory decision must be submitted no later than April 30, 2017. Comments may be submitted to the EPA docket EPA-HQ-OPP-2016-0187 at www.regulations.gov.

Monsanto has provided a tool, which can be found at RoundupReadyPLUS.com/supportdicamba, to aid stakeholders in writing and submitting a comment.

KEYWORDS DICAMBA DICAMBA-TOLERANT SOYBEANS MONSANTO ROUNDUP READY 2 XTEND


## Related Articles

- Dicamba Products Labeled for Use on Xtend Soybeans and Cotton
- EPA Approves Monsanto's Low-Volatility Dicamba Herbicide
- Readers Blast Growers, Monsanto, Ag Chemical Dealers, Applicators and Even EPA Over 2016 Illegal Dicamba Usage with Roundup Ready 2 Xtend Soybeans

- Excessive 'N' Application Burning the Carbon Pool
- What I've Learned From No-Tilling: Focus on Organic Matter, Flexibility Keeps No-Till Farm One Step Ahead
- Finding a Weed Control Plan that Won't Hurt Your Covers

VIEW MORE

MUST READ FREE EBOOKS

Download these helpful knowledge building tools

- 159 Tips, Techniques and Ideas for a Productive and Profitable No-Till System
- Better Soils with the No-Till System
- The Pluses and Minuses of Today's Most Popular Cover Crops
- Growing High-Yield No-Till Soybeans

VIEW MORE

VIDEOS





John Deere Debuts New Smart er S700 Combines

Cyndee Smiley Dolan, division marketing manager with John Deere, provides and overview of the new

Case: 4:17-cv-02031-SNLJ Doc. #: 1-7 Filed: 07/19/17 Page: 4 of 5 PageID #: 124

## Related Products

Improve Your Chances of Raising Profitable No-Till Corn, Soybeans - Marion Calmer - NNTC 2016 Presentation - MP3 Download

Putting The Effort Into High-Yielding No-Till Soybeans - Brian Kitterman - NNTC 2015 Presentation - MP3 Download

Signals That Show A Need To Use Glyphosate More Judiciously (NNTC 2012 Presentation) - MP3 Download

## Related Events

7th World Congress on Conservation Agriculture

Pennsylvania No Till Alliance "Cover Crops — Keeping it Simple"

Ag Progress Days

# Post a comment to this article

Name*

E-mail (will not be displayed)*

Subject

Comment*

S700 combines which incorporate advanced automated harvesting technology.

VIEW MORE

EVENTS

## Ag Progress Days

Date: 08/15/17
Location:

With more than 500 exhibitors and vendors showcasing innovations in agricultural equipment and related industries, Ag Progress Days has something for everyone. Our show also features Penn State Extension research and offers educational presentations, guided tours, and interactive fun for the whole family. Spend your day on our 55-acre indoor and outdoor exhibit site learning about the amazing food and fiber system.

View Event

MORE EVENTS

TOP DIRECTORY LISTINGS

Yetter Mfg Co

With more than 84 years of solutions for agriculture, we are recognized as the leader in designing planter attachments, precision fertilizer placement tools, and bulk seed handling products.

Create Comment Reset

Unable to fetch comments.

**Needham Ag Technologies, LLC**

Needham Ag understands the role of technology in making better use of limited resources within a specific environment by drawing on a wealth of global experience to overcome the challenges facing today's farmers, manufacturers and dealers.

**Titan International, Inc**

Titan offers a full line of wheels, tires and undercarriage products for a wide variety of off-the-road equipment.

VIEW MORE

Copyright ©2017. All Rights Reserved
Design, CMS, Hosting & Web Development :: ePublishing

Contact Us Current Issue Circulation Admin