# EXHIBIT 9

Form DP 9

CHECKLIST
OF
REPORT

Case File# 15-204

Name of Requester Inspector Initiated

| | Included | Needed | Not Applicable |
|---|---|---|---|
| 1. Information from caller (Form DP-1) | ☑ | ☐ | ☐ |
| 2. Request for Investigation (Form DP-2) | ☐ | ☑ | ☑ |
| 3. Report of Investigation (Form DP-3) | ☐ | ☑ | |
| 4. Narrative | ☑ | ☐ | |
| 5. Attachments | | | |
| a. Map(s) | ☐ | ☑ | ☐ |
| b. Labels | ☐ | ☐ | ☐ |
| c. Statements | ☐ | ☐ | ☐ |
| d. Photos | ☐ | ☑ | ☐ |
| e. Residue Analysis | ☐ | ☐ | ☐ |
| f. Records- | | | |
| 1. Dealers | ☑ | ☐ | ☐ |
| a. Notice of Inspection | ☑ | ☐ | ☐ |
| 2. Applicators | ☑ | ☐ | ☐ |
| a. Notice of Inspection | ☑ | ☐ | ☐ |
| 3. Farmers | ☐ | ☐ | ☐ |
| 4. Other ________ | ☐ | ☐ | ☐ |

**FOR OFFICE USE ONLY**

| Reviewed by: | Name | Date |
|---|---|---|
| Supervisor | [illegible signature] | 10/1/15 |
| A.A. | Lisa Clark | 8/6/15 |
| Review Officer | [illegible signature] | 8/12/15 |

Received
AUG 06 [illegible]
Pesticide Division

CF15-204

# CHRONOLOGY

# AND

# SUMMARY

**Prepared by Leigh Gibson**
**August 20, 2015**

**Inspector Initiated**
**CF 15-204**

June 17, 2015 Arkansas State Plant Board Inspector Jerri Gann, while investigating a complaint, found dicamba symptoms on Mr. Robert Harrell's soybeans. Inspector Gann initiated an Investigation into the possible misuse of dicamba on cotton and a drift onto Mr. Robert Harrell's soybeans. The Request for Investigation (Exhibit 1) was filed for an alleged pesticide Misuse/Drift. Inspector Gann named dicamba as the suspected pesticide, Donald Masters as the suspected applicator and suspected farmer.

June 18, 2015 Inspector Gann photo documented (Exhibit 2) the investigation of CF15-204. Photograph 1, taken viewing west, depicts Robert Harrell's cotton field. The purpose of Photograph 1 is to show symptoms consistent with dicamba-puckering, blistering of leaves. Photograph 2, taken viewing west, depicts Robert Harrell's cotton. The purpose of Photograph 2 is to show symptoms consistent with dicamba; curling, blistering of leaves.

ASPB Inspector Gann constructed a Non-Scale Area Map (Exhibit 3) showing the location of Robert Harrell's cotton in relation to Donald Masters' cotton fields and other fields in the surrounding area.

June 18, 2015 ASPB Inspector Hill issued a Notice of Inspection (Exhibit 4) to Donald Masters, owner, Donald E. Masters Farms in Arbyrd, MO to inform the above named person that the above named firm has been named as the suspected applicator in a Request for Investigation of an off target drift.

June 18, 2015 ASPB Inspector Jerri Gann conducted a Certified Applicator Records Inspection (Exhibit 5) for Donald E. Masters. Exhibit 5 indicates that around the last days of April/first days of May, Donald Masters applied Strut and Compadre, by International Hiboy, to 200 acres of cotton at Delfore for weeds. Wind direction and wind speed were noted as "not blowing hard" and no temperature or direction of application was listed.

June 18, 2015 ASPB Inspector Jerri Gann conducted a Certified Applicator Records Inspection (Exhibit 6) for Donald E. Masters. Exhibit 6 indicates that around 06-04-15, Donald Masters applied Dual and Roundup, by International Hiboy, to 200 acres

of cotton at Delfore for weeds. Wind direction, wind speed, temperature and direction of application were not listed.

June 18, 2015 ASPB Inspector Jerri Gann conducted a Certified Applicator Records Inspection (Exhibit 7) for Donald E. Masters. Exhibit 7 indicates that on 04-10-15, Donald Masters applied Strut, by International Hiboy, to approximately 170 acres of milo at Big Island for weeds. Wind direction, wind speed, temperature and direction of application were not listed.

June 18, 2015 ASPB Inspector Jerri Gann conducted a Certified Applicator Records Inspection (Exhibit 8) for Donald E. Masters. Exhibit 8 indicates that around 06-08-15, Donald Masters applied Roundup and Verdict, by International Hiboy, to approximately 170 acres of milo at Big Island for weeds. Wind direction, wind speed, temperature and direction of application were not listed.

June 18, 2015 ASPB Inspector Jerri Gann conducted a Certified Applicator Records Inspection (Exhibit 9) for Donald E. Masters. Exhibit 9 indicates that on 06-03-15, Donald Masters applied Dual and Atrazine, by International Hiboy, to approximately 170 acres of milo at Big Island for weeds. Wind direction, wind speed, temperature and direction of application were not listed.

June 18, 2015 ASPB Inspector Michael Hill conducted a Certified Applicator Records Inspection (Exhibit 10) for Donald E. Masters. Exhibit 10 indicates that around 06-04-15, Donald Masters applied Dicamba and Cotoran, by John Deere Tractor with a planter (spot planted), to approximately 30 acres of cotton. Wind direction, wind speed, and temperature were not listed. The application was made while "spot planting" and was made East to West.

June 23, 2015 **The ASPB received Mr. Donald Masters Signed Statement (Exhibit 11) from Austin Hake, Investigator, Missouri Department of Agriculture (Investigation/Inspection Number S061815MO0701). The Statement was made on 06-18-2015 and states "I am the Owner of Donald E Masters Farms in Arbyrd, MO. I farm about 1700 acres of cotton which is all dicamba resistant variety, 500 acres of milo, 2960 acres of soybeans, 1200 acres of wheat, 560 acres of potatoes. We make all of our own pesticide applications. We did apply Strut herbicide EPA Reg. No. 34704-1043 over the top of about 200 acres of cotton at 32oz/acre during about May 10 or 11. Most of the cotton had matured to about 2 true leaves when it was sprayed. I mixed and loaded the Strut into the tank for the application over the top of the cotton and also operated the sprayer. When mixing and loading the Strut into the tank of the sprayer I wore a long sleeved shirt, long pants, leather boots with socks, and prescription eye glasses. During the application I was in an air filtered cab. I do not remember who told me to apply the rate of 32oz/acre over the top of the cotton. When the Strut was applied over the top of the cotton I also mixed Roundup Powermax II with it at 22oz/acre. We also applied the Strut at 16oz/acre to all of our milo after emergence before 12**

**inches tall. We burnt down all of the cotton ground prior to planting with Strut at 16oz/acre. I purchased all the Strut from CPS in Cardwell, MO. All of the empty 2.5 gallon containers will be rinsed three times and recycled. All of our acreage is in Arkansas and Missouri. The cotton was planted in the middle of April. I do not have any labels or records for these applications."**

**The ASPB received Mr. Donald Masters Signed Statement Correction (Exhibit 12) from Austin Hake, Investigator, Missouri Department of Agriculture (Investigation/Inspection Number S061815MO0701). The Corrected Statement was made on 06-22-2015 and states "As a correction to my statement taken on 6/18/15, I sprayed Strut Herbicide EPA Reg. No. 34704-1043 over the top of a total of 360 acres of dicamba resistant cotton, not 200. The cotton was at about the two leaf state. Of the 360 acres, 160 of it is in Missouri located at the northeast corner of Hwy 108 and County Road 620 junction which is south of Arbyrd, MO. This field was planted on 5/4/2015 and was sprayed with the Strut on 5/14/2015. I do not have any record of this application. The other 200 acres is located in Arkansas and consists of a 170 acre field and a 30 acre field which is the acreage documented by the Arkansas State Plant Board on 6/18/2015 in the drift complaint that brought attention to this issue. These fields were planted on 5/6/2015 and was sprayed with the Strut on 5/27/2015. I do not have any record of this application. The application rate for all of the post emergence as well as the pre plant applications was 15 gallons per acre. The Strut was used for pre plant burndown on all cotton acres in Missouri and Arkansas. All of the Strut that was used this year was new product that was purchased from CPS in Cardwell, MO this year. I do not know the exact dates of the applications to the milo fields. All of the milo was sprayed post emergence this year."**

June 18, 2015 ASPB Inspector Gann issued a Notice of Inspection (Exhibit 13) to Susan Gaston, Administrative Coordinator, CPS in Cardwell MO for the purpose of inspecting sites where pesticides are being used or have been used; to regulate in the public interest the labeling, distribution, storage, transportation, and disposal of pesticides; to collect data on the use of pesticides; to check records; and to determine whether pesticides are being used in compliance with the Federal Insecticide, Fungicide, and Rodenticide Act and State laws: a records inspection is being conducted in response to a Request for Investigation filed with the Arkansas State Plant Board. Austin Hake, MO Dept. of Ag., was also present for the inspection.

June 18, 2015 ASPB Inspectors Gann and Hill conducted a Pesticide Dealer Records Inspection (Exhibit 14) at CPS in Cardwell, MO. Exhibit 14 indicates Douglas Masters of Arbyrd, MO, purchased Strut (EPA Reg. #34704-1043) on 05-14-15, 05-28-15, 06-05-15 and 06-17-15.

June 18, 2015 ASPB Inspectors Gann and Hill conducted a Pesticide Dealer Records Inspection (Exhibit 15) at CPS in Cardwell, MO. Exhibit 15 indicates Big Island Farms of Arbyrd, MO, purchased Strut (EPA Reg. #34704-1043) on 05-14-15, 05-28-15, 06-05-15 and 06-17-15.

June 18, 2015 ASPB Inspectors Gann and Hill conducted a Pesticide Dealer Records Inspection (Exhibit 16) at CPS in Cardwell, MO. Exhibit 16 indicates Stacy Lynn Masters of Arbyrd, MO, purchased Strut (EPA Reg. #34704-1043) on 05-14-15, 05-28-15, 06-05-15 and 06-17-15.

June 18, 2015 ASPB Inspectors Gann and Hill conducted a Pesticide Dealer Records Inspection (Exhibit 17) at CPS in Cardwell, MO. Exhibit 17 indicates Donald Masters of Arbyrd, MO, purchased Strut (EPA Reg. #34704-1043) on 05-14-15, 05-28-15, 06-05-15 and 06-17-15.

Donald Masters is duly licensed (Exhibit 18) by the Missouri Department of Agriculture as a Certified Private Applicator.

June 18, 2015 ASPB Inspectors Gann and Hill stated in the Inspector Narrative (Exhibit 19) "Inspector Hill and I found symptoms consistent with Dicamba (yellowing, puckering, and curling of leaves) on Robert Harrell's cotton and the surrounding area. Inspector Hill and I found symptoms consistent with Dicamba in Robert Harrell's cotton field and surrounding areas located at Delfore."

July 12, 2015 ASPB Inspector Gann completed a Report of Investigation (Exhibit 20) for the Office Initiated Case File for Mr. Robert Harrell. The report stated the affected was located near west of Leachville (Delfore Area) in Craighead County. Symptoms consistent with Dicamba were present and consisted of "curling, puckering, blistering". Inspector Hill indicated the origin of pesticide symptoms was from the ground application of Strut (EPA REG# 34704-1043) by Robert Virgies, with Donald E. Masters' Farm, to 200 acres of cotton. Exact dates of application could not be provided.

If an application affects multiple Case Files, the ASPB can only assign one enforcement action for one application. A copy of the enforcement action taken for the application is included in subsequent Case Files. The following enforcement actions for Donald Masters are attached to Case File 15-126. This is considered a single enforcement action for all Case Files involved. THE FOLLOWING ENFORCEMENT ACTIONS WERE TAKEN FOR CASE FILE 15-126.

> The Strut Product Label (Exhibit 21) states in part under the heading **Application Instructions** "Avoid off-target movement. Use extreme care when applying this product to prevent injury to desirable plants and shrubs."

Based on the information presented above, the ASPB has determined that sufficient evidence exists to prove on 05-27-2015, Donald Masters, made an application of Strut to 170 acres and 30 acres of cotton located at Delfore. The evidence shows this application drifted off target onto Mr. Mike Wallace's soybeans.

ACA 20-20-214 (a)(2), a provision of ACA 20-20-201 et.seq., states, in part, that the ASPB may take enforcement action "if it finds that the applicant or holder of a license or permit has committed any of the following acts...used a pesticide in a manner inconsistent with the labeling registered with EPA or the State Plant Board for that pesticide..."

The ASPB Pesticide Enforcement Response Regulation's Penalty Matrix defines this violation as a Level I Major violation: A violative incident which affect human health, safety, or the environment; or other incidents of non-compliance which create a competitive advantage over licensees in full compliance; or a history of repetitive violative incidents. Donald Masters is subject to the following enforcement action:

**Major Violation = Informal Agreement**
**and**
**Civil Penalty of $200-$600**
**or**
**Board/Committee Hearing**
**and**
**Civil Penalty of $200-$600**

If an application affects multiple Case Files, the ASPB can only assign one enforcement action for one application. A copy of the enforcement action taken for the application is included in subsequent Case Files. The following enforcement actions for Donald Masters are attached to Case File 15-126. This is considered a single enforcement action for all Case Files involved. THE FOLLOWING ENFORCEMENT ACTIONS WERE TAKEN FOR CASE FILE 15-126.

> The Strut Product Label (Exhibit 21) states in part under the heading **Crop-Specific Information – Cotton** "Following application of this product and a minimum of 1" of rainfall or overhead irrigation, a waiting interval of 21 days is required per 8 fluid ounces per acre or less. These intervals must be observed prior to planting cotton."

Based on the information presented above, the ASPB has determined that sufficient evidence exists to prove around the last days of April/First days of May, Donald Masters made an application of Strut to 170 acres and 30 acres of cotton. The evidence shows the planting date for cotton in the field to be 05-06-2015 which would be before the 21 day planting interval restriction for Strut.

ACA 20-20-214 (a)(2), a provision of ACA 20-20-201 et.seq., states, in part, that the ASPB may take enforcement action "if it finds that the applicant or holder of a license or permit has committed any of the following acts...used a pesticide in a manner inconsistent with the labeling registered with EPA or the State Plant Board for that pesticide..."

The ASPB Pesticide Enforcement Response Regulation's Penalty Matrix defines this violation as a Level I Major violation: A violative incident which affect human health, safety, or the environment; or other incidents of non-compliance which create a competitive advantage over licensees in full compliance; or a history of repetitive violative incidents. Donald Masters is subject to the following enforcement action:

**Major Violation = Informal Agreement**
**and**
**Civil Penalty of $200-$600**
**or**
**Board/Committee Hearing**
**and**
**Civil Penalty of $200-$600**

If an application affects multiple Case Files, the ASPB can only assign one enforcement action for one application. A copy of the enforcement action taken for the application is included in subsequent Case Files. The following enforcement actions for Donald Masters are attached to Case File 15-126. This is considered a single enforcement action for all Case Files involved. THE FOLLOWING ENFORCEMENT ACTIONS WERE TAKEN FOR CASE FILE 15-126.

> The Strut Product Label (Exhibit 21) states in part under the heading **Crop-Specific Information – Cotton** "Apply up to 8 fluid ounces of this product per acre to control emerged broadleaf weeds prior to planting cotton in conventional or conservation tillage systems."

Based on the information presented above, the ASPB has determined that sufficient evidence exists to prove Donald Masters made the burndown application of Strut to 170 acres and 30 acres of cotton located at Delfore at the rate of 16 oz/acre which is above the label rate of 8 fluid ounces per acre prior to planting.

ACA 20-20-214 (a)(2), a provision of ACA 20-20-201 et.seq., states, in part, that the ASPB may take enforcement action "if it finds that the applicant or holder of a license or permit has committed any of the following acts...used a pesticide in a manner inconsistent with the labeling registered with EPA or the State Plant Board for that pesticide..."

The ASPB Pesticide Enforcement Response Regulation's Penalty Matrix defines this violation as a Level I Major violation: A violative incident which affect human health, safety, or the environment; or other incidents of non-compliance which create a competitive advantage over licensees in full compliance; or a history of repetitive violative incidents. Donald Masters is subject to the following enforcement action:

**Major Violation = Informal Agreement**
**and**
**Civil Penalty of $200-$600**
**or**
**Board/Committee Hearing**
**and**
**Civil Penalty of $200-$600**

If an application affects multiple Case Files, the ASPB can only assign one enforcement action for one application. A copy of the enforcement action taken for the application is included in subsequent Case Files. The following enforcement actions for Donald Masters are attached to Case File 15-126. This is considered a single enforcement action for all Case Files involved. THE FOLLOWING ENFORCEMENT ACTIONS WERE TAKEN FOR CASE FILE 15-126.

> The Strut Product Label (Exhibit 21) does not specifically authorize the use of Strut on Bollgard II XtendFlex cotton.
>
> The Bollgard II XtendFlex Cotton Label (Exhibit 22) states, "Notice: Do not apply dicamba herbicides in-crop to Bollgard II XtendFlex cotton in 2015. It is a violation of federal and state law to make an in-crop application of any dicamba herbicide on Bollgard II XtendFlex cotton unless the product label specifically authorized that use. You should not make and Monsanto does not authorize making an in-crop application of any dicamba herbicide to Bollgard II XtendFlex cotton in 2015."

Based on the information presented above, the ASPB has determined that sufficient evidence exist to prove on 05-27-2015, Donald Masters was applying Strut (dicamba) to 170 acres and 30 acres of cotton located at Delfore, in-crop, at approximately the 2 true leaf growth stage.

ACA 20-20-214 (a)(2), a provision of ACA 20-20-201 et.seq., states, in part, that the ASPB may take enforcement action "if it finds that the applicant or holder of a license or permit has committed any of the following acts...used a pesticide in a manner inconsistent with the labeling registered with EPA or the State Plant Board for that pesticide..."

The ASPB Pesticide Enforcement Response Regulation's Penalty Matrix defines this violation as a Level I Major violation: A violative incident which affect human health, safety, or the environment; or other incidents of non-compliance which create a competitive advantage over licensees in full compliance; or a history of repetitive violative incidents. Donald Masters is subject to the following enforcement action:

**Major Violation = Informal Agreement**
**and**
**Civil Penalty of $200-$600**
**or**
**Board/Committee Hearing**
**and**
**Civil Penalty of $200-$600**