# EXHIBIT 12



# 2007 CENSUS OF AGRICULTURE

## Cotton Industry

The Census of Agriculture shows that the U.S. cotton industry underwent significant changes from 2002 to 2007, with fewer farms and fewer acres of cotton harvested. The number of cotton farms fell by 25 percent, and acres harvested fell by 16 percent. Despite these challenges the remaining farms increased the average acres of cotton harvested and the value of sales of cotton increased to nearly $4.9 billion.

| | All Farms with Cotton | Farms Specializing in Cotton Production* |
|---|---|---|
| **Number of Farms** | | |
| **2007** | 18,605 | 9,968 |
| **2002** | 24,805 | 14,176 |
| **Value of Cotton Sales** | | |
| **2007** | $4,898,608,000 | $3,334,177,000 |
| **2002** | $4,005,366,000 | $2,944,518,000 |
| **Cotton Acres Harvested** | | |
| **2007** | 10,493,238 | 7,092,374 |
| **2002** | 12,456,162 | 8,942,468 |

** The North American Industry Classification System (NAICS) categorizes farms by the commodities which constitute a majority of the sales of the operation.*

U.S. Department of Agriculture

National Agricultural Statistics Service

USDA AGRICULTURE COUNTS NASS

# 2007 CENSUS OF AGRICULTURE

***The states with the highest value of cotton sold are:***

1. Texas
2. California
3. Arkansas
4. Georgia
5. Mississippi

## How Do the Farms Compare?

When compared to all farms nationwide, on average cotton farms tend to be larger than a typical farm, both in acreage and value of production. The average size of a farm specializing in cotton production is 1,312 acres, compared to 418 acres of an average farm. Average value of products sold by farms specializing in cotton production is more than three times the average for all farms.

| OPERATIONS | All Farms | Farms Specializing in Cotton Production |
|---|---|---|
| Average Size of Farm | 418 acres | 1,312 acres |
| Average Value of Sales | $134,807 | $437,107 |
| Average Government Payments Received | $9,523 | $60,960 |
| Average Net Cash Farm Income | $33,827 | $159,397 |
| Sales & Government Payments <$10,000 | 58% | 5% |
| Farms with Internet Access | 57% | 64% |



# Cotton Industry

## How Do the Farmers Compare?

Operators of farms specializing in cotton production are younger on average than a typical farm operator. They are more likely to be white males, not of Hispanic origin. They work off the farm less than the average operator, and more likely to have established the operation more than five years ago.



| OPERATORS | All Farms | Farms Specializing in Cotton Production |
|---|---|---|
| Average Age of Operator | 57.1 | 55.2 |
| 65 Years and Older | 30% | 26% |
| Not White, Not Hispanic | 7% | 6% |
| Female | 14% | 5% |
| Worked Off Farm | 65% | 42% |
| 4 Years or Less on Present Farm | 10% | 7% |



# 2007 CENSUS OF AGRICULTURE

## Where is Cotton Produced?

Cotton production is concentrated in a few regions of the country — California, Texas and the Southeast. The top five states for value of cotton sold are Texas, California, Arkansas, Georgia and Mississippi. According to the 2007 Census of Agriculture the value of cotton production in Texas was $1.9 billion. This was more than three times the value of the next largest state, California.

There are six counties in the United States that sold more than $100 million in cotton in 2007: Kings, Fresno, and Kern Counties, California; Lubbock and Gaines Counties, Texas; and Mississippi County, Arkansas. The top county in terms of the value of cotton sold was Kings County, California, which sold $180,569,000 of cotton in 2007.






**For more information:**

www.nass.usda.gov

www.agcensus.usda.gov

Agricultural Statistics Hotline
(800) 727-9540

## Cotton Industry