# EXHIBIT 17


Dicamba Injury Forum
Kevin Bradley
University of Missouri

MISSOURI DEPARTMENT of AGRICULTURE

# DICAMBA UPDATE

July 6, 2017

*Agriculture.Mo.Gov*

# 2016 DICAMBA COMPLAINTS

- 130 – Total Dicamba complaints for 2016
- June 22, 2016 - Received first Dicamba complaint

# 2017 DICAMBA COMPLAINTS

- 134 – Dicamba complaints received (as of 1:00 pm 7/6/2017)
- June 13, 2017 - Received first Dicamba complaint

# 2017 DICAMBA COMPLAINTS

**Crops damaged as identified by complainants:**

- 59,862 acres of soybeans
- 6,400 tomato plants
- 73 acres of watermelons
- 18 acres of cantaloupes
- 5 acres of a vineyard
- 2 acres of pumpkins
- 24 acres of certified organic vegetables
- Several residential gardens, trees and shrubs

Agriculture.Mo.Gov

# 2017 Dicamba Complaints

- 1 Complaint
- 2 Complaints
- 6 Complaints
- 10 Complaints
- 15 Complaints
- 17 Complaints
- 19 Complaints
- 34 Complaints




Agriculture.Mo.Gov

MISSOURI DEPARTMENT of AGRICULTURE

# Connect with us:

TWITTER

FACEBOOK

YOUTUBE

LINKEDIN

FLICKR

FLICKR

Agriculture.Mo.Gov

# Estimates of Soybean Acreage Injured by Dicamba in Missouri (July 7, 2017)




*Acreage estimates provided by University of Missouri Extension regional agronomists and/or through direct calls and/or field visits with affected farmers

**Total: 203,045**

Numbers are increasing daily.

© Dr. Kevin Bradley, University of Missouri

# Industry Response?

- These are "unsubstantiated" claims.
- This is just like the introduction of RR or LL.
- Dicamba is being blamed when it's really just metolachlor injury.
- "Investigate don't speculate. Leaf cupping being observed in soybean fields never exposed to dicamba."
- Injury is cosmetic and not going to cause yield loss.
- Most of the problems are coming from grower vs. retailer applications.
- And a host of others…

# In 2017, off-site movement of dicamba has occurred due to:

- Physical drift
- Nighttime spraying
- Tank contamination
- Use of generics
- Improper sprayer set up
- Etc.



# In 2017, off-site movement of dicamba has also occurred with:

- Engenia, FeXapan, and XtendiMax
- Daytime spraying
- Proper sprayer set up





# At this point does it really matter? What's an acceptable number of damaged acres? What's your threshold for action?

- Depends on your perspective

# Personal Observations:

**The majority** of fields I've been in are injured from one end to the other with no discernable difference in soybean symptomology. This suggests problems with off-site movement through volatility.






Dr. Chen’s soybean breeding plots at Fisher Delta Research Center in Portageville.
Similar situations have occurred at research stations in AR, MS, TN.

# Personal Observations:



# Personal Observations:

People are starting to notice what's happening to the trees.






Personal Observations:
Once again, this issue is hurting our rural communities and neighbor relationships.

# So what's the difference between the bootheel (i.e., AR, MS, TN) and the rest of Missouri (i.e., the Midwest)?




© Dr. Kevin Bradley, University of Missouri

# So what's the difference between the bootheel (i.e., AR, MS, TN) and the rest of Missouri (i.e., the Midwest)?




300,000 acres cotton

- ~80% Xtend (almost all sprayed w/dicamba)
- How many dicamba applications in-crop?

875,000 acres soybean

- ~65% Xtend (almost all sprayed w/dicamba) = 306,000 acres non-Xtend soybean
- 195,000 acres estimated to be injured with dicamba= ***64% of the total non-Xtend soybean; 22% of the total soybean grown in the bootheel***

**We are not close to these percentages in the rest of Missouri (i.e., the Midwest). What will happen if/when we reach these levels?**

© Dr. Kevin Bradley, University of Missouri


Can LL, RR, and conventional soybean co-exist in a world with Xtend?

# Our Efforts to Understand the Role of Formulations & Temperature Inversions in the Off-site Movement of Dicamba

2 separate experiments running in June, July, August:

- Experiment 1: Banvel, Engenia, and Xtendimax sprayed in geographically separate areas. Air samples taken and indicator plants placed at regular intervals after treatment

- Experiment 2: Xtendimax sprayed in one area in mid-afternoon, and then once an inversion sets in a separate area during the evening/night. Air samples taken and indicator plants placed at regular intervals after treatment.





# Our Efforts to Understand the Role of Formulations & Temperature Inversions in the Off-site Movement of Dicamba

2 separate experiments running in June, July, August:

- **Experiment 1: Banvel, Engenia, and Xtendimax sprayed in geographically separate areas. Air samples taken and indicator plants placed at regular intervals after treatment**
- Experiment 2: Xtendimax sprayed in one area in mid-afternoon, and then once an inversion sets in a separate area during the evening/night. Air samples taken and indicator plants placed at regular intervals after treatment.





# Evaluation of Soybean "Indicator Plant" Injury Following Application of 3 Dicamba Formulations




© Dr. Kevin Bradley, Univ. of Missouri

# Some Preliminary Air Sampling Results with Engenia and XtendiMax




© Dr. Kevin Bradley, Univ. of Missouri

# Soybean “Indicator Plant” Response following Application of Banvel




*Photos taken 21 days after application

© Dr. Kevin Bradley, University of Missouri

# Soybean "Indicator Plant" Response following Application of Engenia




*Photos taken 21 days after application

© Dr. Kevin Bradley, University of Missouri

# Soybean "Indicator Plant" Response following Application of Xtendimax




*Photos taken 21 days after application

© Dr. Kevin Bradley, University of Missouri

# Our Efforts to Understand the Role of Formulations & Temperature Inversions in the Off-site Movement of Dicamba

Our **very preliminary** results suggest:

**Formulations** = Will be interesting to see how Engenia and XtendiMax compare to Banvel, but initial results w/ air samples and indicator plants suggest that both can be detected in air after application.

**Volatility** = Much more to see with the remaining time points and air samples. Indicator plants suggest volatilization is still occurring at least 24 hours after treatment.





# A Call to Action

**All Companies (seed, chemical):**

- This cannot be dismissed as a non-issue. Share your data: complaint #s, amount of product sold/ sprayed, # acres planted, etc.

**Farmers:**

- Communicate with your neighbors about your intentions and theirs.

**All Applicators:**

- Continue to follow the application parameters of these products the best you can.

**MDA, UM Extension, Me**

- ??????



Mizzou® weed science

**Email: bradleyke@missouri.edu**

Website: weedscience.missouri.edu




App: ID Weeds (free download)

id weeds

Facebook: Mizzou Weed Science

facebook

Twitter: @ShowMeWeeds

twitter