# EXHIBIT 18

# Effect of adding Roundup PowerMax to Engenia on vapor losses under field conditions

Thomas C Mueller

University of Tennessee

July, 2017

INSTITUTE OF AGRICULTURE
THE UNIVERSITY OF TENNESSEE
Real. Life. Solutions.

tn soybean promotion board

# Background

- Dicamba injury to soybeans widespread throughout soybean producing regions of Tennessee
- This study requested by Tennessee Soybean Promotion Board (TSPB)
- Specific question :
- What is the effect (if any) on dicamba volatility from adding RoundupPowermax (Rmax) to the tank while applying Engenia

# Methods

- Field plots established using farmer-scale equipment (30 foot boom, TTI nozzles) following label rates and instructions (late June 2017)
- Plot size = 200*200 ft (~ 1 acre per each treatment)
- High Volume air samplers used to collect dicamba vapors from within the treated area
- Samples collected at 4 different intervals at various hours after treatment (HAT), with 4 samplers in each treated plot
- 0-6 HAT (morning of application)
- 6-12 HAT (afternoon of application)
- 12-24 HAT (overnight)
- 24-36 (day after initial application)

# Methods

- Herbicide treatments included:
- Engenia alone at 12.8 fl oz/acre
- Engenia at same rate + Rmax at 32 fl oz/acre
- Untreated control

- Applications were made early in the AM of first day (0 HAT)
- Surface condition of plots was small soybeans (V2-3) planted in a high residue, long-term no-till environment
- Soil was a medium textured silt loam (pH 6.2, OM = 1.3)
- No rainfall occurred during the sampling period



Field Volatility of Dicamba, Knoxville, TN June 2017
Engenia +Rmax
0-6
6-12
12-24
24-36
Engenia
0-6
6-12
12-24
24-36
HAT
0
200
400
600
800
1000
1200
1400
dicamba ng per treatment

# Field Volatility of Dicamba, Knoxville, TN June 2017



# Observations

- All samples had detected concentrations of dicamba
- No apparent effect of adding Rmax on dicamba volatility from Engenia
- Greatest dicamba concentrations at 6-12 and 12-24 HAT sampling intervals
- Most dicamba loss to atmosphere per hour was in the first afternoon after spraying (6-12 HAT)

# Comments

- This data indicates the dicamba (from Engenia) is moving from the site of application into the air immediately above the treated field
- Subsequent later movement in air is to be expected
- Given sensitivity of soybeans to POST dicamba, these data indicate that soybean injury in adjacent areas should be expected from vapor movement of dicamba after application
- Yield effects from this injury, or multiple injuries (from multiple episodes of dicamba drift) are unknown, but yield reductions may be possible.

# Comments

- This research was requested and funded by the Tennessee Soybean Promotion Board
- Mention of any products does not imply endorsement by the University of Tennessee Institute of Agriculture, The Tennessee Soybean Promotion Board or its agents
- Always read and follow all label instructions for all crop protection products

UTIA INSTITUTE OF AGRICULTURE THE UNIVERSITY OF TENNESSEE

Real. Life. Solutions.

TENNESSEE SOYBEAN PROMOTION BOARD