# EXHIBIT 22

## CROP TALK

### Japanese Beetles

Seeing more Japanese beetles than I've ever seen before. Eating on some corn leaves on field borders, mostly seeing them ...[More]

Author: WCMO Posted: 06-24-2017

### Die Waterhemp, Die!

Waterhemp less than a day sprayed with Battlestar at 1 pint. Didn`t bronze the beans too bad, waterhemp 8" are ...[More]

Author: BA Deere Posted: 06-21-2017

### Anyone ever plant old treated bean seed?

I had some bags of seed germed in 2015 and treated with Cruiser Max. Don`t ask me why I still ...[More]

Author: BA Deere Posted: 06-10-2017

All Talk

## Most Recent Poll

What best describes your take on buying farmland right now?



# DICAMBA MOVEMENT PROMPTS ARKANSAS SHOOTING

## ARGUMENT BETWEEN FARMERS RESULTS IN DEATH, SAYS AN ARKANSAS COUNTY SHERIFF.

By Gil Gullickson
10/28/2016


Gil Gullickson

A dispute over over movement of dicamba herbicide has prompted a killing in Arkansas.

KAIT-TV news, a Jonesboro, Arkansas, ABC affiliate, reported that Mississippi

*On the sidelines until grain prices improve*

*Watching and waiting for the right situation*

*Looking to buy if the right deal comes along*

*I'm in all-out buying mode*

Vote

See what's trending right now on Crops

County, Arkansas, Sheriff Dale Cook confirmed a Thursday shooting near Leachville, Arkansas. Cook said the shooting was due to an argument over dicamba drift. Sheriff Cook said Mike Wallace was shot to death following the argument with Allan Curtis Jones.

Earlier this year, off-target movement of dicamba has damaged thousands of soybean acres in the bootheel of Missouri, Arkansas, and Tennessee. The damage is linked to Monsanto's Roundup Ready 2 Xtend soybeans that tolerate dicamba.

Following Chinese approval last February, Monsanto released Xtend varieties for planting in 2016. These soybeans tolerate both glyphosate and dicamba applications.

However, federal regulators did not approve a key link of this system — new dicamba formulations low in volatility potential. Existing dicamba formulations could not be used on Xtend soybeans in 2016.

Complaints in these states are centered around the allegation that existing formulations of

dicamba not labeled for use on Xtend soybeans — such as Banvel and Clarity — have moved into and injured neighboring non-Xtend soybeans and vegetable crops. Over-the-top applications of existing dicamba formulations on Xtend soybeans are off-label and illegal.

Monsanto officials have said they released the Roundup Ready Xtend varieties because farmers had seen them in plots and, in some cases, on their farms and wanted the opportunity to plant them.

Earlier in the growing season, a number of elevators refused to accept Roundup Ready 2 Xtend soybeans, citing lack of European Union (EU) approval. EU approval did occur this summer.

Read more about Crops

## MORE CROPS

All Crops



3 Big Things Today, June 29

Article



Trade Eyes Friday's USDA Acreage Report

Article

*For related content and insights from industry experts, sign up for Successful Farming newsletters.*

SIGN UP

## MORE NEWS

All News



Perdue 'Can't Do It Alone,' Say Farm Groups, Asking Trump for USDA Appointment

Article



Trump Administratio Says WOTUS Is On Its Way Out

Article

Renew Subscription

Magazine Customer Service

meredithagrimedia™ farming · growing · living

© 2017 Meredith Corporation. All Rights Reserved.

Privacy Policy - Your California Rights | Terms of Service | Data Policy | AdChoices