# EXHIBIT 23

News Release | January 20, 2009

# BASF and Monsanto Formalize Agreement to Develop Dicamba-Based Formulation Technologies

LUDWIGSHAFEN, Germany & ST. LOUIS--(BUSINESS WIRE)-- BASF and Monsanto Company today announced a new joint-licensing agreement to accelerate the development of the next-generation of dicamba- based weed control chemistry products. Both parties will participate in the development of innovative formulations for dicamba for use with herbicide- resistant cropping systems. Further details of the agreement were not disclosed.

Share

Related

Stories | July 13, 2017



Dicamba-based Herbicide XtendiMax® with VaporGrip® Technology: Years in the Making ›

Stories | July 13, 2017



The Great Honey Bee Venture ›

Researchers are able to make herbicide-resistant crops using plant biotechnology and advanced plant breeding to enable farmers to control weeds more efficiently and save time, money and fuel. Crops that are resistant to both Roundup® agricultural herbicides and dicamba would represent the next generation of herbicide-resistant crops to deliver significant on-farm benefits to growers. Improved formulations of dicamba are being developed to complement this new combination of herbicide-resistant crops.

"We are very excited to actively participate in developing innovative solutions for this next-generation cropping system for growers," said Emmanuel Butstraen, Group Vice President, Global Strategic Marketing, Herbicides, for BASF's Crop Protection division. BASF is currently the largest provider of dicamba and dicamba-based solutions.

BASF has a proven track record of bringing innovative formulation technologies to the market that improve the effectiveness and environmental profile of crop protection products. Later this year, it will launch its blockbuster herbicide Kixor™ in North America.

"Effective weed control is critical for increasing crop yields to meet the growing global demand for food, feed and fuel," said Sean Gardner, Monsanto's Global Chemistry lead. "Combining a second type of herbicide resistance with Roundup Ready® technology would offer growers multiple tools for weed control through the use of Roundup®, dicamba, or combinations of both herbicides."

Monsanto is working to develop dicamba-resistant soybean and cotton products to combine with its current Roundup Ready® products. Both products would provide a new, unique way to control broadleaf weeds, designed to provide growers with an effective and high-yielding weed management system.

About Monsanto

Monsanto is an agriculture company. The company is a leading provider of technology-based solutions and agricultural products that improve farm productivity and food quality. Monsanto is committed to investing in products that can make a difference for its farmer customers and the land they farm. The company uses plant breeding, plant biotechnology and other applications of modern science to support its commitment to agriculture and the farmers that feed, clothe and fuel our growing world. For more information on Monsanto, see http://www.monsanto.com.

About BASF

With sales of euro 3,137 million in 2007, BASF's Crop Protection division is a leader in crop protection and a strong partner to the farming industry providing well-established and innovative fungicides, insecticides and herbicides. Farmers use these products and services to improve crop yields and crop quality. Other uses include public health, structural/urban pest control, turf and ornamental plants, vegetation management, and forestry. The vision of BASF's Crop Protection division is to be the world's leading innovator, optimizing agricultural production, improving nutrition, and thus enhancing the quality of life for a growing world population. Further information can be found on the web at http://www.agro.basf.com.

BASF is the world's leading chemical company: The Chemical Company. Its portfolio ranges from oil and gas to chemicals, plastics, performance products, agricultural products and fine chemicals. As a reliable partner BASF helps its customers in virtually all industries to be more successful. With its high-value products and intelligent solutions, BASF plays an important role in finding answers to global challenges such as climate protection, energy efficiency, nutrition and mobility. BASF has more than 95,000 employees and posted sales of almost euro 58 billion in 2007. BASF shares are traded on the stock exchanges in Frankfurt (BAS), London (BFA) and Zurich (AN). Further information on BASF is available on the Internet at http://www.basf.com.

Cautionary Statements Regarding Monsanto's Forward-Looking Information:
Certain statements contained in this release are "forward-looking statements," such as statements concerning the company's anticipated financial results, current and future product performance, regulatory approvals, business and financial plans and other non-historical facts. These statements are based on current expectations and currently available information. However, since these statements are based on factors that involve risks and uncertainties, the company's actual performance and results may differ materially from those described or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, among others: continued competition in seeds, traits and agricultural chemicals; the company's exposure to various contingencies, including those related to intellectual property protection, regulatory compliance and the speed with which approvals are received, and public acceptance of biotechnology products; the success of the company's research and development activities; the outcomes of major lawsuits; developments related to foreign currencies and economies; successful operation of recent acquisitions; fluctuations in commodity prices; compliance with regulations affecting our manufacturing; the accuracy of the company's estimates related to distribution inventory levels; the company's ability to fund its short-term financing needs and to obtain payment for the products that it sells; the effect of weather conditions, natural disasters and accidents on the agriculture business or the company's facilities; and other risks and factors detailed in the company's most recent periodic report to the SEC. Undue reliance should not be placed on these forward-looking statements, which are current only as of the date of this release. The company disclaims any current intention or obligation to update any forward-looking statements or any of the factors that may affect actual results.

Note to Editor: Roundup and Roundup Ready are trademarks of Monsanto Company and its wholly owned subsidiaries. Kixor is a trademark of BASF.



©2002-2017 Monsanto Company – All Rights Reserved