# EXHIBIT 24

# DuPont and Monsanto Sign Dicamba Supply Agreement

7.7.16

St. Louis and Wilmington, Del., July 7, 2016 – Monsanto Company (NYSE: MON) and DuPont (NYSE: DD) today announced a multi-year dicamba supply agreement for the U.S. and Canada. Terms of the agreement were not disclosed.

“This agreement represents continued commitment to the Roundup Ready® Xtend Crop System,” said Mike Frank, Monsanto vice president, chief commercial officer. “Low-volatility dicamba formulations with VaporGrip™ Technology are designed to give soybean farmers additional tools to control glyphosate-resistant and tough-to-control broadleaf weeds.”

“For several years, DuPont has been testing a solutions-based approach to optimizing weed control using this novel soybean trait and dicamba formulation technology,” said Tim Glenn, president, DuPont Crop Protection. “We are seeing excellent results in improved control of weed populations, including those resistant to a number of herbicide modes of action. This advance will help farmers manage weed competition while improving crop safety as they work to increase production to meet global food demand.”

DuPont will sell its new herbicide as DuPont™ FeXapan™ herbicide plus VaporGrip™ Technology.

Since 1967, dicamba has helped farmers manage broadleaf weeds, which are a key pest in agricultural operations around the world, limiting crop access to nutrients, sunlight and water. Various dicamba formulations have been developed over time to help reduce potential volatilization while delivering improved weed control and greater application flexibility. Dicamba has a decades-long history of effective use in the U.S. and 25 other countries in corn, wheat, fallow and pasture land; on conservation tillage acres; and for residential lawn care.

---

No dicamba herbicide product has been approved for commercial in-crop use with Bollgard II® XtendFlex® cotton, XtendFlex® cotton or Roundup Ready 2 Xtend® soybeans at this time. IT IS A VIOLATION OF FEDERAL AND STATE LAW TO MAKE AN IN-CROP APPLICATION OF ANY DICAMBA HERBICIDE PRODUCT ON Bollgard II® XtendFlex® cotton, XtendFlex® cotton or Roundup Ready 2 Xtend® soybeans, OR ANY OTHER PESTICIDE APPLICATION, UNLESS THE PRODUCT LABELING SPECIFICALLY AUTHORIZES THE USE.

Always read and follow all label directions and precautions for use.

The information provided on this website is for reference only. Always refer to product labels for complete details and directions for use.

## CONTACTS

*Laura Svec*
**901-746-6025**
**Laura.Svec@dupont.com**

## OTHER PRESS RELEASES

FeXapan™ Dicamba Herbicide Approved

Acre Solution Maximizes Soybean Yield

Soybean Herbicide Trait Announced

Canopy® Blend: Soybean Burndown Tool

Inzen™ Z Herbicide-Tolerance Sorghum

## ADDITIONAL INFORMATION

Southern Virtual Field Tour

Seed to Harvest Resource Center

TruChoice® Program Rewards

Sign Up for Crop Protection Updates



Copyright © 2017 DuPont. All rights reserved. The DuPont Oval Logo, DuPont™, and all products denoted with ® or ™ are trademarks or registered trademarks of E. I. du Pont de Nemours and Company or its affiliates.