# EXHIBIT 25

# Fact Sheet

**Contact Information:**
**(For Media Inquiries Only)**

**Roberto "Bob" Nelson**
**BASF Corporation**
**100 Park Avenue**
**Florham Park, NJ 07932**
**(973) 245-5230**
**E-mail:**
**roberto.nelson@basf.com**

www.basf.us

BASF
We create chemistry





## Hannibal (Palmyra), Missouri

**Address:** 3150 Highway JJ, Palmyra, Missouri 63461

**Start of Production:** 1966

**Location:** Located on Route JJ, 10 miles north of Hannibal on Route 168 and 6 miles south of Palmyra and U.S. 61

**Site Director:** Peter Waddington

**Number of Plants:** 4 Active Ingredient Manufacturing; 1 Formulation Packaging

**Number of Employees:** 347 (257 BASF employees, 90 contractors)

**Product/Uses:**

- KIXOR® Herbicide: Effective on a wide range of crops including wheat, barley, and oat cereals as well as corn, cotton, fallow, grain sorghum, pulses, legumes, soybeans, sunflowers, and on fruit and nut trees.
- PROWL® Herbicide: Controls annual grasses and broadleaf weeds in corn, cotton, soybeans, sorghum, potatoes, and many other crops.
- PROWL $H_2O$® Herbicide: Provides improved weed control, longer residual, lower use rate.
- PURSUIT® Herbicide: Controls grasses and broadleaf weeds in soybeans, corn, peanuts, and leguminous crops.
- RAPTOR® Herbicide: Controls broadleaf weeds and grasses in soybeans.
- ARSENAL® Herbicide: Controls vegetation along railroad and utility rights-of-way, highways, fence lines; also controls hard woods in pine forested areas.
- CADRE® Herbicide: Controls more than 34 grasses and broadleaf weeds in peanuts.
- PHANTOM® Termiticide-Insecticide: Provides general pest solution for both homeowners and commercial customers.
- EXTREME ® Herbicide: Enhances control of grass and key broadleaf weeds, such as black nightshade, velvetleaf and lambsquarters.
- BASAGRAN® Herbicide: Provides safe and effective post-emergence control over various broadleaf and other difficult weeds.

**Community Relations:**

We are involved members in our surrounding communities with:

- Local emphasis with United Way Board and other community service organizations
- Employees on local Chamber of Commerce Boards and members of civic groups
- Employees on the Local Emergency Planning District (LEPD)
- Focus on local schools:
  - Employees brought BASF's Kids' Lab hands-on chemistry program to elementary school students in Palmyra, Hannibal and Quincy in 2015.
  - Employees assist local schools with science fair events and support Palmyra Middle School Science Olympiad activities.
  - A+ and Jr. Achievement

**Economic Impact:**

- Annual payroll of $32.9 M*
- Payment of $1.2 M in real and personal property taxes*
- Capital investment of $61.9 M in 2015*

*Year-end 2015 data