# EXHIBIT 29




Roundup Ready® Xtend Crop System is an advanced weed management tool designed to help maximize weed control, quality and yield potential in dicamba tolerant products, including the now commercially available

Roundup Ready 2 Xtend® Soybeans and Bollgard II® XtendFlex® Cotton.

## Advanced Weed Control is Here

XtendiMax® herbicide with VaporGrip® Technology is now approved by the EPA for in-crop use. See if your state has

approved in-crop applications of Monsanto's formulation of low-volatility dicamba.

CHECK NOW ►

New Tank Mix Products and Nozzles are Approved! Click here!



ROUNDUP READY 2 XTEND SOYBEANS

BOLLGARD II XTENDFLEX COTTON





XTENDIMAX With VaporGrip Technology



See The System In Action

Follow the real-life, in-season experiences of Field Trial Participants as they fight tough-to-control and resistant weeds.

FOLLOW A FIELD ►

©2017 Monsanto Company, All Rights Reserved

Monsanto Home

Media Room

Privacy Policy

Legal Notice

Email Signup

Contact Us

Follow @RRPLUS

ALWAYS READ AND FOLLOW DIRECTIONS FOR USE ON PESTICIDE LABELING. IT IS A VIOLATION OF FEDERAL AND STATE LAW to use any pesticide product other than in accordance with its labeling. NOT ALL formulations of dicamba or glyphosate are approved for in-crop use with Roundup Ready 2 Xtend® soybeans or cotton with XtendFlex® Technology. ONLY USE FORMULATIONS THAT ARE SPECIFICALLY LABELED FOR SUCH USES AND APPROVED FOR SUCH USE IN THE STATE OF APPLICATION. XTENDIMAX® HERBICIDE WITH VAPORGRIP® TECHNOLOGY AND IN CROP USES MAY NOT BE APPROVED IN ALL STATES. . Contact the U.S. EPA and your state pesticide regulatory agency with any questions about the approval status of dicamba herbicide products for in-crop use with Roundup Ready 2 Xtend® soybeans or cotton with XtendFlex® Technology.

Roundup Ready 2 Xtend® soybeans contains genes that confer tolerance to glyphosate and dicamba. Bollgard II® XtendFlex® cotton contains genes that confer tolerance to glyphosate, dicamba and glufosinate. Glyphosate will kill crops that are not tolerant to glyphosate. Dicamba will kill crops that are not tolerant to dicamba. Glufosinate will kill crops that are not tolerant to glufosinate. Contact your Monsanto dealer or refer to Monsanto's Technology Use Guide for recommended weed control programs.

Commercialization is dependent on multiple factors, including successful conclusion of the regulatory process. The information presented herein is provided for educational purposes only, and is not and shall not be construed as an offer to sell, or a recommendation to use, any unregistered pesticide for any purpose whatsoever. It is a violation of federal law to promote or offer to sell an unregistered pesticide.

Monsanto Company is a member of Excellence Through Stewardship® (ETS). Monsanto products are commercialized in accordance with ETS Product Launch Stewardship Guidance, and in compliance with Monsanto's Policy for Commercialization of Biotechnology-Derived Plant Products in Commodity Crops. This product has been approved for import into key export markets with functioning regulatory systems. Any crop or material produced from this product can only be exported to, or used, processed or sold in countries where all necessary regulatory approvals have been granted. It is a violation of national and international law to move material containing biotech traits across boundaries into nations where import is not permitted. Growers should talk to their grain handler or product purchaser to confirm their buying position for this product. Excellence Through Stewardship® is a registered trademark of Biotechnology Industry Organization.

Individual results may vary, and performance may vary from location to location and from year to year. This result may not be an indicator of results you may obtain as local growing, soil and weather conditions may vary. Growers should evaluate data from multiple locations and years whenever possible.

B.t. products may not yet be registered in all states. Check with your Monsanto representative for the registration status in your state.

ALWAYS READ AND FOLLOW PESTICIDE LABEL DIRECTIONS. Bollgard and Design®, Bollgard II and Design®, Bollgard II®, Bollgard®, Genuity®, Respect the Refuge and Cotton Design®, Roundup Ready 2 Xtend®, Roundup Ready 2 Yield®, Roundup Ready PLUS®, Roundup Ready®, VaporGrip®, XtendFlex®, XtendiMax® are trademarks of Monsanto Technology LLC. LibertyLink® and the Water Droplet Design® are registered trademarks of Bayer.

All other trademarks are the property of their respective owners. © 2017 Monsanto Company.

Insect Resistance Management

Planting Refuges, Preserving Technology

Before opening a bag of seed, be sure to read, understand and accept the stewardship requirements, **including applicable refuge requirements for insect resistance management**, for the biotechnology traits expressed in the seed as set forth in the Monsanto Technology/Stewardship Agreement that you sign. By opening and using a bag of seed, you are reaffirming your obligation to comply with the most recent stewardship requirements.

RESPECT THE REFUGE

LIBERTY LINK®