# EXHIBIT 30

Case: 4:17-cv-02031-SNLJ Doc. #: 1-30 Filed: 07/19/17 Page: 2 of 4 PageID #: 350



# Monsanto Announces "Follow-A-Field" Initiative to Educate Growers on the Roundup Ready 2 Xtend™ Soybeans

**Publish Date:**
Tuesday August 27, 2013




**ST. LOUIS,** (August 27, 2013) – Farmers have a new training tool this summer to help prepare them for the next innovation in soybean and cotton weed control. The Follow-A-Field initiative from Monsanto will be an interactive experience featured on XtendFollowAField.com that follows 3 commercial-scale Roundup Ready 2 Xtend™ soybean fields from burndown through harvest as part of the Monsanto Ground Breakers® Field Trials Under Permit program. The initiative will incorporate testimonials, videos and photos captured from 3 growing sites, with real farmers, across the Midwest.

The Follow-A-Field farmers, one in Missouri, one in Illinois and one in Minnesota, will be testing the seed and crop protection system from Monsanto, the Roundup Ready® Xtend Crop System. Pending regulatory approval, the Roundup Ready® Xtend Crop System will introduce Roundup Ready 2 Xtend™ soybeans, which contain tolerance to dicamba and glyphosate herbicides.

“The Follow-A-Field program will showcase three farmers who will tell the story of how the system works on their farm. These farmers will share their own experience with the system and application requirements, as well as show the advantages of incorporating dicamba into their weed control plans.” says Michelle Vigna, Monsanto Roundup Ready Xtend launch manager. “The goal of the program is to prepare farmers, retailers and applicators to effectively use Roundup Ready 2 Xtend soybeans with a diversified weed management plan such as Roundup Ready PLUS® Weed Management Solutions. This combination is designed to allow growers to achieve optimum yield potential and a high level of efficacy on tough-to-manage and resistant weeds.”

Follow-A-Field will visit each of the farmers four times, at key points during the growing season: the first herbicide application (burndown, where applicable), first in-crop application of herbicides, mid-season and harvest. The goal of the program is to capture the importance of diversified weed management practices (DWMPs), application requirements, weed control performance and crop response to herbicides and yield.

As the three Follow-a-Field farmers learn how to utilize Roundup Ready 2 Xtend soybeans, site visitors can share in these experiences and gain knowledge of how diversified weed management practices that incorporate dicamba and glyphosate might fit into their own farming operations. The initiative will provide opportunities to see the crop in action in real-field settings across 3 different growing environments and educate growers for proper application and use prior to commercial use.

The Follow-A-Field program will showcase the components of Roundup Ready 2 Xtend soybeans and local Roundup Ready PLUS recommendations that incorporate a new mode of action, dicamba. Visitors viewing the program online will get a full preview of the weed control technology – management practices, seed traits, farmer perspectives and more. The initiative will demonstrate the Roundup Ready Xtend™ Crop System application requirements, local Roundup Ready PLUS® recommendations, and the efficacy and crop safety of dicamba and glyphosate as an integral part of a diversified weed management program.

**Spotlight**
- All
- Corporate
- Sustainability
- Products
- Recognition

Search

Advanced Search

**Recent Spotlight Stories**

Monsanto Supplier Diversity Mentoring Program Graduates Second Group of Business Execs
Monday May 15, 2017

Monsanto Backs National Efforts to Reintroduce Federal Legislation Which Protects LGBTQ Americans
Thursday May 4, 2017

Monsanto Earns Third Consecutive CIO 100 Award for Supply Planning Analytics Platform
Tuesday May 2, 2017

Monsanto CTO Robb Fraley Featured in Bill Nye’s New Netflix Series
Friday April 21, 2017

Monsanto Farm Awarded Hawaii’s First Zero Waste Facility Certification
Friday April 7, 2017

All of this information will be captured and available on http://xtendfollowafield.com/ throughout the growing season, with the first update expected in late May. Visit http://xtendfollowafield.com/ to sign up to Follow-A-Field throughout 2013.

**About Monsanto Company**

Monsanto Company is a leading global provider of technology-based solutions and agricultural products that improve farm productivity and food quality. Monsanto remains focused on enabling both small-holder and large-scale farmers to produce more from their land while conserving more of our world's natural resources such as water and energy. To learn more about our business and our commitments, please visit: http://www.monsanto.com/. Follow our business on Twitter® at www.twitter.com/MonsantoCo, on the company blog, Beyond the Rows at http://www.monsantoblog.com/, or subscribe to our News Release RSS Feed.

-oOo-

*Certain statements contained in this presentation are* ***"forward-looking statements,"*** *such as statements concerning the company's anticipated financial results, current and future product performance, regulatory approvals, business and financial plans and other non-historical facts. These statements are based on current expectations and currently available information. However, since these statements are based on factors that involve risks and uncertainties, the company's actual performance and results may differ materially from those described or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, among others: continued competition in seeds, traits and agricultural chemicals; the company's exposure to various contingencies, including those related to intellectual property protection, regulatory compliance and the speed with which approvals are received, and public acceptance of biotechnology products; the success of the company's research and development activities; the outcomes of major lawsuits and the previously announced SEC investigation; developments related to foreign currencies and economies; successful operation of recent acquisitions; fluctuations in commodity prices; compliance with regulations affecting our manufacturing; the accuracy of the company's estimates related to distribution inventory levels; the company's ability to fund its short-term financing needs and to obtain payment for the products that it sells; the effect of weather conditions, natural disasters and accidents on the agriculture business or the company's facilities; and other risks and factors detailed in the company's most recent periodic report to the SEC. Undue reliance should not be placed on these forward-looking statements, which are current only as of the date of this presentation. The company disclaims any current intention or obligation to update any forward-looking statements or any of the factors that may affect actual results.*

*This information is for* ***educational purposes only*** *and is not an offer to sell* ***Roundup Ready 2 Xtend™.*** *This product isnot yet registered or approved for sale or use anywhere in the United States.*

***Commercialization is dependent on multiple factors,*** *including successful conclusion of the regulatory process.* ***The information presented herein is provided for educational purposes only, and is not and shall not be construed as an offer to sell, or a recommendation to use, any unregistered pesticide for any purpose whatsoever****. It is a violation of federal law to promote or offer to sell an unregistered pesticide.*

***Individual results may vary,*** *and performance may vary from location to location and from year to year. This result may not be an indicator of results you may obtain as local growing, soil and weather conditions may vary. Growers should evaluate data from multiple locations and years whenever possible.*

***ALWAYS READ AND FOLLOW PESTICIDE LABEL DIRECTIONS.*** *Ground Breakers®, Monsanto and Vine Design®,Roundup Ready PLUS®, Roundup Ready®, and Roundup Ready 2 Xtend™ are trademarks of Monsanto Technology LLC. All other trademarks are the property of their respective owners. ©2013 Monsanto Company.*

**Multimedia Files:**
Download All Files




Download:
Download preview (5.18 KB)
Download low-res (14.66 KB)
Download high-res (104.61 KB)

**Monsanto Homepage**

**Who We Are**
Monsanto at a Glance
Our Commitments
Company Leadership
Corporate Governance

**Products**
Product Overview
Brands
Agricultural Seeds
Traits & Technologies
Vegetable Seeds
Weed Control Products

**Newsroom**
Newsroom Home
Spotlight
News Releases
Social Media
Viewpoints
Multimedia

**Improving Agriculture**
Why Does Agriculture Need to be Improved?
What Is Monsanto Doing to Help?
How Are We Doing It?

**Visit Our Other Sites**
Monsanto Gift Store
Monsanto Fund
America's Farmers
Genuity
Asgrow & DEKALB
Deltapine

Company History
Partnering & Licensing
Our Locations
Contact Us

Research & Development
Product Stewardship
Weed Management
Product Safety

**Careers**

Search Jobs

Recognition

**Investors**

Corporate Profile
Presentations & Reports
SEC Filings

Channel
Roundup Ready PLUS
Monsanto Vegetable Seeds

©2002- Monsanto Company - All Rights Reserved Sitemap | Legal Notice | Privacy Policy | Contact Us