# EXHIBIT 31

# Bollgard II® XtendFlex TM Cotton Expected On Over 500,000 Acres

***Next-Generation Varieties Poised For Limited Introduction***

Wednesday January 21, 2015

**Dateline:**
St. Louis

**ST. LOUIS** (January 21, 2015) – The cotton industry's next-generation trait technology has been deregulated by the U.S. Department of Agriculture, giving American cotton farmers access to new tools for managing tough-to-control weeds.

**"We're extremely excited about this introduction and being able to put this technology in the hands of growers"**

A limited introduction of Bollgard II® XtendFlex™ cotton is planned for the 2015 planting season through Deltapine® as well as select licensees in varieties that fit broadly across the entire cotton belt. Monsanto anticipates the new cotton varieties will be grown on more than half a million acres.

Bollgard II® XtendFlex™ cotton, part of the Roundup Ready® Xtend Crop System, is tolerant to three different herbicides – dicamba, glyphosate and glufosinate. Glyphosate and glufosinate are currently approved for use as in-crop herbicides, while over-the-top dicamba use is pending regulatory approval.

"We are working very closely with farmers during this year's limited introduction, and we're taking active steps through multiple avenues to help ensure that growers and retailers are informed of this technology's authorized and labeled use," said Jordan Iverson, cotton traits marketing manager at Monsanto Company. "This new cotton technology provides farmers a tremendous value for weed control by adding tolerance to an additional, approved mode of action through Liberty® herbicide. Once authorized, dicamba herbicide will deliver a third mode of action."

"We're extremely excited about this introduction and being able to put this technology in the hands of growers," said Iverson. "Put simply, our mission is to offer tools that help farmers. These new varieties offer high yielding genetics and trusted insect protection, all with some of the most advanced cotton herbicide technology available to help them control tough weeds."

Since 2013, Monsanto has trained more than 7,500 growers, retail partners and stakeholders on effective and sustainable weed management systems, which includes the Roundup Ready® Xtend Crop System. The Roundup Ready® Xtend Crop System is an integral part of the Roundup Ready PLUS® Crop Management Solutions that relies on proactive weed management and application practices including the use of residual herbicides, additional post-emergence herbicides with effective multiple modes of action, and offers incentives to use select herbicides that are endorsed through the Roundup Ready PLUS® platform.

**About Monsanto Company**

Monsanto is committed to bringing a broad range of solutions to help nourish our growing world. We produce seeds for fruits, vegetables and key crops – such as corn, soybeans, and cotton – that help farmers have better harvests while using water and other important resources more efficiently. We work to find sustainable solutions for soil health, help farmers use data to improve farming practices and conserve natural resources, and provide crop protection products to minimize damage from pests and disease. Through programs and partnerships, we collaborate with farmers, researchers, nonprofit

organizations, universities and others to help tackle some of the world's biggest challenges. To learn more about Monsanto, our commitments and our more than 20,000 dedicated employees, please visit: discover.monsanto.com and monsanto.com. Follow our business on Twitter® at twitter.com/MonsantoCo, on the company blog, Beyond the Rows® at monsantoblog.com or subscribe to our News Release RSS Feed.

-oOo-

***Commercialization is dependent on multiple factors,*** *including successful conclusion of the regulatory process.* ***The information presented herein is provided for educational purposes only, and is not and shall not be construed as an offer to sell, or a recommendation to use, any unregistered pesticide for any purpose whatsoever.*** *It is a violation of federal law to promote or offer to sell an unregistered pesticide.*

***As of October 1, 2014, Bollgard II® XtendFlex™ cotton has been approved for import in Australia, Mexico and Canada. Growers should refer to*** http://www.biotradestatus.com/ ***for any updated information on import country approvals.***

***Roundup Ready® crops contain genes that confer tolerance to glyphosate, the active ingredient in Roundup® brand agricultural herbicides. Roundup® brand agricultural herbicides will kill crops that are not tolerant to glyphosate.***

***Monsanto Company is a member of Excellence Through Stewardship® (ETS).*** *Monsanto products are commercialized in accordance with ETS Product Launch Stewardship Guidance, and in compliance with Monsanto's Policy for Commercialization of Biotechnology-Derived Plant Products in Commodity Crops. Any crop or material produced from this product can only be exported to, or used, processed or sold in countries where all necessary regulatory approvals have been granted. It is a violation of national and international law to move material containing biotech traits across boundaries into nations where import is not permitted. Growers should talk to their grain handler or product purchaser to confirm their buying position for this product.*

***B.t. products*** *may not yet be registered in all states. Check with your Monsanto representative for the registration status in your state.*

***Individual results may vary****, and performance may vary from location to location and from year to year. This result may not be an indicator of results you may obtain as local growing, soil and weather conditions may vary. Growers should evaluate data from multiple locations and years whenever possible.*

***ALWAYS READ AND FOLLOW PESTICIDE LABEL DIRECTIONS.*** *Bollgard II®, Genuity®, Monsanto and Vine Design®, Respect the Refuge and Cotton Design®, Roundup Ready 2 Xtend™, Roundup Ready®, Roundup Ready PLUS®, Roundup Xtend™, Roundup®, XtendFlex™ and XtendiMax™ are trademarks of Monsanto Technology LLC. Deltapine® is a registered trademark of Monsanto Company. Liberty®, LibertyLink® and the Water Droplet Design® are registered trademarks of Bayer. All other trademarks are the property of their respective owners. ©2015 Monsanto Company.*

**Contact:**

Ben Eberle (314) 694-6397

Partnering & Licensing
Our Locations
Contact Us

Product Stewardship
Weed Management
Product Safety

**Careers**
Search Jobs

**Investors**
Corporate Profile
Presentations & Reports
SEC Filings

Roundup Ready PLUS
Monsanto Vegetable Seeds

©2002- Monsanto Company - All Rights Reserved Sitemap | Legal Notice | Privacy Policy | Contact Us