# EXHIBIT 33



# Wells Fargo Industrial & Construction Conference

MICHAEL J. FRANK

Vice President, Global Commercial

May 6, 2015



# Forward-Looking Statements



*Certain statements contained in this presentation are "forward-looking statements," such as statements concerning the company's anticipated financial results, current and future product performance, regulatory approvals, business and financial plans and other non-historical facts. These statements are based on current expectations and currently available information. However, since these statements are based on factors that involve risks and uncertainties, the company's actual performance and results may differ materially from those described or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, among others: continued competition in seeds, traits and agricultural chemicals; the company's exposure to various contingencies, including those related to intellectual property protection, regulatory compliance and the speed with which approvals are received, and public acceptance of biotechnology products; the success of the company's research and development activities; the outcomes of major lawsuits and the previously announced SEC investigation; developments related to foreign currencies and economies; successful operation of recent acquisitions; fluctuations in commodity prices; compliance with regulations affecting the company's manufacturing; the accuracy of the company's estimates related to distribution inventory levels; the recent increases in and expected higher levels of indebtedness; the company's ability to obtain payment for the products that it sells; the effect of weather conditions, natural disasters and accidents on the agriculture business or the company's facilities; and other risks and factors detailed in the company's most recent periodic report to the SEC. Undue reliance should not be placed on these forward-looking statements, which are current only as of the date of this presentation. The company disclaims any current intention or obligation to update any forward-looking statements or any of the factors that may affect actual results.*

*Trademarks*

*Trademarks owned by Monsanto Company and its wholly-owned subsidiaries are italicized in this presentation. All other trademarks are the property of their respective owners.*

*© 2015 Monsanto Company*

# Non-GAAP Financial Information



*This presentation may use the non-GAAP financial measures of "free cash flow," earnings per share (EPS) on an ongoing basis, EBIT and EBITDA on an ongoing basis, EBITDA on an as reported basis, and net debt. We define free cash flow as the total of cash flows from operating activities and investing activities. A non-GAAP EPS financial measure, which we refer to as ongoing EPS, excludes certain after-tax items that we do not consider part of ongoing operations, which are identified in the reconciliation. EBIT is defined as earnings (loss) before interest and taxes, ongoing EBITDA is defined as earnings (loss) before interest, taxes, depreciation and amortization and excludes certain after-tax items that we do not consider part of ongoing operations, as defined in the reconciliation, and as reported EBITDA is defined as earnings (loss) before interest, taxes, depreciation and amortization. Earnings (loss) is intended to mean net income (loss) attributable to Monsanto Company as presented in the Statements of Consolidated Operations under GAAP. Net debt is defined as the sum of both short-term debt and long-term debt, less cash and cash equivalents. Our presentation of non-GAAP financial measures is intended to supplement investors' understanding of our operating performance, not replace net income (loss) attributable to Monsanto Company, cash flows, financial position, or comprehensive income (loss), as determined in accordance with GAAP. Furthermore, these non-GAAP financial measures may not be comparable to similar measures used by other companies. The non-GAAP financial measures used in this presentation are reconciled to the most directly comparable financial measures calculated and presented in accordance with GAAP.*

*FISCAL YEAR:*
*References to year, or to fiscal year, are on a fiscal year basis and refer to the 12-month period ending August 31.*

# Proven Investment Thesis

## Grounded in Long-Term Ag Demand Trends, Innovation, and Value Capture



## 1 DEMAND

- **Rising incomes drive higher protein consumption**
- **Projected population of >9 billion by 2050**
- **Demand drives annual growth of >500M BU of corn and >200M BU of soybeans through 2019**
  - **Recent estimates indicate global demand for corn has grown by >800M BU compared to prior season**

GLOBAL CORN DEMAND ESTIMATES (2007–2019F)[1]




## 2 INNOVATION

- **Continuous R&D pipeline fuels mid-term and long-term gross profit growth drivers across six technology platforms**
- **Longstanding leadership in innovation attracts top talent, partnerships & licensing opportunities**

INTEGRATED YIELD PIPELINE

| CORE PLATFORM OPPORTUNITY | NEW PLATFORM OPPORTUNITY |
| --- | --- |




## 3 VALUE CAPTURE

- **Track record of strong earnings growth and conversion to free cash flow**
- **Commitment to returning value to shareowners through a balanced capital allocation with a Net Debt to EBITDA target ratio of 1.5**

FINANCIAL STRATEGY: KEY FOCUS AREAS




1. USDA historical data, future forecast and projections represent Monsanto internal estimates

# Monsanto's 5-Year Growth

With Strong Core Business and Expanding Drivers, Target to At Least Double Ongoing EPS By FY19



## CONTINUING 5-YEAR GROWTH PROFILE:

ONGOING EPS FY2010-FY2019F




## CAPITAL STRUCTURE OPPORTUNITY

**Strong cash generation and capital structure, along with growth from core and new platforms, create shareowner value.**

## TECHNOLOGY PLATFORMS DRIVE 2019 GROWTH

KEY TECHNOLOGY UPGRADES

*ROUNDUP READY 2 YIELD*
**Penetrated ~53M acres in 6 years (2014)**
**Licensees to drive further penetration**

*INTACTA RR2 PRO*
**Penetrated ~15M acres in FY15**
**Targeting 30M acres in FY16**

*ROUNDUP READY 2 XTEND*
**Pre-commercial activities on track**
**Targeting >3M acre launch in FY16**

2ND GEN SOY INSECT PROTECTION
**Phase 4 product designed to provide additional modes-of-action, durability and broader spectrum**

CORN GERMPLASM UPGRADES
**Core breeding capabilities and predictive analytics drive refresh, mix lift and demand for new hybrids**

NEXT-GEN CORN INSECT CONTROL
**Additional modes of action for both above and below ground pests targeting across the Americas**

# Global Corn Portfolio Growth

## Breeding and Technology Upgrades Enable Growth in Key Markets



| REGION | GROWER VALUE | MULTI-STACK GLOBAL CORN PORTFOLIO: CURRENT | MULTI-STACK GLOBAL CORN PORTFOLIO: 5-YEAR OUTLOOK ADDITIONS |
|---|---|---|---|
| U.S.  ~80-90M ACRES<br>SHARE: MID-30'S% | BREEDING<br>Yield<br>Disease | GERMPLASM UPGRADES: ~10-20% HYBRIDS REFRESHED ANNUALLY | |
| | | GOSS'S WILT<br>GRAY LEAF SPOT | STALK ROT COMPLEX |
| | BREEDING/BIOTECH COMBINATION<br>Drought | genuity DROUGHTGARD HYBRIDS | *DROUGHTGARD* EXPANSION[1] |
| | BIOTECH<br>Weed Control<br>Insect Control | genuity VT DOUBLE PRO CORN RIB COMPLETE<br>genuity SMARTSTAX CORN RIB COMPLETE | *SMARTSTAX PRO*<br>3RD GEN ABOVE-GROUND INSECT PROTECTION |
| SOUTH AMERICA  ~40M ACRES<br>SHARE: ~40-50%+ | BREEDING<br>Yield | GERMPLASM UPGRADES: ~10-20% HYBRIDS REFRESHED ANNUALLY<br>Creating a step change by pairing temperate with tropical material for Brazil | |
| | BIOTECH<br>Weed Control<br>Insect Control | *VT DOUBLE PRO*<br>NEW *VT TRIPLE PRO*<br>Launched in Brazil summer season | *SMARTSTAX PRO*<br>3RD GEN ABOVE-GROUND INSECT PROTECTION |
| EUROPE  ~55M ACRES<br>SHARE: MID-TEENS-TO-20+% | BREEDING<br>Yield<br>Silage Benefits | GERMPLASM UPGRADES: ~10-20% HYBRIDS REFRESHED ANNUALLY<br>Leading yield performance across Europe (East and West)<br>Emphasis on Silage Hybrids for 20M Acre Market in 5-Year Plan | |
| | | MID TO LATE MATURITY CORN | SILAGE QUALITY, EARLY CORN |

1. Part of the Monsanto-BASF R&D Collaboration.

# Global Corn Performance

## Despite Currency, Expect Positive Germplasm Mix, and to Hold or Grow Share in Every Major Market



**FY2015 GLOBAL CORN REGIONS**
PERFORMANCE IN KEY AREAS



Monsanto's global corn performance advantage enables expected positive full year germplasm price mix, exclusive of currency effects

**Q2 PERFORMANCE UPDATE**
GLOBAL HIGHLIGHTS

| | |
|---|---|
| ❶ **U.S.**<br>**Position: #1**<br>**Share: Mid-30's%** | **Reduced Refuge Family maintains same % of portfolio; Expected growth in *Genuity DroughtGard* Hybrids** |
| ❷ **Brazil**<br>**Position: #1**<br>**Share: >40%** | **More than 2 point share growth in branded corn share to date; Introduced first rootworm trait with launch of *VT Triple PRO*** |
| ❸ **LAS**<br>**Position: #1**<br>**Share: >50%** | **Maintaining strong share position; Triples continue to be the trait of choice** |
| ❹ **Eastern Europe**<br>**Position: #1**<br>**Share: >20%** | **Leveraging strength of our existing genetics provides yield advantage similar to the U.S.; making investments to accelerate yield gains** |
| ❺ **Western Europe**<br>**Position: #2**<br>**Share: Mid-teens** | **Launched several new silage hybrids in Western Europe.** |

# Decade of the Soybean

## Multi-Stack Portfolio Upgrades Address Primary Needs for Growers From North to South America



| REGION | GROWER VALUE | MULTI-STACK SOYBEAN PORTFOLIO UPGRADES |
|---|---|---|
| NORTH AMERICA >80M ACRES | WEED CONTROL / YIELD | Genuity ROUNDUP READY 2 YIELD SOYBEANS: Reached ~53M Acres in 2014 → ROUNDUP READY 2 XTEND SOYBEANS: **Planning for Seed Production of > 60 Varieties Across Branded and Licensed Seed Partners**; **Potential for Largest Technology Launch Ever** |
| BRAZIL >70M ACRES | WEED CONTROL / INSECT CONTROL / YIELD | INTACTA RR2 PRO™: **Record ~15M Acres Across S. America in 2015** → 2ND GENERATION INSECT PROTECTION → 2nd GENERATION INSECT PROTECTION + ROUNDUP READY 2 XTEND SOYBEANS |
| ARGENTINA >50M ACRES | INSECT CONTROL / WEED CONTROL / YIELD | INTACTA RR2 PRO™: **Record ~15M Acres Across S. America in 2015** → 2nd GENERATION INSECT PROTECTION; ROUNDUP READY 2 XTEND SOYBEANS → 2nd GENERATION INSECT PROTECTION + ROUNDUP READY 2 XTEND SOYBEANS |

# *Intacta RR2 PRO* Soybeans

## Fastest Expected Ramp of any Soybean Trait
## Targeting 100 Million Acre Opportunity



### *INTACTA RR2 PRO*




TRAIT PENETRATION STARTING WITH PRODUCT LAUNCH

### KEY MILESTONES

- ***Intacta RR2 PRO*** **Soybeans penetrated ~15M acres in FY15, five times our record year one launch**
- **Expanded production of varieties for 2016 sales to >150 varieties in Brazil alone**
- **Now expect ~30M acres across South America for FY16**
- **Technology licensed to germplasm providers with >90% share in South America**

### OUTLOOK: 2ND GENERATION INSECT PROTECTION (PHASE 4)

| MARKET OPPORTUNITY: | >100M ACRES |
|---|---|

- **Multiple modes-of-action designed to enhance durability and expanded spectrum including armyworm and podworm**
- **Full Canadian approval enabled China regulatory import submission**

# Strong Second-Year Yield Performance

## Results for *INTACTA RR2 PRO* Soybeans Validate Yield Benefits and Growth Opportunity



UPDATE | *INTACTA RR2 PRO* FIELD PERFORMANCE FY15

FIELD PERFORMANCE: BALSAS, MARANHAO STATE FEB 06, 2015



| *INTACTA RR2 PRO* | *ROUNDUP READY* PLOT WITH 3 INSECTICIDE APPLICATIONS |
|---|---|

**In Brazil, approximately 55,000 growers experienced the benefits of *Intacta RR2 PRO* first hand in its second year of commercialization.**

- ***Intacta RR2 PRO* has shown unsurpassed insect protection in commercial side-by-side trials this season.**

UPDATE | BRAZIL SECOND-YEAR COMMERCIAL YIELD DATA[1]




| | |
|---|---|
| COMPARISONS: | 1,923 |
| PERCENT HARVESTED: | 89% |

### 2015 PERFORMANCE

- With 89% harvest data complete, the *Intacta RR2 PRO* second-year commercial yield performance continues to show >4 bu/ac average advantage
- Average yield performance advantage in Monsanto commercial products is >5 bu/acre

1. Yield data based on approximately 89 percent of harvest data in commercial field strip trials across 187 locations comparing top RR1 varieties for each region managed with insecticides as needed to untreated Intacta varieties.

# *Roundup Ready Xtend* Crop System

## Integrated Soybean Agronomic System Targets Almost 200 Million Acres Globally



### *ROUNDUP READY 2 XTEND* SOYBEANS
*ROUNDUP READY XTEND* CROP SYSTEM TRIALS HUXLEY, IA 2014




UNTREATED CONTROL




*ROUNDUP READY XTEND* CROP SYSTEM AND *ROUNDUP READY PLUS* SYSTEM

### *ROUNDUP READY XTEND* PLATFORM
CURRENT STATUS

| | |
|---|---|
| OPPORTUNITY: | Majority of 200M ACRES<br>N. AND S. AMERICA SOY ACRES |
| COMMERCIAL LICENSES: | • TARGETING SEED COMPANIES WITH >90% OF U.S. SOYBEAN ACRES |
| REGULATORY STATUS:<br>NEW | • ON TRACK FOR 2016 LAUNCH[1]<br>• EU IMPORT APPROVAL RECEIVED |
| LAUNCH PLANS: | • EXPECT >3M ACRE LAUNCH WITH >60 VARIETIES COVERING ALL MATURITY GROUPS |

## *THREE SOURCES OF VALUE IN ROUNDUP READY XTEND CROP SYSTEM*

ROUNDUP READY 2 XTEND SOYBEANS + Roundup XTEND with VaporGrip Technology / XTENDIMAX with VaporGrip Technology = ROUNDUP READY XTEND CROP SYSTEM

***Innovative Traits in Leading Germplasm***

***Enhanced Chemistry Options***

***Greater Flexibility, Weed Control and Yield Potential***

1. USDA deregulation received. Awaiting EPA approval for in-crop use.

# *Bollgard II XtendFlex* Cotton

## *Roundup Ready XTEND* Crop System Update



BOLLGARD II XTENDFLEX COTTON

### SYSTEM BENEFITS

***Bollgard II XtendFlex* Cotton is the industry's first 3-way stack of herbicide tolerant technologies in cotton, including *Bollgard II* with *Roundup Ready FLEX* cotton stacked with dicamba[1]-and-glufosinate-tolerant cotton; designed to be the most effective weed management system available**




### 2014 *GROUND BREAKERS* TRIALS
Gordon, AL



***Bollgard II Roundup Ready FLEX* System**

**Weed Management Program:**

PRE-PLANT:Treflan(1.5pt) + Reflex(12 oz)

POST: *Roundup PowerMax* plus *Warrant* at 4-5 nodes



***Bollgard II XtendFlex* Variety**

**Weed Management Program:**

PRE-PLANT: Treflan (1.5pt) + Reflex (12 oz) + 0.5 lbs dicamba[1]

POST : 48 ounce application of dicamba[1] and glyphosate premix

### UPDATE

- **Limited introduction for 2015 season now estimated to be on more than 700,000 acres, above target of 500,000 acres**
- **With 100% of current supply on order in the U.S., we are in a sold-out position and now expect Deltapine to take over as the #1 planted cotton brand this season due to high demand for new herbicide tools and new varieties**
- **Glyphosate and glufosinate approved for in-crop use; in-crop use of dicamba pending regulatory approval**
- **$6/acre price premium; fully rebated in 2015 as an introductory *XtendFlex* Chemistry discount**
- **Five *Deltapine* varieties available in 2015, in maturities that fit across the entire upland cotton belt**
- **Trained more than 1,600 growers and stakeholders on the weed management system since January 1st**

1. Pending final regulatory approvals. In-crop use of Dicamba pending regulatory approvals; not authorized for in-crop use in 2015.

# New Ag Biological Platforms

## Potential New Breakthrough Agriculture Solutions for Farmers



### MONSANTO AG BIOLOGICALS PLATFORM

**FACTORS:**

- **Ag Biologicals is a growing market which complements Monsanto's focus on yield and productivity**
- **Leverages Monsanto's R&D and genomics capabilities as well as field testing capabilities**
- **Potential manufacturing and commercial synergies for cost effective farmer solutions**
- **Market fit across regions and across crops**

**PLATFORM HIGHLIGHTS:**

| | |
|---|---|
| *BIODIRECT* TECHNOLOGY: BioDIRECT | ***BioDirect* project work reflects breadth of the technology with focus across disease, insect and weed control and bee health targets** |
| THE BIOAG ALLIANCE: novozymes Rethink Tomorrow MONSANTO | **Novozymes and Monsanto establish industry's only integrated platform for microbials – elevating opportunity in multi-billion-dollar market** |

### MONSANTO AG BIOLOGICALS TECHNOLOGY PLATFORMS

BioDIRECT + Microbials

Weed Control



Disease Control



Insect Control



Bee Health



*BIODIRECT* TECHNOLOGY

**New topically-applied RNAi-based tools would provide new ways to target weeds, bugs, and disease**

BioYield



BioControl



MICROBIALS

**New approaches to yield and protection in seed treatments - increasingly new technologies like seed treatments provide an added layer of protection and enhancement for the seed itself**

# The Climate Corporation Platform

## Significant Commercial Progress Across Key FY2015 Priorities



### FY2015 PRIORITIES

**1** STEP UP INVESTMENT TO LEVERAGE HEAD START

**2** CULTIVATE ACTIVE ENROLLMENT TO BUILD PLATFORM

CLIMATE | BASIC™ +50%

Increase active acres[1] by 50%

**3** BUILD RUNWAY FOR PREMIUM OFFERING

- **Targeting to double acres of premium offerings in FY15, including *Climate PRO* and *FieldScripts* offerings**
- **Long-term and operating agreements with key partners enable broad distribution**

### COMMERCIAL MILESTONES

**1** INVESTMENT MILESTONES:

- Continued investment in new platform to enhance modeling, insights, capabilities and data connectivity
- Successful 640 Labs acquisition to improve connectivity and ease of data transfer

**2** ENROLLMENT MILESTONES:

- Registered *CLIMATE BASIC* acres now exceed **75M ACRES**
- Enrollment and usage trends put us on track to meet or exceed active usage target of 45M acres

**3** PREMIUM OFFERING MILESTONES

- Launched Enhanced Climate Pro Offerings

NITROGEN



FIELD HEALTH



- Orders for premium offerings now exceed **3M ACRES**
- Continued progress developing partnerships across retail, distribution, and equipment companies.

1. "Active" acres are defined as the acre base by a Climate BASIC user averaging more than one visit per week during the season

# Proven Investment Thesis

## Grounded in Long-Term Ag Demand Trends, Innovation, and Value Capture



## 1 DEMAND

- Rising incomes drive higher protein consumption
- Projected population of >9 billion by 2050
- Demand drives annual growth of >500M BU of corn and >200M BU of soybeans through 2019
  - Recent estimates indicate global demand for corn has grown by >800M BU compared to prior season

GLOBAL CORN DEMAND ESTIMATES (2007–2019F)[1]




## 2 INNOVATION

- Continuous R&D pipeline fuels mid-term and long-term gross profit growth drivers across six technology platforms
- Longstanding leadership in innovation attracts top talent, partnerships & licensing opportunities

INTEGRATED YIELD PIPELINE




## 3 VALUE CAPTURE

- Track record of strong earnings growth and conversion to free cash flow
- Commitment to returning value to shareowners through a balanced capital allocation with a Net Debt to EBITDA target ratio of 1.5

FINANCIAL STRATEGY: KEY FOCUS AREAS




1. USDA historical data, future forecast and projections represent Monsanto internal estimates

Case: 4:17-cv-02031-SNLJ Doc. #: 1-33 Filed: 07/19/17 Page: 17 of 17 PageID #: 401

# Reconciliation of Non-GAAP
## Financial Measures



### RECONCILIATION OF ONGOING EPS

| $ Per share | Fiscal Year 2014 | Fiscal Year 2010 |
|---|---|---|
| **Diluted Earnings per Share** | **$5.22** | **1.99** |
| Restructuring Charges, Net | -- | $0.41 |
| Income on Discontinued Operations | $(0.03) | $(0.01) |
| Legacy Environmental Settlements | $0.04 | -- |
| **Diluted Earnings per Share from Ongoing Business** | **$5.23** | **$2.39** |