# EXHIBIT 34



# 2015 Citi Basic Materials Conference

Dr. Robb Fraley
Monsanto Chief Technology Officer
December 2, 2015

# Forward-Looking Statements

*Certain statements contained in this presentation are "forward-looking statements," such as statements concerning the company's anticipated financial results, current and future product performance, regulatory approvals, business and financial plans and other non-historical facts. These statements are based on current expectations and currently available information. However, since these statements are based on factors that involve risks and uncertainties, the company's actual performance and results may differ materially from those described or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, among others: continued competition in seeds, traits and agricultural chemicals; the company's exposure to various contingencies, including those related to intellectual property protection, regulatory compliance and the speed with which approvals are received, and public understanding and acceptance of our biotechnology and other agricultural products; the success of the company's research and development activities; the outcomes of major lawsuits and the previously-announced SEC investigation; developments related to foreign currencies and economies; pursuit of acquisitions or other transactions; fluctuations in commodity prices; compliance with regulations affecting our manufacturing; the accuracy of the company's estimates related to distribution inventory levels; the recent increases in and expected higher levels of indebtedness; the company's ability to fund its short-term financing needs and to obtain payment for the products that it sells; the effect of weather conditions, natural disasters, accidents, and security breaches, including cybersecurity incidents, on the agriculture business or the company's facilities; and other risks and factors detailed in the company's most recent periodic report to the SEC. Undue reliance should not be placed on these forward-looking statements, which are current only as of the date of this presentation. The company disclaims any current intention or obligation to update any forward-looking statements or any of the factors that may affect actual results.*

*Trademarks*
*Trademarks owned by Monsanto Company and its wholly-owned subsidiaries are italicized in this presentation. All other trademarks are the property of their respective owners.*

*Fiscal Year*
*References to year, or to fiscal year, are on a fiscal year basis and refer to the 12-month period ending August 31.*

*© 2015 Monsanto Company*

# Non-GAAP Financial Information

*This presentation may use the non-GAAP financial measures of "free cash flow," earnings per share (EPS) on an ongoing basis, EPS growth on an ongoing basis, EBIT and EBITDA on an ongoing basis, EBITDA on an as reported basis, gross profit on an ongoing basis, operating expenses on an ongoing basis, net income (loss) attributable to Monsanto Company on an ongoing basis, and net debt. We define free cash flow as the total of cash flows from operating activities and investing activities. A non-GAAP EPS financial measure, which we refer to as ongoing EPS, excludes certain after-tax items that we do not consider part of ongoing operations, which are identified in the reconciliation. EBIT is defined as earnings (loss) before interest and taxes, ongoing EBITDA is defined as earnings (loss) before interest, taxes, depreciation and amortization and excludes certain after-tax items that we do not consider part of ongoing operations, as defined in the reconciliation, and as reported EBITDA is defined as earnings (loss) before interest, taxes, depreciation and amortization. Earnings (loss) is intended to mean net income (loss) attributable to Monsanto Company as presented in the Statements of Consolidated Operations under GAAP. Net debt is defined as the sum of both short-term debt and long-term debt, less cash and cash equivalents. Ongoing gross profit, ongoing operating expenses, and ongoing other expense, net, exclude certain pretax items that we do not consider part of ongoing operations, which are identified in the reconciliations. Ongoing net income (loss) attributable to Monsanto Company is defined as net income (loss) attributable to Monsanto Company excluding the cumulative after-tax impact of certain items we do not consider part of ongoing operations.*

*Our presentation of non-GAAP financial measures is intended to supplement investors' understanding of our operating performance, not replace net income (loss) attributable to Monsanto Company, cash flows, financial position, or comprehensive income (loss), as determined in accordance with GAAP. Furthermore, these non-GAAP financial measures may not be comparable to similar measures used by other companies. The non-GAAP financial measures used in this presentation are reconciled to the most directly comparable financial measures calculated and presented in accordance with GAAP.*

# Farmer Needs Define Integrated Solutions

Goal to Maximize Net Return Per Acre through Technology Driven Inputs and Season-Long Advice to Optimize Inputs and Decisions



**FARMER NEEDS**

**GOAL: Maximize Net Return Per Acre Through Optimization of 40+ KEY DECISIONS That Influence On-farm Yields & Productivity**

**KEY INPUTS Market in Billions[1]**

**SEED**

**$45 Billion**

Seed is cornerstone decision, key to establishing yield potential and influences many other decisions



**CROP PROTECTION**

**$57 Billion**

Pest management tools for weed, insect and disease control



**FERTILITY**

**$183 Billion**

Largest portion of the global crop input budget

**MONSANTO'S TOOLKIT**

**BIOTECH BREEDING**




**CHEMISTRY BIOLOGICALS**

ACCELERON Seed Treatment Products

ROUNDUP READY PLUS. CROP MANAGEMENT SOLUTIONS

MONSANTO BioAg

BioDIRECT

**DATA SCIENCE**

CLIMATE FIELDVIEW

1. Source: Philips McDougal 2014 & Marketline

# Set Foundation for Rapid Growth

FY16 Outlook Considers Current Market Realities with Focus on Strategic Advancement and Operational Discipline



## SEED & GENOMICS GROWTH WITH FOCUS ON DISCIPLINE IN AG PRODUCTIVITY AND SPEND MANAGEMENT
### ONGOING EPS FY2010-FY2016F




| | FY2010 | FY2011 | FY2012 | FY2013 | FY2014 | FY2015 | FY2016F |
|---|---|---|---|---|---|---|---|
| ONGOING EPS | $2.39 | $2.96 | $3.70 | $4.56 | $5.23 | $5.73 | $5.10 - $5.60 |
| FREE CASH FLOW -$M | $564 | $1,839 | $2,017 | $1,963 | $959 | $2,089 | $1.6 - $1.8B |

**Q1 OUTLOOK UPDATE**

Continue to expect Q1FY16 ongoing EPS to be a loss in the range of ($0.23) to ($0.33), though now likely closer to a loss of ($0.23), as spend and Brazil results, driven by Intacta, both appear to be slightly better than originally forecasted for the first quarter.

## FY2016 OUTLOOK:

***Progress on key milestones along with focus on operational discipline sets foundation for rapid future growth***

**Growth from Core Seeds and Genomics:**
- Expect mid-to-high single digit growth in gross profit from strength in core business; new corn hybrids globally, *Intacta RR2 PRO* penetration and licensing opportunities

**Strategic Management of Ag Productivity:**
- Expect segment to generate ~$900M to $1.1B of gross profit while remaining disciplined in premium pricing strategy to reflect brand equity

**Spend Discipline:**
- Implement plans to drive further optimization of operating leverage and COGS targeting $500M of cost savings by the end of FY18; remain committed to investing in new growth platforms

**Strong Cash Generation & Balance Sheet:**
- Accelerate capital allocation strategy through new $3B accelerated share repurchase program and progress to net debt to ongoing EBITDA target ratio of 1.5

# Strategic Growth Drivers Clear to FY19

Innovation from Leading Global Portfolio, Coupled with Financial Discipline and Capital Allocation, Drives Growth



## 5-YEAR GROWTH PROFILE:
**ONGOING EPS FY2014-FY2019F**




**DISCIPLINE: Underpins strategy to ensure each dollar is more productive**

## KEY DRIVERS OF >20% COMPOUNDED ANNUAL GROWTH RATE IN ONGOING EARNINGS PER SHARE FY16F-FY19F

### ❶ GLOBAL GROSS PROFIT GROWTH DRIVERS

Expected to deliver ~$3.5B gross profit growth from FY16 to FY19

~$3.5B Gross Profit Growth FY16-FY19




- 20% macro related
- 80% innovation driven

### ❷ OPERATING LEVERAGE

Expect to deliver a 5-to-8 point improvement in operating expense as a % of gross profit by FY19[1]

Expected Operating Expense as a Percent of Gross Profit by FY19:
**41-to-44%**

### ❸ CAPITAL ALLOCATION STRATEGY

Strong cash generation and capital structure compound growth

**Net Debt/Ongoing EBITDA target ratio of 1.5**

1. As compared to ongoing expense as a % of ongoing gross profit in FY15, which is included in the reconciliation of Non-GAAP financial measures at the end of this presentation. No reconciling items expected in FY19F.

# Innovation Drives Precise Integrated Yield Solutions

## Monsanto's Leading Innovation Platforms Delivers Integrated Solutions Leveraging Both Internal and External Innovation and Expertise



**INNOVATION PLATFORMS**

**TECHNOLOGIES UTILIZED**







## METHODS TO DELIVER INNOVATION

### INTERNAL R&D EXPERTISE

- Approximately 5,000 employees spanning 40 countries; a field testing network wrapping around the globe 2 times

### PARTNERSHIPS & COLLABORATIONS

- Currently have thousands of active technology alliances - ranging from academics to public and private sector entities

### VENTURE CAPITAL

- Over 300 opportunities reviewed last year, with investments initiated in 20+ organizations

# *DEKALB* Corn Performance

## Year-in, Year-out Performance Confirms Overall Advantage for *DEKALB*





**2015 U.S. COMPETITIVE CORN YIELD COMPARISON[1]:**

***DEKALB* VS. COMPETITIVE PRODUCTS**




**UPDATE:** **PRELIMINARY 2015 PERFORMANCE**

❶ ***DEKALB* outperforms competitive products for the 10th consecutive year**

❷ **Overall advantage for *DEKALB***
- For more than a decade the *DEKALB* advantage has been in the band of 7-10 bu / ac, underscoring its consistent advantage

❸ ***DEKALB* consistently outperforms in both high- and low-yielding conditions**
- Results confirm *DEKALB* ability to deliver industry-leading yield under a gamut of growing conditions, with varying degrees of stress

❹ **FY15 harvest results**
- Harvest results once again show a strong performance advantage averaging >7 bu / ac

1. Annual yield advantage calculated each year by comparing 5 leading *DEKALB* products within each state having a minimum of 100 comparisons to national competitor products containing similar crop protection traits as of October 19, 2015. All comparisons are head-to-head using +- 2RMs and weighted average calculated using 15% moisture

# Global Corn Portfolio

## Next Generation Hybrids, Global Share Growth and Licensing Opportunities Drive Expected Growth in Largest Global Business




## GLOBAL SEED & TRAIT UPGRADES

**2025 TARGET:** ~240M Acres Global Seed & Trait Upgrades

### FY2015 GLOBAL CORN REGIONS
**PERFORMANCE IN KEY AREAS**



- **FY16 Target:** low single-digit full year germplasm price mix in local currency and global share gains from holding or growing our share in every major region
- **Beyond FY16:** target historical mid-single digit lift and continued share gains

### FY15 PERFORMANCE
**GLOBAL HIGHLIGHTS**

| | |
|---|---|
| 1 **U.S.** Position: #1 Share: Mid-30's% | Reduced Refuge Family maintained same % of portfolio; Growth in *Genuity DroughtGard* Hybrids |
| 2 **Brazil** Position: #1 Share: >40% | ~1 point share growth in branded corn share; Introduced first rootworm trait with launch of *VT PRO 3* |
| 3 **Argentina** Position: #1 Share: >50% | Maintained strong share position; Triples continued to be the trait of choice |
| 4 **Eastern Europe** Position: #1 Share: >20% | Strength of our existing genetics provides yield advantage similar to the U.S.; Making investments to accelerate yield gains |
| 5 **Western Europe** Position: #2 Share: Mid-teens | Launched several new silage hybrids in Western Europe |

# Revolutionizing Plant Breeding

## Fundamentally Changing Plant Breeding Approach; Targeting to Increase Current Genetic Gain by 30%





### KEY BREEDING R&D ADVANTAGES



GLOBAL PLANT GENETIC DATABASE



LEADING DISCOVERY TECHNOLOGIES



TESTING CAPABILITY AND SCALE

DATA SCIENCE

**UPDATE** EXPECTED INCREASES IN NEW HYBRID TESTING THROUGH GENOME WIDE SELECTION




**INCORPORATING DATA ANALYTICS IN EVERY STEP OF THE PIPELINE PROVIDES NEW INSIGHTS IN PLANT BREEDING TO DELIVER TARGETED INCREASES IN GENETIC GAIN**

**STAGE 1:** Utilization of seed chipping on Double Haploids with Genome Wide Sequencing

**STAGE 2:** Innovation via new technologies

**UPDATE** HIGHER GENETIC GAIN & PRODUCT ADVANCEMENT RATES IN THE FIRST PHASE OF THE PRODUCT PIPELINE

- Genetic gains made with Genome Wide Selection(GWS) and Double Haploids(DH) were 30% higher[1]
- GWS and DH have a 50% higher advancement rate compared to conventionally derived lines[2]
- Chesterfield planning to plant and harvest millions of “plots” through GWS.

1. As compared to the overall product class in the first phase of the pipeline. 2. In the first phase of the pipeline of lines through 105 relative maturity.

# *Intacta* RR2 PRO Soybeans

First Generation Expected to Rapidly Penetrate 100M Acre Opportunity; Second Generation Already in Phase 4





## *INTACTA RR2 PRO*

**2025 TARGET: ~145M Acres of Trait Upgrades**

### *INTACTA RR2 PRO*: RECORD TECHNOLOGY ADOPTION RATE




## GROWTH PROFILE:

***Next decade is a period of rapid acceleration with new technology penetration***

- Expect 1st-generation technology to fully penetrate the 100M acre opportunity
- In process of upgrading to the 2nd-generation technology – expected to commercially launch by 2019-2020

**KEY MILESTONES:**

- Penetrated ~15M acres across South America in FY15, 5X our record year one launch
- Expanded production of varieties for 2016 sales to >150 varieties in Brazil alone
- In Northern Argentina, ~70% of growers chose to pay upfront
- Technology licensed to germplasm providers with >90% share in South America
- Expect ~30M acres across South America for FY16

# 2015 U.S. Soybean Preliminary Performance

2015 Harvest Results Continue to Confirm Industry Leading Platform
Followed by Largest Biotech Launch for *Roundup Ready 2 Xtend* Soybeans





## *ROUNDUP READY 2 YIELD* PRELIMINARY PERFORMANCE[1]: ENDURING PERFORMANCE ADVANTAGE




*GENUITY ROUNDUP READY 2 YIELD*

COMPETITIVE PRODUCTS WITH *ROUNDUP READY* TRAIT

## *ROUNDUP READY 2 XTEND* PRELIMINARY PERFORMANCE:

SUPERIOR WEED CONTROL + CONTINUED STRONG YIELD PERFORMANCE WITH CURRENT CLASS, WITH POTENTIAL ~1 BU/AC YIELD IMPROVEMENT WITH 2017 CLASS




*ROUNDUP READY 2 XTEND* SOYBEANS[2]

*GENUITY ROUNDUP READY 2 YIELD*[1]

### NUMBER OF VARIETIES BY MATURITY ZONE (AT LAUNCH)




**>70** Varieties deployed across branded and licensed seed partners including all eight maturity groups

**6x** The number of varieties in year of launch as compared to *GENUITY ROUNDUP READY 2 YIELD*

1. Data as of October 27, 2015. Includes pre-commercial and commercial strip trial data. All head-to-head comparisons are within +/- 0.4 maturity group. Data represents the top performing *Genuity Roundup Ready 2 Yield* products (with a minimum of 15 comparisons per product) versus competitor *Roundup Ready* products.
2. Data as of October 29, 2015. Includes pre-commercial and commercial trial data; comprised of top performing varieties from new market class. All head-to-head comparisons are within +/- 0.4 maturity group. Data represents *Genuity Roundup Ready 2 Xtend* products versus commercially available competitor products.
3. Preliminary analysis of Breeding pre-commercial R&D trials as of 10/23/2015.

# *Roundup Ready 2 Xtend* Soybeans

## Integrated Soybean Agronomic System Setting Up the Next Wave of Growth



## *ROUNDUP READY XTEND* CROP SYSTEM

**2025 TARGET:** 200M-250M Acres of Trait Upgrades Across Crops

### *ROUNDUP READY 2 XTEND* SOYBEANS: *ROUNDUP READY XTEND* CROP SYSTEM TRIALS - INDIANA 2015



COMPETITIVE SYSTEM



*ROUNDUP READY XTEND* CROP SYSTEM AND *ROUNDUP READY PLUS* SYSTEM

### *SOURCES OF VALUE IN ROUNDUP READY XTEND CROP SYSTEM*

ROUNDUP READY 2 XTEND SOYBEANS

***Innovative Traits in Leading Germplasm***

\+

Roundup XTEND with VaporGrip Technology

XTENDIMAX with VaporGrip Technology

***Enhanced Chemistry Options***

=

ROUNDUP READY XTEND CROP SYSTEM

***Greater Flexibility, Weed Control and Yield Potential***

### GROWTH PROFILE:

***Next decade is a period of rapid acceleration with new technology penetration***

- Expect this next-gen weed control technology to penetrate 200M-250M acres across soy, cotton and corn acres

**KEY MILESTONES:**

- Commercial licenses targeting seed companies with >90% of U.S. soybean acres
- On track for 2016 launch[1] and working closely with partners to ensure a successful launch
- With strong demand we have implemented a soybean pre-order reservation process and expect to be fully-reserved by early-December
- Priced at a $5 to $10 acre premium over *Roundup Ready 2 Yield* varieties
- Expect >3M acre launch with more than 70 unique varieties across our brands & licensees

1. USDA deregulation received. Awaiting EPA approval for in-crop use.

# *Roundup Ready Xtend* Crop System in Corn

Provides Farmers Broad Spectrum Weed Control, Increased Application Flexibility and System Durability; Targeting >75M Acres







**Control**



**3RD Gen Herbicide Tolerance**

# *Roundup Ready Xtend* Crop System in Corn

Provides Farmers Broad Spectrum Weed Control, Increased Application Flexibility and System Durability; Targeting >75M Acres





**PROJECT:** 3rd Gen Herbicide Tolerant Corn

**STATUS:** HIGHLIGHT 2016 Advancement Phase 4

## PROJECT HIGHLIGHTS:

**TARGET MARKET: >75M ACRES ACROSS THE AMERICAS**

- Three modes of action – herbicide tolerance to glyphosate, dicamba and glufosinate - provides effective weed control for enhanced durability and yield protection
- Consistent performance of dicamba to control over 200 broadleaf weeds plus up to 14 days of residual control of small seeded broadleaf
- Increased crop tolerance to dicamba allows for higher effective use rates applied mid to late season
- NEW Regulatory submissions for global approval
- Next generation discovery efforts underway

## 2015 MONSANTO FIELD TRIALS

**JUNE 2015 - JERSEYVILLE, IL**



Control



3RD Gen Herbicide Tolerance

Demonstrates effective herbicide tolerance with a high degree of crop safety to provide growers with a simple and cost-effective approach for managing weeds

# *NEMASTRIKE* Technology Targets 125M Acres Opportunity[1]

## Broad Spectrum Nematode Control Resulting in Improved Emergence, Plant Health and Yield Protection; Limited Introduction Planned for 2017

Seed Treatment Products



**BASE** | **COMPETITIVE STANDARD** | ***NEMASTRIKE* TECHNOLOGY**



**COMPETITIVE STANDARD**




***NEMASTRIKE* TECHNOLOGY**




1. Product, in Phase 4 and subject to regulatory approvals, and is expected to be branded as *Nemastrike* Technology

# *NEMASTRIKE* Technology Targets 125M Acre Opportunity[1]

## Broad Spectrum Nematode Control Resulting In Improved Emergence, Plant Health and Yield Protection; Limited Introduction Planned for 2017

ACCELERON Seed Treatment Products

**SEED CARE: NEMATICIDE**

**2025 TARGET:** 125 Million Acres in New Crop Protection Solutions

**PROJECT:** ***NEMASTRIKE* TECHNOLOGY**

**STATUS:** Phase 4

### PROJECT HIGHLIGHTS:

- Novel nematode-control technology with a fit on 125M acres of opportunity across soy, cotton and corn acres
- Licensing structure in place to allow for broad commercial access
- Planning for limited introduction in the U.S. in 2017[2]
- All regulatory filings complete with the EPA

### 2015 MONSANTO TRIALS

#### CORN




#### SOY




#### JUNE 2015 - ST. JACOB, IL

COMPETITIVE STANDARD



*ACCELERON* N



Early season results for soybeans treated with new nematicide show nearly 2X height differential

***Acceleron FI + N Seed Treatment Products*** **demonstrates strong in-field performance advantage vs. competitive standards across crops in second year of expanded broad acre field testing.**

1. Product, in Phase 4 and subject to regulatory approvals, and is expected to be branded as *Nemastrike* Technology 2. Pending regulatory approval.

# The BioAg Alliance

## Pipeline Progress and Integrated Field Testing Network Support 250-500M 2025 Acre Target

The BioAg Alliance
MONSANTO novozymes Rethink Tomorrow
JOINT MICROBIALS R&D PIPELINE

**SEED CARE: MICROBIALS** **2025 TARGET:** 250-500 Million Acres in New Crop Protection Solutions

**PROJECT:** CORN BIOYIELD & SOY BIOYIELD

**STATUS:** Phase 1

### 2015 U.S. Field Testing Results

**REPEATING CORN HITS:**
REPRODUCIBLE YIELD OVER average 3 bu / ac ACROSS 2 YEARS



Circles show magnitude of win (green) or loss (red) of strain vs control at tested locations

**NEW CORN HITS:**
TOP 5 NEW MICROBIAL HITS PROVIDING 4-5 bu / ac YIELD ADVANTAGE




### HIGHLIGHTS:

- Top new hits in corn and soy are performing across broad geographies
  - Corn: 4-5 bu / ac average yield advantage with win rates of up to 83 %
  - Soy: 1.5 bu / ac average yield advantage with win rates of up to 72 %
- Expanded microbes tested by 4 fold with increased diversity
- Automated data collection + integrated field testing network created differentiated advantage
- Evaluating microbe and environment interactions to understand and optimize product performance



# The Digital Ag Platform

Leading Capabilities, Reach & Adoption establish “THE” Digital Ag Platform and Enables Meaningful Opportunity for Monetization



## CAPABILITIES

| DATA ACQUISITION | SOFTWARE ENGINEERING | DATA SCIENCE |
|---|---|---|

## REACH

| | | |
|---|---|---|
| 3 | MAJOR AG EQUIPMENT COMPANIES | NEW John Deere agreement is 1st and only 3rd party wireless connection with near-real time in-cab visualization |
| 6 | STRATEGIC RETAIL PARTNERS | Enabled >1,700 Retail locations & 3,000 agents |

CLIMATE FIELD VIEW™

## ADOPTION[1]

| | |
|---|---|
| >75M | ACRES ENROLLED IN PLATFORM[1] |
| >55M | ACTIVE ACRES[2] |
| >5M | ACRES SUBSCRIBED TO PREMIUM OFFERINGS |

## MEANINGFUL OPPORTUNITY FOR MONETIZATION

ORGANIZATION, SIMPLICITY & VISUALIZATION
INSIGHTS ENABLE SUBSCRIPTION SERVICES
LICENSING OPPORTUNITIES ACROSS SEED, CROP PROTECTION & FERTILITY

1. 2015 Metrics: Platform includes *Fieldview Prime*, *PRO* and *PLUS* acres
2. Active defined as weekly in-season use.

# >1.3B Acres of Technology Upgrades Expected by 2025

## Monsanto Moves to 2nd and 3rd Generation Product Solutions for Growers
## Monsanto R&D Benefits the Industry and Underpins Growth to 2019



| | | 2025 TARGETS[1] |
|---|---|---|
| **GLOBAL CORN PORTFOLIO** | | **~240 Million Acres** |
| CORN TRAIT UPGRADES | ~100M Acres | |
| GLOBAL GERMPLASM UPGRADES | ~140M Acres | |
| ***INTACTA RR2 PRO*** | | **~145 Million Acres** |
| NEXT-GEN *INTACTA* UPGRADES | ~60M Acres | |
| *INTACTA* PLATFORM ADOPTION | ~85M Acres | |
| ***ROUNDUP READY XTEND* CROP SYSTEM–SOYBEANS, COTTON & CORN** | | **~300 Million Acres** |
| DICAMBA FORMULATIONS | 80-100M Acres | |
| *ROUNDUP READY XTEND* BIOTECH TRAITS | 200-250M Acres | |
| **CROP PROTECTION** | | **>375 Million Acres** |
| SEED APPLIED SOLUTIONS – NEMATICIDE SEED TREATMENT | ~125M Acres | |
| NEW PLATFORMS UPDATE: BIOLOGICALS – BIOAG | 250-500M Acres | |
| **CLIMATE *FIELDVIEW*** | | **>300 Million Acres** |
| NEW PLATFORMS UPDATE: CLIMATE *FIELDVIEW PAID ACRES* | 300-400M Acres | |

**TARGET UPDATE**

**>1.3B Acres of Technology Upgrades by 2025**

**>800M Acres of Upgrades from Core Business**

**550-900M Acres of Upgrades BioAg and Climate**

1. Acre targets reflect Monsanto's internal estimates of new technology penetration by 2025 (less 2015 actual penetration for technologies recently launched). The core platforms highlighted are not a full representation of the pipeline; this is a subset of key drivers nearing commercialization, many likely before the end of the decade, or recently launched.

# Reconciliation of Non-GAAP Financial Measures

## RECONCILIATION OF FREE CASH FLOW

| $ Millions | 2016 Target | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 |
|---|---|---|---|---|---|---|---|
| Net Cash Provided by Operating Activities | $2,700-$3,100 | $3,108 | $3,054 | $2,740 | $3,051 | $2,814 | $1,398 |
| Net Cash Required by Investing Activities | ($1,100-$1,300) | $(1,019) | $(2,095) | $(777) | $(1,034) | $(975) | $(834) |
| **Free Cash Flow** | **$1,600-$1,800** | **$2,089** | **$959** | **$1,963** | **$2,017** | **$1,839** | **$564** |
| Net Cash Required by Financing Activities | N/A | $(430) | $(2,259) | $(1,485) | $(1,165) | $(864) | $(1,038) |
| Cash Assumed from Initial Consolidation of Variable Interest Entities | N/A | -- | -- | -- | -- | $77 | -- |
| Effect of Exchange Rate Changes on Cash and Cash Equivalents | N/A | $(325) | $(1) | $(93) | $(141) | $35 | $3 |
| **Net Increase / (Decrease) in Cash and Cash Equivalents** | **N/A** | **$1,334** | **$(1,301)** | **$385** | **$711** | **$1,087** | **$(471)** |

## RECONCILIATION OF ONGOING EPS

| | | | Fiscal Year | | | | | |
|---|---|---|---|---|---|---|---|---|
| $ Per share | 2016 Guidance | Q1 2016 Guidance | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 |
| **Diluted Earnings per Share** | **$4.00-4.66** | **($0.86)-($1.13)** | **$4.81** | **$5.22** | **$4.60** | **$3.79** | **$2.96** | **$1.99** |
| Restructuring Charges, Net | $0.94-$1.10 | $0.63-$0.80 | $0.70 | -- | -- | $(0.02) | -- | $0.41 |
| Income on Discontinued Operations | -- | | $(0.06) | $(0.03) | $(0.02) | $(0.01) | -- | $(0.01) |
| Environmental & Litigation Settlements | -- | | $0.11 | $0.04 | -- | $0.05 | -- | -- |
| Resolution of Tax Matters | -- | | -- | -- | $(0.02) | $(0.11) | -- | -- |
| Potential SEC Settlement | -- | | $0.17 | -- | -- | -- | -- | -- |
| **Diluted Earnings per Share from Ongoing Business** | **$5.10-$5.60** | **($0.23)-($0.33)** | **$5.73** | **$5.23** | **$4.56** | **$3.70** | **$2.96** | **$2.39** |

# Reconciliation of Non-GAAP Financial Measures

## RECONCILIATION OF ONGOING GROSS PROFIT

| $ Millions | FY 15 | |
|---|---|---|
| Gross Profit (GAAP) | $8,182 | |
| Restructuring Charges | $100 | *(a)* |
| **Ongoing Gross Profit** | **$8,282** | |

## RECONCILIATION OF ONGOING OPERATING EXPENSES

| $ Millions | FY 15 | |
|---|---|---|
| Operating Expenses (GAAP) | $4,659 | |
| Restructuring Charges | $(393) | *(a)* |
| Environmental & Litigation Settlements | $(87) | *(b)* |
| Potential SEC Settlement | $(80) | *(c)* |
| **Ongoing Operating Expenses** | **$4,099** | |

## ONGOING OPERATING EXPENSES AS PERCENT OF ONGOING GROSS PROFIT

| $ Millions | FY 15 | |
|---|---|---|
| Gross Profit (GAAP) | $8,182 | |
| Restructuring Charges | $100 | *(a)* |
| **Ongoing Gross Profit** | **$8,282** | |
| Operating Expenses (GAAP) | $4,659 | |
| Restructuring Charges | $(393) | *(a)* |
| Environmental & Litigation Settlements | $(87) | *(b)* |
| Potential SEC Settlement | $(80) | *(c)* |
| **Ongoing Operating Expenses** | **$4,099** | |
| **Ongoing Operating Expenses / Ongoing Gross Profit** | **49%** | |

# Reconciliation of Non-GAAP Financial Measures

## DEFINITION OF ONGOING ADJUSTMENTS

***(a)*** Fiscal fourth quarter 2015 included a pretax restructuring charge totaling $493 million, of which $100 million related to certain asset impairment charges, primarily in our corn ($65M) and vegetable ($28M) businesses, and is included in cost of goods sold, and $393 million related to various other operating charges including severance and is included in restructuring expenses.

***(b)*** Fiscal fourth quarter 2015 included pretax charges of $34 million and $14 million for a legacy environmental liability and settlement of litigation matters, respectively, both arising under indemnities from the 2000 Pharmacia Separation Agreement. Total pretax charges incurred during fiscal year 2015 are $34 million and $53 million for the legacy environmental liability and settlement of legacy litigation matters, respectively.

***(c)*** Fiscal fourth quarter 2015 included a charge for the SEC investigation of $45 million. The total accrual for fiscal year 2015 is $80 million.