# EXHIBIT 35

Case: 4:17-cv-02031-SNLJ Doc. #: 1-35 Filed: 07/19/17 Page: 2 of 33 PageID #: 427

Seeking Alpha

# Monsanto's (MON) CEO Hugh Grant On Q3 2015 Results - Earnings Call Transcript

Jun. 24, 2015 9:21 PM ET
by: SA Transcripts

FQ3: 06-21-15 Earnings Summary

SEC *10-Q* *Analysis* *News*

EPS of $2.39 beats by $0.32 | Revenue of $4.58B (+ 7.8% Y/Y) misses by $-30M

Monsanto Company (NYSE:MON)

Q3 2015 Earnings Conference Call

June 24, 2015, 09:30 AM ET

**Executives**

Hugh Grant - Chairman, Chief Executive Officer

Brett Begemann - President and Chief Operating Officer

Pierre Courduroux - Senior Vice President and Chief Financial Officer

Laura Meyer - Investor Relations

**Analysts**

Don Carson - Susquehanna International

Kevin McCarthy - Bank of America Merrill Lynch

Sandy Klugman - Vertical Research Partners

PJ Juvekar - Citi

Jeff Zekauskas - JP Morgan

David Begleiter - Deutsche Bank

Chris Parkinson - Credit Suisse

Joel Jackson - BMO Capital Markets

John Roberts - UBS

Bob Koort - Goldman Sachs

Vincent Andrews - Morgan Stanley

Mark Connelly - CLSA

Brett Wong - Piper Jaffray

Frank Mitsch - Wells Fargo Securities, LLC

Michael Piken - Cleveland Research

**Operator**

Greetings and welcome to the Monsanto Company's Third Quarter Fiscal Year 2015 Earnings Conference Call. At this time, all participants are in a listen-only mode. A brief question-and-answer session will follow the formal presentation. [Operator Instructions] As a reminder, this conference is being recorded.

It is now my pleasure to introduce your host, Laura Meyer, Investor Relations lead for Monsanto. Thank you. You may begin.

**Laura Meyer**

Thank you, Christine and good morning to everyone. I'm joined this morning by Hugh Grant, our Chairman and CEO; Brett Begemann, our President and Chief Operating Officer; and by Pierre Courduroux, our CFO. Also joining me from the IR team are Tim Boeker, Priyal Patel and Ashley Wissmann.

Our third quarter call provides the wrap up of our two most significant quarters and the early views into our outlook for the coming year. Today we will be sharing a business and strategic overview as well as a summary of our third quarter results and full-year outlook. This call is being webcast and you can access the webcast, supporting slides and the replay at monsanto.com.

We have provided you today with EPS measures on both a GAAP and ongoing business basis. Where we refer to non-GAAP financial measures, we reconcile to GAAP in the slides and in the press release, both of which are on the website. This call will include statements concerning future events and financial results. Because these statements are based on assumptions and factors that involve risks and uncertainty, the company's actual performance and results may vary in a material way from those expressed or implied in

any forward-looking statements. A description of the factors that may cause such a variance is included in the Safe Harbor language in our most recent 10-Q and in today's press release.

First and foremost, let me review our third quarter results as shown on Slide 4. Our third quarter ongoing earnings per share is $2.39, well above the range we outlined at our second quarter call due primarily to the successful completion of the licensing agreement with Scotts Miracle Gro, reinforcing our confidence for the year.

Our free cash flow year-to-date is the use of $789 million as compared to a use of $1.4 billion year-to-date in the prior year, primarily reflecting the absence of the Climate acquisition and the Novozymes transaction in the current fiscal year. With these results and our outlook for the year, we remain at the low end of the guidance ranges namely $5.75 to $6 of ongoing earnings per share, and $2 billion to $2.2 billion of free cash flow as shown on Slide 5.

With that brief summary, let me hand it to Hugh to provide the strategic outlook.

**Hugh Grant**

Thank you, Laura and good morning to everybody on the line. The close of our third quarter is always a pivotal time in our business and never more so than this year. With our proposal to combine with Syngenta, we have put forward the transformational plan to further drive sustainable intensification for growers in the future.

Our business and our pipeline are stronger than they have ever been. Our ethos, however, is to continually challenge ourselves to be proactive and authentic. With our proposal we are looking beyond short term macro challenges to drive the next evolution in agriculture.

The challenges facing the world's food supply continue to evolve. The growing population along with our volatile and changing climate place ever increasing burdens on global food production as shown on Slide 6. Equipping farmers with the right set of innovations that will help solve tomorrow's food challenges today requires more than a new company and requires a new vision and a new approach.

This is what is at the heart of this new company proposal as shown on Slide 7. Combining the strengths of Monsanto and Syngenta would accelerate the development of new innovations, increase our scale and reach and provide a broader spectrum of products for growers around the world and it would use data science to offer a more insightful, precise approach to agriculture.

Syngenta's announcement yesterday, albeit one sided communication is promising and it does reinforce the validity of our integrated solutions theory, but in our opinion overstates the risks to execute the proposal, and without Monsanto as a partner, it lacks our leading seed footprint, digital Ag platform and track record for innovation and execution.

Monsanto-Syngenta combination represents the optimal solutions to unlock this value. We believe we are simply the best positioned to drive the opportunity with a current proposal that offers a significant premium, more than 30% over the three-year average price, 43% premium price versus the unaffected stock price, and a 45% premium over the 12 months weighted average stock price. And importantly, it provides an ongoing growth opportunity for the combined shareowners.

So I would continue then to encourage the shareowners to appeal to the Board to simply engage in constructive discussions with us regarding a very attractive proposal, one that we believe has the best interest of our customers, our respective shareowners and society in mind.

So let's take a closer look at the core tenets of our strategic rationale that support this assertion as shown on Slide 8. As always begins with innovation. By using the R&D capabilities of Monsanto and Syngenta and the fields of breeding biotechnology, crop protection, biological and data science it will allow us to put now solutions in the hands of farmers. Secondly, a stronger global presence with more integrated solutions unlocks scale and reach that isn’t possible today, more acres, more farms, more crops and more geographies.

The new company will bring a new set of options to farmers in several regions of the world who due to limitations in their access to technology are not currently able to maximize production. Today, our foundation and our core crops reaches 400 million of the world's 3.5 billion acres of arable land. To fully address the demands for food production we need to deliver technology and insights to every acre and every farmer, from large scale operations in the Americas to small holder farmers in Africa. All farmers deserve the choices and the opportunities to be successful.

This combination would expand our ability to deliver innovation across more of those acres including the highly relevant cereal crops which make up the majority of the global caloric intake.

Third, this would give us an even more precise approach to every acre creating immediate and long-term revenue growth opportunities through a diverse range of optimized, integrated solutions. Near term by combining Syngenta's leading crop protection portfolio

with Monsanto's leading seeds footprint we would have the unique ability to provide leading science based recommendations of integrated seeds, traits, and crop protection solutions. This integrated approach is no longer a theory, but the reality that we see today with the success of our Roundup Ready PLUS and our Acceleron seed care programs.

This combination would also allow us to more fully participate in the value creation from our crop protection solution recommendations. A prime example of that is our announcement today to begin our preliminary investment in dicamba production at our Luling, Louisiana location. Pending final approvals we are considering a potential investment of more than $1 billion over the course of three to five years to support this 200 million acre opportunity.

Longer term and unique to Monsanto, we will be able to unlock a new data driven approach to provide farmers even more valuable real time insights about their crops with our Climate platform. The information will provide actionable crop protection recommendations to farmers to maximize productivity, while ensuring inputs are applied in a precise manner to meet society's broad goal to preserve and protect our environment.

And this is ultimately what makes this proposal unique. Many in the industry have theorized on integrated strategies, but we believe we are best positioned with our strong seed footprint and our leading digital Ag platform. This bottom line delivers new opportunities and much needed yield for growers around the world.

Fourth, it provides synergies that create value for shareowners. We believe the proposed combination would deliver substantial cost synergies and revenue growth opportunities that create value for shareowners of both companies. This includes an attractive return on invested capital and a responsible capital structure taking into our current cash proceeds from the planned divestitures.

These core tenets are not new to us. Our track record and our commitment to innovation paired with our execution and our financial discipline positions us well to lead the next evolution in agriculture. The many milestones we have reached this year as Brett and Pierre will highlight offer the continued proof points and give us confidence to reconfirm our full year guidance.

Looking to the longer-term as shown on Slide 9, optimized spending and the milestones that we delivered this year reinforce our confidence in our five-year plan to more than double our fiscal year 2014 ongoing earnings per share by 2019. While we believe the combination with Syngenta as optimal to several customers for the long-term and would

drive even greater growth in long-term earnings per share, our current portfolio and our pipeline leads the industry and provides multiple levers to drive our long-term growth projections.

We are committed to using the full range of variables in this plan adopting the past to our long-term target as conditions shift. While the pursuit of this next evolution in agriculture creates new opportunities to meet the long-term demands of sustainable food production, importantly we're not allowing it to distract us from managing the business at hand.

So where are we today? We've made a highly compelling proposal to Syngenta at 449 Swiss francs per share, one that provides 43% or 12 billion Swiss franc premium to the shareowners along with the potential for significant upside from the benefit [ph] of the growth prospects of the combined entity as the two companies together are more valuable than the two alone.

Furthermore we have provided significant regulatory certainty by agreeing to divest all of Syngenta's seeds and traits businesses along with competing chemistry products. We've underscored our confidence in obtaining regulatory approvals by offering a substantial $2 billion reverse breakup fee if we're unable to obtain such approvals. The interest in the sale of the seed assets has been extraordinary given us confidence that we can divest of the businesses and attract this price.

I am personally encouraged by their actions that helped our proposal from our respective shareowners, customers and our stakeholders. It is disappointing that Syngenta has not engaged in substantive discussions about the many benefits of the combination including those for farmers around the world.

We remain committed to unlocking this opportunity and we will continue to pursue a constructive conversation. But the window for seizing this opportunity is measured in months not years. This vision is simply too important to delay executing to make a reality for growers and owners alike.

So with that, I'll handover to Brett to provide the operational business update. Brett?

**Brett Begemann**

Thank you and good morning to everyone on the line. There is no doubt it has been a tough year with the macro pressures facing global agriculture, namely our retreat and corn acres, currency and pressured commodity prices. That said, I've not seen our

relationships with our farmer customers, our portfolio, our position in the market or our pipeline stronger than I see them right now. I feel really good about our position and that's a real testament to the strength of our core business.

You need to look no further than this year and our third quarter performance top see this strength and the benefits of the global portfolio we've cultivated. A real highlight this quarter stems from a core element of our strategy, our broad licensing approach. In the second quarter we highlighted that there were licensing opportunities that could come as soon as this year and in our third quarter we announced an agreement with Scotts Miracle Gro unlocking additional value in the Roundup Lawn & Garden brand.

As we look across our pipeline of new products, as well as our existing portfolio and brand franchises, we expect to continue to attract additional licensing opportunities. In corn on Slide 10, we continue to see demand for the newer hybrids and technologies enabling positive germplasm mix lift and footprint expansion. The portfolio mix curve is intact and demonstrates that even in this environment growers are demanding the newest hybrids.

Exclusive of currency headwinds we continue to expect to deliver positive germplasm mix lift for the full year and we continue to see footprint expansion as we remain on track to hold or grow our branded share in every major market in the face of declining corn acres which we still estimate to be down 11 million to 12 million acres over the past two years.

With the line of sight from our third quarter, where we've seen a good uptick in the U.S. end season ordering, we now believe corn acres will be in the of 88 million to 89 million acres. We are also seeing the shift in the channel brand we were expecting as the growth in that business is now largely reflected in our third quarter results. Against that, we now expect a softer start in Latin America due to industry expectations that acres will be lower in the coming season and also slightly lower acres in other ex-U.S. regions such as Europe.

As I look at this 2015 season, the germplasm price mix lift and footprint expansion we're tracking towards in a time of compressed margins for growers reflects the continued demand for high-performing seed technologies based on strong product performance and customer relationships, reinforcing our confidence in the long-term outlook for this business.

In soybeans the early milestones in the decade of the bean translate to margins with our soybean platform set to deliver over half $0.5 billion in gross profit growth since the end of the fiscal year 2013. This growth highlights the significance of the runway of opportunity in this platform.

Intacta, the single largest incremental driver of our soybean growth on Slide 11 is delivering. We've reached a record 15 million acres across South America this year and with production and operational plans in place for fiscal year 2016 we expect to penetrate an estimated 30 million acres with greater than 150 varieties in Brazil alone, meaningful tipping point in the 100 million acre opportunity for Intacta.

In addition to rolling out production plans, we continue to make meaningful progress with the establishment of the POD system in Northern Argentina. Approximately 70% of growers elected the pay upfront and we've now seen the majority of the grain handling partners operationalized this system collecting royalties for those who opt to pay at harvest.

In the U.S. it's too soon to tell exactly where acres will shake out, but with the additional clarity we have from the spring planting progress, we expect U.S. soybean acres closer to 85 million versus earlier estimates of 87 million acres and the combination of shipments in our order book continues to indicate our share is growing with farmers continuing to choose Roundup Ready 2 Yield as the product of choice across our branded and licensed footprint.

Our Roundup Ready Xtend Crop System as shown on Slide 12 comes on the heels of Intacta. We continue to make progress on pre-commercial activities in the U.S. setting up what we expect to be a record soybean launch targeting more than 3 million acres in 2016 pending necessary regulatory approvals.

To that point, this quarter we reached an important milestone with the receipt of the EU import approval for Roundup Ready Xtend soybeans and we've submitted all the required data to the China Ministry of Agriculture and await their approval. Farmers are in the need of this technology and we're looking forward to being able to deliver this to the market in 2016 setting up the next wave of growth in our soybean business.

We can see the demand for this next generation weed control technology and cotton this year on Slide 13. Despite the pullback in cotton acres this year, our limited introduction of Bollgard II XtendFlex is sold out with the technology exceeding our initial target reaching more than 750,000 acres as growers limited returns to ensure they could access these new varieties on as many acres as possible.

We expect these new best-in-class varieties to drive back-to-back share growth in the Deltapine brand in the U.S. as we remain on track for Deltapine to become the number one brand share position.

We're also seeing better than expected progress in the rollout of our Climate Pro offering this season. At the beginning of the year, we laid out three key priorities for the platform and we see significant progress against those shown on Slide 14 as well as continued evolution of the platform in this emerging technology space to set up the focus on an integrated platform.

First, we committed to stepping up our investment and we've expanded our organization to enhance our offerings and expertise, we've closed on our 640 Labs acquisition in December and our organization is already incorporating their capabilities, second we targeted to increase our active enrollment in the Climate platform.

To date, we've enrolled more than 75 million acres on the Climate Platform, which is roughly 45% of the total planted corn and soybean acres in the U.S. and with the current usage trends from those who use the platform weekly, we are tracking nicely towards our active used target of 45 million acres.

And finally, I'm most excited about the runway to our premium offerings with the significant step up in orders this past month, our premium services now exceeds 5 million acres; that is 2.5 times, our initial target. While not financially material in this early stage of adoption, it is clear proof that farmers value improved insights to allow them to reduce known variability and improve overall productivity.

Overall, this performance increases our confidence that Climate will serve as the integrator in our vision of fully integrated solutions. I'm also pleased to highlight that our BioAg Alliance with Novozymes is off to a great start. Since the close of the deal in February of 2014, our partnership is stronger than ever. Integration of the existing business is occurring smoothly and joint product and R&D teams are established and running well. In fact, roughly 2000 microbial streams which is an increase of four times the prior season's quantity have been sourced from our joint discovery efforts fermented by Novozymes and quoted on corn and soybean seeds by Monsanto.

These have now been planted across more than 50 sites in the U.S. In addition, our teams are running microbial field tests in over 20 countries in North and South America, Europe and Asia in our effort to discover new transformational microbial solutions for farmers.

In Ag productivity, our third quarter was a significant one, not only because of the Scotts agreement, but also because we're seeing the volume shift to our branded business we expected as we provide customers with more of our branded products for their critical over-the-top applications. This puts us on track for a significant step-up in the portion of our business that's sold as a branded volume this year.

Against that, we're seeing some incremental softening in price at the retail level. So consistent with our strategy, we continue to adjust our pricing to maintain a premium over the generics within our targeted ranges.

Further across the industry in the U.S. with the early and quick planting window in some regions, coupled with the extended periods of rain in other areas, we've seen some decline in volumes for Q3. As of today, growers patiently wait to make the critical over-the-top space in the fourth quarter.

As I step back and look at this year, it's evident that the power of a balanced portfolio, coupled with differentiated brands and technologies drives growth. This is allowing us to better withstand a challenging Ag backdrop and backs our confidence in our growth longer term.

We fully expect the macro environment to recover and are well positioned to participate when it does. That said, as we develop our operational plans for next year, we are taking a clear eyed view and we expect that many of these headwinds will continue into fiscal year 2016.

As we proactively plan for the success of our long-term growth vision in light of these trends, we plan to continue to optimize our operating cost structure. As we target the next level of savings, we plan to optimize processes, streamline administrative cost and use automation and data science to optimize the way we do work in the lab and in the field in products we deliver and in ways we deliver the experience. This is about using technology and smarter processes to maintain our operational effectiveness, while continuing to invest for the long-term success of our new growth platforms.

I'd like to close my operational update with our announcement to begin our preliminary investment in a dicamba manufacturing facility. We are setting the stage for the industry's next leading integrated solution in weed control shown on Slide 15.

The Roundup Ready Xtend Crop System has a practical fit of more than 200 million acres when looking across soybeans and cotton in the Americas and has the potential to be even bigger if ultimately expanded to include corn.

Today's dicamba production capacity covers less than 20% of the expected opportunity. Bottom line, with today's announcement we're taking the initial step to ensure that growers have access to all elements of the Roundup Ready Xtend Crop System. Over the next

decade, as the technology penetrates more of the 200 million plus acre opportunity, this holds the potential to further diversify our Ag productivity segment and provide a source of growth longer term.

This is the prime example of the integrated solutions we've been sharing in our vision for a new combined Ag company and demonstrates how we can more fully participate in the value we create and deliver an expected attractive return on capital with the proposed investment.

In summary, our business accomplishments this year in a more challenging Ag environment are remarkable. They highlight the strength of a strong portfolio and the importance of disciplined business plans.

Importantly, as I look at this year, we've delivered on many key milestones that we expect to propel our growth longer term. These milestones along with licensing opportunities, disciplined spend and a solid capital allocation strategy backs our confidence in our ability to deliver on our long-term target to more than double our 2014 ongoing earnings per share by 2019.

As Hugh indicated, the pursuit of this next evolution in agriculture is of utmost importance to us to meet the long-term demands of sustainable food production. And I look forward to engaging in constructive discussions with Syngenta to begin that journey, fully recognizing that the strong healthy base business we have in Monsanto today is vital to the success of the new company.

With that, I will pass it to Pierre for the financial update. Pierre?

**Pierre Courduroux**

Thanks Brett and good morning to everyone. With the close of our third quarter, we have essentially met our full year earnings per share guidance for the fiscal year with the delivery of $5.75 of ongoing earnings per share on a year-to-date basis.

This was accomplished through a combination of leading innovation of balanced portfolio and financial discipline in terms of how we manage our spend, in how we capture the value from our portfolio and in how we advance our capital structure.

So let's look at the highlights. In soybeans we see continued strong performance of our Roundup Ready 2 Yield in the U.S. starting off to tremendous growth from Intacta in the first half of the year. Year-to-date, we delivered more than $200 million of gross profit growth in global soybeans and improved our gross profit margins by four points.

In our global corn business, germplasm mix lift remained positive when excluding the effects of currency, and our year-to-date gross profit margins were essentially flat at 63% versus the prior year with a five points improvement in the third quarter. Our margins benefited from the change in our business model in the U.S. channel brand and from global germplasm mix lift, which now offset the decline in trait pricing in Brazil and the increases in corn COGS primarily in Brazil and Europe.

On an absolute basis, the total corn gross profit declined by about $300 million as the benefit from germplasm price mix lift and the growth in our global branded and license share was more than offset by the decreasing global acres, weaker foreign currencies and increased cost of goods.

In cotton, well the absolute gross profit is down primarily from the declining acres in the U.S. and Australia. Gross profit margins improved by four points driven by the adoption of new higher value cotton varieties in the U.S. and increases in our licensed business in India.

With the one-time benefit of $274 million related to the sell of an intellectual property perpetual license to Scotts and an increase in the branded mix of glyphosate herbicides, our year-to-date Ag productivity gross profit shows an increase of about 2%. However, the decline in generic glyphosate pricing has continued and we also saw some delays in glyphosate volumes in Q3.

Further, our teams have remained extremely disciplined on the spend front through effective management of variable spend and open positions. Year-to-date our total operating expenses were flat with the prior year effectively absorbing more than $100 million of inflationary increases and a ramp in spend on our new Climate and biological platforms. This discipline has allowed us to lift our year-to-date EBIT margin by nearly one point.

Finally, we successfully completed our 6 billion accelerated share buyback program this quarter and our share count now stands at 469 million shares outstanding, a reduction of more than 55 million shares since we initiated our new capital allocation strategy just a year ago.

With this strong year-to-date performance and the light of sight we have on our fourth quarter, we reconfirm our full-year guidance for ongoing earnings per share at the low end of our original range of $5.75 to $6 as shown on Slide 16.

Practically this means that our fourth quarter is now expected to be close to breakeven as the benefit from licensing transaction we had expected in Q4 in seeds and genomics came to fruition instead in Q3 in Ag productivity with the signing of this agreement with Scotts.

The amount of this benefit exceeded our placeholder estimate of about $100 million into the fourth quarter and the increase is helping offset some additional market softness in corn Roundup and soybeans for the full year. At this juncture, we do not expect any additional material licensing agreements before the end of the fiscal year.

Looking at our full year guidance, we now anticipate that our gross profit for seeds and genomics will be essentially flat year-over-year, but with roughly a half point in gross profit margin improvement. The evolution since our Q2 call is two-fold. First, our global corn gross profit is now expected to be down more than $200 million for the full year as we are not expecting Latin America to have as strong a start as originally anticipated and because planted acres across Europe ended lower than we had expected while their COGS increased.

Second, our global soybean business gross profit, while still expected to grow by more than $200 million for the full year is down slightly from prior estimates as it now appears that U.S. acres will be modestly lower than expected.

For Ag productivity, we now expect the gross profit to be down only slightly for the full year reflecting the benefit of the Scotts transaction as an offset to the anticipated 15% to 17% decline in gross profit related to the softening of generic glyphosate pricing and currency headwinds this fiscal year.

From a spend perspective, we still expect our total operating expenses inclusive of the new platform investment to be down in the range of 3% to 5% likely closer to the higher end of the range. We continue to manage variable and discretionary spend very closely, which is typically higher in our fourth quarter with currency and lower incentive also driving lower expenses.

Our expense is expected to be a little less than half of the prior year amounts and our net financing expense in Q4 is expected to increase over the Q3 run rate with our typical incremental customer financing programs.

Finally, the tax rate for the full year continues to migrate lower and we now expect it to be in the range of 27% to 28% more in line with our third quarter effective tax rate.

From a free cash perspective, we continue to track to the lower end of our original guidance of $2 billion to $2.2 billion as shown on Slide 17.

Our net income and working capital use remain consistent with our prior guidance and we have begun the execution of our plans to proactively manage our corn inventory for next year for the planning of a smallest seed production plant this spring. This plant reduces long-term inventory risk and is an effective management of our cash. So depending on the ultimate yield it may translate into a 1 to 2 point margin bounce in corn next year due to lower fixed cost of fixed cost absorption.

While planning for the next steps in building our Xtend platform with the potential meaningful capital investments of our Luling plant for the production of dicamba we remain very diligent in the management of our investing cash flows. We expect the investment to exceed $1 billion over three to five years with the preliminary investment beginning now.

With our excellent conversion of earnings into cash, we continue to target the net debt-to-EBITDA ratio of 1.5 as a standalone company. However, as of now we have put our share repurchase program on hold as we continue to pursue our Syngenta proposal.

The successful combination with Syngenta at our proposed price and consideration mix would translate into a higher leverage ratio for this near term. But to be clear, a solid investment grade credit rating and continued access to the commercial paper market going forward is an important consideration for us. We expect substantial cash proceeds from the proposed divestitures and before finalizing the permanent financing of any potential Syngenta transaction, we intend to consult with the rating agency.

Looking beyond the current year as Brett mentioned, we are in the process of assembling our operation plan for fiscal year 2016 and bearing a significant shift in the U.S. growing season or the general macroeconomic environment we are planning for the continuation of several headwinds from this year.

As we build the plan, we will prudently consider currency, commodity prices, corn COGS and generic glyphosate prices. This of course is expected to be balanced against key growth drivers including the Annual Corn Germplasm Refresh, Intacta expansion, Xtend launches, continued licensing opportunities and expected share growth in our seed footprint globally.

Finally, the plans we're developing also consider the opportunity to potentially reduce and optimize our operating expenses in the range of $300 million to $500 million over the course of the next two fiscal years. We are building options in these plants to allow us to adjust the level of savings with improved clarity on the potential cost synergies from the proposed combination with Syngenta.

The associated cost to implement these plans, timing of approvals and execution will ultimately be contingent upon the outcome of our proposal to Syngenta. In the coming months and as we get better clarity on the evolution of these macro factors and the critical now remaining ph growing season we will provide more specifics on the outlook for fiscal year 2016.

Our five-year plan is a natural expansion of the coming year's operational plan and we remain confident in our commitment to more than double our 2014 ongoing EPS by 2019 as shown on Slide 18.

Our foundation and opportunity for gross profit growth remains strong and the continuation of financial discipline, both in terms of estimated cost savings and capital structure, backs our confidence in the long-term outlook.

Continued share repurchases, accretive acquisitions and capital investments all have the potential to contribute to these commitments in addition to the power of innovation, the increasingly balanced portfolio and the financial discipline that have led us to our success to date. The delivery of key business milestone coupled with our financial discipline fuels our long-term growth and provides the springboard for the vision Hugh outlined.

A proposal to combine with Syngenta to create a new even more innovative solution oriented global Ag company represents the forward thinking that has become our hallmark and looks beyond the near term industry challenges to see the opportunity, an opportunity we believe, we are the best positioned to convert into value for our shareowners, our customers and broader society. Thanks and I'll turn the time back over to Laura for the Q&A.

**Laura Meyer**

Thanks Pierre. With that, we'd like to open the call for questions. As we typically do, I will ask that you please hold your questions to one per person so that we can take questions from as many people as possible. You are always welcome to rejoin the queue for a follow-up. Christine, I think we are ready for questions from the line.

**Question-and-Answer Session**

Case: 4:17-cv-02031-SNLJ Doc. #: 1-35 Filed: 07/19/17 Page: 17 of 33 PageID #: 442

**Operator**

Thank you. We will now be conducting a question-and-answer session. Due to time constraints, we ask that all callers limit themselves to one question. If you have additional questions, you may re-queue and those questions will be addressed time permitting. [Operator Instructions] Thank you. Our first question comes from the line of Don Carson with Susquehanna. Please proceed with your question.

**Don Carson**

Yes, thank you. Hugh a question on your Dicamba investments, pretty sizable investments, you talked about getting a reasonable return on investment, is that return on investment based on just the chemistry itself or is that considering the roughly $6 fee you're going to get on Xtend, so just wondering how big an opportunity Dicamba as a chemistry can be for you going forward?

**Hugh Grant**

Yes, thanks for the question Don. I think it's going to be substantial. It is, we said 200 million plus, I wish we had that, today there is tremendous demand out there. As we run the mass from this we looked at both, we looked at the return based on the plan alone and then also the platform opportunity when you enable 200 million plus acres, but Pierre maybe a few more inputs.

**Pierre Courduroux**

Yes and in both cases and exactly as Hugh mentioned, we've been looking at the picture from both perspectives. So as a standalone chemical and as a system and in both cases we are delivering IRRs in the double-digits. So feeling pretty good and obviously including the value of the trait its way higher, so we feel good about the potential return from that project.

**Don Carson**

Okay, thank you.

**Hugh Grant**

Thanks Don.

**Operator**

Our next question comes from the line of Kevin McCarthy with Bank of America Merrill Lynch. Please proceed with your question.

**Kevin McCarthy**

Yes, good morning. Thank you. Hugh, I think you made a comment that the window of opportunity for Syngenta deal will be measured in months, not years. Obviously Syngenta has shown reluctance to engage to-date. If you're unable to consummate a deal in coming months, can you speak to your capital allocation thoughts in the wake of that scenario?

In another words would you resume repurchases or might there be other partners of interest in crop protection and also have you considered a partnership with the crop protection producers it means to an end of achieving your integrated solution vision of digital Ag? Thank you.

**Hugh Grant**

Kevin thanks for the question. So call me traditional, but I always think that business gets done when people meet, when they sit down across the table and try and work out a solution and we've been singularly unsuccessful in getting Syngenta to sit down and talk. We've seen the videos where they talk to themselves, but I'd love to be able to engage in a conversation.

The months versus years, I've talked, but there has been a long game. We have tremendous response from the Syngenta shareowners and from combined shareowners between Monsanto and Syngenta. But I think the opportunity is significant and if unsuccessful, this isn't something we're going to turn into an epic struggle. We will look, we're committed to bringing chemistry up onto those platforms and we would look for other opportunities.

Having said that, either through partnerships or otherwise, having said that, I get the feeling that we haven't really, we haven't even run the first lap in this Syngenta discussion yet, but as I said in my prepared comments, there is mounting frustration on both sides of the Atlantic and puzzled why they won't sit down.

Your second question on capital allocation, we would and then Pierre alluded to this, we would revert back to our commitments in our original plan, but we are keeping our powder dry at the movement until we endeavor to conclude these conversations.

**Kevin McCarthy**

Understood, I appreciate the thoughts.

**Hugh Grant**

Thank you.

**Operator**

Our next question comes from the line of Sandy Klugman with Vertical Research Partners. Please proceed with your question.

**Sandy Klugman**

Hugh good morning. I was hoping you could discuss the source of the incremental $300 million to $500 million in cost cuts that you're targeting? And the follow up question is if the environment for growers or FX does improve do you see a scenario where you would potentially pull back on some of those cost reduction targets?

**Hugh Grant**

Yes, maybe I'll ask Brett to, thanks for your question, I'll maybe ask Brett to say a word on this. Our organization this year has delivered in a tough environment with some significant cost controls. I hope to your point that the environment improves, but as we look at '16, our anticipation is '16 in many ways looks similar to '15. So the prudent thing to do is, plan accordingly and anticipate that we will be taking more disciplined actions, but Brett maybe a word on the sources of those opportunities.

**Brett Begemann**

Yes, so as you mentioned the discipline that we demonstrated in '15 has been a contributor to our results in '15 and with '16 looking tough we're planning the same way. And the areas that I mentioned that we're looking at are process optimization, administrative costs, and I think you can bucket this together also saying leverage and data science as we learn more about it, to drive productivity of our operations in the labs and in the fields and in the marketplace. And those process improvements and optimization all help us to reduce cost and basically make us more efficient at delivering products and services to our customers and that's where we will be focused.

**Sandy Klugman**

Thank you.

**Hugh Grant**

Thank you.

**Operator**

Our next question comes from the line of P.J. Juvekar with Citigroup. Please proceed with your question.

**PJ Juvekar**

Yes, hi good morning.

**Hugh Grant**

Hi, good morning PJ.

**PJ Juvekar**

The Scotts Miracle Gro transaction, seemed like a onetime benefit, so why are you including that in your ongoing EPS guidance? And then secondly, Pierre last quarter you explained that the fourth quarter EPS would be 15% to 20% of second half earning and now fourth quarter is expected to be breakeven, so what changed in the last three months?

**Pierre Courduroux**

So PJ and this is actually I mean, both questions are related and its really looking into what we said at the end of the second quarter was we are contemplating a number of licensing opportunities, I mean in both seeds and genomics and our productivity actually. And what we're seeing is the first one to materialize actually quicker than what we anticipated was the Scotts transaction and that's really part of our business model.

We've always been, I mean really pursuing those opportunities and we do believe there are further opportunities down the road that we are going to be tracing. So based on where we are today and as I mentioned during the prepared remark, we don't see any of those opportunities translating into the fourth quarter. However, as I said we still see potential for some of those, I mean happening in '16 and maybe beyond that.

So this is the licensing part of the question, regarding and obviously this has an impact on the quarter-to-quarter because you see a benefit in Q3 and as we mentioned we had a place holder of more than $100 million in Q4 that now disappears. And we said as well that I mean the market condition and especially the beginning of the season in South

America, I mean what we hear from Argentina right now is that acres are going to be down, so we want to be a realistic about how we think about the fourth quarter and this is really how we came to this revised guidance.

**PJ Juvekar**

Thank you.

**Hugh Grant**

Thank you.

**Operator**

Our next question comes from the line of Jeff Zekauskas with JPMorgan. Please proceed with your question.

**Jeff Zekauskas**

Thanks very much. Was there a revenue benefit to Ag productivity from the Scotts deal and if there was, how much was that? And secondly, if you spent a $1 billion to expand dicamba capacity, how many gallons do you get for $1 billion?

**Pierre Courduroux**

So, I will take the first part of the question regarding the Scotts transaction. So there was definitely a benefit in terms of the revenue in Ag productivity and this is very close actually to this $274 million recorded in terms of gross profit. I don't have the exact number, but these are fairly close to each other.

**Hugh Grant**

And then Jeff, the second question on dicamba, so we said the three to five-year investment stream. So the front end of this will be the fin end as we do engineering and early spec-ing. The market so 20% Brett, 30%?

**Brett Begemann**

Yes, it will be in that range and part of this is the investment and the basic infrastructure to prepare for the development, so you could add additional capacity for far less cost after the initial installation is put in place, you could add another train.

**Pierre Courduroux**

Somewhere in the 20% to 30% range would be although future markets demand, because the market today is quite small, but and classic Monsanto fashion we'll be creating that market and then supplying it, but that would be a rough guideline.

**Jeff Zekauskas**

Thank you.

**Operator**

Our next question comes from the line of David Begleiter with Deutsche Bank. Please proceed with your question.

**David Begleiter**

Thank you. Good morning.

**Hugh Grant**

Good morning, David.

**David Begleiter**

On corn gross profit, given the pressure on gross margins next year from lower acres or production, can you still, is it possible to grow corn gross profit next year, given the pressure on margins?

**Pierre Courduroux**

Yes, I mean we are - and Pierre mentioned that sometimes production and we didn’t – we’ve seen acres skinny and down in Latin America. So the early read there is acres are going to be crimped. What we’re anticipating, you look at the challenges this year in corn, so we are anticipating that next year will be a tighter market and more blessed within this, so we’ve got balance portfolio. So what we’re losing in corn we’re seeing really a nice uptake in beans, but maybe a little better on how you see margin and as the growth opportunities next year?

**Hugh Grant**

Yes, I think they are really good news in this in corn as I mentioned, our portfolio is as strong as it's been. We continued to see farmers migrating to our best hybrids, in other words our newest hybrids, which gives us the opportunity to continued to get portfolio mix lift from our germplasm and we believe that that’s going to continue.

We will continue to face the headwinds of acres. And when we face the headwinds of acres and the softness that Pierre mentioned in South America, that translates into an impact in COGS because it lowers our production and the absorption of our fixed cost. So, we feel really good about our position going into '16. Albeit it's going to be a challenging market, not unlike what '15 was and that's going to have an impact on margins and we'll be a lot more clear on that as we start to finalize the projections for '16.

**David Begleiter**

Thank you very much.

**Hugh Grant**

Thank you.

**Operator**

Our next question comes from the line of Chris Parkinson with Credit Suisse. Please proceed with your question.

**Chris Parkinson**

Perfect, thank you. Regarding your channel brand in seeds, I mean growth initiatives, can you update us on the potential margin improvement here and the best way to think about this geographically, are there any U.S. regional limitations? And also, is the portfolio refresh here done at the same rate as DEKALB? Thank you.

**Hugh Grant**

So nice, so Chris we from an operational point of view it seems really good improvements in the channel piece. I'm not sure, service the growers and operational level, but didn't effect, convert yet into a margin uptake Brett.

**Brett Begemann**

Yes, I think the primary focus with the change that we made in channel was change in the relationship and experience with the customer to provide better service and real time management of inventories in season. So, and that's gone really well. We feel good about how we made that transition.

It really wasn't intended to be a significant margin improvement. There could be a little bit as we continued to improve our overall service there. To your other part of your question, do we refresh the channel brand like we do DEKALB, each of those decisions are made

Case: 4:17-cv-02031-SNLJ Doc. #: 1-35 Filed: 07/19/17 Page: 24 of 33 PageID #: 449

independently, but yes, we do refresh the channel brand and we do bring new products into that portfolio every year just like we do in DEKALB and those metrics would be very similar between those two brands.

**Chris Parkinson**

Perfect, thank you.

**Operator**

Our next question comes from the line of Joel Jackson with BMO Capital Markets. Please proceed with your question.

**Joel Jackson**

Hi, good morning.

**Hugh Grant**

Good morning.

**Joel Jackson**

And again, talking but how you're giving at month [ph] to try to have Syngenta feel done, what has to happen though, is it a possibility that you could look at an unsolicited offer that you take directly to Syngenta shareholders, how long would you have to wait to have that happened and what would have to happen for that to be a suitable outcome?

**Hugh Grant**

I think there is a miles in the journey before we get to that. I think the first step in this and I'm very encouraged by the early progress, but the first step in this is direct engagement with their shareowners and explaining as I've done this morning and the vision that we see for this, there has been a lot of talk around these integrated solutions there has not been much success historically.

And I think that more we talk about the difference between talking and doing, the more interest there is in the vision and the strategy. So I think for us the nearest item [ph] is the continued outreach to their shareowners and the continued outreach to Syngenta to encourage them to sit down and do this face to face rather than through YouTube and leaked documents. And I'm hoping that we get to a point where we're actually sitting and talking.

Your pass is there is always a potential, but my preference would be a friendly deal with the two Chairmen of these two companies.

**Joel Jackson**

Thank you.

**Hugh Grant**

Thanks very much.

**Operator**

Our next question comes from the line of John Roberts with UBS. Please proceed with your question.

**John Roberts**

Thank you, when you talk about additional upfront licensing fees potentially in '16 is this more Xtend Dicamba related or are there other opportunities on Roundup people to decide or discuss?

**Hugh Grant**

Yes, John thanks for the question. I mean, we've been doing this for years. We talked very early on architecture and always expanding our licensing opportunity. The one that this front and field trials this year that I would and Pierre kind of alluded to this in his comments, is corn rootworm fee, so it's next generation corn rootworm control. We have and collaborate a trial, they will be doing root digs in the next few weeks, when we can go out of the rain and see ground drying out, so that's one that I would probably put front and foremost.

**John Roberts**

Right, thank you.

**Operator**

Our next question comes from the line of Bob Koort with Goldman Sachs. Please proceed with your question.

**Bob Koort**

Thanks very much. On the Dicamba investment, I'm curious on the interim before your own facility starts, have you would source that given I think you're going to use the new formulation or reduce the volatilization and will it be a branded product and managed in the same manner you manage Roundup?

**Hugh Grant**

Yes, so the short answer will be yes, but Brett let me just add a little bit of flavor around it. We've done a lot of work in formulations. We're encouraged there and also third party supplies and collaborators.

**Brett Begemann**

Yes, so the way we're looking at this Bob is, we're if you think about this in stages getting the products into the marketplace and there is an update that came about there that already supplies about 20% of the market and we are sourcing some of that. You may recall some months ago we made the announcement of an investment and our marketing facility and a formulation plan, where yes we are making our own branded products that we're going to sell in the marketplace and it is an advanced formulation that brings benefit to the farmer.

So we'll do that from sourced material and the near term and will continued to do that and until we build our own capacity and bring that online, but along the way we'll continue to use some of those sources that are out there, that are already have Dicamba, so it will be a combination of all of those.

**Bob Koort**

Thank you.

**Hugh Grant**

Bob thanks very much.

**Operator**

Our next question comes from the line of Vincent Andrews with Morgan Stanley. Please proceed with your question.

**Vincent Andrews**

Thanks. I might have missed this because I had to hop off for a second, but did you talk at all about any progress update on getting the Chinese approval for Xtend?

Case: 4:17-cv-02031-SNLJ Doc. #: 1-35 Filed: 07/19/17 Page: 27 of 33 PageID #: 452

**Brett Begemann**

We did not. We've seen nice progress in Europe and China will, as is traditional in the case, China will be the last piece of this process to come through, but no new news, but I mean our experience has been China has usually been the last piece of this, but China has generally been pretty predictable and they need be, so we feel pretty optimistic but no news Vincent.

**Vincent Andrews**

Is there a go or no go date by which you need approval in order to be confident for next year?

**Brett Begemann**

We don't necessarily think of it as a go or no go date. We're producing seed this year with the anticipation that we will be in the market in 2016. So that I guess I would call that already ago. As we get closer to 2016 with the anticipated approval out of China we'll make those decisions on how we manage that next year with, but that will be decisions that will be made in conjunction with our grower customers and the rest of the industry sitting down and working together on this and decide what we do. But at this point our focus is totally on the China approval. We've provided them all the information necessary to make their decision. So we'll stay focused on driving that decision so that we don't have to address the other side of it.

**Vincent Andrews**

Thanks very much.

**Hugh Grant**

Thanks for the question.

**Operator**

Our next question comes from the line of Mark Connelly with CLSA. Please proceed with your question.

**Mark Connelly**

Good morning. So couple of quarters back I asked you about your confidence broadly in getting paid in Argentina, and since then most the news flows the same as always just chaotic and negative and you mentioned the POD and the 70% of farmers are paying

upfront. So my question is, do you think we're headed towards a model where we pay upfront across Brazil and Argentina and are you thinking any differently about the safe seed issue in soya in Argentina given what the government has been saying?

**Hugh Grant**

Mark, thanks for the questions. So I think your summary on the news flow looks the same as always. It is chaotic. I think it just is life in Argentina, when you get down there and you talk to growers, there is tremendous enthusiasm and a pent up demand for these technologies and the other ones are coming down the pike.

So, you have to kind of claim above the noise and look at the microenvironment and I think the evidence and your point is exactly right, the evidence says we're seeing growers more and more towards buying new bags, but the bags still for POD continues to be important. And Brett, you have been looking at this for last few weeks.

**Brett Begemann**

Yes, I think, I would just remind you to think about the early months and years when we put this system in place in Brazil, it was pretty noisy there too. And I think we're hearing a lot of same thing out of Argentina. But there is as Hugh mentioned tremendous interest in the product and what we've seen in Brazil and I'm not suggesting it will be an exact carbon copy of Argentina, but I think it will be the right flavor as POD got in place, farmers became more comfortable buying new seed every year because they see the value.

They see the value and high quality planning seed and when they're getting better yields and they're buying better seed, they put better seed treatments on et cetera, et cetera. So I think we'll see the same thing overtime in Argentina. The POD system has clearly an important backstop there that makes sure we have that in place and it will be noisy, but we're still confident that it will move in the right direction.

**Mark Connelly**

Very helpful, thank you.

**Hugh Grant**

No, thank you.

**Operator**

Our next question comes from the line of Brett Wong with Piper Jaffray. Please proceed with your question.

**Brett Wong**

Great, thanks for fitting me in here at the end. Just talking about Climate growth you never really talked about that at all, just wondering the step up in orders you saw this past month, what was leading that where the Climate Pro users is that around more favorable pricing? And then on top of that as you look at how that product offering ramps, how do you see kind of the scale up in ramping product and pricing can be back? Thanks.

**Hugh Grant**

So, I'll ask Brett to give you a little bit of granular detail. Let me just start with saying we are delighted with the progress. It isn't financially material yet, but it does improvement the system and the link to my earlier comments on Syngenta, what we're seeing this year with some of the nitrogen this is still early, what we're seeing this year with some of the Nitrogen Advisor work, I think bridge is beautifully into bringing chemistry up on an acre. So what we do nitrogen, there is the opportunity in the future was chemistry and giving the farmer much better advice on when and how he applies chemistry, but so early days Brett, but some great numbers on the board.

**Brett Begemann**

Yes, we are really excited about it. If you look at the early days of the Climate Pro, which were the paid acres this year, I'd say it was driven by the nitrogen model which gave farmers, lots of insights particularly in some areas this year that were kindly difficult with the early planning season and lots of rain et cetera in some areas so that played very well.

And then the shift which was just as exciting as how much interest there was in the Field Health Advisor this year which was the other big app that we had available on that paid system this year and that one really gets that worked. He was describing as thinking about field help in the field help and farmers make the decisions in raising the crop through the rest of the year and its really impressive to see the interest from farmers that it confirms again the farmer's understand intuitively. They have this variability in the field and they believe that it can be addressed and they're willing to work with us to figure out how to do that. So, it is an exciting start with that platform.

**Operator**

Our next question will come from the line of Frank Mitsch with Wells Fargo. Please proceed with your question.

**Frank Mitsch**

Hi thanks guys for taking the question. This is actually Rory Brakin [ph] for Frank Mitsch. I just had a couple of quick ones. On the dicamba side I thought that we were still waiting for regulatory approval on the in crop use, is there any update there?

And then also just changing gears a little on the crop, on the Climate Corporation side, obviously a nice number on the free offering, a nice number on the premium offering, how should we think about the adoption rate and is there any change in how we're thinking about pricing for it? Thanks again guys.

**Hugh Grant**

I'm sorry on the same piece adoption rate on what sorry?

**Frank Mitsch**

The adoption rate on the Pro side and also the pricing of it?

**Hugh Grant**

Okay. Well I think there is still two pieces in there on the dicamba side, I believe you are referring to the chemistry over-the-top label and we – that is work in process and we're optimistic on that one. We've put cotton in the marketplace this year and because we had three herbicide tolerances there where the farmer could use two of them this year and that's what we used to kind of set the tone on pricing, but we feel really good with our U.S. approach on the over-the-top for dicamba.

The other piece on Climate Pro, there are two things and I think it's, I'm still in the camp that says the most important thing is to develop the robust platform for data scientists for farmers and it's less about how much profitability we can get in the early years and how much pricing there is in the early years. It's about getting farmers established on a platform that helps them improve the decision making both before planting, at planting and throughout raising the crop and that's going to continue to be our focus.

Obviously farmers are demonstrating they see value in it and they are paying for those services this year and we'll continue to look at the value that we bring and price into that, but the primary focus in the next couple of years will be continuing to expand that platform.

**Pierre Courduroux**

I think that platform play data becomes the glue that holds the chemistry, the seeds and the biotech together and we are uniquely positioned and it reminds me so much of the early days of scepticism in biotech and them scepticism in linking biotech and breeding and even the scepticism when we change platforms with twos and with SmartStax. So we've going to have to demonstrate that and I would expect and demonstrate that we can bring these technologies together, we get the opportunity one more time to license that to the rest of the chemical industry.

**Frank Mitsch**

Thanks again guys.

**Pierre Courduroux**

Thanks for the question.

**Laura Meyer**

Christine this is Laura, to be mindful of the time, we'll take one more question before we pass it to Hugh for the close.

**Operator**

Thank you. Our final question will come from the line of Michael Piken with Cleveland Research. Please proceed with your question.

**Michael Piken**

Yes hi, I was wondering if you could just give us a little more color on some of the restructuring in terms of some of the buckets that you are anticipating coming from and specifically are you planning to cut R&D as well or is it more OpEx spending? Thanks.

**Pierre Courduroux**

It's more, it's much more focused and Brett mentioned went through some of this earlier, but it is much more on driving efficiency and the use of new technologies and R&D this year, we quietly retooled a big piece of breeding and we think our breeding programs will be faster, will yield more and cost less. So we actually use the surrogate as we look other opportunities across the company. But as the application, the data science, the number of yields that we think we can streamline and get better and faster.

**Operator**

Thank you, Mr. Grant, I would now like to turn the floor back over to you for closing comments.

**Hugh Grant**

So thanks, thank you very much and thanks, we've stayed all but long today so thanks for your patience and your support. I guess in summary, I would say our business and our pipeline are stronger than they have ever been and yet and this is classic Monsanto we continue to challenge ourselves to advance new solutions and provide an even more robust tools for farmers around the globe regardless of their size.

So with the proposal, I started talking about today, our proposal to combine with Syngenta, we are looking beyond the short pattern micro challenges that face agriculture to once again drive the next evolution.

Many in the industry have theorized there has been a lot of integrated strategies, but I think as I said earlier, there is a difference between talking and doing, and we believe we're best positioned with our strong seed footprint and our leading Digital Ag platform to make this a reality providing us with an opportunity to be even stronger partner to growers.

So we simply have the proven track record, the demands, consideration to be the partner of choice and leading this evolution we appreciate the continued support of the respect of owners in driving that dialogue, driving that engagement. So I wanted to conclude by thanking you for joining us on the call today. Thanks very much.

**Operator**

Ladies and gentlemen, this does conclude today's teleconference. You may disconnect your lines at this time. Thank you for your participation and have a wonderful day.

**Copyright policy:** All transcripts on this site are the copyright of Seeking Alpha. However, we view them as an important resource for bloggers and journalists, and are excited to contribute to the democratization of financial information on the Internet. (Until now investors have had to pay thousands of dollars in subscription fees for transcripts.) So our reproduction policy is as follows: **You may quote up to 400 words of any transcript on the condition that you attribute the transcript to Seeking Alpha and either link to the original transcript or to www.SeekingAlpha.com. All other use is prohibited.**

THE INFORMATION CONTAINED HERE IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL, CONFERENCE PRESENTATION OR OTHER AUDIO PRESENTATION, AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE AUDIO PRESENTATIONS. IN NO WAY DOES SEEKING ALPHA ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S AUDIO PRESENTATION ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

If you have any additional questions about our online transcripts, please contact us at: transcripts@seekingalpha.com. Thank you!

**Comments (0)**