# EXHIBIT 36

Seeking Alpha α

# Monsanto's (MON) CEO Hugh Grant on Q4 2015 Results - Earnings Call Transcript

Oct. 7, 2015 3:33 PM ET
by: SA Transcripts

FQ4: 10-04-15 Earnings Summary

SEC *8-K* *Analysis* *News*

EPS of $-0.19 misses by $-0.17 | Revenue of $2.36B (- 10.3% Y/Y) misses by $-400M

Monsanto Company (NYSE:MON)

Q4 2015 Earnings Conference Call

October 7, 2015 9:30 am ET

**Executives**

Laura Meyer - Director, IR

Hugh Grant - Chairman, CFO

Brett Begemann - President, COO

Pierre Courduroux - SVP, CFO

Robb Fraley - EVP, CTO

**Analysts**

Don Carson - Susquehanna International Group

Vincent Andrews - Morgan Stanley

Chris Parkinson - Credit Suisse

P.J. Juvekar - Citi

Steve Byrne - Bank of America

Jeff Zekauskas - JPMorgan Chase & Company

Bob Koort - Goldman Sachs

David Begleiter - Deutsche Bank

Mark Connelly - CLSA

Sandy Klugman - Vertical Research Partners

**Operator**

Greetings and welcome to the Monsanto Company's Fourth Quarter 2015 Earnings Conference Call. At this time all participants are in a listen-only mode. A question-and-answer session will follow the formal presentation. [Operator Instructions]. As a reminder, this conference is being recorded.

It is now my pleasure to introduce your host, Laura Meyer, Investor Relations for Monsanto. Please go ahead, Ms. Meyer.

**Laura Meyer**

Thank you, Kevin, and good morning, everyone. I'm joined this morning by Hugh Grant, our Chairman and CEO; Brett Begemann, our President and Chief Operating Officer; and by Pierre Courduroux, our CFO. Also joining me from the IR team are Tim Boeker, Priyal Patel and Ashley Wissmann.

Our fourth quarter call provides the wrap-up of our fiscal year and importantly our views into our outlook for the coming year. Today, we will be sharing a business and strategic overview, as well as a summary of our fourth quarter results. This call is being webcast and you can access the webcast, supporting slides and the replay at monsanto.com.

We have provided you today with EPS and other measures on both a GAAP and ongoing business basis. Where we refer to non-GAAP financial measures, we reconcile to GAAP in the slides and in the press release, both of which are on the Web site.

This call will include statements concerning future events and financial results. Because these statements are based on assumptions and factors that involve risk and uncertainty, the company's actual performance and results may vary in a material way from those expressed or implied in any forward-looking statements. A description of the factors that may cause such a variance is included in the Safe Harbor language in our most recent 10-Q and in today's press release. The forward-looking statements are current only as of the date of this call and the company disclaims any obligation to update them or the factors that may affect actual results.

First and foremost, let me review our fourth quarter and full year results as shown on Slide 3 and Slide 4. Our full year ongoing earnings per share of $5.73 reflects year-over-year growth of 10%, which expands to 17% growth on an ongoing currency-neutral basis. For the fourth quarter, we incurred an ongoing $0.19 loss per share, which when combined with our adjusted Q3 year-to-date ongoing earnings per share of $5.87 results in the aforementioned ongoing earnings per share of $5.73 for the full year.

The Q3 year-to-date ongoing earnings per share was adjusted retrospectively to reflect the removal of selected adjustments consistent with full-year treatment as shown on Slide 4. These adjustments did not change our as-reported results. On an as-reported basis, our earnings per share was $4.81 for the full year, reflecting $0.70 for charges related to the first phase of our restructuring actions, $0.17 for a potential settlement related to the previously disclosed SEC investigation that has been pending since 2011, as well as $0.11 for costs related to environmental and litigation settlements.

We also received a $0.06 benefit from discontinued operations. Our free cash flow for the year is $2.1 billion as compared to $959 million in the prior year, primarily reflecting the absence of the Climate acquisition and the Novozymes transaction in the current fiscal year.

With that brief summary, let me hand it to Hugh to provide the strategic outlook.

**Hugh Grant**

Thanks, Laura and good morning to everybody on the line. As we sit at the close of fiscal year 2015, I am pleased to announce that we grew our ongoing earnings per share in a downturn in the ag cycle, more than offsetting the current macro pressures. We approached this period with focus and discipline centered on our core business. Despite weakening global currencies and commodity prices, we continue to view this as a time of opportunity, but a balance of innovation and discipline can grow our long-term competitive position. There's always the possibility of fluctuations in the short-term market conditions, but that doesn't define the overall opportunity or the continued long-term growth trends.

Innovation is still the differentiator and you need to look no farther than this year to see how it drives our underlying performance. At $5.73 of ongoing EPS, we've delivered 10% growth on an ongoing basis and 17% growth on an ongoing currency-neutral basis driven by the performance of our seed and trait technology, realized licensing opportunities, and our strong cost discipline.

Our strong cash flow and balance sheet allowed us to invest in ourselves and new opportunities, while our core business strengths and the momentum in our new growth platforms continued to build, positioning us for sustainable earnings growth over the long-term.

When you narrow the lens to the next 12 months, the industry continues to face a challenging macro environment and we've moderated our outlook. Our guidance for fiscal year 2016 of $5.10 to $5.60 of ongoing earnings per share, as shown on Slide 5, makes three key assumptions that currency headwinds persist, grower margins remain compressed, and the glyphosate pricing pressure continues.

We currently estimate ongoing EPS headwinds of $0.35 to $0.40 from currency; $0.50 to $0.85 from year-over-year ag productivity pricing declines, and $0.20 to $0.30 from elevated cost of goods for corn and the planned Xtend launch. If you set aside these factors, which sum to $1.05 to $1.55 of headwinds, what's clear is that the fundamentals of our core business are solid.

Our germplasm performance has never been better, our trait technology has continued to leap, and our market position and pipeline remain strong. However, we fully recognize that these are tough times in agriculture and we are committed to continue to drive these advantages in our core business through renewed discipline and focus.

In fiscal year 2016, in addition to continuing to execute with discipline on key milestones in our core business, we plan to do the following: begin implementation of phased restructuring actions to drive further optimization of our operating leverage longer term while remaining committed to investing in new growth platforms. The actions from this first phase are expected to lead to annual savings of $275 million to $300 million for a total expected cost of approximately $850 million to $900 million as shown on Slide 6.

And with the end of our pursuit to combine with Syngenta, we intend to take the next step in our capital allocation strategy with a new $3 billion accelerated share repurchase program as we progress towards our targeted capital structure. We expect to begin the accelerated share repurchase in the near term with plans to complete it sometime in the next six months. These actions are designed to compound our underlying future growth, and when combined with growth in the core business and the new platforms, continue to underpin our confidence to meet our goal of more than doubling our fiscal year 2014 ongoing EPS by fiscal year 2019, which begins with an estimated 20% plus ongoing EPS growth starting in fiscal year 2017.

The primary drivers of the revised plan, as shown on Slide 7, includes an expected return to mid-single digit corn and germplasm mix lift globally and what we see as a modestly improved commodity corn price environment beginning in fiscal year 2017.

We also expect Intacta penetration in roughly three quarters of the 100 million acre opportunity and Xtend's technology at about two-thirds of the U.S. soybean acres. The absence of several negatives from this coming year, including elevated corn COGS and the Xtend launch costs, are expected to further enhance this growth, while genetic glyphosate prices are expected to make a small, but steady recovery over this time.

Spend is expected to be moderated by the success of the restructuring actions and with our long-term targeted net debt to ongoing EBITDA ratio of 1.5, we expect share repurchases to account for a portion of the planned ongoing EPS growth through fiscal year 2019. The confidence in our outlook is further underscored by the fundamentals of agriculture, which remain compelling. Obviously, the current oversupply situation has created continued near-term pressure on commodity prices so far unwavering of the demand curves as shown on Slide 8. Macro demand remains robust. In fact, the world is consuming the current oversupply at a record pace with demand for corn growing by an average of 1.3 billion bushels per year over the past three years. More than 90% of this growth in demand over this timeframe has been driven by feed and underpinned by middle-class protein consumption, which we expect to continue.

As we look out with conservative assumptions, we continue to plan for annual average demand growth in corn of approximately 500 million bushels and 200 million to 250 million bushels in soybeans. With this level of demand and yields at trendline, we expect the global corn supply to use ratio to return to a range supporting the corn commodity price improvements into 2017 and beyond. And if you look at the demand trendline from the last three years, the world would need to double the annual rate of yield increases to nearly 3%, or 2 times our forecasted estimates to satisfy this demand.

With the agricultural area of expansion effectively constrained, the majority of this increase will need to come from yield and it needs to be delivered in the face of the challenges presented by climate change making yield and innovation even more critical as we look forward.

As the innovation leader, we are aligned to these trends and we are accelerating our vision to create value through a truly integrated ecosystem for agriculture, as shown on Slide 9. Our competitive advantage leverages the know-how that we've assembled across our industry-leading capabilities in breeding, biotechnology, digital ag, next-generation

biologicals and crop protection solutions. The proposed combination with Syngenta would have been complementary to our vision, but now we move confidently forward with our leading position in seeds and digital agriculture to pursue other options to build on our existing crop protection portfolio and in our partnerships. We have a multi-pronged approach to our crop protection strategy that includes organic growth from products in our pipeline and in our collaborations, as well as growth from targeted partnerships to access molecules and opportunistic M&A.

Longer term, we expect new layers of growth to come from VaporGrip formulations of dicamba, our nematicide and the BioAg alliance. Despite near-term industry turbulence we are at the eve of rapidly expanding opportunities for our company. The growth drivers in our core business are reaching critical milestones and the potential value of digital ag is becoming ever more tangible. With our current core business opportunities and the step-change in progress in our new growth platforms, today, we preview our line of sight on the next decade of technology upgrades, as shown on Slide 10.

As we look out to 2025, we see the opportunity for more than 800 million acres of new technology upgrades. And that's a commercial opportunity with technologies that are largely in hand and are core platforms alone. We expect to have first and second-generation Intacta upgrades in South America, Xtend penetration across the Americas, a new nematicide and technology upgrades across the our global corn franchise to drive acreage upgrades. With our new growth platforms, we expect broad acre adoption of microbials and Climate to provide significant upside potential to these core technology upgrades. We look forward to further building out these key commercial growth drivers and providing the early yield data proof points at our upcoming November biannual investor event here in St. Louis.

So while it is easy to get bogged down in the transitory macro factors that are weighing on global agriculture today, if you take a longer view, you can see that we have the opportunity to lead the next evolution in agriculture, not unlike the transformation that we led in biotech and in breeding.

Now is the time to be discussing transformative opportunities as it's precisely in challenging times that strategic advancements, along with key operational discipline, can foster new growth. So while fully recognizing the current market realities, we are staying focused on near-term execution in our core business while at the same time advancing and expanding our new platforms.

So with that, I will turn it over to Brett to walk you through the operational milestones and the outlook for next year that supports these plans. Brett?

**Brett Begemann**

Thanks, Hugh and good morning to everyone on the line.

As we build our operational plans for 2016, discipline becomes increasingly important. In ag productivity, that discipline is about staying consistent with our strategy to maintain a small premium over generics and we have lowered prices accordingly. While this creates a tough comparison versus last year, we expect 2016 to provide a solid base for the business long-term with new differentiated formulations from dicamba driving growth from that base over the coming decade.

Slide 11 highlights the core assumptions that support an expected gross profit contribution in the ag productivity segment ranging from $900 million to $1.1 billion, which remains an important strategic fit with our seeds and traits franchise. Our discipline also shows up in our continued cost management and the execution of the initial phase of our restructuring actions. We plan to implement global commercial hubs and we'll further develop our global R&D center of excellence in St. Louis, all of which will focus resources and drive efficiencies.

We also plan to modernize and optimize our IT and supply chain networks and accelerate the use of data and analytics to dramatically improve our field testing and product development cycle.

Finally, we plan to further streamline and reprioritize some of our commercial-enabling and R&D efforts, which include the exit of the sugarcane business and streamlining of the yield and stress program approach. When complete, we believe these actions will enable us to be more agile, focused and cost effective in delivering on long-term growth objectives. This discipline will be foundational to our performance in the next era where success will be driven by continued innovation, integrated solutions and improved insights our customers seek.

Let's walk through the milestones in fiscal year 2015 and the key deliverables for 2016 that position us for near-term rapid growth beginning in fiscal year 2017. Let's start with corn, as shown on Slide 12. We have seen the most significant decline in farmer incomes in a decade and yet our corn franchise has been a source of relative stability and durability as compared to other inputs in the industry. And importantly, our key metrics for customer relationships have never been better.

Near term, the horsepower of our global corn business centers on our continuous breeding upgrades to propel pricing and share growth. Even in 2015, we saw farmers continue to migrate to the newer classes of genetics, delivering a positive global mix lift in local currency. In the U.S. alone, nearly 40% of our sales were in year-one and year-two hybrids. Continuing this trend, we expect low single-digit germplasm price mix lift in local currency again in fiscal year 2016. This considers new hybrids at a premium, plus small declines we took in some of our mid-tiers in the U.S. corn seed business in order to ensure we are maintaining a robust ladder of offerings in our portfolio.

Beyond fiscal year 2016, we expect commodity prices to lift to $4.50 plus and this trend, when paired with the continued demand for new hybrids, is expected to lead to mid-single digit lift in corn germplasm mix. The early estimates on corn acres point to a likely 20% or more decline in Argentina and in the Brazil summer season. However, we expect a U.S. and Brazil safrinha corn acres to be up modestly with the U.S. acreage increase coming at the expense of soybean acres.

Regarding share, we held or grew share in every major market in 2015 and are seeing significant momentum with our license base in both the U.S. and Brazil, as shown on Slide 13. We expect to repeat this share performance in 2016 and the early read on the U.S. branded corn yield data suggests that we have held or expanded our yield advantage for the 10th consecutive year. With the near-term commodity price rebound we expect in 2017, we anticipate significant growth as price, mix and share often grow collectively. And as we look out, we expect to refresh the hybrids in our 75 million acre plus branded seed base nearly 2x in that next decade. That, along with the continued momentum and global share growth and new trade upgrade opportunities, is expected to provide roughly 240 million acres of technology, corn seed and trade upgrades over the next decade.

Let's move to soybeans next where Intacta is setting records with a 15 million acre penetration this past year and a target of 30 million acres in just its third year of commercialization, as shown on Slide 14. Our order books are reflecting tremendous demand. In fact, in Brazil, prepays are tracking ahead of forecasts and we are receiving great feedback from our licensed seed partners who, together with our brand, cover approximately 90% of the market. We did raise our price in Brazil in the mid-single digit range in local currency, partially offsetting some of the currency headwinds. However, penetration and grower experience remains our primary objective.

In addition, our second-generation Intacta product continues to progress nicely and is expected to launch before the end of the decade in this 100 million acre opportunity. Finally, our point-of-delivery business model is now up and running in northern Argentina,

Uruguay and Paraguay, unlocking the opportunity for future soybean technologies in the region.

The other near-term blockbuster soybean technology is our Roundup Ready Xtend crop system, which will enhance the strength of our current Roundup Ready system with dicamba tolerance. We now see this as a 250 million acre opportunity across the Americas that extends beyond the soybeans and cotton to encompass corn given the progress we see in our pipeline. We expect this technology to ramp even faster than Intacta and our U.S. teams are gearing up for the largest technology launch ever, more than 3 million acres of Roundup Ready 2 Xtend soybeans in fiscal year 2016 as shown on Slide 15.

We recently rolled pricing and are now planning for a launch that includes more than 70 unique soybean varieties across our branded and licensed footprint. Based on the value creation demonstrated, we have priced the new Xtend varieties at roughly $5 to $10 per acre premium over Roundup Ready 2 Yield varieties. This level of incremental value creation continues to reinforce Xtend as one of the leading core business growth drivers. Given the overwhelming demand from farmers, dealers and licensees, we've implemented a pre-order reservation process in advance of the final regulatory milestones and based on current tracking, we expect the seed to be fully reserved by early December.

We continue to progress with key regulatory agencies in the U.S. and China and have been working closely with our channel partners in our planning process. While the launch does not create financial value in the first year, it does mark an important milestone for significant future growth.

On a related note, our Bollgard II XtendFlex cotton is expected to double its 2015 penetration with plans to reach 1.5 million acres in fiscal year 2016. As a key complement to this system, we continue our planning for the potential dicamba investment at our Luling plant to ensure that there is sufficient supply in a market that is expected to add 250 million acres of opportunity in the next decade, as shown on Slide 16. Our current expectation is that our investment in the dicamba manufacturing capacity would ultimately service approximately 25% to 35% of the fully mature market and would provide a double-digit return on investment from the incremental dicamba sales.

Further, our recent investment in dicamba VaporGrip formulation capacity is expected to allow us to offer easy-to-use, proprietary formulations for growers and near-term licensing opportunities.

Moving to digital ag, the Climate Corporation has emerged as the digital ag platform with leading data science capabilities and broad scale industry partners. In fiscal year 2015, more than 75 million acres were enrolled on the platform and more than 5 million subscribed to our premium offerings, as shown on Slide 17, confirming a step-change in product performance with adoption that exceeded even our aggressive targets.

As we look forward to 2016, we now expect the Climate platform to expand to more than 90 million acres with over 12 million in our paid offerings as we expand our geographic reach for the premium services by nearly 2.5x our fiscal year 2015 acres. As a testament to the step-change in performance, I am pleased to share a sampling of the results our early adopters experienced through the use of our premium Climate services as shown on Slide 18.

Our Nitrogen Advisor is dramatically changing how our customers manage their nitrogen applications and the results from these on-farm strip trials clearly show the value of the recommended additional applications from our advisor. And through advanced satellite imagery, our Field Health Advisor consistently diagnosed emerging issues in the field, which helps reduce costs and improve overall productivity on the farm.

As we look at the next decade for digital agriculture, one thing is clear. This platform will change the way farmers manage their operation; it will change who we are as a company; and it will transform the industry. In fact, we are targeting expansion of the platform into new crops in the next three to five years, including, but not limited to, soybeans, wheat and canola. And geographically, we have trials planned for Brazil in 2016 and expect to be in additional geographies by the end of the decade.

In summary, we are focused on disciplined execution of the key deliverables across our core business to unlock the growth to our fiscal year 2019 ongoing EPS growth targets and to greater than 800 million acres of core technology upgrades we see over the course of the next decade. The fundamentals of our business are strong and we have the drivers in hand to propel growth over the next decade.

With that, I will pass it to Pierre to provide the financial outlook.

**Pierre Courduroux**

Thanks, Brett and good morning to everyone on the line.

Let me start by giving you the highlights of our FY 2015 performance. First, the fundamental drivers of our core seed and genomic business are sound and remain a source of durability, generating roughly $250 million in gross profit growth in fiscal year

2015, exclusive of currency headwinds of roughly $250 million, acreage headwinds of $255 million in corn, cotton and soybeans and $100 million of restructuring charges. This performance was driven by our accelerating soybean business, by overall positive corn germplasm price mix benefit in local currency and by branded and licensed share footprint expansion.

Second, [Intacta] [ph] productivity, we stay true to our glyphosate pricing strategy and effectively unlocked value in our lawn and garden brand for the Scott's licensing agreements to partially offset nearly $350 million of gross profit headwinds from generic glyphosate pricing and currency.

Third, our disciplined approach is highlighted by the significant improvement in operating expense leverage with ongoing operating expenses down 8% year-to-year.

Fourth, we've leveraged our strong balance sheet and cash generation with free cash flow coming in at $2.1 billion and made significant progress in our capital allocation strategy. With the successful completion of our $6 billion accelerated share buyback program, we've repurchased more than 10% of our share outstanding since June of 2014.

Our share count now stands at 468 million shares and our net debt to ongoing EBITDA ratio sits at 1.1 at the close of the fiscal year.

Taken together, this strong underlying business performance, amplified by our disciplined approach and capital allocation strategy, drove 17% growth in ongoing currency-neutral EPS for the fiscal year.

As we look forward into fiscal year 2016, that same focus on converting core operational strength into financial performance through discipline and execution and the continued implementation of our capital allocation strategy remains a priority. As shown on Slide 19, our ongoing earnings guidance range of $5.10 to $5.60 reflects the headwinds created by the year-over-year decline in foreign currencies and generic glyphosate pricing.

In FY 2016, we anticipate those headwinds to more than offset the benefits from the growth in our seeds and genomic gross profits, from our planned near-term $3 billion accelerated share repurchase program and from the first phase of our restructuring actions. Assuming major currency rates remain relatively consistent with today's rate and the ratio of Brazilian real to the U.S. dollar remains in the mid to high 3s, we expect a $0.35 to $0.40 currency headwind in FY 2016.

We anticipate the decline in ag productivity pricing to drive another $0.50 to $0.85 of expected headwinds as we project the ag productivity segment gross profit to be in the range of $900 million to $1.1 billion. This gross profit projection assumes that genomic prices improve some over the course of the year as we believe competitive pricing will move to a more sustainable level in the market.

And while the $274 million gross profit benefit we received from the Scott's licensing agreement was a one-time event in 2015, we do expect to benefit from other licensing and sales arrangements of a similar order of magnitude, likely in our seeds and genomic segment towards the end of fiscal year 2016. SmartStax PRO and over current and pipeline products are generating significant interest and we expect some to culminate in the next year.

So while it is important to clearly outline and plan for the expected macroeconomic challenges, it is even more relevant to outline the growth drivers in our plans and highlight their expected financial contribution in fiscal year 2016. We are anticipating mid-to-high single digit percentage growth in gross profit from our core seeds and genomic segments before estimating restructuring charges and including licensing opportunities. And this is a critical milestone to delivering growth longer term.

In corn, the key growth drivers are expected low single-digit germplasm price mix lift in local currency, share growth with some improvement in corn acres and corn cost saving initiatives. These are expected to more than offset the $90 million to $100 million penalty we expect in corn cost of goods related to our scaled-back production plans driven by the reduction in corn acres over the past two years.

In soybeans, momentum across the Americas continues to build in the next fiscal year. In South America, Intacta is expected to double to 30 million acres, but currency dampens the expected gross profit growth as a significant movement in the Brazilian real occurred mid-season. We do revisit the key value drivers when setting our price early in the calendar year. However, in the case of Intacta, our negotiated grow license agreements cap the annual price increases to inflationary levels for the FY 2017.

In North America, the excitement for the Roundup Ready 2 Xtend launch continues to grow as we target more than 3 million acres with the new Xtend varieties priced at $5 to $10 per acre premium. In FY 2016, there are, however, expected launch costs of $70 million to $80 million that more than offset those revenues. These launch costs include

expense for a technology license plus pre-foundation seeds and storage costs. These launch costs are expected to scale down to closer to $50 million by the third year of commercialization as we move to a more historical level of trade margins.

We anticipate total FY 2016 operating expenses, excluding these estimated restructuring charges, to be up 2% to 4% as compared to FY 2015 ongoing operating expenses. The $100 million plus of first-year operating expense savings from our restructuring actions are not expected to fully offset the increases from inflation and investment in growth platforms in fiscal 2016. But with some of the benefits of our 2015 discipline spend management carrying into fiscal year 2016, total [exporating] [ph] expenses, again before estimated restructuring charges, are still expected to be more than $200 million lower than our FY 2014 ongoing operating expenses.

By the end of FY 2017, we expect the first phase of our restructuring actions to deliver an estimated $275 million to $300 million savings across our P&L. All-in costs for the first phase of the restructuring action is expected to be approximately $850 million to $900 million with about $450 million of those being pretax cash costs.

Our supplemental restructuring phase is expected to target an additional $100 million of cost savings by the end of FY 2018. Given that we are still in the early days of developing those actions, the associated costs for the supplemental phase are not sustainable and are not considered in our FY 2016 guidance.

Finally, the anticipated tax rate for the coming year is expected to be in the range of 25% to 27% and net financing expense is expected to reflect the increases in interest expense arising from the incremental debt incurred as we move towards our leverage target.

Within the components of our FY 2016 guidance, today, we have announced our plans to advance our capital allocation strategy with a $3 billion accelerated share buyback program. We expect to fund these repurchases with cash and short-term borrowings. The execution of our plan should opportunistically take us to a net debt to ongoing EBITDA ratio in the range of 1.7, modestly above our target of 1.5 at the close of FY 2016, as shown on Slide 20.

All together, we expect the net effect of reduced share counts and increased net financing expense to provide $0.24 to $0.27 of FY 2016 ongoing earnings-per-share growth. We remain committed to a balanced capital allocation strategy, balanced between continued share repurchases, dividends, capital investments and investments in technology. This

should allow us to operate with flexibility to invest in high-growth opportunities that support our strategy while remaining committed to a solid investment-grade credit rating to allow access to commercial paper.

Backing this capital allocation strategy is our ability to convert earnings into strong cash generation. We plan to generate $1.6 billion to $1.8 billion of free cash flow in fiscal year 2016 with the opportunity to grow this in future years absent the approximately $200 million to $250 million of after-tax restructuring cash costs we expect to incur in FY 2016.

Cash flows from operations are expected to be $2.7 billion to $3.1 billion while cash flows used for investing activities are expected to be in the range of $1.1 billion to $1.3 billion, inclusive of the initial potential investment in the dicamba plant.

The final point I'd like to cover is the expected earnings flow. Currencies and generic glyphosate prices moved primarily after the first quarter of fiscal year 2015 and when combined with the expected pullback in corn acres in Brazil's summer and in Argentina, we are anticipating the first quarter ongoing earnings to be down in the range of $0.70 to $0.80 versus the prior year before considering $0.30 to $0.40 of expected restructuring charges in the first quarter.

That being said, a portion of this decline is expected to be made up in the second half of the year with the outlook for Q2 earnings expected to be relatively flat with the prior year. There is no doubt that fiscal year 2016 will be a tough year across the industry and in this environment, financial discipline will be critical. However, we remain committed to invest in our business in a disciplined manner to enable longer-term growth.

As CFO, my focus is on financial discipline to support long-term growth and strong translation of that growth into free cash that in turn will support future growth investments and return value to our shareowners. These priorities show up in our financial results for the year and in our future outlook.

Continuing to execute well on these pillars will provide the gateway to the rapid future business growth necessary to deliver on our plan to more than double our ongoing FY 2014 EPS by 2019 and to deliver our tremendous long-term opportunity to upgrade core technologies across more than 800 million acres over the course of the next decade with upside potential from our new growth platforms.

Thanks and I will turn it back over to Laura for the Q&A.

**Laura Meyer**

Thanks, Pierre. With that, we'd now like to open the call for questions. In addition to Hugh, Pierre, and Brett, we also have Dr. Rob Fraley, our Chief Technology Officer joining us for Q&A. As we typically do, I will ask that you please hold your questions to one per person so that we can take questions from as many people as possible. You are always welcome to rejoin the queue for a follow-up.

Kevin, I think we are ready to take questions from the line.

**Question-and-Answer Session**

**Operator**

Thank you. [Operator Instructions] Our first question today is coming from Don Carson from Susquehanna International Group. Please proceed with your question.

**Don Carson**

Thank you. Yes, a question on the outlook for digital agriculture. You talk about Climate Corp. and others making a meaningful contribution by 2019. How meaningful is that in absolute dollars and what has been the gross spend on Climate Corp. and other initiatives both in fiscal 2015 and what you are anticipating in 2016?

**Hugh Grant**

So, Pierre, maybe a word on our differential spend and how we are investing in this?

**Pierre Courduroux**

Sure. So Don, when we are talking about meaningful contribution, at the GP level, and that's what we've been sharing, we are talking about several hundred million dollars as an order of magnitude. Obviously, we will keep you updated as the years evolve, but that's what we are thinking about and that's what the teams have been building their plan around.

Concerning the investments in FY 2015 and in FY 2016, in FY 2015, definitely, we have continued to invest more than we did the previous year, but not as much as what we originally planned. That was part of the financial discipline we were talking about. We've invested in between I mean $50 million and $100 million more than the previous year in those platforms, and that's kind of the way we are thinking about it next year when entering into FY 2016. So continuing definitely to invest, but with the financial discipline and there's obviously room for adjustments as the business evolves.

**Don Carson**

Okay. Thank you.

**Hugh Grant**

Thanks very much.

**Operator**

Thank you. Our next question today is coming from Vincent Andrews from Morgan Stanley. Please proceed with your question.

**Vincent Andrews**

Thank you. Good morning, everyone. A couple of quick ones. On Intacta, the price when you launched the product included in that contractual agreement that there would be a step-up automatically in fiscal 2018. Is that the case still? Has anything changed there and is it possible to raise the price above what's in the contract?

**Hugh Grant**

Vincent, thanks for the question. You will remember, when we launched Intacta, we were negotiating with growers in Brazil. So this was a function of those negotiations -- but, Brett, the step-up opportunity post 2017?

**Brett Begemann**

Yes, so as part of those negotiations, as Hugh was describing, we agreed that increases in price through 2017 could only be in the range of inflation. So as we look to post 2017, we will have the opportunity to reevaluate the value creation in the marketplace, look at pricing. We won't have the constraint of that limit and there will also be rebates that disappear in that post-2017 timeframe as well, so that gives us even a greater confidence in Intacta growth and how it starts to drive our business. And then right behind Intacta, don't forget the importance of Intacta II that's coming right along behind that. That allows us another opportunity for demonstrating value in the market and seeing that show up in price.

**Vincent Andrews**

Could you just clarify, on the seeds and traits gross profit growth, Pierre, you mentioned that there were going to be license agreements and you sort of compare them to the ones in ag productivity last year? So are you expecting license agreements to be of a one-time

nature again or is this going to be ongoing?

**Pierre Courduroux**

So Vincent, those agreements are by nature one-timers, but what you have -- I mean to remember is, over time, I mean our strategic teams have always been working -- and that's part of the nature of our business to look at those as almost ongoing one-timers because we've got, as you know, a number of discussions with our partners and potential partners around a number of our technology, some of our non-core assets. So this is always what we've been doing and what we are envisioning to do in the future as well.

**Operator**

Thank you. Your next question today is coming from Chris Parkinson from Credit Suisse. Please proceed with your question.

**Chris Parkinson**

Perfect. Thank you. Can you just walk us through the long-term cadence of the glyphosate gross profit and potentially parse out pricing expectations going forward, FX and also OpEx? And really just how to bridge from the new starting point out of -- from the $900 million to $1.1 billion back up significantly to the $1.3 billion to $1.4 billion? So any color there would be appreciated. Thank you.

**Hugh Grant**

Thanks, Chris, and I'll maybe ask Pierre to say a few words on our assumptions, but I would say that a lot of the pricing as you look at our projections in 2016, and I hope this came through in the prepared remarks, our pricing moves are already made. So I think we've taken a pretty conservative view. I know everybody is looking at glyphosate price everyday in their Bloomberg screens. So we are not calling the bottom in this, but we've made -- when we give you this projection for 2016 today, we've made we think the pricing moves that address this opportunity, but maybe a word on cadence and the fact we sell out as well, Pierre.

**Pierre Courduroux**

Yes, so what's important to understand when we are looking at the next five years is although glyphosate remains a critical part of our portfolio and we are actually expecting some level of rebound in pricing in glyphosate over the next couple of years, it's not the

only driver and it's not by far the only driver within the growth we are projecting in our ag productivity segments. Remember we will start to enter in dicamba from a commercialization perspective from a chemical side.

We have our APS -- so APS -- we continue to commercialize third party chemistries, so it's really more those supporting chemistries that are going to drive the growth in addition to a small rebound in glyphosate. So we've not ranged the glyphosate profile.

As Hugh was saying, I mean -- we wouldn't call necessarily the bottom from a price perspective, but we are expecting that, over time, we will see some level of rebounding glyphosate pricing and the key driver for that is, based on our calculation, based on our estimates, right now, most of the China producers would be selling below cost, and we don't believe this is sustainable. I mean it may last for a couple of months, but we certainly don't believe this is what drives the rationale.

**Operator**

Thank you. Our next question today is coming from P.J. Juvekar from Citi. Please proceed with your question.

**P.J. Juvekar**

Yes. Hi. Good morning.

**Hugh Grant**

Good morning.

**P.J. Juvekar**

Given how quickly the situation sort of worsened in Brazil and the ongoing [indiscernible] in glyphosate. I am wondering why do you expect EPS to start growing at 20% starting in 2017? And maybe we are at the bottom when we begin to grow, but what do you think are the key risks in that scenario?

**Hugh Grant**

Thanks for the question, P.J. It was very politely put. So the reason that we feel that 2017 is a rebound or a slingshot, or we get back on that growth curve, on first blush, it might seem ambitious. If you look at our growth this year minus currency, we tongued in a 17% growth this year. To Brett's point, we grew or held share in every one of our key markets

around the world, so when you look at a somewhat anticipated normalization in currency, the drawdown on ending stocks, the velocity in that and then, Pierre, maybe the three or four big drivers that kind of make up the 20% growth?

**Pierre Courduroux**

So, P.J., maybe the best way to think about it is, when you look at the key driver of this growth and this rebound in 2017, definitely starting from the assumption that, by 2017, we will see corn pricing get back to this $4.50 level and if you look at the futures for December 2016, I mean they look much better than they did a couple of weeks ago. So this is really something that's driving our thinking. And on top of that, then you've got a couple of Monsanto-specific drivers.

So first of all, and I think we've been pretty clear about those. I mean we've had some cost of goods penalties over the last two years based on the production volumes we've been seeing, based on the Xtend launch costs that we are going to incur this year that are not going to happen going forward in 2017. So when you look at 2017, about 25% of that growth is really going to be coming from the absence of those cost of good penalties, so that's the starting building block. Then you have the core growth and we are very bullish about Intacta that we see with the potential to grow another 15 million to 20 million acres.

We are also very bullish about Xtend. So this year, we will have a 3 million acre, which will be the largest launch we are doing and we see by 2019 the potential for that product to be on more than 50 million acres. So if you extrapolate that and try to draw the curves with what we've seen in Intacta and potentially faster, that's also one of the key drivers of the way we are thinking about soybeans.

And then corn, I mean, we have this year to make a couple of adjustments in our pricing and based on the commodity price environment, we've been prudent in the way we are pricing. But when you look back -- when you look forward, sorry -- into 2017, we definitely see the potential to get back to our mid to -- mid-single digit pricing increases on our germplasm base, which by then will be a fairly significant upside.

And then also you always see the share increases that we've seen. Even in the tough year this year, we are in a position where, based on what we have today, we do believe we've grown or maintained share in all the key markets around the world. So we also see very nice momentum there. So when you look at that and you add the modest growth we are expecting from the veggies and the cotton businesses, I mean that's why our core business we can see driving growth.

And in addition to that, obviously, there is the financial discipline. When we built our plans last year, we were a little more aggressive in how much and how fast we were going to invest. We will be very disciplined about that and I think that the actions we are taking this year in terms of restructuring are demonstrating that we are committed to be very disciplined in terms of costs and of course, there's also -- I mean we are making a big step today I think in terms of capital allocation. I mean we have a $3 billion buyback and that's certainly something that will help and we have our target of 1.5 net debt to EBITDA that we've been laying out. I mean if you lay out on top of the growth of the core business, this is also a driver that will be very helpful when looking at the EPS growth in the next couple of years.

**Operator**

Thank you. Our next question today is coming from Steve Byrne from Bank of America. Please proceed with your question.

**Steve Byrne**

Out of those 30 million acres of Intacta that you are looking for, what percentage of those would be third-party feed companies?

**Brett Begemann**

Yes. So I would -- as you think about Brazil, keep in mind that the Brazilian market has a large supply of multipliers in the marketplace, or call them regional seed companies and the large multinationals like us and others have relatively small seed brand positions, so it mostly goes through license.

So the vast majority of those 30 million acres will come through the licensed business that we have down there, but the trait obviously is the key driver of the value there and that's what we will reflect in the 30 million acres. All of that trait will, of course, be ours with Intacta. But the delivery mechanism is basically through licensed seed companies.

**Hugh Grant**

Which is a great thing because it gives us the accelerative potential and this is much faster. Your base grows much more quickly than what we see in the U.S., Steve. And the only other thing I would add, I was down in Brazil and Argentina a few weeks ago. Grower satisfaction is extraordinary. I mean we had -- we will see this again with Xtend, but when

we rolled with the product in Brazil and Argentina, we had enough varieties to satisfy different climatic zones and different growing conditions, so we feel pretty good about the expansion of this.

**Operator**

Thank you. Our next question today is coming from Jeff Zekauskas from JPMorgan Chase & Company. Please proceed with your question.

**Jeff Zekauskas**

Thanks very much. It looks from your restructuring charge like you are writing down something by about $450 million. And so I was wondering what you were writing down. The second thing is that of the 2600 employees that you intend to separate, how does that split between ag productivity and seeds and genomics? And then lastly, was Syngenta a one-off opportunity, or is it a strategic priority to build an agricultural chemical franchise through acquisition?

**Hugh Grant**

Jeff, well done. You got a three for in here. So maybe, Pierre, you can talk to the $450 million and then --

**Pierre Courduroux**

So regarding the non-cash items, so what we are looking at is -- I mean we've been announcing that we were exiting our sugarcane business, so we got a number of write-offs associated with this one.

We also have, as Brett was mentioning also, we are streamlining our yield and stress program and we've got some intangible assets related to that too and maybe more importantly, we are also rationalizing some of our manufacturing operations as part of the plan that Brett laid out and there are some fixed assets also related to that. So these are the key ones that we are writing off at this point in time.

**Hugh Grant**

And then, Brett, a quick word on -- yes, I guess I would partition this and I would talk about some of this as cost and modifying our cost to the realities of a harsh market. But there is a piece of this that's transformational as well, Brett.

**Brett Begemann**

Yes. I think that's the important piece in all of this. So specific to your question of how it breaks out by segment, I'd think about it two ways. First of all, I remind you that we significantly reduced our investment in ag productivity a number of years ago and we are benefiting from that tremendously right now as we see the toughness in the ag productivity market and our GP hanging in there compared to historical standards.

The 2600 as you look across is really across the company and the driver of making it across the company is how we are looking at transforming our company. And I mentioned that the impact of data and data analytics and how it's going to help us, that cuts across our entire supply chain and how we drive our supply chain. Robb has talked often about how it changes how we do our technology work and our breeding and our testing across the company. And this is an opportunity to take our company to a whole different operating model, thinking about how data and analytics drives our company. And that, in fact, drives efficiencies and productivity across the entire corporation. So it doesn't necessarily break out by segments; it breaks out across the entire company as we leverage that approach across the company to drive efficiency.

**Hugh Grant**

And then your last piece of the trilogy, Jeff, was Syngenta, a one-off. So I guess real briefly we still believe in the opportunity of integrated solutions. We've got a 400 million acre seed technology footprint. We've seen time and time again that we can increase revenue and improve grower service by bringing chemistry up on that footprint. Syngenta was the best option, but based on their behavior, that's gone. So we will continue to look at opportunities, but near term, and I really want to emphasize this, near term, we are going to focus on three things.

We are going to focus on reducing our costs because of the market realities and also because of the transformation opportunities inside the company by applying big data inside the company, we think we can take out significant costs. We are going to drive our core business. I am very encouraged with the performance this year. It gets masked by lousy foreign exchange, but we did really well versus competitors in all of our key markets. So we are going to drive our core and we are going to complete the next tranche of our buyback. We are going to invest in our own company.

There's been a lot of conversation about Monsanto's pivoting, or you are changing. The core strategy remains the same. Earlier this year -- earlier this calendar year, we pointed to the reality of a tough 2015 and a tough 2016. Unfortunately, that has came to pass. I think you see that the performance of our competitors in this environment. I think the

symptomology is there. We continue to see duplication in R&D in the sector. We continue to see the low effectiveness of R&D with some of our competitors and we continue to think that consolidation in this space is inevitable. So we are going to focus on the near term. We are going to drive the near-term performance of our business, but we are going to keep a weather eye on the horizon and we are going to keep our ears close to the ground because of the market realities. But you have to work on what you control and what we control at this time is exactly what Pierre talked about. We are going to manage the variables that we've got our hands on and we are going to make this a tighter run business given how tough the environment is.

**Operator**

Thank you. Our next question today is coming from Bob Koort from Goldman Sachs. Please proceed with your question.

**Bob Koort**

Thank you. I will try and limit mine to just one topic. And maybe I will sneak in a Jeff-style multi-question though. On Roundup Ready II Xtend, you guys talked about a $5 to $10 per acre charge and I'm just curious how uniform is the value added of that technology? Is it pretty consistent across your grower base, or is there going to be quite a bit of variability in the cost? And then as you think about extending that, no pun intended, across the other crops, what is the value add for those other crops relative to soybean? Thanks.

**Hugh Grant**

So thanks for the question. Brett, maybe on the $5 to $10, maybe just a little bit of clarity on that?

**Brett Begemann**

Yes. I think one of the things that we get so excited about Xtend is because, to your point, Bob, it fits across the entire soybean business in the U.S., as well as cotton and canola and corn. And as we look at the value creation, it's relatively consistent across -- there's two things that drive that range of $5 to $10. One is the variety that it's being delivered in and how new that variety is and it also is driven by the value of that product as we look at a specific marketplace that we are going to be in. But I remind you that, this time around, we have 70 varieties that we are introducing this product in, so we are going to have a really, really broad product launch that really opens up the door for farmers to improve their overall weed control.

When you look at the crops that we are looking at, we already introduced this year this product in cotton and we gave a -- we put a price on it this year of $6 an acre, but I remind you that we rebated that back because we didn't have the label for the dicamba over the top, but the seed itself was approved as an indicator to the cotton farmers that that product was coming, but it's a three-way herbicide, so they could use glufosinate along with their Roundup Ready, which really helped them in the cotton market. So that gives you a range of how we are thinking about cotton.

And corn I would put in the bucket of too early to call. We've been doing work on corn and we clearly have made progress and Robb's team, bringing those products forward. We'll be looking at that and evaluating that as we get closer to the market.

**Hugh Grant**

Thank you. Bob, you said you had another piece to this, Bob, or are you done?

**Operator**

Our next question today coming from David Begleiter from Deutsche Bank. Please proceed with your question.

**David Begleiter**

Thank you. Just on the corn -- price uplift in corn in 2017, how price -- how sensitive is that price mix to the corn price? And just on U.S. corn share, how much did you grow U.S. corn share this growing season?

**Hugh Grant**

So we haven't put any numbers out on growth yet because the denominator keeps -- there's arguments there. But we would say, in all of our key markets globally, we've held or grew share. And then on sensitivity, it's sensitive. Our pricing power and our pricing ability is directly linked to that. I think 10 years ago, we would've argued more over that, but as time has passed and we've gained more experience, there is a sensitivity. This period we are in right now, depends on who you believe, farm income at the moment is at the lowest it's been in the last 10 to 12 years, so it obviously has an impact. And as we've thought about 2016, we've been -- two points -- one, growers are still selecting out of our premium tier 1/tier 2 hybrids. So technically the reach for innovation is still alive and well. Our pricing power and our ability to price for that is clearly modulated by that commodity price, absolutely.

**Operator**

Thank you. Our next question today is coming from Mark Connelly from CLSA. Please proceed with your question.

**Mark Connelly**

Thank you. I wonder if you could just give us a sense of the pipeline from Climate Corp. and Novozymes. You mentioned Nitrogen Advisor success, but I am curious how quickly we're going to see other things roll out and what crops are looking like that are going to offer the best opportunity in the JV?

**Hugh Grant**

Mark, thanks for the question. We'll -- so this is the telephonic invitation to come to the party, so we look forward to hosting our biannual event here in St. Louis and we will have swept up field day by then, so that's the really attractive thing about our November date. So we will be in a much better position to give you actual yield data, but we've got a bunch of -- I would guess the biggest microbial trial program that the world has ever seen that we will be reporting on in St. Louis. But, Robb or Brett, any -- I don't want to get ahead of our data, but anything that you could offer or remark at this stage before the November meeting?

**Robb Fraley**

Sure, I'm looking forward to November and to the traditional pipeline update on the first quarter call. As you pointed out, the partnership with Novozymes has been incredible. I was just listening to their presentation yesterday at an event and a lot of excitement. We took several thousand microbial strains to the field. We are just generating the data and also we are continuing to work to expand the registrations on some of the current products. So the momentum there is very good and the excitement is terrific.

At the Farm Progress Show, just a huge amount of grower interest in the biological products. On the Climate side, I would just say that the growth dimensions that were alluded to in the call are threefold. First of all, we are going to expand geography. So we are looking at testing programs now on expanded geographies in the U.S., but also in Brazil and key other agricultural markets. We are expanding the crop base, so the easy extensions, things like the Plant Health Advisor and the Nitrogen Advisor will have applicability in crops like soybean, corn and cotton and that's key.

And then, finally, we are adding more apps to the advisor service and we are continuing to develop the precision planting apps in terms of targeted patterns for optimizing yield and a variety of additional advisors on everything from other nutrients to further use of the satellite based data. So those are all things that we will roll out in more detail in November.

**Hugh Grant**

Thanks, Robb.

**Robb Fraley**

Thank you.

**Operator**

Our next question today is coming from Sandy Klugman from Vertical Research Partners. Please proceed with your question.

**Sandy Klugman**

I was hoping you could provide an update on the anticipated timeline for Chinese import approvals for Xtend, as well as approval for over-the-top applications of dicamba in the U.S. And then if I remember correctly, early engineering work for the Luling dicamba expansion has been approved, but what would be the timeline for the expansion to receive the full go-ahead?

**Hugh Grant**

Yes. Thanks for those questions, Sandy. So I think encouraging news, while headline news coming out of President Obama's meeting was that Premier Xi where this topic between the two cabinet teams, this topic was discussed in terms of acceleration, harmonization and improving the data sharing. So I think it's never done, but I think encouraging news there. And then the -- so that covers the -- so nothing definitive, but there's a handful of products waiting on that Chinese approval and I think it sounded like good discussions. And then on the EPA side, we continue to hear it's progressing through that process. But I don't know if -- so I guess that's all we can say on that at the moment. On Luling, we've said this is a three to five-year process, Pierre and we've kind of nodded to the back end of that time -- anything you would add in terms of phasing or timing?

**Pierre Courduroux**

No, as you mentioned, at this point in time, I mean we are going through the engineering work. So as Hugh was mentioning, out of the three to five years, we've been talking about regarding this investment. The lion's share of the investment would be later in the three to five years for sure.

**Hugh Grant**

And we see that as necessary priming the pump. It's going to be an absolutely huge product. So we need to get ready to prime the pump and I would anticipate we will see European, Chinese and Indian manufacturers following with the size of that product. Robb, do you --?

**Robb Fraley**

Yes. I just wanted to add again feedback from Farm Progress and all the trials this year, the enthusiasm for the Xtend technology, both in cotton and soybean and anticipating what it will do in corn and wheat and other crops has been at a high level. I mean in many ways, it kind of reminds me of the launch of the original Roundup Ready technology back in 1996, I think, in terms of the breakthrough that it represents for farmers in terms of simplifying weed control and giving them just an incredible tool. So lots of momentum there.

**Hugh Grant**

And we will share some of that data at the November event as well. So let me conclude. I want to respect your time. We've run a little bit over, but we did have a lot to cover today. It isn't often that we talk about 2015, 2016 and 2017 and then nod towards 2019 and 2025. So we covered a lot of ground.

Let me just try and summarize this. I think despite weakening global currency and commodity prices, we do continue to view this as a prime opportunity for the business. But you need the balance of innovation and discipline that can grow our long-term competitive position. I hope today you sense that we approach this period with focus and cost discipline centered on our core business and our capital allocation strategy and this will remain our focus.

Our strategy, as always, is grounded in the foundation of our leading seed technologies and our crop protection solutions. And this, in the future, is to be ever more fully integrated by the extraordinary potential of digital agriculture. And we will continue to look beyond the transitory macro factors, and I think they are transitory, to the longer-term opportunities to lead this evolution to integrated solutions in agriculture.

So we as a team are looking forward to seeing many of you at our upcoming biannual investor event in November 17 and 18 here in St. Louis. We will be able to share more insights into both our near-term and longer-term growth drivers that we believe will fuel this continued evolution in the remarkable agricultural sector. So thanks very much for your support and your time this morning and we look forward to seeing many of you in St. Louis. Thank you very much.

**Operator**

Thank you. That does conclude today's teleconference. You may disconnect your lines at this time and have a wonderful day. We thank you for your participation today.

**Copyright policy:** All transcripts on this site are the copyright of Seeking Alpha. However, we view them as an important resource for bloggers and journalists, and are excited to contribute to the democratization of financial information on the Internet. (Until now investors have had to pay thousands of dollars in subscription fees for transcripts.) So our reproduction policy is as follows: **You may quote up to 400 words of any transcript on the condition that you attribute the transcript to Seeking Alpha and either link to the original transcript or to www.SeekingAlpha.com. All other use is prohibited.**

THE INFORMATION CONTAINED HERE IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL, CONFERENCE PRESENTATION OR OTHER AUDIO PRESENTATION, AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE AUDIO PRESENTATIONS. IN NO WAY DOES SEEKING ALPHA ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S AUDIO PRESENTATION ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

If you have any additional questions about our online transcripts, please contact us at: transcripts@seekingalpha.com. Thank you!

## Comments (0)