# EXHIBIT 37









# FISCAL YEAR 2015 RESULTS AND FISCAL YEAR 2016 OUTLOOK

October 7, 2015





# Forward-Looking Statements

*Certain statements contained in this presentation are "forward-looking statements," such as statements concerning the company's anticipated financial results, current and future product performance, regulatory approvals, business and financial plans and other non-historical facts. These statements are based on current expectations and currently available information. However, since these statements are based on factors that involve risks and uncertainties, the company's actual performance and results may differ materially from those described or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, among others: continued competition in seeds, traits and agricultural chemicals; the company's exposure to various contingencies, including those related to intellectual property protection, regulatory compliance and the speed with which approvals are received, and public acceptance of biotechnology products; the success of the company's research and development activities; the outcomes of major lawsuits and the previously announced SEC investigation; developments related to foreign currencies and economies; successful operation of recent acquisitions; fluctuations in commodity prices; compliance with regulations affecting the company's manufacturing; the accuracy of the company's estimates related to distribution inventory levels; the recent increases in and expected higher levels of indebtedness; the company's ability to obtain payment for the products that it sells; the effect of weather conditions, natural disasters and accidents on the agriculture business or the company's facilities; and other risks and factors detailed in the company's most recent periodic report to the SEC. Undue reliance should not be placed on these forward-looking statements, which are current only as of the date of this presentation. The company disclaims any current intention or obligation to update any forward-looking statements or any of the factors that may affect actual results.*

*Trademarks*
*Trademarks owned by Monsanto Company and its wholly-owned subsidiaries are italicized in this presentation. All other trademarks are the property of their respective owners.*

*Fiscal Year*
*References to year, or to fiscal year, are on a fiscal year basis and refer to the 12-month period ending August 31.*

*© 2015 Monsanto Company*

# Financial Results

## Fiscal 2015 Full Year





| | 2015 FISCAL FULL YEAR | | | 2014 FISCAL FULL YEAR | | | CHANGE | | |
|---|---|---|---|---|---|---|---|---|---|
| | As Reported | Adjust-ments[1] | Ongoing[1] | As Reported | Adjust-ments[1] | Ongoing[1] | As Reported | Ongoing[1] | Ongoing at Currency Neutral[1] |
| NET SALES | $15,001M | - | $15,001M | $15,855M | - | $15,855M | (5%) | (5%) | (1%) |
| GROSS PROFIT | $8,182M | $100M | $8,282M | $8,574M | - | $8,574M | (5%) | (3%) | FLAT |
| OPERATING EXPENSES | $4,659M | $(560)M | $4,099M | $4,499M | $(32)M | $4,467M | 4% | (8%) | (5%) |
| NET INCOME ATTRIBUTABLE TO MONSANTO COMPANY | $2,314M | $444M | $2,758M | $2,740M | $7M | $2,747M | (16%) | FLAT | 7% |
| DILUTED EPS | $4.81 | $0.92 | $5.73 | $5.22 | $0.01 | $5.23 | (8%) | 10% | 17% |
| FREE CASH FLOW | $2,089M | | | $959M | | | 118% | | |

### FY2015 HIGHLIGHTS:

***Monsanto delivers 10% ongoing EPS growth after absorbing macroeconomic headwinds; 17% on an ongoing currency neutral basis***

**UNDERLYING BUSINESS STRENGTH:**

- Overall positive corn germplasm price mix benefit excluding currency headwinds, corn footprint expansion, accelerating soybean platform and realized licensing opportunities

**FINANCIAL DISCIPLINE:**

- Operating expense leverage with ongoing spending down 8%, more than offsetting inflationary increases & new platform spend

**STRONG CASH GENERATION & BALANCE SHEET:**

- Completion of $6B accelerated share repurchase

1. Adjustments, ongoing metrics and currency neutral defined and reconciled at slide 21 to 26.

# Financial Results

## Fiscal 2015 Fourth Quarter





| | 2015 FISCAL 4TH QUARTER | | | 2014 FISCAL 4TH QUARTER | | | CHANGE | |
|---|---|---|---|---|---|---|---|---|
| | As Reported | Adjustments[1] | Ongoing[1] | As Reported | Adjustments[1] | Ongoing[1] | As Reported | Ongoing |
| NET SALES | $2,355M | - | $2,355M | $2,630M | - | $2,630M | (10%) | (10%) |
| GROSS PROFIT | $996M | $100M | $1,096M | $1,233M | - | $1,233M | (19%) | (11%) |
| OPERATING EXPENSES | $1,556M | $(486)M | $1,070M | $1,390M | $(32)M | $1,358M | 12% | (21%) |
| NET INCOME ATTRIBUTABLE TO MONSANTO COMPANY | $(495)M | $407M | $(88)M | $(156)M | $20M | $(136)M | (217%) | 35% |
| DILUTED EPS | $(1.06) | $0.87 | $(0.19) | $(0.31) | $0.04 | $(0.27) | (242%) | 30% |

| RECONCILIATION OF ONGOING EPS - 2015 | Fiscal First Nine Months | | Fiscal 4TH Quarter | Fiscal Year |
|---|---|---|---|---|
| $ Per share | May 31, 2015 | Adjusted May 31, 2015 | Aug 31, 2015 | Aug 31, 2015 |
| **Diluted Earnings per Share** | **$5.80** | **$5.80** | **$(1.06)** | **$4.81** |
| Restructuring Charges, Net | -- | -- | $0.72 | $0.70 |
| Income on Discontinued Operations | $(0.05) | $(0.05) | $(0.01) | $(0.06) |
| Environmental & Litigation Settlements | -- | $0.05 | $0.06 | $0.11 |
| Potential SEC Settlement | -- | $0.07 | $0.10 | $0.17 |
| **Diluted Earnings per Share from Ongoing Business** | **$5.75** | **$5.87** | **$(0.19)** | **$5.73** |

1. Adjustments and ongoing metrics defined and reconciled at slide 21 to 26.

# Set Foundation for Rapid Growth

## FY16 Outlook Considers Current Market Realities with Focus on Strategic Advancement and Operational Discipline



### SEED & GENOMIC GROWTH WITH FOCUS ON DISCIPLINE IN AG PRODUCTIVITY AND SPEND MANAGEMENT

**ONGOING EPS FY2010-FY2016F**




| | FY2010 | FY2011 | FY2012 | FY2013 | FY2014 | FY2015 | FY2016F |
|---|---|---|---|---|---|---|---|
| ONGOING EPS | $2.39 | $2.96 | $3.70 | $4.56 | $5.23 | $5.73 | $5.10 - $5.60 |
| FREE CASH FLOW -$M | $564 | $1,839 | $2,017 | $1,963 | $959 | $2,089 | $1.6 - $1.8B |

### FY2016 OUTLOOK:

***Progress on key milestones along with focus on operational discipline sets foundation for rapid future growth***

**Growth from Core Seeds and Genomics:**

- Expect mid-to-high single digit growth in gross profit from strength in core business; new corn hybrids globally, *Intacta RR2 PRO* penetration and licensing opportunities

**Strategic Management of Ag Productivity:**

- Expect segment to generate ~$900M to $1.1B of gross profit while remaining disciplined in premium pricing strategy to reflect brand equity

**Spend Discipline:**

- Implement plans to drive further optimization of operating leverage and COGS targeting $275 to $300M of cost savings over two years; remain committed to investing in new growth platforms

**Strong Cash Generation & Balance Sheet:**

- Accelerate capital allocation strategy through new $3B accelerated share repurchase program and progress to net debt to ongoing EBITDA target ratio of 1.5

# Initial Phase of Restructuring Expected to Yield Annual Savings of $275-$300M





Supplemental Phase Expected to Target Additional $100M of Savings

| FIRST PHASE | 2015 | 2016 | 2017 | 2018+ |
|---|---|---|---|---|
| **EXPECTED SAVINGS** | | $125-150 Million | $275–300 Million | $300 Million |
| **TYPE OF SAVINGS** | | *Savings allocated relatively evenly across Gross Profit, SG&A and R&D Expenses* | | |
| **RESTRUCTURING EXPENSE** | **--- $850-900 Million ---**<br>Q4'15<br>$493 Million | FY'16<br>~$360-400 Million<br>*(~50-60% Q1'16)* | | |
| **SUPPLEMENTAL PHASE** | *Planning for additional $100 Million of cost savings targeted to drive total aggregate annual expected savings of closer to $400 Million* | | | |

# Confidence in Long-Term Growth

With Strong Core Business and Expanding Drivers,
Target to More Than Double FY14 Ongoing EPS By FY19





## 5-YEAR GROWTH PROFILE:
### ONGOING EPS FY2014-FY2019F




**FY17:** >20% growth anticipated as reduced corn COGS and *Roundup Ready Xtend* launch costs expected to drive ~1/4 of growth in ongoing EPS; remainder primarily from corn & soybean growth drivers and capital structure. Global currencies assumed relatively stable with end of FY15 rates and corn price recovery to $4.50+.

## KEY DRIVERS OF >20% COMPOUNDED ANNUAL GROWTH RATE FY16-FY19

### BUSINESS DRIVER ASSUMPTIONS

**EXPECTED TO DELIVER ~$3.5B GROSS PROFIT GROWTH FROM FY16 TO FY19**

**CORN:**
- Annual mid-single digit global germplasm mix lift with modest commodity corn price recovery to $4.50+/BU
- Consistent annual global brand share gains
- Launch and license of *SmartStax PRO*

**SOYBEANS:**
- *Intacta RR2PRO* penetrates ~3/4 of the 100M acre market by 2019
- *Roundup Ready Xtend* reaches ~2/3 of U.S. acres by 2019

**COMPLEMENTARY CROPS (Cotton, Vegetable & Other)**
- Gross profit grows mid-to-high single digits

**NEW PLATFORMS**
- Climate *Fieldview* becomes meaningful contributor by end of plan

**AG PRODUCTIVITY**
- Ag Productivity grows from $900M-to-$1.1B to $1.3-to-$1.4B of gross profit

**FINANCIAL DISCIPLINE**
- ***Execute cost saving plans; potential of up to $400M annually***

### CAPITAL ALLOCATION ASSUMPTIONS

**Strong cash generation and capital structure compound growth**

# Demand Trends for Corn Remain Robust

Innovation Provides Precise Integrated Solutions to Steward Every Acre Sustainably Necessary to Meet Feed Demands from Growing Global Middle Class



**GLOBAL CORN DEMAND ESTIMATES (2004–2025F)[1]**




1. USDA historical data for Actual and trendline; future forecast and projections represent Monsanto internal estimates

# Innovation Drives Precise Integrated Yield Solutions

Foundation in Seed and Digital Ag Technology Creates Sustainable Ag Ecosystem



## INNOVATION PLATFORMS

DATA SCIENCE

- PLANT BREEDING
- BIOTECHNOLOGY
- CHEMISTRY
- BIOLOGICALS

INTEGRATED YIELD PIPELINE

## INTEGRATED YIELD SOLUTIONS

### SEED SOLUTIONS



MONSANTO BioAg

ACCELERON Seed Treatment Products

### DIGITAL AG SOLUTIONS



CLIMATE *FIELDVIEW*

### CROP PROTECTION SOLUTIONS

Roundup XTEND VaporGrip

Roundup POWERMAX II

ROUNDUP READY PLUS

CROP MANAGEMENT SOLUTIONS

### GROWER NEEDS

- INHERENT YIELD
- WEED CONTROL
- INSECT CONTROL
- DISEASE CONTROL
- NUTRIENT MANAGEMENT
- RISK MANAGEMENT

**OPTIMIZED REALIZED YIELD**

# Transformational Core Growth Drivers

>800M Acres of Technology Upgrades in the Next Decade Driven by the Core with Significant Upside from New Platforms



| | | 2025 TARGETS[1] |
|---|---|---|
| **GLOBAL CORN PORTFOLIO** | | |
| CORN TRAIT UPGRADES | ~100M Acres | ~240 Million Acres |
| GLOBAL GERMPLASM UPGRADES | ~140M Acres | |
| ***INTACTA RR2 PRO*** | | |
| NEXT-GEN *INTACTA* UPGRADES | ~60M Acres | ~145 Million Acres |
| *INTACTA* PLATFORM ADOPTION | ~85M Acres | |
| ***ROUNDUP READY XTEND* CROP SYSTEM –SOYBEANS, COTTON & CORN** | | |
| DICAMBA FORMULATIONS | 80-100M Acres | ~300 Million Acres |
| *ROUNDUP READY XTEND* BIOTECH TRAITS | 200-250M Acres | |
| **CROP PROTECTION** | | |
| SEED APPLIED SOLUTIONS – NEMATICIDE SEED TREATMENT | ~125M Acres | ~125 Million Acres |

**>800M Acres of Technology Upgrades by 2025**

THE CLIMATE CORPORATION

*The Climate Corporation and BioAg are Expected to Drive Significant Upside Potential that Layers on Top of Core Technology Upgrades*

MONSANTO BioAg™

1. Acre targets reflect Monsanto's internal estimates of new technology penetration by 2025 (less 2015 actual penetration for technologies recently launched). The core platforms highlighted are not a full representation of the pipeline; this is a subset of key drivers nearing commercialization, many likely before the end of the decade, or recently launched.

# Strategic Management of Ag Productivity

## Supporting Key Seed-and-Trait Franchise and New Growth Opportunities



### AG PRODUCTIVITY:

***Expect gross profit contribution of $900M to $1.1B for FY16***

**Structural changes post 2010 support expected gross profit contribution of $900M to $1.1B:**
- Consistent capacity utilization
- Lower premium levels resulted in improved brand mix

**Near-term expected headwind in the current low pricing environment:**
- $274M one-time Scott's licensing benefit in FY15 not repeated in FY16
- Low generic glyphosate pricing levels lead to expected price declines

**Longer-term Outlook:**
- Potential investment in dicamba would further diversify Ag Productivity and provide a source of growth
- With dicamba production, Monsanto would become basic in the 2 largest global herbicide molecules

### AG PRODUCTIVITY EXPECTED CONTRIBUTION
### GROSS PROFIT BRIDGE FY2015–FY2016F




Ag Productivity segment includes glyphosate and glyphosate-based herbicides, selective herbicides and Roundup L&G business.

# Global Corn Portfolio

## Next Generation Hybrids, Global Share Growth and Licensing Opportunities Drive Expected Growth in Largest Global Business





## GLOBAL SEED & TRAIT UPGRADES

**2025 TARGET:** ~240M Acres Global Seed & Trait Upgrades

### *DEKALB* CORN GERMPLASM PORTFOLIO MIX LIFT ILLUSTRATION




### U. S. NEW HYBRID ROI:

| EXAMPLE[1] | AVG ADD'L SEED COST PER ACRE | AVG ADD'L YIELD PER ACRE | FARM REVENUE @ $4.00 CORN[2] | ESTIMATED FARMER ROI |
|---|---|---|---|---|
| Newer vs. Older Hybrid | +$11 / Ac | +8 bushels | +$32 / Ac | 190% |

### GROWTH PROFILE:

**New Hybrids, Trait Upgrades and Footprint Expansion Expected to Drive Growth**

- Global mix lift gains from new hybrid launches
- Premium performance expected to drive global footprint expansion with branded and licensed share gains
- Expected launches of *SmartStax PRO, SmartStax PRO* plus *Genuity DroughtGard* hybrids and next-generation above-ground insect control corn traits drive further potential upgrade opportunities

**KEY MILESTONES:**

- Upgrading 10-20% of the global branded corn portfolio in FY16; launching > 100 new hybrids
- Continue to hold #1 or #2 share position in every major corn market

1. Newer hybrids are defined as Year 1 and Year 2 hybrids. Older hybrids are defined as Year 3 and older.
2. Estimated based on Dec 2016 CBOT corn futures

# Global Corn Portfolio

Next Generation Hybrids, Global Share Growth and Licensing Opportunities Drive Expected Growth in Largest Global Business





## GLOBAL GERMPLASM UPGRADES

**2025 TARGET:** ~240M Acres Global Seed & Trait Upgrades

### FY2015 GLOBAL CORN REGIONS
**PERFORMANCE IN KEY AREAS**



- **FY16 Target:** low single-digit full year germplasm price mix in local currency and global share gains from holding or growing our share in every major market
- **Beyond FY16:** target historical mid-single digit lift and continued share gains

### FY15 PERFORMANCE UPDATE
**GLOBAL HIGHLIGHTS**

| | | |
|---|---|---|
| 1 | **U.S.**<br>Position: #1<br>Share: Mid-30's% | Reduced Refuge Family maintained same % of portfolio; Growth in *Genuity DroughtGard* Hybrids |
| 2 | **Brazil**<br>Position: #1<br>Share: >40% | ~1 point share growth in branded corn share; Introduced first rootworm trait with launch of *VT PRO 3* |
| 3 | **Argentina**<br>Position: #1<br>Share: >50% | Maintained strong share position; Triples continued to be the trait of choice |
| 4 | **Eastern Europe**<br>Position: #1<br>Share: >20% | Strength of our existing genetics provides yield advantage similar to the U.S.; Making investments to accelerate yield gains |
| 5 | **Western Europe**<br>Position: #2<br>Share: Mid-teens | Launched several new silage hybrids in Western Europe |

# *Intacta RR2 PRO* Soybeans

First Generation Expected to Rapidly Penetrate 100M Acre Opportunity; Second Generation Already in Phase 4





## *INTACTA RR2 PRO*

**2025 TARGET: ~145M Acres of Trait Upgrades**

### *INTACTA RR2 PRO*: RECORD TECHNOLOGY ADOPTION RATE




**TRAIT PENETRATION STARTING WITH PRODUCT LAUNCH**

### GROWTH PROFILE:

***Next decade is a period of rapid acceleration with new technology penetration***

- Expect 1st-generation technology to fully penetrate the 100M acre opportunity
- In process of upgrading to the 2nd-generation technology – expected to commercially launch by 2020

### KEY MILESTONES:

- Penetrated ~15M acres across South America in FY15, 5X our record year one launch
- Expanded production of varieties for 2016 sales to >150 varieties in Brazil alone
- In Northern Argentina, ~70% of growers chose to pay upfront
- Technology licensed to germplasm providers with >90% share in South America
- Expect ~30M acres across South America for FY16

# Roundup Ready Xtend Crop System

Integrated Soybean Agronomic System Setting Up the Next Wave of Growth



## ROUNDUP READY XTEND CROP SYSTEM

**2025 TARGET:** 200M-250M Acres of Trait Upgrades Across Crops

### ROUNDUP READY 2 XTEND SOYBEANS:
### ROUNDUP READY XTEND CROP SYSTEM TRIALS HUXLEY, IA 2014




UNTREATED CONTROL




*ROUNDUP READY XTEND* CROP SYSTEM AND *RR PLUS* SYSTEM

### THREE SOURCES OF VALUE IN ROUNDUP READY XTEND CROP SYSTEM

ROUNDUP READY 2 XTEND SOYBEANS

***Innovative Traits in Leading Germplasm***

\+

Roundup XTEND VaporGrip Technology

XTENDIMAX VaporGrip Technology

***Enhanced Chemistry Options***

=

ROUNDUP READY XTEND CROP SYSTEM

***Greater Flexibility, Weed Control and Yield Potential***

### GROWTH PROFILE:

***Next decade is a period of rapid acceleration with new technology penetration***

- Expect this next-gen weed control technology to penetrate 200M-250M acres across soy, cotton and corn acres

### KEY MILESTONES:

- Commercial licenses targeting seed companies with >90% of U.S. soybean acres
- On track for 2016 launch[1] and working closely with partners to ensure a successful launch
- With strong demand we have implemented a pre-order reservation process in advance of the final regulatory milestones and expect to be fully-reserved by early-December
- Priced at a $5 to $10 acre premium over *Roundup Ready 2 Yield* varieties
- Expect >3M acre launch with more than 70 unique varieties across our brands & licensees

1. USDA deregulation received. Awaiting EPA approval for in-crop use.

# Dicamba Plant Investment Opportunity

Secure Supply, Support Grower Accessibility and Provide a Source of Growth Longer Term



## DICAMBA FORMULATIONS

**2025 TARGET:** Targeting 80M-100M Acres of Production Capacity

### DICAMBA MARKET OPPORTUNITY[1]:

- CURRENT MARKET PRODUCTION CAPACITY
- FUTURE PRODUCTION CAPACITY NEEDS




**Current Market Capacity**

- Meets existing market needs to control a wide spectrum of broadleaf weeds

**Capacity Investment**

- Potential investment targeting ***~80M to 100M acres*** of capacity; **~25-to-35%** of the fully mature market

**Significant Market Expansion**

- *Roundup Ready Xtend* Crop System penetration expected to create >250M acres of incremental demand

### DICAMBA INVESTMENT WOULD TARGET DOUBLE-DIGIT ROI[1]

**Potential Key Sources of Value:**

- More fully participating in the *Roundup Ready Xtend* crop system value creation
- Proprietary formulations with new *VaporGrip* technology offer easy-to-use, low volatility solutions

### GROWTH PROFILE:

***Next decade is a period of rapid acceleration with new technology penetration***

- Potential to further diversify Ag Productivity segment and provide long-term growth

**KEY MILESTONES:**

- Continuing our planning for potential capital investment of >$1B in dicamba manufacturing capacity

**Enhanced Chemistry Options:** Roundup XTEND VaporGrip & XTENDIMAX VaporGrip

- Dicamba/glyphosate pre-mix and tank-mix provide strong efficacy and residual activity
- Complements glyphosate applications and weed control
- Low volatility formulations and new *VaporGrip* technology offer proven results managing off-site movement
- Expected to drive licensing opportunities in the near term

1. Monsanto Internal Estimates

# Near-Term Commercial Milestones

## Near-Term Strategy and Expansion Plans Unlock Path to Broad Acre Platform Adoption



### 2015 MILESTONES

Milestones firmly establish The Climate *Fieldview* as **“THE”** Digital Ag Platform

- **>75 million acres enrolled on the platform**
- **>55 million active acres[1]**
- **>5 million subscribed to our *Climate PRO* premium offering**

N Nitrogen

Field Health





### 2016 OPERATIONAL PRIORITIES

Climate *Fieldview* Platform Launched as Tiered Offering to Drive Adoption, Connect Cabs and Deliver Insights

**① PAID SERVICES:**

- **Exceed 12 Million Acres of Paid Services in US**

CLIMATE FIELDVIEW plus
- In cab visualization
- Data Connectivity
- *Climate Fieldview Drive*



CLIMATE FIELDVIEW pro
- N-Advisor
- Field Health
- Script Creator



**② PLATFORM ADOPTION[2]:**

- **Exceed 90 Million Acres Across Climate *Fieldview* Platform**

CLIMATE FIELDVIEW prime
- Field-level weather
- Notifications
- Scouting



**③ GEOGRAPHIC EXPANSION:**

- **Execute First Field Trials in Brazil**



1. Active defined as weekly in-season use. 2. Platform includes *Fieldview Prime*, *PRO* and *PLUS* acres

# Climate Platform Proof Points

Proof Points Define Opportunity to Proactively Manage Fertility, Stress, Disease and Seed Placement with Insights



## NITROGEN

***SIDE BY SIDE TRIAL: NORTHERN ILLINOIS***







After applying fall anhydrous and pre-plant application, farmer watched Nitrogen (N) continually drop in the Nitrogen Advisor, due to conditions this season, to the point of a shortage.

Estimate of Avg. Yield Based on Ear Count 217 vs. 157 Bushels /Acre

***Nitrogen Advisor Grower Testimonial:***
***"Made a 60lb application using Climate Pro Nitrogen Advisor. See the results just 10 days later!"***



## FIELD HEALTH

***EXAMPLES***

### ① WATER MANAGEMENT

- Plugged irrigation nozzle resulted in reduced yield at harvest
- Stress was identified 2 months prior by Advisor




**Madison, IL | Corn | 127 Acres**

### ② DISEASE MANAGEMENT

- The hybrid in the affected area is susceptible to grey leaf spot
- Proactive fungicide application in July would have mitigated impact




**Carroll, IA | Corn | 145 Acres**

### ③ WEED MANAGEMENT

- Targeted scouting determined two seed varieties damaged by herbicide application
- Variety and product combination will be adjusted going forward



**Williamsburg, IA | Soy | 8/4/15**

# Set Foundation for Rapid Growth

FY16 Outlook Considers Current Market Realities with Focus on Strategic Advancement and Operational Discipline



## SEED & GENOMIC GROWTH WITH FOCUS ON DISCIPLINE IN AG PRODUCTIVITY AND SPEND MANAGEMENT

**ONGOING EPS FY2010-FY2016F**




| | FY2010 | FY2011 | FY2012 | FY2013 | FY2014 | FY2015 | FY2016F |
|---|---|---|---|---|---|---|---|
| ONGOING EPS | $2.39 | $2.96 | $3.70 | $4.56 | $5.23 | $5.73 | $5.10 - $5.60 |
| FREE CASH FLOW -$M | $564 | $1,839 | $2,017 | $1,963 | $959 | $2,089 | $1.6 - $1.8B |

## FY2016 FINANCIAL GUIDANCE

| | | |
|---|---|---|
| P&L CATEGORIES | SEEDS & GENOMICS | MID-TO-HIGH SINGLE DIGIT GROWTH IN GROSS PROFIT [1] |
| | AG PRODUCTIVITY | GROSS PROFIT of $900M to $1.1B |
| | OPERATING EXPENSE | UP 2-4% INCLUSIVE OF NEW PLATFORM INVESTMENT[2] |
| | TAX RATE | 25% - 27% |
| | ONGOING EARNINGS PER SHARE | $5.10 - $5.60 |
| NET EFFECT OF SHARE REPURCHASE AND NFE | NET FINANCING EXPENSE | INCREMENTAL NET FINANCING EXPENSE INCURRED FROM PROGRESSION TO LEVERAGE TARGET |
| | SHARE COUNT | EXPECT NET EFFECT FROM INCREASED NET FINANCING EXPENSE AND REDUCED SHARE COUNT TO DELIVER $0.24 to $0.27 OF EPS GROWTH |

1. Before estimated restructuring charges of $45 to $55M. 2. Before estimated restructuring charges of $310M to $330M.

Case: 4:17-cv-02031-SNLJ Doc. #: 1-37 Filed: 07/19/17 Page: 21 of 27 PageID #: 508

# Cash Generation and Deployment

Strong Cash Generation Reflects Earnings Growth, Investment and Shareowner Return





## TRACKING CASH GENERATION: FREE CASH FLOW FY2012-FY2015




| | FY2012 | FY2013 | FY2014 | FY2015 |
|---|---|---|---|---|
| NET CASH PROVIDED BY OPERATING | $3,051M | $2,740M | $3,054M | $3,108M |
| NET CASH REQUIRED BY INVESTING ACTIVITIES | ($1,034M) | ($777M) | ($2,095M) | ($1,019M) |

## CAPITAL ALLOCATION TARGET[1]




### BALANCED CAPITAL ALLOCATION

**Capital Expenditures and Technology Investments** to enable expanding seed footprint and new platforms

**Share Repurchases** continue to reduce share count and emphasize confidence in growth

**Dividends** with growth that aligns with earnings profile

1. Components of calculation provided on slide 23. Revised to Ongoing EBITDA vs. EBITDA to remove adjustments for restructuring and other items, as noted on Slide 23.

# Non-GAAP Financial Information

*This presentation may use the non-GAAP financial measures of "free cash flow," earnings per share (EPS) on an ongoing basis, EPS growth on an ongoing basis, EBIT and EBITDA on an ongoing basis, EBITDA on an as reported basis, gross profit on an ongoing basis, operating expenses on an ongoing basis, net income (loss) attributable to Monsanto Company on an ongoing basis, and net debt. We define free cash flow as the total of cash flows from operating activities and investing activities. A non-GAAP EPS financial measure, which we refer to as ongoing EPS, excludes certain after-tax items that we do not consider part of ongoing operations, which are identified in the reconciliation. EBIT is defined as earnings (loss) before interest and taxes, ongoing EBITDA is defined as earnings (loss) before interest, taxes, depreciation and amortization and excludes certain after-tax items that we do not consider part of ongoing operations, as defined in the reconciliation, and as reported EBITDA is defined as earnings (loss) before interest, taxes, depreciation and amortization. Earnings (loss) is intended to mean net income (loss) attributable to Monsanto Company as presented in the Statements of Consolidated Operations under GAAP. Net debt is defined as the sum of both short-term debt and long-term debt, less cash and cash equivalents. Ongoing gross profit, ongoing operating expenses, and ongoing other expense, net, exclude certain pretax items that we do not consider part of ongoing operations, which are identified in the reconciliations. Ongoing net income (loss) attributable to Monsanto Company is defined as net income (loss) attributable to Monsanto Company excluding the cumulative after-tax impact of certain items we do not consider part of ongoing operations.*

***Currency Neutral Ongoing Operating Results***

*We use net sales growth, gross profit growth, operating expense growth, net income growth and diluted EPS growth, all on a an ongoing basis and ongoing currency neutral basis. We determine our currency neutral operating results by dividing or multiplying, as appropriate, our current period actual U.S. dollar operating results by the current period actual exchange rates (that include the impact of current period currency hedging activities), to derive our current period local currency operating results. We then multiply or divide, as appropriate, the derived current period local currency operating results by the foreign currency exchange rates (that also include the impact of the comparable prior period currency hedging activities) used to translate the Company's financial statements in the comparable prior year period to determine what the current period U.S. dollar operating results would have been if the foreign currency exchange rates had not changed from the comparable prior year period. The currency neutral estimates for net income and ongoing earnings per share were estimated using the effective tax rate for the local jurisdictions and the currency changes.*

*Our presentation of non-GAAP financial measures is intended to supplement investors' understanding of our operating performance, not replace net income (loss) attributable to Monsanto Company, cash flows, financial position, or comprehensive income (loss), as determined in accordance with GAAP. Furthermore, these non-GAAP financial measures may not be comparable to similar measures used by other companies. The non-GAAP financial measures used in this presentation are reconciled to the most directly comparable financial measures calculated and presented in accordance with GAAP.*

# Reconciliation of Non-GAAP Financial Measures

## RECONCILIATION OF FREE CASH FLOW

| $ Millions | 2016 Target | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 |
|---|---|---|---|---|---|---|---|
| Net Cash Provided by Operating Activities | $2,700-$3,100 | $3,108 | $3,054 | $2,740 | $3,051 | $2,814 | $1,398 |
| Net Cash Required by Investing Activities | ($1,100-$1,300) | $(1,019) | $(2,095) | $(777) | $(1,034) | $(975) | $(834) |
| **Free Cash Flow** | **$1,600-$1,800** | **$2,089** | **$959** | **$1,963** | **$2,017** | **$1,839** | **$564** |
| Net Cash Required by Financing Activities | N/A | $(430) | $(2,259) | $(1,485) | $(1,165) | $(864) | $(1,038) |
| Cash Assumed from Initial Consolidation of Variable Interest Entities | N/A | -- | -- | -- | -- | $77 | -- |
| Effect of Exchange Rate Changes on Cash and Cash Equivalents | N/A | $(325) | $(1) | $(93) | $(141) | $35 | $3 |
| **Net Increase / (Decrease) in Cash and Cash Equivalents** | **N/A** | **$1,334** | **$(1,301)** | **$385** | **$711** | **$1,087** | **$(471)** |

## RECONCILIATION OF ONGOING EPS

| | | Fiscal Year | | | | | | Fiscal Fourth Quarter | |
|---|---|---|---|---|---|---|---|---|---|
| $ Per share | 2016 Guidance | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2015 | 2014 |
| **Diluted Earnings per Share** | **$4.44-5.01** | **$4.81** | **$5.22** | **$4.60** | **$3.79** | **$2.96** | **$1.99** | **$(1.06)** | **$(0.31)** |
| Restructuring Charges, Net | $0.59-$0.66 | $0.70 | -- | -- | $(0.02) | -- | $0.41 | $0.72 | -- |
| Income on Discontinued Operations | -- | $(0.06) | $(0.03) | $(0.02) | $(0.01) | -- | $(0.01) | $(0.01) | -- |
| Environmental & Litigation Settlements | -- | $0.11 | $0.04 | -- | $0.05 | -- | -- | $0.06 | $0.04 |
| Resolution of Tax Matters | -- | -- | -- | $(0.02) | $(0.11) | -- | -- | -- | -- |
| Potential SEC Settlement | -- | $0.17 | -- | -- | -- | -- | -- | $0.10 | -- |
| **Diluted Earnings per Share from Ongoing Business** | **$5.10-$5.60** | **$5.73** | **$5.23** | **$4.56** | **$3.70** | **$2.96** | **$2.39** | **$(0.19)** | **$(0.27)** |

# Reconciliation of Non-GAAP Financial Measures

## RECONCILIATION OF ONGOING EBITDA

| $ Millions | Fiscal Year 2015 | 2014 | 2013 |
|---|---|---|---|
| **As Reported Net Income Attributable to Monsanto Company** | **$2,314** | **$2,740** | **$2,482** |
| Restructuring Charges, Net | $338 | -- | -- |
| Income on Discontinued Operations | $(28) | $(13) | $(11) |
| Environmental and Litigation Settlements | $54 | $20 | -- |
| Potential SEC Settlement | $80 | -- | -- |
| Resolution of Legacy Tax Matters | -- | -- | $(11) |
| **Ongoing Net Income** | **$2,758** | **$2,747** | **$2,460** |
| Interest Expense – Net | $328 | $146 | $80 |
| Income Tax Provision | $1,053 | $1,088 | $926 |
| Tax Expense Related to Noncontrolling Interest | $(24) | $(19) | $(22) |
| **Ongoing EBIT** | **$4,115** | **$3,962** | **$3,444** |
| Depreciation and Amortization | $716 | $691 | $615 |
| **Ongoing EBITDA** | **$4,831** | **$4,653** | **$4,059** |

## RECONCILIATION OF EBITDA

| $ Millions | Fiscal Year 2015 | 2014 | 2013 |
|---|---|---|---|
| **As Reported Net Income Attributable to Monsanto Company** | **$2,314** | **$2,740** | **$2,482** |
| Interest Expense – Net | $328 | $146 | $80 |
| Income Tax Provision[1] | $858 | $1,066 | $898 |
| Depreciation and Amortization | $716 | $691 | $615 |
| **As Reported EBITDA** | **$4,216** | **$4,643** | **$4,075** |

## RECONCILIATION OF NET DEBT

| $ Millions | Fiscal Year End 2015 | 2014[2] | 2013[2] |
|---|---|---|---|
| Short-Term Debt | $615 | $233 | $51 |
| Long-Term Debt | $8,429 | $7,465 | $2,048 |
| Less: Cash and Cash Equivalents | $3,701 | $2,367 | $3,668 |
| **Total Net Debt** | **$5,343** | **$5,331** | **$(1,569)** |

1. Includes the income tax provision attributable to Monsanto. 2. Recast to reflect change in accounting for debt issuance costs, formerly included in other assets.

Case: 4:17-cv-02031-SNLJ Doc. #: 1-37 Filed: 07/19/17 Page: 25 of 27 PageID #: 512

# Reconciliation of Non-GAAP Financial Measures

## RECONCILIATION OF ONGOING GROSS PROFIT

| $ Millions | FY15 – Q4 | FY 15 | FY14 – Q4 | FY 14 | |
|---|---|---|---|---|---|
| Gross Profit (GAAP) | $996 | $8,182 | $1,233 | $8,574 | |
| Restructuring Charges | $100 | $100 | - | - | ***(a)*** |
| **Ongoing Gross Profit** | **$1,096** | **$8,282** | **$1,233** | **$8,574** | |

## RECONCILIATION OF ONGOING OPERATING EXPENSES

| $ Millions | FY15 – Q4 | FY 15 | FY14 – Q4 | FY 14 | |
|---|---|---|---|---|---|
| Operating Expenses (GAAP) | $1,556 | $4,659 | $1390 | $4,499 | |
| Restructuring Charges | $(393) | $(393) | - | - | ***(a)*** |
| Environmental & Litigation Settlements | $(48) | $(87) | $(32) | $(32) | ***(b)*** |
| Potential SEC Settlement | $(45) | $(80) | - | - | ***(c)*** |
| **Ongoing Operating Expenses** | **$1,070** | **$4,099** | **$1,358** | **$4,467** | |

## RECONCILIATION OF ONGOING NET INCOME (LOSS) Attributable to Monsanto Company

| $ Millions | FY15 – Q4 | FY 15 | FY14 – Q4 | FY 14 | |
|---|---|---|---|---|---|
| Net Income (Loss) Attributable to Monsanto Co. (GAAP) | $(495) | $2,314 | $(156) | $2,740 | |
| Restructuring Charges | $493 | $493 | - | - | ***(a)*** |
| Environmental & Litigation Settlements | $48 | $87 | $32 | $32 | ***(b)*** |
| Potential SEC Settlement | $45 | $80 | - | - | ***(c)*** |
| Income Tax Benefit | $(174) | $(188) | $(12) | $(12) | ***(d)*** |
| Income on Discontinued Operations, Net | $(5) | $(28) | - | $(13) | ***(e)*** |
| **Ongoing Net Income (Loss) Attributable to Monsanto Co.** | **$(88)** | **$2,758** | **$(136)** | **$2,747** | |

See Slide 26 for discussion of reconciling items Includes the income tax provision attributable to Monsanto.

# Reconciliation of Non-GAAP Financial Measures

## RECONCILIATION OF ONGOING CURRENCY NEUTRAL[1]

**Attributable to Monsanto Company**

| % Change | Net Sales | Gross Profit | Operating Expenses | Net Income[3] | Diluted EPS[3] | |
|---|---|---|---|---|---|---|
| **As Reported (GAAP)** | **(5%)** | **(5%)** | **4%** | **(16%)** | **(8%)** | |
| Adjustments to Ongoing: | | | | | | |
| Restructuring Charges[2] | -- | (1%) | 9% | (12%) | (13%) | ***(a)*** |
| Environmental & Litigation Settlements[2] | -- | -- | 2% | (2%) | (2%) | ***(b)*** |
| Potential SEC Settlement[2] | -- | -- | 2% | (3%) | (3%) | ***(c)*** |
| Income on Discontinued Operations, Net[2] | -- | -- | -- | 1% | 1% | ***(e)*** |
| **Total Adjustments to Ongoing** | **--** | **(1%)** | **12%** | **(16%)** | **(17%)** | |
| **As Reported less Total Adjustments to Ongoing = Ongoing[4]** | **(5%)** | **(3%)** | **(8%)** | **FLAT** | **10%** | |
| Currency Impact[4] | (4%) | (4%) | (3%) | (6%) | (7%) | |
| **Ongoing less Currency Impact = Ongoing at Currency Neutral[4]** | **(1%)** | **FLAT** | **(5%)** | **7%** | **17%** | |

1. Certain columns may not add due to rounding. 2. See slide 26 for discussion of reconciling items. 3. Adjustments to ongoing net income and diluted EPS are shown net of estimated tax benefit. See non-GAAP financial information on slide 21 for specifics. 4. Percent changes are from 2014 ongoing financial results.

# Reconciliation of Non-GAAP Financial Measures

## DEFINITION OF ONGOING ADJUSTMENTS

***(a)*** Fiscal fourth quarter 2015 included a pretax restructuring charge totaling $493 million, of which $100 million related to certain asset impairment charges, primarily in our corn ($65M) and vegetable ($28M) businesses, and is included in cost of goods sold, and $393 million related to various other operating charges including severance and is included in restructuring expenses.

***(b)*** Fiscal fourth quarter 2015 included pretax charges of $34 million and $14 million for a legacy environmental liability and settlement of litigation matters, respectively, both arising under indemnities from the 2000 Pharmacia Separation Agreement. Total pretax charges incurred during fiscal year 2015 are $34 million and $53 million for the legacy environmental liability and settlement of legacy litigation matters, respectively. Fiscal fourth quarter 2014 included pretax charges of $32 million for a legacy environmental liability arising under an indemnity from the 2000 Pharmacia Separation Agreement.

***(c)*** Fiscal fourth quarter 2015 included a charge for the SEC investigation of $45 million. The total accrual for fiscal year 2015 is $80 million.

***(d)*** Represents the tax impact of the Ongoing Adjustments based on the effective tax rate in the locality in which the expense was incurred.

***(e)*** The company reports annual earn-out payments received as a result of the 2008 divestment of the Dairy Business as discontinued operations.