# EXHIBIT 38

Case: 4:17-cv-02031-SNLJ Doc. #: 1-38 Filed: 07/19/17 Page: 2 of 36 PageID #: 516

Seeking Alpha α

# Monsanto Company's (MON) CEO Hugh Grant on Q1 2016 Results - Earnings Call Transcript

Jan. 6, 2016 6:48 PM ET3 comments
by: SA Transcripts

FQ1: 01-03-16 Earnings Summary

SEC 10-Q   Analysis   News

EPS of $-0.11 beats by $0.11 | Revenue of $2.22B (- 22.6% Y/Y) misses by $-190M

Start Time: 09:30

End Time: 10:55

Monsanto Company (NYSE:MON)

Q1 2016 Earnings Conference Call

January 06, 2016, 09:30 AM ET

**Executives**

Hugh Grant - Chairman and CEO

Brett D. Begemann - President and COO

Pierre Courduroux - SVP and CFO

Dr. Robert T. Fraley - EVP and Chief Technology Officer

Laura Meyer - IR

**Analysts**

Don Carson - Susquehanna Financial

Vincent Andrews - Morgan Stanley

Chris Parkinson - Credit Suisse

P.J. Juvekar - Citigroup

Steven Byrne - Bank of America Merrill Lynch

Case: 4:17-cv-02031-SNLJ Doc. #: 1-38 Filed: 07/19/17 Page: 3 of 36 PageID #: 517

Brian Maguire - Goldman Sachs

Sandy Klugman - Vertical Research Partners

Jeff Zekauskas - JPMorgan

David Begleiter - Deutsche Bank

John Roberts - UBS

Mark Connelly - Credit Agricole Securities

Frank Mitsch - Wells Fargo Advisors

Duffy Fischer - Barclays

Joel Jackson - BMO Capital Markets

**Operator**

Greetings, and welcome to the Monsanto Company First Quarter Fiscal Year 2016 Earnings Conference Call and R&D Pipeline Update. At this time, all participants are in a listen-only mode. A brief question-and-answer session will follow the formal presentation. [Operator Instructions]. As a reminder, this conference is being recorded.

It is now my pleasure to introduce your host, Laura Meyer, Monsanto Investor Relations League. Thank you. You may begin.

**Laura Meyer**

Thank you, Adam, and good morning and Happy New Year to everyone. I'm joined this morning by Hugh Grant, our Chairman and CEO; Brett Begemann, our President and Chief Operating Officer; Pierre Courduroux, our CFO and by Dr. Rob Fraley, our Chief Technology Officer. Also joining me from the IR team are Tim Boeker, Priyal Patel and Ashley Wissmann.

Our first quarter call provides the initial insights into our fiscal year with the summary of our first quarter results and importantly our views into our outlook for the rest of the year. Additionally, as we always do in the first quarter, we will provide our annual R&D pipeline and product performance update. This call is being webcast and you can access the webcast, supporting slides and the replay at monsanto.com.

We have provided you today with EPS and other measures on both a GAAP and ongoing business basis. Where we refer to non-GAAP financial measures, we reconcile to GAAP in the slides and in the press release, both of which are on the Web site.

This call will include statements concerning future events and financial results. Because these statements are based on assumptions and factors that involve risk and uncertainty, the company's actual performance and results may vary in a material way from those expressed or implied in any forward-looking statements. A description of the factors that may cause such a variance is included in the Safe Harbor language in our most recent 10-K and in today's press release. The forward-looking statements are current only as of the date of this call and the company disclaims any obligation to update them or the factors that may affect actual results.

First and foremost, let me review our first quarter results as shown on Slide 4. Our first quarter ongoing loss per share of $0.11 was better than expected on the basis of lower than expected operating expenses and better Intacta sales in Brazil. When compared to the prior year, currency accounted for approximately half of the decline in ongoing earnings per share.

On an as reported basis, our first quarter loss per share was $0.56 reflecting $0.46 for restructuring charges consistent with our planned actions to reduce annual spend by 500 million by fiscal year '18. Finally, our free cash flow for the first quarter was more than $1 billion as compared to 969 million in the prior year reflecting the reduction in inventory and modest growth in our prepays.

With that brief summary, let me hand it to Hugh to provide the strategic outlook.

**Hugh Grant**

Thank you, Laura, and Happy New Year to everybody on the line this morning. First of all, a special thanks to the 130 of you who joined us at a recent Biennial Investor Event. We were pleased to share with you our long-term outlook and importantly an early preview into our outstanding pipeline and our product performance, which we'll build upon today.

Consistent with our earlier event, I'd like to start the talk today with a topic of industry consolidation right at the beginning. First, we have an incredible standalone growth plan backed by our commitment to innovation and the industry's broadest, deepest and most important pipeline. Second, we expect industry consolidation to continue and it should given the opportunities for significant synergies and value creation and R&D across the industry.

Case: 4:17-cv-02031-SNLJ Doc. #: 1-38 Filed: 07/19/17 Page: 5 of 36 PageID #: 519

Third, we expect to continue to be the partner of choice across the industry whether it's through our broad license and approach, through collaboration and partnerships or through strategic M&A.

Yes, two of our largest competitors recently announced that they're combining but they're also two of our largest technology licensees and we expect that to continue given the opportunities of our unparallel pipeline. Finally, we will continue with our disciplined approach to evaluating M&A opportunities as we seek a strong strategic fit and synergistic value.

So with that, let's move to the update for the quarter and our annual R&D pipeline update, which is more relevant than ever given the macro trends in agriculture as shown on Slide 5. We see innovation in agriculture as being pivotal in addressing the three mega trends namely sustainable food security, climate change and industry consolidation, and we believe our innovation places us in a unique position to lead in all of these areas.

As we move to Slide 6, this is our third consecutive year of more than 20 advancements and our core pipeline is still expected to deliver up to $25 billion in peak net sales. And this is before considering the upside value from our transformational new growth platforms. We continue to see significant growth from our core spanning the spectrum of grower needs. This ranges from breeding enhancements to deliver yield to multigenerational projects in the categories of insect and weed control.

Further, new platforms in climate and the BioAg alliance are beginning to show meaningful progress in the relatively untapped category of plant health and fertility. Collectively, this progress drives our ability to deliver what we expect to be greater than 1.3 billion acres of technology upgrades by 2025 providing sustainable intensification on our existing 400 million acre footprint as shown on Slide 7.

Today, however, the headwinds from currency and commodity prices that we outline at the start of this fiscal year have not yet abated, and in fact currency has become a much stronger headwind with the recent events in Argentina. We are pleased to see the early decisive approach of the new President and we believe that his actions, particularly the lifting of export taxes in grain will create longer-term benefits for agriculture for which we're well positioned to participate. However, the approximate 35% to 40% devaluation of the Argentine peso is expected to create an estimated $0.20 to $0.25 charge in Q2 and with that increased headwind, we now expect our fiscal year '16 ongoing EPS to trend to the lower half of our guidance range of $5.10 to $5.60 as shown on Slide 8.

Case: 4:17-cv-02031-SNLJ Doc. #: 1-38 Filed: 07/19/17 Page: 6 of 36 PageID #: 520

Despite this currency pressure, we still have a strong outlook for cash generation and we continue to expect our free cash flow to be in the range of $1.6 billion to $1.8 billion. And we've continued our disciplined spend management with plans now in place to deliver on $500 million of annual cost savings by fiscal year '18. Despite these new term headwinds, we continue to confirm our long-term growth targets to deliver greater than 20% compounded annual growth in our ongoing earnings per share from the end of fiscal year '16 to fiscal year '19 as outlined in Slide 9.

In that timeframe, we expect demand transfer grain to continue and improve grower margins. We expect currency to remain relatively consistent with today's rates and importantly, we expect our innovation to carry 80% of the expected profit growth with continued industry leading corn hybrid renewal and growth from the Intacta and Roundup Ready 2 Xtend blockbusters in soybeans.

The breadth, depth and productivity of our pipeline gives us confidence in both our long-term growth targets as well as the strong role that we believe we will play in addressing the evolving landscape across agriculture. With the unique vantage point that we have from our pipeline and the technology in hand to create the 9 to 14 gene stacks by 2025, we expect to lead and define the integrated solutions for the industry.

So with that introduction, let me hand it over to Brett for the operational update.

**Brett D. Begemann**

Thanks, Hugh, and good morning to everyone on the line. Delivery of our near-term and long-term targets that Hugh just shared with you hinges on our ability to deliver on our key operational priorities, namely delivering $3.5 billion of expected gross profit growth from fiscal year '16 to fiscal year '19, upgrading the industry's largest seed technology platform to the Xtend technology, monetizing our new growth platforms and maintaining our financial discipline as outlined on Slide 10. Let's look at these priorities in more detail with an update on relevant key milestones from the first quarter and how those will inform the rest of fiscal year '16.

First, let's take a look at our global corn seed franchise. With industry leading share positions in almost every one of our major corn regions, as shown on Slide 11, we plan to drive our growth off of this leading footprint from a combination of continued share gains and annual price mix lift gains in germplasm. Even in this challenging ag environment we continue to target to hold or grow share in every major corn growing region in fiscal year '16. And while it is still early days to estimate share gains, we are confident that we grew our corn brand share in the summer season in Brazil.

And in the northern hemisphere, the dealer and grower order book volumes and prepays in the U.S. are tracking modestly ahead of the prior year despite the continued compressed commodity prices. Not only do we continue to pursue or plan to hold or grow share in every major corn growing region in fiscal year '16, but we continue to target to deliver positive low single digit price mix lift in corn germplasm globally exclusive of currency impacts. In Brazil, we've been able to deliver germplasm price mix lift at 10% exclusive of currency in the first quarter, which has allowed us to moderate a portion of the currency downsides, and we will continue to target to do so going forward.

In the U.S. order book after our pricing ladder adjustments, the year-one to three hybrids make up 50% to 60% of the portfolio consistent with the trends we outlined on Slide 12. The continuation of our industry leading performance supports this targeted mix lift. However, our realized mix lift will ultimately be determined in the second and third quarters where we will be closely monitoring discounting in this environment of compressed grower margins.

Moving beyond corn to soybeans, our second largest gross profit driver for fiscal year '19, we continue to see great uptake of our Intacta technology in South America. Our results came in better than forecasted in the first quarter, in part due to Intacta sales and we remain confident in our target to penetrate 30 million acres across South America in just the third year of launch, as you can see on Slide 13. With this greater than four bushel average yield advantage and reduction in insecticide sprays, growers continue to demand Intacta technology and what we see as a 100 million acre opportunity in South America.

And while Intacta has had the fastest penetration of any biotech trade to-date, we expect Roundup Ready 2 Xtend soybeans to top this level with greater than 3 million acres expected this year in its first year of commercial launch. Based on our U.S. reservation system, we feel confident in the demand for more than 3 million acres of the technology. We've also been progressing with our Dicamba chemistry strategy and closed on multiple supply agreements as shown on Slide 14. These agreements are expected to provide us with adequate supply of Dicamba in the early years following launch and together with our pending self-manufacturing plans are expected to provide a balanced approach to cost effective Dicamba supply.

Not to be outdone, Bollgard II XtendFlex cotton is expected to penetrate 1.5 million acres this season in the U.S., double the more than 750,000 acres in fiscal year '15's limited commercial introduction. Not only do we expect this to create value from improved weed control but we expect these new varieties to drive share in Deltapine seed just as it did in fiscal year '15.

Case: 4:17-cv-02031-SNLJ Doc. #: 1-38 Filed: 07/19/17 Page: 8 of 36 PageID #: 522

Moving beyond our core businesses, we continue to progress with our plans for the coming U.S. season at Climate where we're working towards the closing of our most recent agreement with John Deere, which uniquely positions us with exclusive third-party near-real time connectively and in-cab visualization of data. This agreement marks our third connectivity agreement with the major equipment dealers and is a great addition to our industry leading retail network to the top six U.S. ag retailers.

In addition, this agreement is accelerating both grower and retailer interest in the technology. This reach combined with the capabilities of our advisors and the adoption we've secured to-date, as shown on Slide 15, establishes Climate as the digital ag platform and we expect to continue that momentum in fiscal year '16 with the expected penetration to 12 million paid acres and platform adoption to an expected 90 million acres as shown on Slide 16.

Our success, however, is based on more than gross profit growth drivers I have just outlined. It is also predicated on the continuation of discipline, discipline and how we manage our existing ag productivity business segment and discipline in how we execute our restructuring and cost savings plans.

On the ag productivity front, we saw the tough comparison we expected in the first quarter results with generic prices down significantly versus the prior year and very challenging comparisons on currencies particularly in Brazil, we experienced year-over-year declines in pricing of more than 20% inclusive of currency. Overall, however, as shown on Slide 17, we still expect to sell roughly 300 million gallons for the full year as we expect to continue to manage our price premium closely and pick up the decline in volumes from Q1 in the latter half of the year.

Moving to the topic of discipline spend management, we now have restructuring plans and cost savings initiatives in place that align to our target to deliver 500 million in annual savings by fiscal year '18. The actions we disclosed earlier today build from the foundation we outlined on Slide 18 to streamline the organization to create enduring and durable savings. We are focused on creating scale and efficiency while still delivering outstanding innovation and customer service through the creation of four commercial hubs and a R&D center of excellence and from fully leveraging data analytics.

With that, let me pass it to Pierre for the financial update. Pierre?

**Pierre Courduroux**

Thanks, Brett, and good morning to everyone on the line. Before I go into the financial review on our business outlook for the year, let me start with the results from the first quarter as shown on Slide 4. First, we delivered a loss of $0.11 per share on an ongoing basis, which was better than expected ongoing loss of $0.23 to $0.33. That improvement versus our expectation was driven by lower operating expenses and by better than expected results in Intacta in Brazil.

Specifically, operating expenses, excluding restructuring charges, were 9% lower than the prior year mostly driven by currency. From a year-to-year perspective, currency and particularly the Brazilian real accounted for approximately half of the decline in ongoing earnings per share. On a constant currency basis, the decrease in earnings per share versus the prior year was mostly due to the decline in ag productivity gross profit related to the anticipated glyphosate price declines and the impact of the timing of glyphosate deliveries.

Seed and genomic gross profit was mostly impacted by the anticipated reduction in corn volumes rising from timing shifts and lower planted acres in the southern hemisphere. Offsetting some of those declines was the 125 million of gross profit growth in soybeans before the effect of currency led by the strong performance of Intacta.

Second, on a net reported basis, we reported a loss of $0.56 per share reflecting 210 million of after-tax restructuring charges in the quarter. We have now recorded approximately 70% of the expecting restructuring charges and this sets us on pace for the 500 million of annual cost savings we're expecting by fiscal year '18, as outlined on Slide 19.

Third, from a cash flow perspective, we delivered more than $1 billion of free cash representing a 6% increase versus the prior year. As expected, this reflects the cash benefit of the implementation of a disciplined corn seed production plan that drove significant inventory reductions, as well as modest growth in our prepays in the U.S.

Moving to the outlook for the year, with the recent currency devaluation in Argentina, we now expect to trend to the lower half of our ongoing earnings per share guidance of $5.10 to $5.60 for the full year, as shown on Slide 20. We expect an approximate $0.20 to $0.25 net downside to our ongoing EPS in the second quarter related to the approximate 35% to 40% weakening of the Argentine peso versus the U.S. dollar.

We're expecting to book a one-time significant charge in the second quarter related to our net balance sheet exposure and expect modest variability in the adjustment thereafter as we will mark to the currency evolution every month. Altogether, from a currency

perspective, we are now expecting $0.60 to $0.70 of currency headwinds for the full year versus the prior expectation of $0.35 to $0.40 with the Argentine peso accounting for the majority of this increase.

Despite some moderating in our outlook for currency and corn price mix lift with a competitive pricing dynamics in this challenging ag environment, we still see an opportunity for a 5% to 7% growth in seed and genomics gross profit. We continue to expect this growth to come from the benefit of the 275 million or more in expected licensing agreements from corn germplasm mix lift in the low single digit exclusive of currency, from targeted corn share gains and from the growth in our Intacta soybeans.

This growth is expected to be partially offset by the expected cost of $70 million to $80 million as associated with the Roundup Ready 2 Xtend launch and the $90 million to $100 million of incremental corn cost of goods coming from the smaller corn seed production plans.

For ag productivity, we continue to expect gross profit to be in the range of 900 million to 1.1 billion as we expect to sell roughly 300 million gallons for the full year at prices expected to improve slightly as we move through the fiscal year. Based on the estimated savings from the additional restructuring actions, continued cost savings and currency benefits, we now expect operating expenses exclusive of restructuring and environmental and litigation settlement expenses to be flat versus fiscal year '15, inclusive of new platform spend.

Other income and expense considering the expected impact from the Argentine peso devaluation is expected to be approximately $100 million to $120 million worse than the prior year on a full year basis. Beyond the operating profit drivers, the net effect of our ongoing $3 billion accelerated share repurchase, including increased financing, should generate a net annual EPS benefit of $0.24 to $0.27 unchanged from our prior guidance. We continue to expect the ASR to close and be trued up in the next three months closing up another key step in the progress of our capital allocation strategy.

From a capital allocation perspective, we remain committed to a balanced approach between share repurchases, dividends, capital investments and investments in technology, as shown on Slide 21. This approach combined with our commitment to a solid investment grade credit rating that allows access to commercial paper should allow us to operate with strategic flexibility to invest in high growth opportunities that support our strategy while giving us the latitude to execute on larger scale opportunities as appropriate.

Case: 4:17-cv-02031-SNLJ Doc. #: 1-38 Filed: 07/19/17 Page: 11 of 36 PageID #: 525

Backing this strategy is our ability to convert earnings into strong cash generation. Overall, even as our earnings guidance moves to the lower half of our range, we still expect to generate $1.6 billion to $1.8 billion of free cash flow in fiscal year '16. We see the opportunity to growth this in future year absent the approximately $200 million to $250 million of after-tax restructuring charge costs we expect to incur in fiscal year '16.

As I shared at our investor event, my focus is on return on innovation, financial discipline and balanced capital allocation, all of which support long-term growth and return of value to our shareowners. Continuing to execute well on these pillars along with delivering on the innovation in our pipeline provides the gateway to the rapid future business growth necessary to deliver on our plan to grow our ongoing EPS by more than 20% annually from fiscal year '17 to fiscal year '19.

Thanks. I'll turn the time over to Rob for the annual pipeline update.

**Dr. Robert T. Fraley**

Thanks, Pierre, and good morning to everybody. This is an exciting time for technology. The convergence of the advances in biology and data science are transforming agriculture, both expanding the breadth of what's possible today and accelerating the pace of innovation.

On Slide 4, you can see the unparallel diversity of platforms and the significant number of technologies that we draw upon both internally and externally to drive new innovations. And as excited as I am about what we do in our own world class research organization, I'm really equally proud of the work we do through collaborations with academics, public and private sector partners and strategic M&A deals.

Over the last few years, we've initiated venture capital investments in 20 plus organizations in key areas of agricultural productivity, digital agriculture and biologicals complementing our company's integrated systems approach to drive future growth. Which brings me to a key point; innovation is delivering the growth engine that will take us well into the next decade.

On the heels of two $1 billion plus blockbuster product launches expected with Intacta and Xtend, this is a robust pipeline of multigenerational upgrades expected to deliver up to 25 billion in peak net sales in the core alone as shown on slides 5 through 7 with considerable upside potential from our new platforms.

I'm particularly excited about our 30 advancements this year, which is the third consecutive year of greater than 20 pipeline advancements as shown on Slide 8. And I think this progress showcases the breadth and depth of our integrated yield pipeline, which really fuels innovation for the industry.

As we look at the agronomic focal points for a grower, yield is by far the biggest one and our pipeline value aligns with that targeting to deliver estimated peak net sales of up to $14.5 billion. Now breeding is clearly our cornerstone and as you'll see on Slide 9, we're expanding our capability and advantage and further transforming our breeding program.

The success of our breeding program has been built on three competitive advantages. We have the largest and most diverse germplasm library on the planet and that's paired with the industry best discovery technologies such as high throughput, screening, advanced markers and seed shipping and finally we have the largest global integrated testing network, which we leverage to identify, select and deploy the best performing seeds globally.

But now using genome-wide section, we expect to create a step change in breeding allowing us to significant increase the size and rate of our germplasm screening. We expect to be able to analyze 10 times more breeding crosses by the beginning of the next decade based initially on DNA sequence knowledge and predictive analytics, which we expect will translate to a 30% increase in genetic gain giving us even more horsepower to upgrade our global germplasm portfolio every year. So this competitive advantage in R&D is what feeds our biggest commercial advantage.

On Slide 10, I'm pleased to share with you that for the 10th consecutive year, DEKALB Corn has been delivering an average yield increase of 7 to 10 bushels advantage in the U.S. across the gamut of growing conditions, which really underscores the consistent performance advantage. Final harvest results for this year once again show a strong performance advantage of more than 7 bushels per acre versus the competition, and it doesn't stop there. On Slide 11 with our advances in molecular breeding, our class of 2017 is expected to deliver 6 to 10 bushels more than our best commercial hybrids today.

Let's look at soybeans next on Slide 12. Roundup Ready 2 yield, the established second generation platform for herbicide tolerance, continues to deliver a greater than 4 bushel per acre average advantage as compared to the original Roundup Ready soybeans. And our new generation of Roundup Ready 2 Xtend soybeans provide superior weed control and has the same high yield as Roundup Ready 2 varieties.

As we look to the future, the class of 2017 Roundup Ready 2 Xtend varieties shows increasing yield performance, which reflects the benefit of the improved mix of the latest genetics in the new platform and the accelerating use of molecular markers in soybeans. And finally, the panel on the right shows the greater than 70 varieties for this spring's expected launch of Roundup Ready 2 Xtend soybeans showcasing the genetic breadth and product performance that sets up our biggest expected biotech seed launch.

Moving to cotton, our leading Deltapine cotton varieties on Slide 13 demonstrate 70 pounds of lint per acre performance advantage for the sixth consecutive year, again underscoring consistent yield advantage and setting up the rapid adoption of Bollgard II XtendFlex.

Continuing in the yield category is our work in yield and stress. We are streamlining our focus based on insights from the last decade and through our joint research collaboration with BASF, we've been able to identify a series of key enabling traits that we believe will lead to increased yield. And I'd like to highlight two projects leveraging this trait-first approach as shown on Slide 14, that is the next generation of a higher yielding corn and soy both in phase 1.

And in collaboration with BASF, our next generation higher yielding corn exhibits stronger roots and stocks and in soy, the novel soybean yield trait demonstrated plants with more pods in its first year of field testing. We're also highlighting two new breeding projects that are making significant breakthroughs in yield beyond our annual germplasm refresh.

On Slide 15, our high density corn systems are examples of how we're leveraging germplasm, which can perform at higher plant populations and drive yield. With the potential to aggregate this with insights from our Climate Script Creator, we can help growers target precise seed placement to optimize yield.

Let's move to weed control. 2016 represents the 20th anniversary of the Roundup Ready trait, a platform that has penetrated over 350 million acres making it the largest trait platform in the world. With our Roundup Ready Xtend crop system shown on Slide 16, we are going to refresh that broad platform and we're progressing third and fourth generation weed control systems to provide additional modes of action and weed control well into the future.

Complementarily linked to these systems is chemistry. We have five next generation chemistries for weed control advancing in our crop protection pipeline shown in Slide 17. And these products target much needed improvements in solutions beyond what's

possible in the market today. XtendiMax and Roundup Ready Xtend contain our proprietary VaporGrip technology, which will offer superior, season long weed control with residual activity in new, easy-to-use, low volatility Dicamba formulations.

We're also working on a premix of Warrant Herbicide and Dicamba, which will combine the crop-safe encapsulated form of acetochlor with Dicamba and this will make it easier to apply multiple modes of action in a single application to control both grass and broadleaf weeds making it I think a very effective component of our Roundup Ready Xtend system across soybean, corn and cotton and with a fit on up to 100 million acres at peak penetration.

So these novel chemistry formulations along with the robust pipeline of multigenerational herbicide trait upgrades that are coming behind Xtend are expected to deliver up to 4.5 billion in peak net sales.

Jumping even further into the future, we're developing the next generation complex gene stacks that will become the future platforms. Our technology team has already discovered the stacked corn and soybean trait products that we expect to launch in 2025.

On Slide 18, you can see that the future of corn product is expected to have 14 traits; four unique belowground insect protection traits, four unique aboveground insect protection traits, five unique herbicide tolerance traits plus a novel yield and stress trait. And as you can see on the bottom of this slide, the story repeats. The future soybean stacks we have in hand are expected to give rise to a nine-gene stack in that same timeframe.

I think the point is, is that we know today which products are going to redefine the competitive standard in 2025. Our global regulatory track record combined with our leading seed and licensing footprint makes us a partner of choice in this industry, and we're currently working with several parties to co-develop the next generation of weed control pairing traits from new breakthrough chemistry modes of action as shown on Slide 19. And by working in parallel to develop new weed control systems, these exciting collaborations and partnerships are expected to allow us to create next generation products far more quickly.

Insect control is another critical grower need where like weed control we have a pipeline of multigenerational upgrades of novel insect protection traits in progress, and these are valued at up to 4 billion in net peak sales. As you look across the key crops on slides 20 to 22, you can see that we have four products in phase 4. And by the end of the decade, we

Case: 4:17-cv-02031-SNLJ Doc. #: 1-38 Filed: 07/19/17 Page: 15 of 36 PageID #: 529

expect to launch all of these products; from SmartStax Pro across the Americas to the second generation of Intacta for South America, and all of which target some of the most significant pests in agriculture.

And this year, several of these are progressing in our pipeline including the fourth generation corn rootworm, the fourth generation aboveground insect protection in corn as well as the third generation insect protection in soybeans. These products are expected to deliver new modes of action for increased durability and many offer broader spectrum of control.

I'd like to highlight the work that we're doing with lygus. The Bollgard platform has revolutionized cotton protection around the world with its control of the bollworm and other caterpillar pests. I believe the lygus product will be an equivalent breakthrough product for controlling sucking and piercing insects such as lygus, thrips and leafhoppers, which have emerged as the major pests in cotton production. This technology will not only protect yield but farmers today are spraying extensively to control these pests, which combined with estimated losses cost farmers nearly $200 million annually.

Rounding out our core is our focus to deliver disease control solutions in an integrated system and these are estimated to deliver peak net sales of up to $3.5 billion. First in corn, on Slide 23, across the major diseases such as stalk rot, northern corn leaf blight and Goss' wilt, it's clear that our breeding techniques are providing growers with enhanced disease protection.

To complement this, we're pleased to share the advancement of our Acceleron Seed Treatment, an enhanced fungicide offering moving to phase 4. This new chemical seed treatment in corn has averaged an impressive 3 bushels per acre yield increase versus the standard seed treatment and provides growers with early season disease control and late season stalk rot suppression.

Our disease solutions expand beyond breeding and chemistry and today we're announcing that we have identified lead genes for transgenic broad spectrum disease control, and layer on top of this the disease insights provided by our climate field health advisor and we're developing an unparalleled integrated disease control system.

Additionally, as shown in Slide 24, we continue to make progress in our vegetable business with conventional breeding techniques this year advancing disease-resistant tomatoes and cucumbers.

One of the most exciting new products in our pipeline is a novel molecule for nematode control shown on Slide 25. So nematodes are a persistent soil pest across all crops resulting in about $1 billion in crop losses in U.S. soybeans alone and in excess of $10 billion in losses annually across all row crops across the globe.

In its second year of expanded field testing, the NEMASTRIKE Technology is showing outstanding field performance across several crops and we expect it will become a key component of our Acceleron Seed Treatment portfolio as well as attract licensing interest from third parties.

And building on the success with NEMASTRIKE, as shown on Slide 26, we've expanded our crop chemical approach through a collaboration with Nimbus Therapeutics. Using their unique computationally driven approach we've identified a novel fungicide chemistry currently in phase 1 that is demonstrating increased yield protection in corn in the presence of Rhizoctonia and Fusarium disease versus both untreated and commercial standard checks.

These projects, whether in breeding, biotechnology, crop protection or climate, demonstrate the breadth and depth of our systems approach to delivering disease control solutions.

So now shifting to our new growth platforms, I'd like to begin with microbials on Slide 27. We're in collaboration with Novozymes. We're working to understand which microbes we can use to treat seeds to improve nutrient uptake, promote growth and provide insect control and disease protection.

In the early phase work, microbial strains are advancing from discovery to phase 1 for disease and insect control. And in the later stage, our enhanced corn inoculant lead, as shown on Slide 28, is advancing from phase 2 to phase 4 and is planned for a 2017 U.S. launch. This enhanced formulation delivers critical seed stability and our 2015 yield data showed a greater than 4 bushel per acre average yield advantage.

Ultimately, the interplay between this technology and our data science tools will allow us to position the right seed in the right field with the right microbial supplement to stimulate productivity and yield.

The other platform within biologicals is our BioDirect platform shown on Slide 29 where we're developing new topically applied RNAi-based tools to target plant disease, insect and weed control as well as targets that enhance bee health. And first in bee health on

Slide 30, the BioDirect technology is demonstrating significant improvement in beehive survival by targeting the varroa mite, a pest that feeds on the bee. With this efficacy we've advanced this project to phase 2.

And in the BioDirect canola flea beetle project on Slide 31, it's advancing to phase 1. Today, flea beetles cause about $300 million in damages in North America alone and this technology would provide growers with an alternative solution to the neonics currently used to control flea beetles. So with the significant strides we've made in BioDirect manufacturing, we see tangible solutions coming to market to help growers.

Let's shift to our digital ag platform shown on Slide 32. In just two years after acquisition, we have a fully populated pipeline supporting our digital ag platform. First, let's look at the exciting field results for our nitrogen advisor. Nutrients are one of agriculture's most significant inputs with a global market of more than $180 billion. This year, our nitrogen advisor was on millions of acres, as you can see on Slide 33, and we saw phenomenal results across the sample of more than 3,800 fields.

Over 10% of those fields showed a nitrogen shortfall, which resulted in significant yield loss and more than 40% of the field had excess nitrogen. When you add it all up, it exceeds $10 per acre of value on average and across the U.S. market that's $1 billion opportunity. Now, we're developing models to optimize within a field where there's significant variation of nitrogen levels at any given time. And in fact, we're advancing our subfield nitrogen tool which will be field tested during the 2016 season. And finally, as we develop models for other crops like wheat and canola, we'll start to unlock more of that multibillion dollar opportunity.

Moving to Slide 34, other highlights for the platform are our foundational connectivity, data capture and visualization tools where we're seeing real commercial progress and a rapidly evolving pipeline. Just a few weeks ago, we launched our Climate Fieldview Drive, which enables seamless connectivity while passing through the field.

Our recent agreement with John Deere enables near real-time connectivity through their wireless data server. And so at the end of the day, regardless of the brand of their equipment, growers will have access to seamless data transferred to the cloud unlocking our unique ability to deliver actionable insights to millions of acres.

I'd like to wrap up by summarizing a few key points on Slide 35. First, we have never had a sense of complacency about our R&D leadership and now once again we're transforming our efforts. And the efforts we're making now to change breeding are raising the bar dramatically on what it will take to compete in this industry in the future.

Case: 4:17-cv-02031-SNLJ Doc. #: 1-38 Filed: 07/19/17 Page: 18 of 36 PageID #: 532

In the area of biotechnology, we're putting in place literally today the future of 14-gene stacked products for corn and the nine-gene stacked for soybean that we believe will create an incredible competitive advantage and unique value to our growers.

We have novel new next generation seed treatments, fungicides, herbicides and biologicals progressing in our crop protection portfolio. And with the progress we're seeing in our new platforms, there's been a translation from concept to reality that's played out in just two short seasons.

Importantly, we're integrating these technologies starting at the research level just like we've been doing in our core breeding and biotech platforms for years. Second point, all of this innovation not only makes for an incredibly exciting time for technology but it plays a role I think of significant importance in addressing the key global macro trends that Hugh discussed.

The innovations we deliver will create more yield to meet the increasing global demand for grains in a more sustainable, targeted and precise manner. And finally I think what's clear is our unique breeding and biotech engine has been transformative to the crop protection industry. Today, the growing depth of our pipeline along with our new digital ag and biologicals platforms gives us a unique view on how the crop protection landscape will continue to evolve going forward and places us in a position of strength in a dynamic industry.

So thanks for your time today. I'll turn it back over to Laura for the Q&A.

**Laura Meyer**

Thanks, Rob. With that, we'd now like to open the call for questions. As we typically do, I'll ask that you please how your questions to one per person so that we can take questions from as many people as possible. You're always welcome to rejoin the queue for a follow up. Adam, we're ready to take questions from the line.

**Question-and-Answer Session**

**Operator**

Thank you. Ladies and gentlemen, we will now be conducting a question-and-answer session. [Operator Instructions]. Our first question comes from the line of Don Carson with Susquehanna Financial. Please go ahead with your question.

**Don Carson**

Thank you. Hugh, a question on industry consolidation. In 2015, you made two offers for Syngenta but then you dropped it because you weren't getting any direct discussions. Are you finding a different receptivity on their part to discussions? Are you in direct discussions and able to look at any financial data?

**Hugh Grant**

Don, thanks for the question. Happy New Year to you. So you're right, we had two runs at Syngenta last year. The belief that we had last April we still have that there is a significant opportunity there for the integrated platform. And frankly as the industry goes through challenges, I think that opportunity becomes even greater. Growers are looking for help. A lot has changed in the industry since last spring. The industry has gotten tougher and I would say we expected some of that. The operating environment has become tougher as well. And I think because of that, there's a greater need now than there was last spring to be able to quantify what that opportunity would look like and quantify what that integrated platform would look like. So, engagement becomes more important now than it did before with Syngenta and we haven't seen much progress on that front. So when you look at some of the challenges in the industry and look at some of the challenges that their portfolio faces, I think – I'd say that engagement has been difficult.

**Don Carson**

Thank you.

**Operator**

Thank you. Our next question comes from the line of Vincent Andrews with Morgan Stanley. Please go ahead with your question.

**Vincent Andrews**

Thanks. On the order book, could you just – you mentioned there's a modest uptick in prepays but when I look at your deferred revenue line it looks like it's up by more than a modest amount. So are you being modest about the prepays or is there some disconnect between those two figures?

**Pierre Courduroux**

So, Vincent, this is Pierre. Good morning. So there is definitely an accounting disconnect in between the order book and the amount of prepay and what you see in the deferred revenue. So long story short, what we see today which gives us confidence in our plan

Case: 4:17-cv-02031-SNLJ Doc. #: 1-38 Filed: 07/19/17 Page: 20 of 36 PageID #: 534

right now is an uptake in our order book. As Brett mentioned, a modest uptake in our order book versus last year and about $100 million more prepays than last year. From an accounting perspective, you see a huge spike in deferred revenue because we have got less glyphosate receivable that we usually use to offset some of those deferred revenues. So visually it looks like you've got a huge increase in deferred revenue. But at the end of the day I think what you have to keep in mind is we've got an increasing prepay of about $100 million which is very positive.

**Vincent Andrews**

And can I just ask you on the foreign exchange on Argentina, you use the term charge, one-time, et cetera. Does that imply that this reverses out next year?

**Pierre Courduroux**

Well, I mean the thing about Argentina for us is Argentina is a U.S. dollar functional entity for us, which means we have to revalue our balance sheet basically on a monthly basis. And when you have a 35% to 40% devaluation as we are currently seeing, you have that big one-time charge which is basically the revaluation of your balance sheet. On an ongoing basis assuming flat currency, you would expect it to stay flat. And from a pure business perspective, as you know, we've got some flexibility in Argentina in the way we price. So really what we're looking at, at this point in time in Argentina, is really the devaluation impact on our balance sheet because it's a U.S. dollar functional entity.

**Vincent Andrews**

Thank you very much.

**Operator**

Thank you. Our next question comes from the line of Chris Parkinson with Credit Suisse. Please go ahead with your question.

**Chris Parkinson**

Perfect. Thank you. You've got a few extra pages on your R&D presentation this year. But specifically on pages 19 and 23, you mentioned collaborations with numerous chemical companies in both weed control and seed treatments and fungicides, I believe that one was with Bayer. But can you quickly give a little color on how much of the weed control

agreements pertain to the Roundup Ready PLUS program, specifically glyphosate resistance? And also how your R&D team evaluates these agreements versus hypothetically bringing in in-house including potential for M&A? Thanks.

**Dr. Robert T. Fraley**

Thanks. This is Rob. I appreciate the question. And as I made in my formal comments, one of the things that I'm really focused on as an R&D leader is to be externally focused. And in particular we've been very aggressive in partnerships in both the disease control with Novozymes with the insect and weed control opportunities to bring in technologies from around the world that we think can supplement our pipeline. And particularly in the case of the weed control opportunities as we're building those future generation of stacked products, we want to have multiple modes of action to control both the grass and broadleaf weeds that we believe will be important for growers both to control their difficult to control weeds as well as to control weeds that have become resistant to Roundup. I'd say most of the targets that we've approached in the weed control area are designed to supplement, support and ensure the long-term performance of the Roundup Ready trait system. And incidentally in addition to those external projects, you'll note that we had a release today that talked about some of the investments that we've made in startup companies through our venture capital fund which we've made an investment in over 20 startups that again cover chemistry, biologicals and data science tools. So that external focus is really important.

**Chris Parkinson**

Perfect. Thank you.

**Operator**

Thank you. Our next question comes from the line of P.J. Juvekar from Citigroup. Please go ahead with your question.

**P.J. Juvekar**

Yes, hi, good morning. You know you talked about lower corn inventory. Was that lower inventory in anticipation of lower corn acres or was that your effort to reduce SKUs? And then do you think the industry has excess inventory that could potentially lead to some price competition that Brett talked about?

**Pierre Courduroux**

So P.J., I'll talk about our own inventory and I'll let Brett give you the outlook regarding the market conditions. But as far as we are concerned, this is a decision we made last year actually. As you can remember, last year we entered the year and we're surprised with commodity price and the reduction in acres. So we had production plans in 2014 that were way higher than the market we saw in 2015. So we did an adjustment exactly to avoid the risk you are mentioning that we end up with excess inventory. So this is the production plan of 2015 that has been lower which really helps now from a cash flow perspective because as you could see in the first quarter, we had good results from an inventory perspective. But this is the decision we made at the time. So from a pure market perspective, I'll let Brett comment on that.

**Brett D. Begemann**

Good morning, P.J. I think as Pierre said, we're in a really good position with our inventory and I don't feel uncomfortable with that at all, not only in the U.S. but globally at this point in time. More of a challenge that we face in the market that we see today is driven by the depressed commodity situation and it's encouraging. I would say more discounting for sure this year than we've seen in the last couple of years. And that's why I pointed out this morning really the second and third quarter is going to determine how much mix lift we get out of this because there's – some of our competitors are being quite aggressive from a pricing standpoint. It's late in the year. As I always say by the time we get to this point, it's not changing share a whole lot, it's just going to change price mix is what it's going to do because everybody is going to fight to defend their own position. But there's clearly more of it this year, P.J., than we've seen in the last couple of years.

**P.J. Juvekar**

Thank you. And Brett, quickly can you give a clarification on I think in the comment you made in the outlook that there is $275 million of additional licensing opportunity. Is that new opportunity that you do not have before in the plans? Thank you.

**Pierre Courduroux**

So, P.J, I'll take this one. These are the opportunities we mentioned entering into the year. And the way we've been thinking about it is basically I mean leveraging our pipeline, leveraging our portfolio, leveraging our climate platform. So obviously those are confidential in nature and we're not going to give much more detail than that. But this is really what we were talking about entering into the year. There is no change from that perspective.

**P.J. Juvekar**

Thank you.

**Operator**

Thank you. Our next question comes from the line of Steven Byrne from Bank of America. Please go ahead with your question.

**Steven Byrne**

Yes, thank you. Presumably, you have a pretty good idea how many acres of Intacta soybeans are in the ground right now. My question would be how much of that revenue did you recognize in the November quarter versus the fiscal second quarter? What fraction of that would be prepaid cash versus POD and what was your net realized royalty price per acre?

**Brett D. Begemann**

I think one way to look at that Steve is I think we have to remind ourselves that the Brazil approach to the market is a little bit different than what we're looking at in the U.S., which most people are more familiar with. In Brazil, the farmer has choices. They can buy their seed and pay right up front. They can buy their seed and agree to pay at POD or legally they can save seed and pay with POD. As we said, the big shift has occurred and the vast majority of farmers are buying new seed every year but they get that choice. It also goes to market through seed multipliers, which are a step removed from us. We do not have the kind of insight in the marketplace that we enjoy in the U.S. where we have a large branded business ourselves and a handful of other large branded players that we can get information from as a licensee. So we just don't have that down there. What I can tell you today is I feel really confident in our 30 million acres of Intacta in Brazil and I'm really excited about the demand that we see from the farmers. It's too early for us to be able to call how much of that was prepaid and how much of that was bought seed and whether or not it's going to be above 30 million acres. But I feel really good about the 30 million acres that we laid out today.

**Steven Byrne**

And any comment on the net realization per acre?

**Pierre Courduroux**

Case: 4:17-cv-02031-SNLJ Doc. #: 1-38 Filed: 07/19/17 Page: 24 of 36 PageID #: 538

Well, what we mentioned in terms of the – price per acre? Price per acre is very consistent with basically what we outline entering into the year. This is a royalty we collect. So the key balance is going to be in between POD and the prepaid. And as of today we are pretty much in line with our expectation. As we announced today, we've had a really good first quarter in terms of Intacta and actually have some nice growth, obviously excluding the impact of currency. And as Brett was saying, now we're entering in the second quarter where we will know the final numbers. But as of now it really looks pretty good about Intacta both on a volume in acres basis but also from a pricing perspective.

**Steven Byrne**

Thank you.

**Operator**

Thank you. Our next question comes from the line of Bob Koort from Goldman Sachs. Please go ahead with your question.

**Brian Maguire**

Good morning. It's actually Brian Maguire on for Bob. I think I heard you mention that you expect glyphosate pricing to improve throughout the year, throughout 2016. Just wondering what indicators or metrics you're looking at to try and give you confidence that pricing might start to inflect upwards in '16?

**Brett D. Begemann**

Yes, thank you, good morning. This is Brett. As you look at Roundup and you're right, we did say that we would expect it through the latter half of the year that we would see some improvement in price. We haven't seen that start to occur yet. It's been more flattish, which really leads to the wider range that we've given around our ag productivity business this year. If you assume prices kind of float around where they are today then we were at the low end of that range. And if they do get some lift throughout the rest of the year, we would see it flow to the higher end of that range but that's what drives the breadth of that range. I think a couple of things to keep in mind is China price is clearly an impact on what the price is but also what kind of margin opportunity the generics participate in. So we watch the generic price in the marketplace. That's what our farmers are looking at. We don't price based on what's going on in China. We price based on the generics in the market and we have not seen them start to lift those prices. But in most of the world we feel like we're in a pretty good place right now with some hope that the price will continue or will lift towards the latter half of the year.

Case: 4:17-cv-02031-SNLJ Doc. #: 1-38 Filed: 07/19/17 Page: 25 of 36 PageID #: 539

**Brian Maguire**

Thanks.

**Operator**

Thank you. Our next question comes from the line of Sandy Klugman from Vertical Research Partners. Please go ahead with your question.

**Sandy Klugman**

Thank you. Good morning. I was hoping you could provide an update on the anticipated timeline for regulatory approvals for Xtend. And then if you don't receive approvals in time for the spring planting season, should we expect the 2017 launch to be even larger given that I assume you'll have more varieties to offer next year than you would this year?

**Hugh Grant**

Sandy, thanks for your question. I'll say a few words and maybe ask Brett to say some. So first off, and Rob mentioned this in his presentation as well, strong demand, so an enormous amount of encouragement from growers and from the field. They see Xtend as a tool that they really, really need and frankly they are tired of waiting. So this has gone on for a long time. We're in the final stages. We've provided, and Rob can probably underscore this, we've provided all the data to the regulatory authorities. And frankly we were encouraged by the exchange between President Obama and Premier Xi during his visit. So the public statement that came from that was encouraging. So we're now waiting on the finalization of that and I think it's imminent, and also the EPA. So Brett anything that you'd add to that from a field point of view?

**Brett D. Begemann**

Yes, I would just add that to Hugh's point we feel like we're on track with those approvals. I'd just remind you that there are two different approvals. One approval for China is for the seed and the other approval from the EPA is for applications of Dicamba over the top of the crop. So both of those set us in different situations and we'll watch both. And for the full system to be executed, we need both. But if we get a China approval, for example, that puts us in position to sell the seed and you might think about what we looked at last year with cotton. We found ourselves in that same situation with cotton last year. Not suggesting that's where we'll be. I'm just saying that there are different options for us to pursue and we're living this real-time right now.

**Sandy Klugman**

Okay, great. Thanks. And just a follow-up on the cotton front. If you don't get the over-the-top registration for Dicamba in the domestic market, I assume growers will receive a rebate similar to what they received last year?

**Brett D. Begemann**

That's the way we would look at it. And the whole approach behind that is getting the farmers comfortable with the varieties and buying new varieties and I missed that in your earlier question. Yes, if we have the opportunity to get some out there whether they used the whole system or not it will make for a bigger launch next year than this year. So it definitely benefits us and the farmer to get that experience with the new varieties.

**Sandy Klugman**

Thank you. That's very helpful.

**Hugh Grant**

And that's been our general approach. But as I said at the start, you've got a lot of growers out there frustrated and getting tired of waiting. So it'd be nice to see weeds controlled with this system this year.

**Sandy Klugman**

Thank you.

**Operator**

Thank you. Our next question comes from the line of Jeff Zekauskas from JPMorgan Chase & Company. Please go ahead with your question.

**Jeff Zekauskas**

Thanks very much. Good morning.

**Hugh Grant**

Good morning.

**Jeff Zekauskas**

Case: 4:17-cv-02031-SNLJ Doc. #: 1-38 Filed: 07/19/17 Page: 27 of 36 PageID #: 541

Dow licenses SmartStax on relatively advantageous terms. If they do combine with DuPont, does that larger entity that's formed, are they allowed to license SmartStax on the same terms or would a new agreement have to be put in place? How does that technology licensing work?

**Hugh Grant**

Yes, Jeff, thanks for the question. So for – I guess Rob said on the 20th anniversary of Roundup Ready, I think for 20 years we've licensed broadly with an open architecture system and licensed the industry. That will continue but for 20 years, we haven't discussed the content of these licenses. So we license company by company and the content of those licensees is confidential. What I would say broadly is the design of those licensees, they commute so they are not triggered by change of control and that allows consistency regardless of what companies do and how the genealogy plays out and I expect that that will continue. The name of the game of this for us going forward is, and coincidental with Rob's presentation today, companies win when they deliver innovation. Companies win when they put that innovation in the hands of growers. And that's the heart of our licensing model and I anticipate that that will continue going forward. But the content and the nature of those licenses is really the business of the licensees.

**Dr. Robert T. Fraley**

And I think another key point, Jeff, is that and I truly tried to emphasize that is for us it's continuing to drive the new innovation. So we're just within a few years of launching SmartStax PRO with the new rootworm mode of action and then SmartStax stacked with DroughtGard. And as I mentioned in my formal remarks, we're literally building today the 14-gene stack product in corn that we'll launch in 2025. And as you mentioned, both Dow and Pioneer and DuPont have been licensees of the technology and we would expect that these will be attractive technologies for the future.

**Jeff Zekauskas**

Okay. Thank you very much.

**Brett D. Begemann**

Thank you.

**Operator**

Thank you. Our next question comes from the line of David Begleiter from Deutsche Bank. Please go ahead with your question.

**David Begleiter**

Thank you. Good morning. Looking at the new Dow DuPont entity, could you assess the potential of any long-term competitive threat to Monsanto as well as maybe the potential short-term opportunity as they combine the businesses and there is a normal natural disruption?

**Hugh Grant**

I can't really speculate. They are big. I think this makes them the biggest in the world, but as Rob said they are also a customer. So we will continue our licensing efforts with them. There's clearly going to be a disruption how you bring two entities of this size together but I think that's really more for them to comment on than us. We've talked since last spring we've talked about continuing to focus on our core and as the industry as a sector goes through a tough time, you need to double down on that. We're managing our costs but at the same time we're not shorting on innovation. And I think we are more successful in that innovation drive than anyone else in the space, so I kind of like the cards that we hold. But I think there's going to continue to be consolidation in this space when you see what's happening with commodity prices today. I think we will continue to have a role in being a consolidator and I also think that we will drive to continue to be the partner of choice. And as long as we have that innovation pipeline then we will be in a very, very good position in both of those vectors whether it's consolidation or maintaining our position as the technology partner of choice.

**David Begleiter**

Thank you. And one quick thing for Rob. Rob on wheat I noticed the projects did not advance this past year. Can you discuss what's happening with the wheat programs and timeline as well?

**Dr. Robert T. Fraley**

Yes, thanks for the question. So we continue to work in developing wheat and I'd say we're taking a pretty broad approach. We're applying a lot of the same marker-based and genome sequencing technologies in wheat that we've applied in corn. We're doing the microbial testing, looking at seed treatments both biological and chemistry in wheat. And we're starting to look at the climate models for both nitrogen and other weather-related

apps for wheat, in addition to the core effort that we've had in biotech primarily focused historically on wheat and insect control. So, wheat is an important crop. We continue to look at R&D opportunities and to develop them.

**David Begleiter**

Thank you.

**Operator**

Thank you. Our next question comes from the line of John Roberts from UBS. Please go ahead with your question.

**John Roberts**

Thank you. I think price lift has never been above 10% globally when foreign exchange is relatively stable and I'm sure it varies by region, but you said Brazil is now running about 10% in the first quarter. Do you think you can go above 10% in local currency in some of the devalued markets?

**Brett D. Begemann**

Yes, I think the – this is Brett. Good morning. I think what you're looking at in Brazil is clearly an impact on currency. So we attempt where we can to use pricing to offset some of the currency devaluation that we face. And Brazil is a good example of that where we pushed it to 10. And we will continue to look at that in Brazil as we go into the second season there as well as into next year. So there are clearly opportunities. It's hard to speculate whether or not it could ever be above 10 because then you're – you got to take into account what's the current situation, what's the market competition look like and then you're speculating on what currency is going to do. But we always look for every opportunity we can to leverage our price to offset the currency.

**John Roberts**

Have you ever gone above 10% in any other markets?

**Brett D. Begemann**

Yes, there have been times when we have been above 10% and we've been close to mid double digits in some markets where we saw a significant acceleration in the marketplace. And again it varies. When you're in a market that's high demand for corn and you have

high commodity prices, you have more latitude than when you're in a situation today where you have depressed commodity prices. That plays a huge role. But yes, we've been higher than 10 before.

**John Roberts**

Okay. Thank you.

**Brett D. Begemann**

Thank you.

**Operator**

Thank you. Our next question comes from the line of Mark Connelly with CLSA. Please go ahead with your question.

**Mark Connelly**

Thank you. I'm just wondering if you can help us with the rate of spend in climate and where that's going? And on the same topic, where are we in the nitrogen advisor rollout? We met several farmers at your own Investor Day who didn't have access to it yet but seemed to want it.

**Pierre Courduroux**

Yes. So as far as the rate of spend is concerned, we are still – as part of our planning in terms of expense, we are still investing in climate but as part also of our efforts and the way we've been managing spend and the way we anticipate to manage spend in this challenging ag environment, we were also very cautious on the way we do that. So this is still an investment that's growing but proportionally to the prior year, we were not growing as much definitely and we will be very diligent in not starving the efforts but also being very fiscally responsible in how we are managing this investment. From a market perspective, Brett, maybe you want to comment.

**Brett D. Begemann**

Yes. We started in we've referred to it as the I states, Indiana, Illinois, Iowa, southern Minnesota with our models. And this year we've expanded that fairly dramatically to include big parts of the Dakotas, Nebraska, Missouri down to Kentucky and we intend that we'll expand it again next year. So we today have a pretty good majority of the corn growing area in the U.S. is covered by the nitrogen advisor but we'll continue to spread it

out. And as Rob noted, we're looking at other crops and how we expand it to other crops as well is nitrogen behaves the same way regardless of what crop is growing above it. We just need to get the models put in place to make those recommendations for other crops.

**Mark Connelly**

Is that a long lead time to get those other crops in place?

**Brett D. Begemann**

No, you're looking at a year or two to get the models worked out.

**Hugh Grant**

It's pretty fast, Mark. And with the elevated – with the terrible elevation in rainfall and precipitation and the mild winter, there's a lot of interest in the product.

**Mark Connelly**

Thank you.

**Operator**

Thank you. Our next question comes from the line of Frank Mitsch from Wells Fargo Advisors. Please go ahead with your question.

**Frank Mitsch**

Good morning. I was going to start-off with Happy New Year but I think happy 20th anniversary on Roundup is even more impressive.

**Hugh Grant**

Thank you.

**Frank Mitsch**

Just a quick question on the productivity program. Obviously, three months ago you announced 12% reduction in the workforce and you're upping that target here today. I'm just curious what may have changed since then? And as you got into the program you start to see more or in what areas might it be, if you could add a little more color there that would be helpful.

**Hugh Grant**

Case: 4:17-cv-02031-SNLJ Doc. #: 1-38 Filed: 07/19/17 Page: 32 of 36 PageID #: 546

Yes, Frank, thanks for the question. So this has been a work in progress. So as we build the plans and get more granular in the detail, we've gained in constant. So today is the final tranche of this. Brett mentioned a few of the areas that we've been working on. Brett maybe worked on the commercial hub, so that's probably one of the biggest changes for us and going to these four regional hubs.

**Brett D. Begemann**

Yes, we started on a path targeting 300 million to 500 million and we had the first tranche in October and this is the final piece of that. And what we were building out is the commercial hubs and we needed to put those in place to be able to define the opportunity. And it really gives us the opportunity with these four hubs to think about how we create centers of excellence for various processes that we have within Monsanto that we'll drive through those commercial hubs, not unlike what we've been working on with our supply chain and in R&D with the R&D hub in Chesterfield that we're building out, out there. So it's really a focus leveraging data analytics and process improvements to drive our innovation faster and to drive our customer service to a higher level.

**Hugh Grant**

And Rob, maybe a word on the R&D side.

**Dr. Robert T. Fraley**

Yes, so Brett mentioned we've created a center of excellence now with our Chesterfield site. And if you've been on the tour recently and I know you have, you know how we've expanded that. But that's given us also the ability to close some of the smaller sites, move people and focus our efforts. We've done other focusing efforts. You'll recall in November we announced that we would be exiting sugarcane, we'd be streamlining our yield and stress program and changing the R&D approach. And then finally one of the big efforts has been, building on Brett's comments, is using the digital ag tools to really change how we do our breeding and our field testing using a lot more data inputs to make those decisions. And those have had I think very big, very important and very significant impacts on improving how we do the research.

**Frank Mitsch**

Terrific. That's helpful. Thank you.

**Hugh Grant**

Case: 4:17-cv-02031-SNLJ Doc. #: 1-38 Filed: 07/19/17 Page: 33 of 36 PageID #: 547

Thanks very much, Frank.

**Operator**

Thank you. Our next question comes from the line of Duffy Fischer from Barclays. Please go ahead with your question.

**Duffy Fischer**

Yes. Good morning, fellas. Two quick questions. The first is just should we think about the Dow DuPont deal altering what our out-year Xtend in soybeans in the U.S. numbers should be? And then just the second one is on the slide that you showed the five geographies where you plan to hold or increase market share and corn, could you kind of rank those which ones you have the most confidence in and maybe which ones you're going to have to fight the hardest to hit those numbers?

**Hugh Grant**

Duffy, good morning. Thanks for the questions. So on Xtend, I don't think it changes the out-years at all. So we don't see any shift in that projection. And then in the five areas if you were ranking them, Brett?

**Brett D. Begemann**

Yes, I think you find yourself in a different situation in every one of those countries. We have a strong position in the U.S. but we also have really strong competitors in the U.S. And you don't see big changes in market share very often in those size of markets but we continue to win there and little by little grow. When you look at places like Eastern Europe where you have improving genetics replacing really old genetics from before not as strong a competition, we can get pretty healthy gains there and we have over the past five years. And that's leapfrogged us into the number one position over there. And then of course in Argentina as an example we have a really strong position in Argentina and we never give up on our opportunity to grow. But I'm thrilled every year that we hold that position down there because it's a really strong position. And in Brazil we find ourselves in a unique situation right now where our competitor is challenged with a trade offering in the marketplace. And quite frankly we're getting an opportunity to grow there. So we're taking advantage of that and growing our footprint. And that's the part of the confidence we have in the summer season that we had improvement this year. So each market is going to be a little different but we feel good about our position.

**Duffy Fischer**

Case: 4:17-cv-02031-SNLJ Doc. #: 1-38 Filed: 07/19/17 Page: 34 of 36 PageID #: 548

Perfect. Thanks, guys.

**Hugh Grant**

Thank you.

**Operator**

Thank you. Our next question comes from the line of Joel Jackson from BMO Capital Markets. Please go ahead with your question.

**Laura Meyer**

Adam,

**Hugh Grant**

We'll probably make this the last.

**Laura Meyer**

Yes. Adam, we'll close after this question from Joel please.

**Joel Jackson**

Thanks, Laura. Just about Dicamba again, I don't think Dicamba still has Board approval. Maybe you can give an update on your thinking on that? And just some thoughts also on why the Chinese producers down the road won't compete as hard on Dicamba as they are on glyphosate. Thanks.

**Hugh Grant**

Yes, so I think we covered some of the approval comment. You're right, we're awaiting on two approvals, we're waiting on a Chinese import approval and the final approval from EPA for the over-the-top spray. The second piece of your question just tell me again.

**Joel Jackson**

Just why Chinese producers down the road won't really ramp up on Dicamba and compete just as hard as they have in glyphosate over the past year.

**Hugh Grant**

We think that they will. I think with the investments that we're making, we'll be about a quarter to a third – we think this is going to be a very, very substantial product. We think that our manufacturing will maybe cover a quarter to a third. But we anticipate that we'll see Chinese and Indian producers stepping up and we expect that we'll be running some partnerships in this product as well and frankly we're going to need that. So we would welcome that competition because the volume off-take I think is going to be really, really significant.

**Joel Jackson**

Okay. Thanks, guys.

**Hugh Grant**

Thanks very much. So I think Laura maybe I'll just quickly – maybe quickly wrap. So I wanted to begin by thanking you for your patience. This is always a slightly longer call for us but I think like all good things, it's worth waiting on. So it was worth taking the time with Rob's pipeline review. I also want to thank you for your support.

So I think today we've covered in a number of ways the breadth, the depth and the productivity of our pipeline and why that gives us confidence in both our long-term growth targets as well as the strong role that we believe we play in addressing the evolving landscape across agriculture within a sector that's changing at the moment.

So with the unique vantage point that we have from our pipeline and the technology that we have in hand to create the 9 to 14-gene stacks that we believe will define the future agriculture that Rob outlined today, we see ourselves in a position of strength in a dynamic industry.

So I guess the bottom line for us is we continue to view this as a time of opportunity where a balance of innovation which is kind of the heart of who we are and discipline can grow our long-term competitive position.

So thanks very much for joining us on the call this morning. And the very best to you all in the new year. Thanks very much.

**Operator**

Thank you. Ladies and gentlemen, this does conclude our teleconference for today. You may now disconnect your lines at this time. Thank you for your participation and have a wonderful day.

**Copyright policy:** All transcripts on this site are the copyright of Seeking Alpha. However, we view them as an important resource for bloggers and journalists, and are excited to contribute to the democratization of financial information on the Internet. (Until now investors have had to pay thousands of dollars in subscription fees for transcripts.) So our reproduction policy is as follows: **You may quote up to 400 words of any transcript on the condition that you attribute the transcript to Seeking Alpha and either link to the original transcript or to www.SeekingAlpha.com. All other use is prohibited.**

THE INFORMATION CONTAINED HERE IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL, CONFERENCE PRESENTATION OR OTHER AUDIO PRESENTATION, AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE AUDIO PRESENTATIONS. IN NO WAY DOES SEEKING ALPHA ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S AUDIO PRESENTATION ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

If you have any additional questions about our online transcripts, please contact us at: transcripts@seekingalpha.com. Thank you!

## Comments (3)

**dunkmaster**
Ok, I'm not the only one that thinks about the actor's voice (not the CEO) when reading this transcript am I?

07 Jan 2016, 07:44 AM

**flintlock12**
MON will be carbon neutral worldwide by 2021... Hugh Grant (the CEO) is the man !

29 Jan 2016, 05:13 PM

**flintlock12**
I asked the last question at MON .... Is there an substitute for Glyphosate that is safer CEO "NO"

29 Jan 2016, 05:14 PM