# EXHIBIT 40

Case: 4:17-cv-02031-SNLJ Doc. #: 1-40 Filed: 07/19/17 Page: 2 of 3 PageID #: 582

INTERNET ARCHIVE WaybackMachine
http://www.monsanto.com/products/pages/roundup-ready-2-xtend-soybeans.aspx Go
18 captures
2 Apr 13 - 29 Jul 16
SEP JA
2
2015 20

# Roundup Ready 2 Xtend Soybeans

## Currently in Phase IV of Monsanto's R&D Pipeline

Roundup Ready 2 Xtend soybeans will provide tolerance to dicamba and glyphosate herbicides, offering farmers more consistent, flexible weed control, especially tough-to-manage and glyphosate-resistant weeds. Once approved, this will be the industry's first biotech product with tolerance to both glyphosate and dicamba herbicides.

Official Website:
www.genuity.com

Other product features include:

Roundup Ready 2 Xtend technology will be built upon Genuity® Roundup Ready 2 Yield® soybean technology, which offers farmers the highest yield opportunity with more beans per pod and more bushels per acre.

Roundup Ready 2 Xtend will be the industry's first biotech product in soybeans with tolerance to both dicamba and glyphosate herbicides.

### Roundup Ready® Xtend Crop System

Along with Roundup® Xtend herbicide (pending regulatory approvals), Roundup Ready 2 Xtend soybeans will make up the Roundup Ready® Xtend Crop System, which will become a key part of Monsanto's Roundup Ready PLUS Weed Management Solutions. Learn more at RoundupReadyPLUS.com.

**The launch of Roundup Ready Xtend Crop System is pending regulatory approvals for its component products.**

Case: 4:17-cv-02031-SNLJ Doc. #: 1-40 Filed: 07/19/17 Page: 3 of 3 PageID #: 583

INTERNET ARCHIVE WaybackMachine
http://www.monsanto.com/products/pages/roundup-ready-2-xtend-soybeans.aspx Go
18 captures
2 Apr 13 - 29 Jul 16
SEP 2015




