# EXHIBIT 41

INTERNET ARCHIVE WaybackMachine
http://www.monsanto.com:80/products/pages/roundup-ready-xtend-crop-system.a: Go
67 captures
21 Apr 2012 - 6 Jun 2017
APR MAY JUN
2015 04 2016 2017
About this capture



Products
- Product Overview
- Our Brands
- Roundup and Glyphosate Information
- Agricultural Seeds
- Monsanto BioAg
- Traits, Technologies & Partnering
- Vegetable Seeds
- Weed Control Products
- Research & Development
  - Corn Product Pipeline
  - Soybean Product Pipeline
  - Cotton Product Pipeline
  - Specialty Crop Product Pipeline
  - Vegetable Product Pipeline
  - Crop Protection Pipeline
  - Climate Corporation Pipeline
  - Biologicals Pipeline
  - Agricultural Biologicals
  - Roundup Ready Xtend Crop System
    - Roundup Ready 2 Xtend Soybeans
    - Roundup Xtend Herbicide
  - Science Behind Our Products
- Product Stewardship
- Safety Information
- Learning Centers

# Roundup Ready Xtend Crop System

## Help maximize yield potential and weed control through effective and economical weed management options

Roundup Ready® Xtend Crop System for soybeans is intended to provide farmers with more consistent, flexible control of weeds, especially tough-to-manage and glyphosate-resistant weeds, and to help maximize crop yield potential. The launch of the Roundup Ready® Xtend Crop System is pending regulatory approvals.

**Official Website:**
www.RoundupReadyPLUS.com

Roundup Ready 2 Xtend™ Soybeans will contain the Genuity® Roundup Ready 2 Yield® trait technology stacked with a trait that contains tolerance to dicamba. This Genuity Roundup Ready 2 Yield trait technology offers farmers the highest yield opportunity with more beans per pod and more bushels per acre. Roundup Ready 2 Xtend™ soybeans, once approved, will be the industry's first biotech product with tolerance to both glyphosate and dicamba herbicides.

Upon regulatory approvals, Roundup® Xtend Herbicide will be a premix of the herbicides dicamba and glyphosate, designed to manage weeds before planting and as an over-the-top option on Roundup Ready 2 Xtend crops during the season. With multiple modes of action, this low volatility dicamba formulation, premixed with glyphosate, is expected to provide farmers an additional choice for broad control of weeds, especially glyphosate-resistant and tough-to-control broadleaf weeds, and to extend application and planting flexibility, including lengthening the window for post-emergence applications.

### Roundup Ready PLUS™ Weed Management Solutions Platform

The concept of the Roundup Ready Xtend Crop System will be an integral component of Monsanto's Roundup Ready PLUS™ Weed Management Solutions platform. Roundup Ready PLUS offers weed management recommendations that are developed in conjunction with leading academics, agronomists, and other industry partners for control of tough weeds. The recommendations focus on multiple modes of action, including the use of pre-emergence applied residual herbicides in combinations with Roundup® brand agricultural herbicides. Roundup Ready PLUS also offers financial incentives to help farmers offset the cost of using qualifying residual herbicides.

### Stewardship for Roundup Ready Xtend Crop System for Soybeans

Monsanto is committed to the success of farmers, the durability of our technologies and providing practical, flexible and cost-effective recommendations to growers. We are currently developing comprehensive Application Requirements for the Roundup Ready Xtend Crop System for soybeans to educate growers and commercial applicators on the proper stewardship practices and proper use of the technology.

**The launch of the Roundup Ready® Xtend Crop System is pending regulatory approvals.**

**This information is for technical and educational purposes only and is not an offer to sell Roundup Xtend or Roundup Ready 2 Xtend. Roundup Xtend and Roundup Ready 2 Xtend are not yet registered or available for sale or commercial use anywhere in the United States.**

*Certain statements contained in this presentation are **"forward-looking statements,"** such as statements concerning the company's anticipated financial results, current and future product performance, regulatory approvals, business and financial plans and other non-historical facts. These statements are based on current expectations and currently available information. However, since these statements are based on factors that involve risks and uncertainties, the company's actual performance and results may differ materially from those described or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, among others: continued competition in seeds, traits and agricultural chemicals; the company's exposure to various contingencies, including those related to intellectual property protection, regulatory compliance and the speed with which approvals are received, and public acceptance of biotechnology products; the success of the company's research and development activities; the outcomes of major lawsuits; developments related to foreign currencies and economies; successful operation of recent acquisitions; fluctuations in commodity prices; compliance with regulations affecting our manufacturing; the accuracy of the company's estimates related to distribution inventory levels; the company's ability to fund its short-term financing needs and to obtain payment for the products that it sells; the effect of weather conditions, natural disasters and accidents on the agriculture business or the company's facilities; and other risks and factors detailed in the company's most recent periodic report to the SEC. Undue reliance should not be placed on these forward-looking statements, which are current only as of the date of this presentation. The company disclaims any current intention or obligation to update any forward-looking statements or any of the factors that may affect actual results.*

***Monsanto Company is a member of Excellence Through Stewardship® (ETS).** Monsanto products are commercialized in accordance with ETS Product Launch Stewardship Guidance, and in compliance with Monsanto's Policy for Commercialization of Biotechnology-Derived Plant Products in Commodity Crops. Genuity® Roundup Ready 2 Yield® has been approved for import into key export markets with functioning regulatory systems. Any crop or material produced from this product can only be exported to, or used, processed or sold in countries where all necessary regulatory approvals have been granted. It is a violation of national and international law to move material containing biotech traits across boundaries into nations where import is not permitted. Growers should talk to their grain handler or product purchaser to confirm their buying position for this product. Excellence Through Stewardship® is a registered trademark of Biotechnology Industry Organization.*

***Individual results may vary**, and performance may vary from location to location and from year to year. This result may not be an indicator of results you may obtain as local growing, soil and weather conditions may vary. Growers should evaluate data from multiple locations and years whenever possible.*

***ALWAYS READ AND FOLLOW PESTICIDE LABEL DIRECTIONS.** Roundup Ready® crops contain genes that confer tolerance to glyphosate, the active ingredient in Roundup® brand agricultural herbicides. Roundup® brand agricultural herbicides will kill crops that are not tolerant to glyphosate. **Commercialization is dependent on multiple factors,** including successful conclusion of the regulatory process. **The information presented herein is provided for educational purposes only, and is not and shall not be construed as an offer to sell, or a recommendation to use, any unregistered pesticide for any purpose whatsoever.** It is a violation of federal law to recommend the purchase or use of an unregistered pesticide. Genuity and Design®, Genuity Icons, Roundup Ready 2 Yield®, Roundup Ready®, and Roundup® are trademarks of Monsanto Technology LLC.*

***Commercialization is dependent on multiple factors**, including successful conclusion of the regulatory process. **The information presented herein is provided for educational purposes only, and is not and shall not be construed as an offer to sell, or a recommendation to use, any unregistered pesticide for any purpose whatsoever**. It is a violation of federal law to promote or offer to sell an unregistered pesticide.*




ROUNDUP READY PLUS
WEED MANAGEMENT SOLUTIONS
RoundupReadyPlus.com



©2002–2015 Monsanto Company - All Rights Reserved