# EXHIBIT 44

# Farm feud: Monsanto and its clients under fire for damaging crops

Published time: 3 Aug, 2016 19:56
Edited time: 24 Aug, 2016 07:45



© Jim Young / Reuters

968 18

Farmers in Arkansas, Tennessee and southern Missouri are angry at their neighbors – and agrochemical giant Monsanto – over a new weed-killer that has ravaged 200,000 acres of soybean fields. The herbicide is used to treat Monsanto's new strand of soy.

As controversies mount over its glyphosate-based herbicide, also known as Roundup, the Missouri-based Monsanto has rolled out a new soybean seed intended to be resistant to another weed-killer, known as dicamba. While the *"Roundup Ready 2 Xtend"* soy has been approved for planting in 2016, US federal

*"Roundup Ready 2 Xtend"* soy has been approved for planting in 2016, US federal regulators have yet to approve the use of dicamba.

Farmers who bought Monsanto's seeds have taken to spraying their crops with dicamba obtained from other vendors – which is prone to drifting into neighboring fields, severely damaging the non-Xtend crops. Officials across the three states cite a *"rough figure"* of 200,000 acres affected by the drift, Delta Farm Press reported.

**Food Democracy Now!**
@food_democracy

Follow

Breaking: 3 Major Problems With Monsanto's New GMO Soybeans, resistant to Roundup & dicamba harming farmers fields bit.ly/2aNu8Mm

12:03 PM - 3 Aug 2016



**3 Major Problems With Monsanto's New GMO Soybeans**
Earlier this year, Monsanto commercially launched its Roundup Ready 2 Xtend soybeans—a product undoubtedly attractive to soy
ecowatch.com

34 31

*"Dicamba is a chemical that really blows easily in the wind. And it is really toxic to regular old soybeans,"* according to Dan Charles of National Public Radio. *"A lot of people are quite angry, mostly at their neighbors but also at Monsanto for putting this seed out there on the market."*

*"We wouldn't have this problem,"* if Monsanto had waited for regulatory approval for dicamba before selling their new soybean strand, Mike Wallace – a farmer in Monette, Arkansas whose crops were damaged by the drift – told the Wall Street Journal.

Monsanto officials painstakingly pointed out

**Read more**



EU approves imports of genetically modified Monsanto soybeans

Monsanto officials painstakingly pointed out that their own dicamba product should be drift-proof, but is not yet approved for use.

*"[A]t this time, there is no approved chemistry over-the-top for the Xtend crop system,"* company spokesman Dan Urnikis told Delta Farm Press.

Asked about the decision to roll out the seeds before the pesticide was approved, Urnikis said that the farmers asked for the new strand, believing it would boost their yield.

*"Our best products continue to sit on the shelf,"* Urnikis said. *"We chose to launch this year to allow growers to experience the industry-leading varieties of Roundup Ready 2 Xtend soybeans. They can plant with confidence this year in anticipation of the chemical approval for the 2017 growing season."*

When exposed to dicamba, regular soy plants end up with deformed leaves and their growth is stunted, according to agronomist Tom Barber of the University of Arkansas. Farmers in the area may have no choice but to buy Monsanto's new crop, if they want to stay in business.

*"They're afraid that they're not going to be able to grow what they want to grow,"* Barber told NPR. *"They're afraid that they're going to be forced to go with that technology."*



**Emily Cassidy**
@EnviroEm

Follow

Some farmers feel they have to choose between buying new GMOs & allowing dicamba to damage crops on their fields. bit.ly/2b2yVYk

9:55 AM - 3 Aug 2016



**Monsanto's New GMOs Spawn Illegal Use of…**
Farmers in Arkansas and Missouri have filed more than 100 complaints with state agriculture agencies over a toxic weed killer that is drifting
ewg.org

21 7

Other scientists point out that dicamba may not be effective against *"superweeds"* currently plaguing the soy farmers, such as the Roundup-resistant pigweed. University of Arkansas agronomist Jason Norsworthy discovered in greenhouse experiments that pigweed could evolve into a dicamba-resistant strain in just three generations, NPR reported. Dicamba-resistant weeds have already been found in Kansas and Nebraska, EcoWatch reported in July.

Meanwhile, farmers growing the new Monsanto soy are using drift-prone dicamba, undeterred by the $1,000 fines.

*"The farmers are flat out telling us that 'we'll write you a check',"* Susie Nichols from the Arkansas State Plant Board told the Wall Street Journal.

968 18

## More From The Web (Sponsored)

Sponsored Links by Taboola

**Shoppers Are Getting Unbelievable Deals With This Little-Known Site**
Tophatter

**The Most Armed US States, Ranked**
CBS News

**Don't Buy Furniture Until You See This Site**
Wayfair

**App made by 100+ linguists gets you speaking a new language in 3 weeks**
Babbel

**Reclusive Millionaire Warns: "Get Out Of Cash Now"**
DailyWealth

**"Unreal" Can't Even Sum up These 27 WWI Images**
MSN

## Popular In the Community




Land_der_Wunder
38m
Yes, spying is illegal. In Iran and in the US of...




OliveCoffee
16h
Yes , Putin did all that and so much more,...




PsyOps
19h
It's called a distraction, and a hoax to get...




White Dragon
22 Jun
Russia are well informed,& ready in...




Un
sat

## Conversation (147)

Sort by **Best**

Log In

Your nickname...

**Blue Teepee**

It is going to be up to the people to take back what has been taken. A gas can and $5 worth of gas goes a long way to "take down" Monsantos poison food. Other countries have burned them out and it is time for America to get wise and do the same.

Reply · Share · *61 Likes* ·

**OliveHat** → Blue Teepee

*Edited*

Poison food? L M F A O. Ask the people of Africa if they consider Monsantos "Golden Rice" as poison

Reply · Share · *2 Likes* ·

**Purple Box** → Blue Teepee

So what should happen is the ban of Monsanto and all alike companies. This will reduce food production by 2/3 to 3/4. Do let us know that works out for you!!! I am wondering if your children can survive on 1/4 the food they currently eat, can they???

Reply · Share · *3 Likes* ·

**Cyan Basketball** → Blue Teepee

Got any statistics for those figures?

Reply · Share · *22 Likes* ·

Show 42 more

**Red Lamp**
· Edited

The U.S. govt is in on the human destruction. They are bought and paid for and have been for years, by lobbyists and big chem/pharma companies. It is likely too late to put a stop to any of it. They know it. That is why there is no push-back & no resistance by the govt.

Reply · Share · 38 Likes ·

**Purple Box** ➦ Red Lamp

So what should happen is the ban of Monsanto and all alike companies. This will reduce food production by 2/3 to 3/4. Do let us know that works out for you!!! I am wondering if your children can survive on 1/4 the food they currently eat, can they???

Reply · Share · 1 Like ·

**Purple Box** ➦ Red Lamp

see, sl o the Mega rich want to eliminate the population to ensure they never make another dime, have no one to keep up their cushy lifestyles, and end up foraging for survival like RATS. How obvious. You are a special kind of STUPID!!!

Reply · Share · 3 Likes ·

**hammie** ★ Leader ➦ Red Lamp

The Juden.

Reply · Share · 3 Likes ·

Show 2 more

**Syzygy** ★ Leader

Did you know that the Jooish Monsanto family was one of the biggest slave trading families in US history? They made their fortune with the buying and selling of slaves before starting the Monsanto company with the goal of gaining complete control over the food supply while chemically dumbing down the populace and further creating diseases to support the Jooish established medical industry.

Aren't they just a lovely bunch?

Reply · Share · 25 Likes ·

**Purple Box** ➦ Syzygy

Proof required!

Reply · Share · 1 Like ·

**Farzaneh Joshaghani** ★ Leader ➦ Syzygy

nope just as tel viv we will not let you hide behind useless debate. The mob will guillotine these parasites and its a good thing: direct democracy without the

guillotine these parasites and its a good thing. direct democracy without the middleman

Reply · Share · 1 Like ·

**Farzaneh Joshaghani** ★ Leader ➦ Syzygy

bravo great truthfull comment and thank you

Reply · Share · 1 Like ·

Load more replies...

Terms · Privacy

Add Spot.IM to your site ·

## See Also

Promoted Links by Taboola

**Low cost flights, leave from Sedalia starting at $44**

us.jetcost.com

**You're In For A Big Surprise in 2017 If You Own A Home in Missouri**

Morning Finance | LendingTree Quotes

**PhD Millionaire Predicting 'Cash Panic' In 2017**

Stansberry Research

**The Kitchen Cabinet Company Big Box Retailers Don't Want You To Know About**

CliqStudios Cabinets

**Russia develops super-heavy ground-effect civilian transport (PHOTO)**

**'Forced to strip & pole dance': New details emerge of sadistic abuses at elite German military base**