# EXHIBIT 49

# Products



## Cotton products

# XtendiMax® with VaporGrip® Technology

XTENDIMAX With VaporGrip Technology

## Effective Weed Control With XtendiMax® Herbicide With VaporGrip® Technology

- Ideal dicamba option to help manage glyphosate-resistant broadleaf weeds such as Palmer amaranth, waterhemp and marestail, along with other tough-to-control broadleaf weeds such as lambsquarters and velvetleaf
- Up to 14 days of soil activity[1] from dicamba on certain small-seeded broadleaf weeds to help traditional residual herbicides keep fields clean

as part of an overall weed control program

- Extended application flexibility before, at and after planting
- Designed specifically for the Roundup Ready® Xtend Crop System for in-crop use with Roundup Ready 2 Xtend® soybeans and cotton with XtendFlex® technology

[1] On certain small-seeded broadleaf weeds. Results may vary, depending on rainfall and soil type. Always use dicamba with traditional residual herbicides in pre-emergence and postemergence applications that have different, effective sites of action, along with other Diversified Weed Management Practices.

* Do not use less than 22 fl oz/A of this product in a single application

** 22 fl oz/A = 0.5 lb acid equivalent (a.e.)/A, 44 fl oz/A = 1.0 lb a.e./A

| XtendiMax® Herbicide With VaporGrip® Technology | |
|---|---|
| Active Ingredient | Dicamba |
| Salt Formulation | Diglycolamine (DGA) |
| Acid Equivalent/Gallon | 2.9 lb/gal |
| Pre-emergence Use Rate* | 22 to 44 fl oz/A** |
| Postemergence Use Rate* | 22 fl oz/A** |
| Maximum Combined Total Per Year for All Applications | 88 fl oz/A |
| Herbicide Group | Group 4 |

## Significantly Reduce Relative Volatility With VaporGrip® Technology

- Proprietary technology developed by Monsanto that helps prevent the formation of dicamba acid
- XtendiMax® herbicide with VaporGrip® Technology provides a significant reduction in volatility potential

compared to commercially available dicamba formulations

- Will provide applicators confidence in on-target application of dicamba in combination with application requirements for successful on-target applications




[2] Based on published ASTM humidome methodology

DMA or acid formulations of dicamba will NOT be authorized by Monsanto

$14.00/A
EARN UP TO
CASH BACK

**ROUNDUP READY PLUS® CROP MANAGEMENT SOLUTIONS CASH INCENTIVES:**

Earn up to $14.00/A cash back in soybeans and cotton from Roundup Ready PLUS® Crop Management Solutions when you incorporate XtendiMax® herbicide with VaporGrip® Technology into your weed management strategy along with pre- and postemergence residual products.

Visit RoundupReadyPLUS.com for additional information.

ROUNDUP READY PLUS.
CROP MANAGEMENT SOLUTIONS
START CLEAN. STAY CLEAN.

# Summary of Application Requirements

The XtendiMax® herbicide with VaporGrip® Technology application requirements are intended to help maximize weed control with on-target applications and minimize the potential of off-target movement.

THIS SUMMARY IS NOT A SUBSTITUTE FOR READING AND FOLLOWING ALL PRODUCT LABELING.

| | | | |
|---|---|---|---|
| XTENDIMAX | **HERBICIDE** Low volatility XtendiMax® herbicide with VaporGrip® Technology | <4" | **WEED HEIGHT** Spray weeds that are less than 4 inches tall |
| AMS | **AMMONIUM SULFATE** Ammonium sulfate and ammonium-based additives are prohibited in applications that include XtendiMax® with VaporGrip® Technology | 3-10 mph | **WIND SPEED** Apply when wind speed is between 3 and 10 mph |
| XTENDIMAX with VaporGrip Technology 22 fl oz/A | **APPLICATION RATES** Apply 22 fluid ounces per acre for any single, in-crop application | DICAMBA TOLERANT CROP / DOWNWIND BUFFER / SENSITIVE AREAS | **DOWNWIND BUFFER** Maintain the required label buffer to protect sensitive areas |
| min. 10 GPA | **SPRAY VOLUME** Apply in a minimum of 10 gallons of spray solution per acre | DO NOT SPRAY / DICAMBA TOLERANT CROP / SUSCEPTIBLE CROP | **SUSCEPTIBLE CROPS** Do not apply when wind is blowing toward adjacent susceptible crops |
| | **NOZZLES** To minimize drift, use nozzles approved on the herbicide product label and operating pressures to minimize driftable fines | 15 mph | **GROUND SPEED** Do not exceed 15 mph ground speed |
| 24" | **SPRAY BOOM HEIGHT** Do not exceed a boom height of 24 inches above target pest or crop canopy. Excessive boom height will increase the potential for drift. | 3X | **TRIPLE RINSE** Use triple-rinse cleanout procedure |

Earn an additional $.50 /A cash back

and reduce drift potential with INTACT™ Drift Reduction Agent. Use of an approved Drift Reduction Agent is now required for certain tank-mix combinations within the Roundup Ready Xtend® Crop System.

For more information on tank-mix partners visit XtendiMaxApplicationRequirements.com

May not be eligible in all geographies.

DOWNLOAD PDF ►

# Herbicide Recommendation Tool

Use the Herbicide Recommendation Tool to find product recommendations and calculate incentives for your crop.

GET A RECOMMENDATION ►

© Monsanto Company, All Rights Reserved

Monsanto Home
Media Room
Privacy Policy
Legal Notice
Sign up For Email
Contact Us
Follow @RRPLUS

---

Certain statements contained in this presentation are "forward-looking statements," such as statements concerning the company's anticipated financial results, current and future product performance, regulatory approvals, business and financial plans and other non-historical facts. These statements are based on current expectation s and currently available information. However, since these statements are based on factors that involve risks and uncertainties, the company's actual performance and results may differ materially from those described or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, among others: continued competition in seeds, traits and agricultural chemicals; the company's exposure to various contingencies, including those related to intellectual property protection, regulatory compliance and the speed with which approvals are received, and public acceptance of biotechnology products; the success of the company's research and development activities; the outcomes of major lawsuits and the previously announced SEC investigation; developments related to foreign currencies and economies; successful operation of recent acquisitions; fluctuations in commodity prices; compliance with regulations affecting our manufacturing; the accuracy of the company's estimates related to distribution inventory levels; the company's ability to fund its short-term financing needs and to obtain payment for the products that it sells; the effect of weather conditions, natural disasters and accidents on the agriculture business or the company's facilities; and other risks and factors detailed in the company's most recent periodic report to the SEC. Undue reliance should not be placed on these forward-looking statements, which are current only as of the date of this presentation. The company disclaims any current intention or obligation to update any forward-looking statements or any of the factors that may affect actual results.

ALWAYS READ AND FOLLOW DIRECTIONS FOR USE ON PESTICIDE LABELING. IT IS A VIOLATION OF FEDERAL AND STATE LAW to use any pesticide product other than in accordance with its labeling. NOT ALL formulations of dicamba or glyphosate are approved for in-crop use with Roundup Ready 2 Xtend® soybeans, Bollgard II® XtendFlex® or XtendFlex® cotton. ONLY USE FORMULATIONS THAT ARE SPECIFICALLY LABELED FOR SUCH USES AND APPROVED FOR SUCH USE IN THE STATE OF APPLICATION. DICAMBA FORMULATIONS MAY NOT BE APPROVED IN ALL STATES. Contact the U.S. EPA and your state pesticide regulatory agency with any questions about the approval status of dicamba herbicide products for in-crop use with Roundup Ready 2 Xtend® soybeans, Bollgard II® XtendFlex® or XtendFlex® cotton.

Roundup Ready 2 Xtend® soybeans contains genes that confer tolerance to glyphosate and dicamba. Bollgard II® XtendFlex® cotton contains genes that confer tolerance to glyphosate, dicamba and glufosinate. Glyphosate will kill crops that are not tolerant to glyphosate. Dicamba will kill crops that are not tolerant to dicamba. Glufosinate will kill crops that are not tolerant to glufosinate. Contact your Monsanto dealer or refer to Monsanto's Technology Use Guide for recommended weed control programs.

This information is for educational purposes only and is not an offer to sell Roundup Xtend™ with VaporGrip® Technology . This product is not yet registered or approved for sale or use anywhere in the United States.

Commercialization is dependent on multiple factors, including successful conclusion of the regulatory process. The information presented herein is provided for educational purposes only, and is not and shall not be construed as an offer to sell, or a recommendation to use, any unregistered pesticide for any purpose whatsoever. It is a violation of federal law to promote or offer to sell an unregistered pesticide.

The following Excellence Through Stewardship® statement applies to Roundup Ready 2 Xtend TM soybeans. Monsanto Company is a member of Excellence Through Stewardship® (ETS). Monsanto products are commercialized in accordance with ETS Product Launch Stewardship Guidance, and in compliance with Monsanto's Policy for Commercialization of Biotechnology-Derived Plant Products in Commodity Crops. This product has been approved for cultivation in the U.S. and Canada, and for import in Australia/New Zealand, Colombia, China, Japan, Korea, Mexico, Taiwan, and Vietnam. The single events in this product have been approved for import in the EU. As of February 2, 2016, E.U. stack approval is in the final stage of approval and is expected but not guaranteed to be received in the near future. Any crop or material produced from this product can only be exported to, or used, processed or sold in countries where all necessary regulatory approvals have been granted. It is a violation of national and international law to move material containing biotech traits across boundaries into nations where import is not permitted. Growers should talk to their grain handler or product purchaser to confirm their buying position for this product. Growers should refer to http://www.biotradestatus.com/ for any updated information on import country approvals.

The following Excellence Through Stewardship® statement applies to Bollgard II® XtendFlex® cotton: Monsanto Company is a member of Excellence Through Stewardship® (ETS). Monsanto products are commercialized in accordance with ETS Product Launch Stewardship Guidance, and in compliance with Monsanto's Policy for Commercialization of Biotechnology-Derived Plant Products in Commodity Crops. This product has been approved for import into key export markets with functioning regulatory systems. Any crop or material produced from this product can only be exported to, or used, processed or sold in countries where all necessary regulatory approvals have been granted. It is a violation of national and international law to move material containing biotech traits across boundaries into nations where import is not permitted. Growers should talk to their grain handler or product purchaser to confirm their buying position for this product.

B.t. products may not yet be registered in all states. Check with your Monsanto representative for the registration status in your state.

Insect control technology provided by Vip3A is utilized under license from Syngenta Crop Protection AG. Growers may utilize the natural refuge option for varieties containing the Bollgard II® trait in the following states: AL, AR, FL, GA, KS, KY, LA, MD, MS, MO, NC, OK, SC, TN, VA, and most of Texas (excluding the Texas counties of Brewster, Crane, Crockett, Culberson, El Paso, Hudspeth, Jeff Davis, Loving, Pecos, Presidio, Reeves, Terrell, Val Verde, Ward and Winkler). The natural refuge option does not apply to Bollgard II® cotton grown in areas where pink bollworm is a pest, including CA, AZ, NM, and the above listed Texas counties. It also remains the case that Bollgard® and Bollgard II® cotton cannot be planted south of Highway 60 in Florida, and that Bollgard® cotton cannot be planted in certain other counties in the Texas panhandle. Refer to the Technology Use Guide and IRM/Grower Guide for additional information regarding Bollgard II, Bollgard, natural refuge and EPA-mandated geographical restrictions on the planting of Bt cotton.

IMPORTANT IRM INFORMATION: Genuity® RIB Complete® corn blend products do not require the planting of a structured refuge except in the Cotton-Growing Area where corn earworm is a significant pest. See the IRM/Grower Guide for additional information. Always read and follow IRM requirements.

Individual results may vary, and performance may vary from location to location and from year to year. This result may not be an indicator of results you may obtain as local growing, soil and weather conditions may vary. Growers should evaluate data from multiple locations and years whenever possible.

ALWAYS READ AND FOLLOW PESTICIDE LABEL DIRECTIONS. Roundup Ready® crops contain genes that confer tolerance to glyphosate, the active ingredient in Roundup® brand agricultural herbicides. Roundup® brand agricultural herbicides will kill crops that are not tolerant to glyphosate. Acceleron®, agAhead®, agSeedSelect®, Asgrow and the A Design®, Asgrow®, Bollgard and Design®, Bollgard II and Design®, Bollgard II®, Bollgard®, DEKALB and Design®, DEKALB®, DroughtGard®, FarmFlex®, Fieldscripts & Design®,

FieldScripts®, Genuity Design®, Genuity®, Ground Breakers®, Growing Knowledge®, Integrated Farming Systems & Design®, Processor Preferred and Design®, Processor Preferred®, Respect the Refuge and Cotton Design®, RIB Complete and Design®, RIB Complete®, Roundup Ready 2 Xtend®, Roundup Ready 2 Yield®, Roundup Ready PLUS®, Roundup Ready®, Roundup Xtend™, Roundup®, Silage Proven and Design®, Silage Proven and Design™, SmartStax and Design®, SmartStax®, VaporGrip®, Vistive®, VT Double PRO®, VT Triple PRO®, XtendFlex™, XtendiMax®, YieldGard Corn Borer and Design®, YieldGard Rootworm and Design®, YieldGard VT and Design®, YieldGard VT Triple®, YieldGard VT® and YieldGard® are trademarks of Monsanto Technology LLC. Dedicated to Cotton. Committed to You. ® and Deltapine® are registered trademarks of Monsanto Company. LibertyLink and the Water Droplet Design®, LibertyLink®, Poncho® and VOTiVO® are registered trademarks of Bayer. Headline AMP® and Headline® are registered trademarks of BASF Corporation. Respect the Refuge and Corn Design® and Respect the Refuge® are registered trademarks of National Corn Growers Association. Commercialization dependent on multiple factors, including successful conclusion of the regulatory process. 20/20®, FieldView® is a trademark of Precision Planting LLC. All other trademarks are the property of their respective owners.©Monsanto Company.

Insect Resistance Management
Planting Refuges, Preserving Technology

Before opening a bag of seed, be sure to read, understand and accept the stewardship requirements, **including applicable refuge requirements for insect resistance management,** for the biotechnology traits expressed in the seed as set forth in the Monsanto Technology/Stewardship Agreement that you sign. By opening and using a bag of seed, you are reaffirming your obligation to comply with the most recent stewardship requirements.