# EXHIBIT 50


BASF
We create chemistry
Engenia™ Herbicide
U.S. Information Brochure

**Preface:** *This brochure is for the education of university researchers, distributors, retailers, consultants, and other users about the forthcoming registration of Engenia™ herbicide. This educational material is for informational purposes and is not intended to promote the sale of the product. Regulatory approval is expected in 2017 in the United States and Canada. Additional approvals are expected.*

*Any sale of this product after registration is obtained shall be solely on the basis of the EPA-approved product label, and any claims regarding product safety and efficacy shall be addressed solely by the label.*

**Disclaimer:** *The E.P.A requires specific testing to be done with any potential products to mix with Engenia herbicide. While BASF is working hard to provide our customers with a multitude of options, please check the label before using or applying Engenia herbicide.*

# contents


1 **Introduction**
2 **BASF Dicamba, A History of Innovation**
3 **Formulation, Use, and Stewardship**
6 **Resistance Management**

## Introduction

Developed specifically for dicamba-tolerant cropping systems, Engenia™ herbicide provides broad spectrum control or suppression of more than 200 broadleaf weeds, including many biotypes resistant to other herbicides. In the U.S., land infested with glyphosate-resistant weeds increased by 7 percent to 90.6 million acres, or 35 percent of total crop land.* Engenia herbicide is the most advanced BASF dicamba formulation with the lowest secondary loss profile.

The commercialization of dicamba-tolerant soybean and cotton will provide growers with a wide application window of Engenia herbicide use, including pre- and postemergence application timings. The ability to use Engenia herbicide prior to planting provides increased flexibility and consistency, especially in conservation tillage systems.

Engenia herbicide has a positive environmental and toxicological profile. On-target application is also greatly enhanced via the use of new nozzle technology and proper application techniques.

Commercial production of dicamba-tolerant soybeans and cotton in the U.S. and Canada is anticipated to begin in 2017.

**Key Features and Benefits:**

- Engenia herbicide is a dicamba-only product with no added glyphosate
- Broad-spectrum, broadleaf weed control through foliar and soil residual activity
- Low use rate allows for Direct Injection capability which means less cleaning time, less contamination risk, and easier management of field borders
- New site of action for in-crop use for the control and suppression of many glyphosate, triazine, ALS, and PPO-resistant weed biotypes
- Excellent dicamba-tolerant crop tolerance
- Advanced formulation reduces loss from volatility





**above:**
*Engenia herbicide was developed for use in dicamba-tolerant soybeans and cotton.*

** 2015 Stratus Report*

## BASF Dicamba, A History of Innovation

### Continuous Dicamba Formulation Leadership

- **1958** Discovery of DICAMBA
- **1964** **Banvel®** Herbicide (dicamba dimethylamine (DMA)): Corn, Sorghum, Sm Grains & Pasture
- **1986** **Marksman®** Herbicide (potassium dicamba + atrazine)
- **1992** **Clarity®** Herbicide (dicamba diglycolamine (DGA))
- **1998** **Distinct®** Herbicide (sodium dicamba + diflufenzopyr (DFFP))
- **2007** **Status®** Herbicide (sodium dicamba + DFFP + safener)
- **Est 2017** **Engenia™** Herbicide

1958 — 2017

## Site of Action

Dicamba, the active ingredient in Engenia™ herbicide, is a selective systemic herbicide that belongs to the benzoic acid chemical family and is classified by the Herbicide Resistance Action Committee (HRAC) and the Weed Science Society of America (WSSA) as a Group 4 herbicide. Dicamba mimics the natural plant hormone indole-3-acetic acid, and when applied at an effective rate, controls susceptible weeds by causing abnormal plant growth.

### Absorption and Translocation

Engenia herbicide is readily absorbed by leaves, roots, and shoots; translocates throughout the plant; and accumulates in areas of active growth, providing moderate residual control of germinating dicot weeds.

### Efficacy

Engenia herbicide applied to actively growing weeds provides postemergence control or suppression as well as moderate residual control of germinating weed seeds. Research

**left:**
*Before dicamba application:*
*Normal plant auxin levels =*
*Normal growth*

**right:**
*After dicamba application:*
*Elevated plant hormone levels =*
*Erratic growth, plant death*

▲ Natural auxin
▲ Dicamba







NOT REGISTERED OR AVAILABLE FOR SALE

indicates that Engenia™ herbicide controls most broadleaf weeds found in soybean and cotton production areas, including:

- Common lambsquarters
- Hemp sesbania
- Morningglory species
- Nightshade
- Waterhemp
- Wild buckwheat

Engenia herbicide also provides effective control of glyphosate-resistant biotypes, such as:

- Horseweed/marestail
- Common ragweed
- Giant ragweed
- Palmer amaranth
- Waterhemp
- Kochia

Applications should be made to small (less than 4 inches tall), actively growing weeds.

## Formulation, Use, and Stewardship

Engenia herbicide is formulated as a concentrated soluble liquid (SL) (5 lb ae/gal). It is developed for use on dicamba-tolerant crops including soybean and cotton.

### Maximizing On-Target Application

The primary objective is to maximize deposition on the target. Engenia herbicide's advanced formulation technology delivers significantly improved on-target performance.

Spray drift can be minimized through the use of nozzles that produce a droplet spectrum ranging from extremely coarse to ultra-coarse. Lower spray pressure, spray boom height, travel speed, and application during wind speed conditions ranging from 5 to 10 mph are other effective means to reduce spray drift.

Although the potential for dicamba volatility is low, the Engenia herbicide formulation was developed to further minimize secondary loss due to volatilization. The table on page 5 summarizes study results documenting the improvement in secondary loss with Engenia herbicide over dicamba DMA.

### Adjuvants

Best Application Practices:

- Any and all tank mix partners must be tested, approved and be on the Engenia herbicide label before adding
- Additives may be added to the spray solution to condition hard water
- Engenia herbicide cannot be mixed with ammonium containing additives or fertilizers
- Do not add adjuvants or certain conditioners that will further decrease pH or acidify the spray solution

### Compatibility with Other Herbicides

**Field trial: Postemergence Weed Control**




**Field trial: Preemergence Weed Control**




**top:**
*Small-seeded broadleaf control with Engenia herbicide at 3 to 5 weeks after treatment. Treatments were made with Engenia herbicide (600 g ae/l) at 6.4 oz/ac-12.8 oz/ac. When in combination with glyphosate, the treatments were applied at a 1:2 ratio of dicamba:glyphosate. Nonionic surfactant included in all treatments at 0.25% v/v. 2012 BASF field trial locations: IN, NE, IL, TN, ND, MO, IA, NC, AR*

**bottom:**
*Broadleaf weed control of Engenia herbicide mixed with residual herbicides at 5-6 weeks after preemergence application. 2011 BASF field trial locations: MN, ND, OH, IL, IA*



**above:**

*Spraying Systems Company TurboTeeJet® Induction nozzle is highly recommended for Engenia herbicide application.*

### Engenia™ Herbicide: Why a System Approach?




*n = 11 Palmer pigweed (1), waterhemp (4), redroot pigweed (2), lambsquarters (2), common mallow (1), Eastern black nightshade (1); Zidua herbicide rates were labeled rate adjusted according to soil texture. Optill® PRO herbicide = labeled rate; Glyphosate = 22 fl oz/A Roundup PowerMAX®. Acetochlor = 1.5 qts/A, metolachlor and fomesafen = 2 pints/A; All POST treatments included NIS at 0.25% v/v. Trials conducted 2012 in IL, IA, OH, IN, NE, ND*

### Percent Weed Control at 2-3 Weeks After Early Postemergence Treatment




*Engenia herbicide applied at proposed label rate. Glyphosate @ 24 oz/ac. Outlook (dimethenamid-p) herbicide rate varied depending on soil type and represents labeled use rates. BASF 2011 trials conducted in corn at the following locations: IN, SD, KS, IL, NE, MN, and Canada.*

### Best Application Practices:




**above:**

*BASF data using Engenia herbicide and glyphosate (32 oz/acre) with 04 orifice size nozzles at 40 PSI.*

*Data shown as bars represent the % volume of droplets < 150 µm in size.*

## Compatibility with Other Herbicides

Dicamba, the active ingredient in Engenia herbicide, is recognized as an ideal tank mix partner with many other herbicides. Any and all tank mix partners must be tested, approved and be on the Engenia herbicide label before adding. Tank mixes provide an opportunity to expand the total weed control spectrum beyond a single herbicide and reduce resistance selection pressure on a single herbicide mechanism or site of action through overlapping control or suppression of target weeds. The use of herbicides with different sites of action is one of the most important steps in a weed management strategy.



NOT REGISTERED OR AVAILABLE FOR SALE

## Sprayer Cleanout

Sprayer cleanout is an important step in minimizing risk to non-target crops and maximizing product stewardship. Tank contamination may cause injury to a non-tolerant crop following application of Engenia herbicide. To avoid contamination, clean screens and filters, and triple rinse using a commercial tank cleaner. This is necessary to ensure thorough sprayer system cleaning.

- After spraying, drain the sprayer (including boom). DO NOT allow the spray solution to remain in the sprayer overnight or for extended periods of time.
- Flush tank, hoses, boom, and nozzles with clean water. Open boom ends and flush if so equipped.
- Inspect and clean all strainers, screens, and filters.
- Utilize a detergent-based sprayer cleaner according to the manufacturer's directions.
- Wash all parts of the tank, including the inside top surface. Start agitation in the sprayer and thoroughly recirculate the cleaning solution for at least 15 minutes. All visible deposits must be removed from the spraying system.
- Flush hoses, spray lines, and nozzles with the cleaning solution for at least one minute. Remove nozzles, screens, and strainers, and clean separately in the cleaning solution after completing the above procedure.
- Dispose of rinsate in compliance with local, state, and federal guidelines.
- Drain pump, filter, and lines.
- Rinse the complete spraying system with clean water and dispose of rinsate in compliance with local, state, and federal guidelines.

### Engenia™ Herbicide Differentiation: Volatility Concerns Addressed




**above:**
*Relative volatility ratings using five different measurement techniques: Field testing, Humidome, TGA, C14, Incubator*





**top:**
*Crop with glyphosate-resistant weeds present*

**bottom:**
*Control of glyphosate-resistant Palmer amaranth in dicamba-tolerant soybean, shown here treated with Engenia herbicide and glyphosate (post)*

## Resistance Management

An effective weed management program includes the use of multiple herbicides with different sites of action and overlapping weed spectrum combined with other cultural and mechanical control tactics. In order to minimize selection for weed populations resistant to one or more herbicides, Engenia™ herbicide should be applied to emerged weeds no larger than four inches in a planned herbicide program. A program should include preplant or preemergence residual herbicides utilizing alternate sites of action.

The combination of dicamba and glyphosate herbicide-tolerant traits will allow growers to leverage the proven performance of Engenia herbicide as part of a diversified weed management program.

Engenia herbicide offers a complementary chemistry to glyphosate and delivers effective control or suppression of over 200 annual and perennial broadleaf weeds. It provides a site of action that effectively controls or suppresses weeds resistant to herbicides such as glyphosate, triazine, ALS, and PPO herbicides.

Preemergence application of a residual herbicide followed by postemergence in-crop application of Engenia herbicide provides more consistent and complete weed control compared to postemergence-only applications.




*2015 Stratus Report*



NOT REGISTERED OR AVAILABLE FOR SALE

**Percent Weed Control at 2-3 Weeks After Early Postemergence Treatment**

In order to manage increasing weed resistance, BASF recommends the following herbicide resistance guidelines published by the Weed Science Society of America (WSSA):

- Understand the biology of the weeds present
- Use a diversified approach to weed management focused on preventing weed seed production and reducing the number of weed seeds in the soil seedbank
- Control emerged weeds prior to planting
- Plant weed-free crop seed
- Scout fields routinely
- Use multiple herbicide sites of action that are effective against the most troublesome or herbicide-resistance-prone weeds
- Apply the labeled herbicide rate at recommended weed sizes
- Emphasize cultural practices that suppress weeds by utilizing crop competitiveness
- Use mechanical and biological management practices where appropriate
- Prevent field-to-field and within-field movement of weed seed or vegetative propagules
- Manage weed seed at harvest and post-harvest to prevent a buildup of the weed seedbank
- Prevent an influx of weeds into the field by managing field borders

# notes



NOT REGISTERED OR AVAILABLE FOR SALE

# notes



**BASF Agricultural Products**
26 Davis Drive,
Research Triangle Park, NC
27709
USA
+1 919-547-2000
www.agro.basf.com

Engenia is a trademark of BASF.

Banvel, Clarity, Distinct, Marksman, Optill and Status are registered trademarks of BASF.

Warrant is a registered trademark of Monsanto Corporation.

Turbo TeeJet Induction is a registered trademark of TeeJet Technologies.

© 2016 BASF Corporation.
All Rights Reserved.
GL-7007A May 2016