# EXHIBIT 52

# ATTENTION:

This specimen label is provided for general information only.

- This pesticide product may not yet be available or approved for sale or use in your area.
- It is your responsibility to follow all Federal, state and local laws and regulations regarding the use of pesticides.
- Before using any pesticide, be sure the intended use is approved in your state or locality.
- Your state or locality may require additional precautions and instructions for use of this product that are not included here.
- Monsanto does not guarantee the completeness or accuracy of this specimen label. The information found in this label may differ from the information found on the product label. You must have the EPA approved labeling with you at the time of use and must read and follow all label directions.
- You should not base any use of a similar product on the precautions, instructions for use or other information you find here.
- Always follow the precautions and instructions for use on the label of the pesticide you are using.

35008P3-5

GROUP 4 HERBICIDE

XTENDIMAX™ With VaporGrip™ Technology

**FOR WEED CONTROL IN ASPARAGUS, CONSERVATION RESERVE PROGRAMS, CORN, COTTON, FALLOW CROPLANDS, GENERAL FARMSTEAD (NONCROPLAND), SORGHUM, HAY, PASTURE, RANGELAND, SMALL GRAINS, SOD FARMS AND FARMSTEAD TURF AND SOYBEAN.**

Not all products recommended on this label are registered in California. Check the registration status of each product in California before using.

Read the entire label before using this product.

Use only according to label instructions.

Read the "LIMIT OF WARRANTY AND LIABILITY" statement at the end of the label before buying or using. If terms are not acceptable, return at once unopened.

## Complete Directions for Use

EPA Reg. No. 524-617

## 1.0 INGREDIENTS

**ACTIVE INGREDIENT:**

Diglycolamine salt of dicamba (3,6-dichloro-*o*-anisic acid)* .......... 42.8%
**OTHER INGREDIENTS:** .......... 57.2%
**TOTAL:** .......... 100.0%

* contains 29.0%, 3,6-dichlro-*o*-anisic acid (2.9 pounds acid equivalent per U.S. gallon or 350 grams per liter).

## 2.0 IMPORTANT PHONE NUMBERS

1. FOR PRODUCT INFORMATION OR ASSISTANCE IN USING THIS PRODUCT, **CALL TOLL-FREE, 1-800-332-3111.**
2. IN CASE OF AN EMERGENCY INVOLVING THIS HERBICIDE PRODUCT, OR FOR MEDICAL ASSISTANCE, **CALL COLLECT, DAY OR NIGHT, (314)-694-4000.**

**IN CASE OF SPILL:**

**Steps to be taken in case material is released or spilled:**

Dike and contain the spill with inert material (sand, earth, etc.) and transfer liquid and solid diking material to separate containers for disposal. Remove contaminated clothing, and wash affected skin areas with soap and water. Wash clothing before re-use. Keep the spill out of all sewers and open bodies of water.

## 3.0 PRECAUTIONARY STATEMENTS

## 3.1 Hazards to Humans and Domestic Animals

Keep out of reach of children.

# CAUTION!

Causes moderate eye irritation. Avoid contact with eyes or clothing. Wash thoroughly with soap and water after handling and before eating, drinking, chewing gum, using tobacco or using the toilet.

| FIRST AID | |
|---|---|
| **IF IN EYES** | • Hold eye open and rinse slowly and gently with water for 15 to 20 minutes.<br>• Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye.<br>• Call a poison control center or doctor for treatment advice. |
| **IF SWALLOWED** | • Call a poison control center or doctor immediately for treatment advice.<br>• Have person sip a glass of water if able to swallow.<br>• Do not induce vomiting unless told to do so by a poison control center or doctor.<br>• Do not give anything to an unconscious person. |
| **IF ON SKIN OR CLOTHING** | • Take off contaminated clothing.<br>• Rinse skin immediately with plenty of water for 15 to 20 minutes.<br>• Call a poison control center or doctor for treatment advice. |

- Have the product container or label with you when calling a poison control center or doctor, or going for treatment.
- You can call **(314) 694-4000**, collect day or night, for emergency medical treatment information.
- This product is identified as **Xtendimax™ With VaporGrip™ Technology, EPA Registration No. 524-617.**

**PERSONAL PROTECTIVE EQUIPMENT (PPE)**

Some materials that are chemical-resistant to this product are nitrile rubber and butyl rubber. If you want more options, follow the instructions for Category C on an EPA chemical-resistance category selection chart.

**All mixers, loaders, applicators and other handlers must wear:**

- Long-sleeved shirt and long pants
- Chemical-resistant gloves
- Shoes plus socks

See "Engineering Controls Statement" for additional requirements.
Follow the manufacturer's instructions for cleaning and maintaining PPE. If no such instructions for washables exist, use detergent and hot water. Keep and wash PPE separately from other laundry.

**ENGINEERING CONTROLS STATEMENT**

When handlers use closed systems, or enclosed cabs in a manner that meets the requirements listed in the Worker Protection Standard (WPS) for agricultural pesticides [40 CFR 170.240 (d) (4-6)], the handler PPE requirements may be reduced or modified as specified in the WPS.

IMPORTANT: When reduced PPE is worn because a closed system is being used, handlers must be provided all PPE specified above for "all mixers, loaders, applicators and other handlers" and have such PPE immediately available for use in an emergency, such as a spill or equipment breakdown.

**USER SAFETY RECOMMENDATIONS**

Users should:

- Wash hands before eating, drinking, chewing gum, using tobacco or using the toilet.
- Remove clothing/PPE immediately if pesticide gets inside. Then wash thoroughly and put on clean clothing.
- Remove PPE immediately after handling this product. Wash the outside of gloves before removing. As soon as possible, wash thoroughly and change into clean clothing.

## 3.2 Environmental Hazards

Do not apply directly to water, or to areas where surface water is present or to intertidal areas below the mean high water mark. Do not contaminate water when disposing of equipment washwaters or rinsate. Apply this product only as directed on the label.

This chemical is known to leach through soil into ground water under certain conditions as a result of agricultural use. Use of this chemical in areas where soils are permeable, particularly where the water table is shallow, may result in ground water contamination.

**GROUND AND SURFACE WATER PROTECTION**

**Point source contamination** - To prevent point source contamination, do not mix or load this pesticide product within 50 feet of wells (including abandoned wells and drainage wells), sink holes, perennial or intermittent streams and rivers, and natural or impounded lakes and reservoirs. Do not apply pesticide product within 50 feet of wells. This setback does not apply to properly capped or plugged abandoned wells and does not apply to impervious pad or properly diked mixing/loading areas as described below.

Mixing, loading, rinsing, or washing operations performed within 50 feet of a well are allowed only when conducted on an impervious pad constructed to withstand the weight of the heaviest load that may be on or move across the pad. The pad must be self-contained to prevent surface water flow over or from the pad. The pad capacity must be maintained at 110% that of the largest pesticide container or application equipment used on the pad and have sufficient capacity to contain all product spills, equipment or container leaks, equipment wash waters, and rainwater that may fall on the pad. The containment capacity does not apply to vehicles delivering pesticide shipments to the mixing/loading site. States may have in effect additional requirements regarding wellhead setbacks and operational containment.

Care must be taken when using this product to prevent: a) back siphoning into wells, b) spills or c) improper disposal of excess pesticide, spray mixtures or rinsates. Check valves or anti-siphoning devices must be used on all mixing equipment.

**Movement by surface runoff or through soil** - Do not apply under conditions which favor runoff. Do not apply to impervious substrates such as paved or highly compacted surfaces in areas with high potential for ground water contamination. Ground water contamination may occur in areas where soils are permeable or coarse and ground water is near the surface. Do not apply to soils classified as sand with less than 3% organic matter and where ground water depth is shallow. To minimize the possibility of ground water contamination, carefully follow application rate recommendations as affected by soil type in the Crop Specific Information section of this label.

**Movement by water erosion of treated soil** - Do not apply or incorporate this product through any type of irrigation equipment nor by flood or furrow irrigation. Ensure treated areas have received at least one-half inch rainfall (or irrigation) before using tailwater for subsequent irrigation of other fields.

**ENDANGERED SPECIES CONCERNS**

The use of any pesticide in a manner that may kill or otherwise harm an endangered species or adversely modify their habitat is a violation of federal law.

## DIRECTIONS FOR USE

It is a violation of Federal law to use this product in any manner inconsistent with its labeling. This product can only be used in accordance with the Directions for Use on this label or in separately published Monsanto supplemental labeling. Supplemental labeling can be obtained from your Authorized Monsanto Retailer or Monsanto Company Representative. This labeling must be in the user's possession during application.

Do not apply this product in a way that will contact workers or other persons, either directly or through drift. Only protected handlers may be in the area during application. For any requirements specific to your State or Tribe, consult the agency responsible for pesticide regulations.

### AGRICULTURAL USE REQUIREMENTS

Use this product only in accordance with its labeling and with the Worker Protection Standard, 40 CFR Part 170. This standard contains requirements for the protection of agricultural workers on farms, forests, nurseries, and greenhouses, and handlers of agricultural pesticides. It contains requirements for training, decontamination, notification, and emergency assistance. It also contains specific instructions and exceptions pertaining to the statements on this label about Personal Protective Equipment (PPE), and restricted-entry intervals. The requirements in this box only apply to uses of this product that are covered by the WPS.

Do not enter or allow worker entry into treated areas during the restricted-entry interval (REI) of 24 hours.

PPE required for early entry to treated areas that is permitted under the Worker Protection Standard and that involves contact with anything that has been treated, such as, plants, soil, or water is:

Coveralls worn over short-sleeved shirt and short pants
Chemical-resistant footwear plus socks
Chemical-resistant gloves made of any waterproof material
Chemical-resistant headgear for overhead exposure
Protective eyewear

### NON-AGRICULTURAL USE REQUIREMENTS

The requirements in this box apply to uses of this product that are NOT within the scope of the Worker Protection Standard for agricultural pesticides (40 CFR Part 170). The WPS applies when this product is used to produce agricultural plants on farms, forests, nurseries, or greenhouses.

Do not enter or allow people (or pets) to enter the treated area until sprays have dried. Do not apply this product in a way that will contact workers or other persons, either directly or through drift. Do not enter or allow other people or pets to enter until sprays have dried.

## 4.0 STORAGE AND DISPOSAL

Proper pesticide storage and disposal are essential to protect against exposure to people and the environment due to leaks and spills, excess product or waste, and vandalism. Do not allow this product to contaminate water, foodstuffs, feed or seed by storage and disposal.

Open dumping is prohibited. This product may not be mixed, loaded, or used within 50 feet of all wells including abandoned wells, drainage wells, and sinkholes.

**PESTICIDE STORAGE:** Groundwater contamination may be reduced by diking and flooring of permanent liquid bulk storage sites with an impermeable material. Spillage or leakage should be contained and absorbed with clay granules, sawdust, or equivalent material for disposal.

Store in original container in a well-ventilated and away from food, pet food, feed, seed, fertilizers, and veterinary supplies. Avoid cross-contamination with other pesticides. Keep container closed to prevent spills and contamination.

**PESTICIDE DISPOSAL:** To avoid wastes, use all material in this container, including rinsate, by application according to label directions. If wastes cannot be avoided, offer remaining product to a waste disposal facility or pesticide disposal program. Such programs are often run by state or local governments or by industry. All disposal must be in accordance with applicable federal, state and local regulations and procedures.

**CONTAINER HANDLING AND DISPOSAL:** See container label for container handling and disposal instructions and refilling limitations.

## 5.0 PRODUCT INFORMATION

Do not apply by air. This product is a water-soluble formulation intended for control and suppression of many annual, biennials, and perennial broadleaf weeds, as well as woody brush and vines listed in the WEEDS CONTROLLED section of this label. This product may be used for control of these weeds in asparagus, corn, cotton, conservation reserve programs, fallow cropland, grass grown for seed, hay, proso millet, pasture, rangeland, general farmstead (noncropland), small grains, sod farms and farmstead turf, sorghum, soybean, and sugarcane.

Xtendimax™ With VaporGrip™ Technology is a postemergence, systemic herbicide which can have moderate residual control on small seeded broadleaf weeds, including waterhemp, lambsquarters and Palmer pigweed, depending on rainfall and soil type.

Refer to the CROP-SPECIFIC INFORMATION section for application timing and other crop-specific details.

**Xtendimax™ With VaporGrip™ Technology** is readily absorbed by plants through shoot and root uptake, translocates throughout the plant's system, and accumulates in areas of active growth. **Xtendimax™ With VaporGrip™ Technology** interferes with the plant's growth hormones (auxins) resulting in death of many broadleaf weeds.

Do not add surfactants, additives containing surfactants buffering agents or pH adjusting agents to the spray solution when **Xtendimax™ With VaporGrip™ Technology** is the only pesticide being applied unless otherwise directed. See the MIXING section of this label for instructions regarding other additives.

## 6.0 WEED RESISTANCE MANAGEMENT

| GROUP | 4 | HERBICIDE |
|---|---|---|

Dicamba mimics auxin (a plant hormone) resulting in a hormone imbalance in susceptible plants that interferes with normal cell division, cell enlargement, and protein synthesis. Dicamba active ingredient is a Group 4 herbicide based on the mode of action classification system of the Weed Science Society of America. Any weed population can contain plants naturally resistant to Group 4 herbicides. Weed species resistant to Group 4 herbicides can be effectively managed utilizing another herbicide from a different Group, or by using other cultural or mechanical practices..

### 6.1 Weed Management Practices

To minimize the occurrence of dicamba-resistant biotypes, observe the following weed management practices:

- Scout your fields before and after herbicide application.
- Start with a clean field, using either a burndown herbicide application or tillage.
- Control weeds early when they are relatively small (less than 4 inches).
- Incorporate other herbicides (e.g., a selective and/or a residual herbicide) and cultural practices (e.g., tillage or crop rotation) as part of your weed control system, where appropriate.
- Use the full recommended herbicide rate and proper application timing for the hardest to control weed species present in the field. Avoid tank mixtures with other herbicides that reduce the efficacy of this product (through antagonism), or with ones that encourage application rates of this product below those specified on this label.
- Control weed escapes before they reproduce by seed or proliferate vegetatively.
- Clean equipment before moving from field to field to minimize the spread of weed seed or plant parts.
- Use new commercial seed that is as free of weed seed as possible.
- Use good agronomic principles that enhance crop development and crop competitiveness.
- Report any incidence of repeated non-performance of this product on a particular weed to your Monsanto representative, local retailer, or county extension agent.

### 6.2 Management of Dicamba-Resistant Biotypes

Appropriate testing is critical in order to determine if a weed is resistant to dicamba. Contact your Monsanto representative to determine if resistance in any particular weed biotype has been confirmed in your area, or visit on the Internet www.weedresistancemanagement.com or www.weedscience.org.

Since the occurrence of new dicamba-resistant weeds cannot be determined until after product use and scientific confirmation, Monsanto Company is not responsible for any losses that result from the failure of this product to control dicamba-resistant weed biotypes.

The following good agronomic practices can reduce the spread of confirmed dicamba-resistant biotypes:

- If a naturally occurring resistant biotype is present in your field, this product may be tank-mixed or applied sequentially with an appropriately labeled herbicide with a different mode of action to achieve control.
- Cultural and mechanical control practices (e.g., crop rotation or tillage) can also be used as appropriate.
- Scout treated fields after herbicide application and control weed escapes, including resistant biotypes, before they set seed.
- Thoroughly clean equipment before leaving fields known to contain resistant biotypes.

## 7.0 MIXING

### 7.1 Compatibility Test for Mix Components

Before mixing components, always perform a compatibility jar test.

- For 20 gallons per acre spray volume, use 3.3 cups (800 mL) of water. For other spray volumes, adjust rates accordingly. Only use water from the intended source at the source temperature.
- Add components in the sequence indicated in the Mixing Order section below using 2 teaspoons for each pound or 1 teaspoon for each pint of labeled use rate per acre.
- Cap the jar and invert 10 cycles between component additions.
- When the components have all been added to the jar, let the solution stand for 15 minutes.
- Evaluate the solution for uniformity and stability. The spray solution should not have free oil on the surface; fine particles that precipitate to the bottom; or thick (clabbered) texture. If the spray solution is not compatible, repeat the compatibility test with the addition of a suitable compatibility agent. If the solution is then compatible, use the compatibility agent as directed on its label. If the solution is still incompatible, then do not mix the ingredients in the same tank.

### 7.2 Mixing Order

1. Water - Begin by agitating a thoroughly clean sprayer tank three-quarters full of clean water.
2. Agitation - Maintain constant agitation throughout mixing and application.
3. Inductor - If an inductor is used, rinse it thoroughly after each component has been added.
4. Products in PVA bags - Place any product contained in water-soluble PVA bags into the mixing tank. Wait until all water-soluble PVA bags have fully dissolved and the product is evenly mixed in the spray tank before continuing.
5. Water-dispersible products (dry flowables, wettable powders, suspension concentrates, or suspo-emulsions)
6. Water-soluble products (such as **Xtendimax™ With VaporGrip™ Technology**)
7. Emulsifiable concentrates (such as oil concentrate when applicable)
8. Water-soluble additives (when applicable)
9. Remaining quantity of water.

Maintain constant agitation during application

## 7.3 Tank Mixtures

This product may be tank-mixed with other registered herbicides to provide longer residual weed control, a broader weed control spectrum or an alternate mode of action. Always read and follow label directions for all products in the tank mixture.

Some tank-mix products have the potential to cause crop injury under certain conditions, at certain growth stages and/or under other circumstances. Read the label for all products to be used in the tank mixture prior to use to determine the potential for crop injury.

Tank mixtures with other herbicides, insecticides, fungicides, miticides, additives, micronutrients or foliar fertilizers could result in reduced weed control, physical incompatibility or crop injury. Monsanto has not tested all tank-mix product formulations for compatibility, antagonism or reduction in product performance. Unless prohibited by law, buyer and all users are solely responsible for any and all loss or damage in connection with the use or handling of mixtures of this product with herbicides or other materials that are not expressly specified on this label or in separate supplemental labeling or Fact Sheets published for this product.

Refer to the tank mix product labels to confirm that the respective tank mix products are registered for the specific crop use. Refer to all individual product labels, supplemental labeling and Fact Sheets for all products in the tank mixture, and observe all precautions and limitations on the label, including application timing restrictions, soil restrictions, minimum re-cropping intervals and rotational guidelines. Use according to the most restrictive precautionary statements for each product in the tank mixture. See the CROP-SPECIFIC INFORMATION section for more details.

Always predetermine the compatibility of all tank-mix products together in the carrier by mixing small proportional quantities in advance.

Apply this product or tank mixtures with this product at a minimum spray volume rate of 10 GPA.

The herbicide products listed may be applied with **Xtendimax™ With VaporGrip™ Technology** according to the specific tank mixing instructions in this label and respective product labels:

| | |
|---|---|
| Accent® (nicosulfuron) | Harness® (acetochlor) |
| Asulox® (asulam) | Harness® Xtra (acetochlor + atrazine) |
| Atrazine | Hornet™ (flumetsalam + clopyralid) |
| Authority® Assist (sulfentrazone + imazethapyr) | Karmex® (diuron) |
| Authority® XL (sulfentrazone + chlorimuron ethyl) | Lexone® (metribuzin) |
| Axiom™ (flufenacet + metribuzin) | Liberty® (glufosinate) |
| Basagran® (bentazon) | Lightning® (imazethapyr + imazapyr) |
| Beacon® (primisulfuron-methyl) | MCPA |
| Bicep II Magnum® (s-metolachlor + atrazine) | Paramount® (quinclorac) |
| Bronate® (bromoxynil + MCPA) | Peak® (prosulfuron) |
| Buctril® (bromoxynil) | Permit® (halosulfuron) |
| Caparol® (prometryn) | Princep® (simazine) |
| Crossbow® (2,4-D + triclopyr) | Prowl® (pendimethalin) |
| Curtail® (clopyralid + 2,4-D) | Python™ (flumetsulam) |
| Dakota® (fenoxaprop + MCPA) | Roundup WeatherMAX® (glyphosate) |
| Degree™ (acetochlor) | Roundup PowerMAX® (glyphosate) |
| Degree Xtra™ (acetochlor + atrazine) | RT 3® (glyphosate) |
| Dual Magnum™ (s-metolachlor) | Sencor® (metribuzin) |
| Dual II Magnum® (s-metolachlor + atrazine) | Spirit™ (primisulfuron + prosulfuron) |
| Express® (thifensulfuron + tribenuron-methyl) | Stinger® (clopyralid) |
| Fierce® (flumioxazin + pyroxasulfone) | Surpass® (acetochlor) |
| FulTime™ (acetochlor + atrazine) | TopNotch™ (acetochlor) |
| Gangster® (flumioxazin + cloransulam-methyl) | Tordon® 22K (picloram) |
| Garlon® (triclopyr) | Valor® (flumioxazin) |
| Glean® (chlorsulfuron) | 2,4-D |
| Guardsman® (dimethenamid + atrazine) | |

This product may also be used in tank mixtures with foliar applied insecticides including synthetic pyrethroids such as Ambush®, Asana®, Pounce® and Warrior® insecticides or with the carbamate insecticide Furadan®. Do not apply in tank mixtures with Lorsban® insecticide.

## 7.4 Surfactants and Adjuvants

Although not always required, surfactant may be added to spray solutions of this product.

A quality nonionic surfactant (NIS) of at least 70% active may be added to the spray solution at 0.25 percent surfactant concentration (1 quart per 100 gallons of spray solution). Read and carefully observe all caution statements and other information on the surfactant label.

Do not add acidifying buffering agents, acidic pH adjusting agents or adjuvants other than agriculturally approved NIS to the spray solution.

Instead of NIS, oil concentrate surfactants such as crop oil concentrate (COC), high surfactant oil concentrate (HSOC) or methylated seed oil (MSO) may be used at 1 to 2 quarts/100 gallons (0.5% to 1% v/v), but at least 1 pint/acre. Do not use crop oil concentrates (COC) or methylated seed oils (MSO) as adjuvants when this product is applied with a Roundup Brand Agricultural Herbicide. When **Xtendimax™ With VaporGrip™ Technology** is used with another herbicide that requires the use of a COC or MSO adjuvant follow the label instructions of that product.

A crop oil concentrate must contain either a petroleum or vegetable oil base and must meet all of the following criteria:

- be nonphytotoxic,
- contain only EPA-exempt ingredients,
- provide good mixing quality in the jar test, and
- be successful in local experience.

The exact composition of suitable products will vary; however, vegetable and petroleum oil concentrates should contain emulsifiers to provide good mixing quality. Highly refined vegetable oils have proven more satisfactory than unrefined vegetable oils.

Adjuvants containing crop oil concentrates may be used in preplant, pre-emergence, and preharvest application, as well as in pastures and noncropland. Do not use crop oil concentrate for postemergence in-crop applications unless specifically allowed in section 10 Crop-Specific Information of this label or in separate supplemental labeling.

## 7.5 Drift Reduction Additives

Nozzle selection is one of the most important parameters for drift reduction. A drift reduction additive may be used with this product to further reduce fine droplets. Not all drift reduction additives are compatible with every nozzle type and pesticide / adjuvant combination. Check with the additive manufacturer to insure that the drift additive will work properly with the spray nozzle, spray pressure and your specific spray solution.

Read and carefully observe all precautions, limitations and all other information on the product label.

# 8.0 APPLICATION EQUIPMENT AND TECHNIQUES

DO NOT APPLY THIS PRODUCT USING AERIAL SPRAY EQUIPMENT .

**Xtendimax™ With VaporGrip™ Technology** can be applied to actively growing weeds as broadcast, band, or spot spray applications using water or sprayable fertilizer as a carrier. Control weeds early when they are relatively small (less than 4 inches). Timely application to small weeds early in the season will improve control and reduce weed competition. Refer to table 1 for general **Xtendimax™ With VaporGrip™ Technology** application rates for control or suppression by weed type and growth stage. For crop-specific application timing and other details, refer to the CROP-SPECIFIC INFORMATION section of this label.

APPLY THIS PRODUCT USING PROPERLY MAINTAINED AND CALIBRATED EQUIPMENT CAPABLE OF DELIVERING THE DESIRED VOLUMES.

**CULTIVATION** Do not cultivate within 7 days after applying this product.

## 8.1 Spray Drift Management

Do not allow herbicide solution to mist, drip, drift or splash onto desirable vegetation because severe injury or destruction to desirable broadleaf plants could result. The following drift management requirements must be followed to ensure application accuracy from ground application onto agricultural field crops.

**Controlling Droplet Size**

The most effective way to reduce drift potential is to apply large droplets that provide sufficient coverage and control. Applying larger droplets reduces drift potential, but will not prevent drift if the application is made improperly, or under unfavorable environmental conditions (see the **"Wind Speed and Direction"**, **"Temperature and Humidity"** and **"Temperature Inversions"** sections of this label).

- **Nozzle type.** Use only spray nozzles that produce very coarse to ultra coarse spray droplets and minimal amounts of fine spray droplets as defined by the American Society of Agricultural and Biological Engineers (ASABE S-572.1). Do not use conventional flat fan nozzles that produce an excessive amount of driftable fines. Common examples are the TeeJet® XR and Turbo Teejet.

Check nozzle manufacturer's recommendations to determine the proper droplet spectrum, operating pressure, boom height, nozzle spacing and ground speed that will deliver the desired droplet size and spray volume of at least 10 GPA for the nozzle selected that will produce a very coarse to ultra coarse spray droplet.

- **Spray Pressure.** Adjust pressure for selected nozzles according to the nozzle manufacturer to maintain very coarse to ultra coarse droplets. Use sufficient spray pressure with air induction nozzles to ensure a good spray pattern, while maintaining very coarse to ultra coarse droplets; use at least 30 psi to ensure proper pattern overlap. Confirm that sprayer rate controller hardware (if so equipped) does not increase pressure above the desired range. Calibrate the flow rate for the selected nozzles on the equipment used to apply this product.
- **Spray Volume.** Apply this product in a minimum of 10 gallons of spray solution per acre. Use a higher spray volume when treating dense vegetation. Higher spray volumes also allow the use of larger nozzle orifices (sizes) which produce coarser spray droplets along with a lower percentage of driftable fines.
- **Equipment Ground Speed.** Select a ground speed less than 15 miles per hour that will deliver the desired spray volume while maintaining the desired spray pressure. Slower speeds generally result in better spray coverage and deposition on the target area.
- **Spray boom Height.** Spray at the appropriate boom height based on nozzle selection and nozzle spacing (not more than 24 inches above target pest or crop canopy). Set boom to lowest effective height over the target pest or crop canopy based on equipment manufacturer's directions. For example, the 110o series nozzle is preferred as it allows for the lowest boom height (maximum of 20 inches above the target pest or crop canopy). Automated boom height controllers are recommended with large booms to better maintain optimum nozzle to canopy height. Excessive boom height will increase the potential for spray drift.

**Temperature and Humidity**

When making applications in low relative humidity, set up equipment to produce larger droplets to compensate for evaporation. Droplet evaporation is most severe when conditions are both hot and dry.

**Temperature Inversions.** Do not apply during a temperature inversion because off-target movement potential is high.

- During a temperature inversion, the atmosphere is very stable and vertical air mixing is restricted, which causes small, suspended droplets to remain in a concentrated cloud. This cloud can move in unpredictable directions due to the light, variable winds common during inversions.
- Temperature inversions are characterized by increasing temperatures with altitude and are common on evenings and nights with limited cloud cover and light to no wind. Cooling of air at the earth's surface takes place and warmer air is trapped above it. They begin to form as the sun sets and often continue into the morning.
- Their presence can be indicated by ground fog; however, if fog is not present, inversions can also be identified by the movement of smoke from a ground source or an aircraft smoke generator. Smoke that layers and moves laterally in a concentrated cloud (under low wind conditions) indicates an inversion, while smoke that moves upward and rapidly dissipates indicates good vertical air mixing.

- The inversion will dissipate with increased winds (above 3 miles per hour) or at sunrise when the surface air begins to warm (generally 3°F from morning low).

**Wind Speed and Direction**

- Drift potential is lowest between wind speeds of 3 to 10 miles per hour.
- If the wind speed is 3 miles per hour or less and fog is present, indicating a temperature inversion, do not apply this product.
- If fog is not present, conduct a smoke test. Smoke that moves upward confirms there is no inversion present whereas smoke that layers and moves laterally in a concentrated cloud indicates a temperature inversion exists. Do not apply this product during a temperature inversion. Wait until the temperature has risen at least 3 degrees Fahrenheit from the morning low temperature or the wind speed is greater than 3 miles per hour to ensure that any inversion has lifted.
- Do not spray this product when the wind is blowing in the direction of a sensitive area at a wind speed greater than 10 miles per hour.
- For wind speed and direction restrictions for application of this product see the table below:

| Wind speed | Application conditions and restrictions |
|---|---|
| <3 mph | Do not apply this product if temperature inversion exists |
| 3-10 mph | Optimum conditions for application of this product. |
| >10 – 15 mph | Do not apply this product when wind is blowing toward sensitive areas |
| > 15 mph | Do not apply this product |

**NOTE:** Local terrain can influence wind patterns. Every applicator must be familiar with local wind patterns and how they affect drift.

**Sensitive Areas**

Sensitive areas include known habitat for threatened or endangered species, non-target sensitive crop, residential areas, and greenhouses.

Applicators are required to ensure that they are aware of the proximity to sensitive areas, to avoid potential adverse effects from off-target movement of **Xtendimax™ With VaporGrip™ Technology**. The applicator must survey the application site for neighboring sensitive areas prior to application. The applicator also should consult sensitive crop registries for locating sensitive areas where available.

Failure to follow the requirements in this label, could result in severe injury or destruction to desirable sensitive crops and trees, particularly beans, cotton, flowers, fruit trees, grapes, ornamentals, peas, potatoes, soybeans, sunflowers, tobacco, tomatoes, and other broadleaf plants when contacting their roots, stems or foliage.

**Application Awareness**

AVOIDING SPRAY DRIFT AT THE APPLICATION SITE IS THE RESPONSIBILITY OF THE APPLICATOR.

The interaction of equipment and weather related factors must be monitored to maximize performance and on-target spray deposition. The applicator is responsible for considering all of these factors when making a spray decision.

## 8.2 Ground Application (Broadcast)

**Water Volume:** Use a minimum of 10 gallons of spray solution per broadcast acre for optimal performance. Use the higher spray volume (20 gallons per acre) when treating dense or tall vegetation.

**Application Equipment:** Select nozzles designed to produce minimal amounts of fine spray particles. Spray with nozzles as close to the weeds as practical for good weed coverage.

**Table 1. Xtendimax™ With VaporGrip™ Technology Application Rates for Control or Suppression by Weed Type and Growth Stage**

Use rate limitations are given in sections 9 (RESTRICTIONS) and 10 (CROP-SPECIFIC INFORMATION)

| Weed Type and Stage | Rate Per Acre | Weed Type and Stage | Rate Per Acre |
|---|---|---|---|
| **Annual**[1] | | **Perennial** | |
| Small, actively growing | 11 – 22 fluid ounces | Top growth suppression | 11 – 22 fluid ounces |
| | | Top growth control and root suppression | 22 – 44 fluid ounces |
| Established weed growth | 22 – 33 fluid ounces | Noted perennials (footnote 1 in Section 10.0). | 44 fluid ounces |
| | | Other perennials[3] | 44 fluid ounces |
| **Biennial** | | **Woody Brush & Vines** | |
| Rosette diameter 1 – 3" | 11 – 22 fluid ounces | Top growth suppression | 22 – 44 fluid ounces |
| Rosette diameter 3" or more | 22 – 44 fluid ounces | Top growth control[2,3] | 44 fluid ounces |
| Bolting | 44 fluid ounces | Stems and stem suppression[3] | 44 fluid ounces |

[1] Rates below 11 fluid ounces per acre may provide control or suppression but should typically be applied with other herbicides that are effective on the same species and biotype.
[2] Species noted in **Table 1** will require tank mixes for adequate control.
[3] Do not broadcast apply more than 44 fluid ounces per acre in any single application.
One sequential application of up to 44 fluid ounces may be required for adequate control. Use the higher level listed rate ranges when treating dense vegetative growth or perennial weeds with well established root growth.

## 8.3 Proper Spray System Equipment Cleanout

Minute quantities of dicamba can cause injury to sensitive crops (see the **"Sensitive Areas"** section of this label for a listing of sensitive crops).

Clean equipment immediately after using this product, using a triple rinse procedure as follows:

1. After spraying, drain the sprayer (including boom and lines) immediately. Do not allow the spray solution to remain in the spray boom lines overnight prior to flushing.
2. Flush tank, hoses, boom and nozzles with clean water.
3. Inspect and clean all strainers, screens and filters.
4. Prepare a cleaning solution with a commercial detergent or sprayer cleaner or ammonia according to the manufacturer's directions.
5. Take care to wash all parts of the tank, including the inside top surface. Start agitation in the sprayer and thoroughly recirculate the cleaning solution for at least 15 minutes. All visible deposits must be removed from the spraying system.
6. Flush hoses, spray lines and nozzles for at least 1 minute with the cleaning solution.
7. Repeat above steps for two additional times to accomplish an effective triple rinse.
8. Remove nozzles, screens and strainers and clean separately in the cleaning solution after completing the above procedures.
9. Appropriately dispose of rinsate from steps 1-7 in compliance with all applicable laws and regulations.
10. Drain sump, filter and lines.
11. Rinse the complete spraying system with clean water.

All rinse water must be disposed of in compliance with local, state, and federal guidelines.

# 9.0 RESTRICTIONS

**Maximum Application Rates:** The maximum application or use rates stated throughout this label are given in units of volume (fluid ounces or quarts) of this product per acre. However, the maximum allowed application rates apply to this product combined with the use of any and all other herbicides containing the active ingredients dicamba, whether applied separately or as a tank mixture, on a basis of total pounds of dicamba (acid equivalents) per acre. If more than one dicamba-containing product is applied to the same site within the same year, you must ensure that the total use of dicamba (pounds acid equivalents) does not exceed the maximum allowed. See the INGREDIENTS section of this label for necessary product information.

**Maximum seasonal use rate:** Refer to Table 2. Crop-Specific Restrictions for crop-specific maximum seasonal use rates. Do not exceed 88 fluid ounces of **Xtendimax™ With VaporGrip™ Technology** (2 pounds acid equivalent) per acre, per year.

**Preharvest Interval (PHI):** Refer to the CROP-SPECIFIC INFORMATION section for preharvest intervals.

**Restricted Entry Interval (REI): 24 hours**

**Crop Rotational Restrictions**

The interval between application of this product and the planting of other crops in a crop rotation program is given below. When counting days from the application of this product, do not count days when the ground is frozen. Planting at intervals less than specified in this section could result in crop injury. Moisture is essential for the degradation of this herbicide in soil. If dry weather prevails, use cultivation to allow herbicide contact with moist soil.

**Planting/replanting restrictions at application rates of 33 fluid ounces of this product per acre or less:** Follow the planting restrictions in the directions for use for Preplant application in the Crop Specific Information section of this label. Do not plant barley, oat, wheat, and other grass seedings for 15 days for every 11 fluid ounces of this product applied per acre east of the Mississippi River and 22 days for every 11 fluid ounces per acre applied west of the Mississippi River. No planting restrictions apply beyond 120 days after application of this product.

**Planting/replanting restrictions at application rates of more than 33 fluid ounces and up to 88 fluid ounces of this product per acre:** Wait a minimum of 120 days after application of this product before planting corn, sorghum and cotton east of the Rocky Mountains and before planting all other crops grown in areas receiving 30 inches or more rainfall annually. Wait a minimum of 180 days before planting crops in areas with less than 30 inches of annual rainfall. Wait a minimum of 30 days for every 22 fluid ounces of this product applied per acre before planting barley, oat, wheat, and other grass seedings east of the Mississippi River and 45 days for every 22 fluid ounces of this product applied per acre west of the Mississippi River.

**Rainfast period:** Rainfall or irrigation occurring within 4 hours after postemergence applications may reduce the effectiveness of this product.

**Stress:** Do not apply to crops under stress due to lack of moisture, hail damage, flooding, herbicide injury, mechanical injury, insects, or widely fluctuating temperatures as injury may result.

Do not apply through any type of irrigation equipment. Do not treat irrigation ditches or water used for crop irrigation or domestic purposes.

**Table 2. Crop-Specific Restrictions**[1]

| Crop | Maximum Rate Per Acre Per Application (fl oz) | Maximum In-Crop Rate Pre Acre Per Season (fl oz) | Livestock Grazing or Feeding |
|---|---|---|---|
| Asparagus | 22 | 22 | Yes |
| Barley; Fall<br>Spring | 11<br>11 | 16.5<br>15 | Yes |
| Conservation Reserve Program (CRP) | 44 | 88 | Yes |
| Corn | 22 | 33 | Yes[2] |
| Cotton | 11 | 11 | Yes |
| Fallow Ground | 44 | 88 | Yes |
| Oats | 5.5 | 5.5 | Yes |
| Pastureland | 44 | 44 | Yes |
| Small grains grown for grass, forage, fodder, hay and/or pasture | 22 | 22 | Yes |
| Sorghum | 11 | 22 | Yes |
| Soybean | 44 | 44 | Yes |
| Triticale | 5.5 | 5.5 | Yes |
| Sod farms and farmstead turf | 44 | 44 | Yes |
| Wheat | 11 | 22 | Yes |

[1] Refer to section **10. CROP-SPECIFIC INFORMATION** for more details.
[2] Once the crop reaches the ensilage (rnilk) stage or later in maturity

# 10.0 CROP-SPECIFIC INFORMATION

## 10.1 Asparagus

Apply **Xtendimax™ With VaporGrip™ Technology** to emerged and actively growing weeds in 40 - 60 gallons of diluted spray per treated acre immediately after cutting the field, but at least 24 hours before the next cutting. Multiple applications may be made per growing season.

If spray contacts emerged spears, crooking (twisting) of some spears may result. If such crooking occurs, discard affected spears.

Rates: Apply 11-22 fluid ounces of **Xtendimax™ With VaporGrip™ Technology** to control annual sowthistle, black mustard, Canada and Russian thistle, and redroot pigweed (carelessweed).

Apply 22 fluid ounces of **Xtendimax™ With VaporGrip™ Technology** to control common chickweed, field bindweed, nettleleaf goosefoot, and wild radish. Up to 2 applications may be made per growing season. Do not exceed a total of 22 fluid ounces of **Xtendimax™ With VaporGrip™ Technology** per treated acre, per crop year.

Do not harvest prior to 24 hours after treatment.

Do not use in the Coachella Valley of California.

**Asparagus Tank Mixes**

Apply 11-22 fluid ounces of Xtendimax™ With VaporGrip™ Technology with glyphosate or 2,4-D to improve control of Canada thistle and field bindweed.

## 10.2 Between Crop Applications

**Preplant Directions (Postharvest, Fallow, Crop Stubble, Set-Aside) for Broadleaf Weed Control:**

**Xtendimax™ With VaporGrip™ Technology** can be applied either postharvest in the fall, spring, or summer during the fallow period or to crop stubble/set-aside acres. Apply **Xtendimax™ With VaporGrip™ Technology** as a broadcast or spot treatment to emerged and actively growing weeds after crop harvest (postharvest) and before a killing frost or in the fallow cropland or crop stubble the following spring or summer.

See the RESTRICTIONS section for the recommended interval between application and planting to prevent crop injury.

**Rates and Timings:**

Apply 5.5 – 44 fluid ounces of **Xtendimax™ With VaporGrip™ Technology** per acre. Refer to Table 1 to determine use rates for specific targeted weed species. For best performance, apply **Xtendimax™ With VaporGrip™ Technology** when annual weeds are less than 4" tall, when biennial weeds are in the rosette stage and to perennial weed regrowth in late summer or fall following a mowing or tillage treatment. The most effective control of upright perennial broadleaf weeds such as Canada thistle and Jerusalem artichoke occurs if **Xtendimax™ With VaporGrip™ Technology** is applied when the majority of weeds have at least 4 - 6" of regrowth or for weeds such as field bindweed and hedge bindweed that are in or beyond the full bloom stage.

Avoid disturbing treated areas following application. Treatments may not kill weeds that develop from seed or underground plant parts such as rhizomes or bulblets, after the effective period for Xtendimax™ With VaporGrip™ Technology. For seedling control, a follow-up program or other cultural practices could be instituted. For small grain in-crop uses of Xtendimax™ With VaporGrip™ Technology, refer to the small grain section for details.

**Between Crop Tank Mixes**

In tank mixes with one or more of the following herbicides, apply 5.5 - 22 fluid ounces of **Xtendimax™ With VaporGrip™ Technology** per acre for control of annual weeds, or 22 - 44 fluid ounces of **Xtendimax™ With VaporGrip™ Technology** per acre for control of biennial and perennial weeds:

| | |
|---|---|
| Atrazine | RT 3® (glyphosate) |
| Curtail® | Paramount® |
| Finesse® | Sencor® |
| Roundup WeatherMAX® (glyphosate) | Tordon® 22K |
| Roundup PowerMAX® (glyphosate) | 2,4-D |

## 10.3 Corn (Field, Pop, Seed, And Silage)

Direct contact of **Xtendimax™ With VaporGrip™ Technology** with corn seed must be avoided. If corn seeds are less than 1.5" inches below the surface, delay application until corn has emerged.

Applications of **Xtendimax™ With VaporGrip™ Technology** to corn during periods of rapid growth may result in temporary leaning. Corn will usually become erect within 3 to 7 days. Cultivation should be delayed until after corn is growing normally to avoid breakage.

Corn may be harvested or grazed for feed once the crop has reached the ensilage (milk) stage or later in maturity.

Up to 2 applications of **Xtendimax™ With VaporGrip™ Technology** may be made during a growing season. Sequential applications must be separated by 2 weeks or more.

Do not apply **Xtendimax™ With VaporGrip™ Technology** to seed corn or popcorn without first verifying with your local seed corn company (supplier) the selectivity of **Xtendimax™ With VaporGrip™ Technology** on your inbred line or variety of popcorn. This precaution will help avoid potential injury of sensitive varieties.

Avoid using crop oil concentrates after crop emergence as crop injury may result. Use crop oil concentrates only in dry conditions when corn is less than 5" tall and when applying **Xtendimax™ With VaporGrip™ Technology** alone or tank mixed with atrazine.

Use of sprayable fluid fertilizer as the carrier is not recommended for applications of **Xtendimax™ With VaporGrip™ Technology** made after corn emergence.

**Xtendimax™ With VaporGrip™ Technology** is not registered for use on sweet corn.

**Preplant and Preemergence Application in No-Tillage Corn:**

**Rates:** Apply 22 fluid ounces of **Xtendimax™ With VaporGrip™ Technology** per acre on medium- or fine-textured soils containing 2.5% or greater organic matter. Use 11 fluid ounces per acre on coarse soils (sand, loamy sand, and sandy loam) or medium- and fine-textured soils with less than 2.5% organic matter.

**Timing:** **Xtendimax™ With VaporGrip™ Technology** can be applied to emerging weeds before, during, or after planting a corn crop. When planting into a legume sod (e.g., alfalfa or clover), apply **Xtendimax™ With VaporGrip™ Technology** after 4 - 6" of regrowth has occurred.

**Preemergence Application in Conventional or Reduced Tillage Corn:**

Rates: Apply 22 fluid ounces of **Xtendimax™ With VaporGrip™ Technology** per treated acre on medium- or fine-textured soils containing 2.5% organic matter or more. Do not apply to coarse textured soils (sand, loamy sand, or sandy loam) of any soil with less than 2.5% organic matter until after corn emergence (See Early Postemergence uses below).

Timing: **Xtendimax™ With VaporGrip™ Technology** may be applied after planting and prior to corn emergence. Pre-emergence application of **Xtendimax™ With VaporGrip™ Technology** does not require mechanical incorporation to become active. A shallow mechanical incorporation is recommended if application is not followed by adequate rainfall or sprinkler irrigation. Avoid tillage equipment (e.g., drags, harrows) which concentrates treated soil over seed furrow as seed damage could result.

Preemergence control of cocklebur, jimsonweed, and velvetleaf may be reduced if conditions such as low temperature or lack of soil moisture cause delayed or deep germination of weeds.

**Early Postemergence Application in All Tillage Systems:**

**Rates:** Apply 22 fluid ounces of **Xtendimax™ With VaporGrip™ Technology** per treated acre. Reduce the rate to 11 fluid ounces per treated acre if corn is growing on coarse textured soils (sand, loamy sand, and sandy loam).

**Timing:** Apply between corn emergence and the 5-leaf stage or 8" tall, whichever occurs first. Refer to **Late Postemergence Applications** if the sixth true leaf is emerging from whorl or corn is greater than 8" tall.

**Late Postemergence Application:**

Rate: Apply 11 fluid ounces of **Xtendimax™ With VaporGrip™ Technology** per treated acre.

**Timing:** Apply **Xtendimax™ With VaporGrip™ Technology** from 8 - 36" tall corn or 15 days before tassel emergence, whichever comes first. For best performance, apply when weeds are less than 3" tall.

Apply directed spray when corn leaves prevent proper spray coverage, sensitive crops are growing nearby, or tank mixing with 2,4-D. Do not apply **Xtendimax™ With VaporGrip™ Technology** when soybeans are growing nearby if any of these conditions exist:

- corn is more than 24" tall
- soybeans are more than 10" tall
- soybeans have begun to bloom

**Corn Tank Mixes Or Sequential Uses**

When using tank mix or sequential applications with **Xtendimax™ With VaporGrip™ Technology**, always follow the companion product label to determine specific use rates by soil types, weed species, and weed or crop growth stage. In addition, follow precautions and restrictions including state and local use restrictions that may apply to specific products.

Apply **Xtendimax™ With VaporGrip™ Technology** prior to, in tank mix with, or after one or more of the following herbicides:

| | |
|---|---|
| Atrazine | Princep® |
| Bicep® | Prowl® |
| Degree Xtra™ | Python™ |
| Dual Magnum™ | Roundup WeatherMAX® (glyphosate) |
| Dual II Magnum® | Roundup PowerMAX® (glyphosate) |
| FulTime® | RT 3® (glyphosate) |
| Guardsman® | Spirit™ [1] |
| Harness® | Stinger® [1] |
| Harness® Xtra | Surpass® |
| Hornet™ [1] | 2,4-D |
| Outlook™ | |

[1] See Table 3. Specific Guidelines for Tank Mixes or Sequential Use Programs for additional limitations or restrictions that apply for tank mix or sequential use programs with these products.

**Table 3. Specific Guidelines for Tank Mixes or Sequential Use Programs**

| Tank Mix Partner | Rate Per Acre |
|---|---|
| 2,4-D | To provide maximum crop safety after corn emergence, use this tank mix only after corn is greater than 8" tall and when application can be made with drop pipes that direct spray beneath corn leaves and away from the whorl of the corn. The maximum rate of 2,4-D recommended in this tank mix is 0.25 pints per acre (0.125 pounds of acid equivalent per acre). |
| Spirit, Stinger, Hornet, or | For improved control of velvetleaf, tank mix 0.25-0.5 ounce of 0.5 ounce of Spirit per acre with **Xtendimax™ With VaporGrip™ Technology**. For improved control of Canada thistle, Stinger at 1.5-3 fluid ounces per acre or Hornet at 0.6-1.2 ounces per acre may be tank mixed with **Xtendimax™ With VaporGrip™ Technology**. Use the higher rate in the range for heavier infestations of these weeds. |

## 10.4 Cotton

**Preplant Application:**

Apply up to 11 fluid ounces of **Xtendimax™ With VaporGrip™ Technology** per acre to control emerged broadleaf weeds prior to planting cotton in conventional or conservation tillage systems.

For best performance, apply **Xtendimax™ With VaporGrip™ Technology** when weeds are in the 2 - 4 leaf stage and rosettes are less than 2" across.

Following application of **Xtendimax™ With VaporGrip™ Technology** and a minimum accumulation of 1" of rainfall or overhead irrigation, a waiting interval of 21 days is required per 11 fluid ounces per acre or less. These intervals must be observed prior to planting cotton.

Do not apply preplant to cotton west of the Rockies.

Do not make **Xtendimax™ With VaporGrip™ Technology** preplant applications to cotton in geographic areas with average annual rainfall less than 25".

If applying a spring preplant treatment following application of a fall preplant (postharvest) treatment, then the combination of both treatments may not exceed 2 pounds acid equivalent per acre.

**Cotton Tank Mixes**

For control of grasses or additional broadleaf weeds, **Xtendimax™ With VaporGrip™ Technology** may be tank mixed with Caparol®, Roundup WeatherMAX®, Roundup PowerMAX®, and RT 3® herbicides.

# 10.5 Pasture, Hay, Rangeland, And General Farmstead (Noncropland)

**Xtendimax™ with VaporGrip™ Technology** is recommended for use on pasture, hay, rangeland, and general farmstead (non-cropland) (including fencerows and non-irrigation ditchbanks) for control or suppression of broadleaf weed and brush species listed in **Section 12**.

**Xtendimax™ with VaporGrip™ Technology** may also be applied to non-cropland areas to control broadleaf weeds in noxious weed control programs, districts, or areas including broadcast or spot treatment of roadsides and highways, utilities, railroad, and pipeline rights-of-way. Noxious weeds must be recognized at the state level, but programs may be administered at state, county, or other level.

**Xtendimax™ with VaporGrip™ Technology** uses described in this section also pertain to grasses and small grains (forage sorghum, rye, sudangrass, or wheat) grown for grass, forage, fodder, hay and/or pasture use only. Grasses and small grains not grown for grass, forage, fodder, hay and/or pasture must comply with crop-specific uses in this label. Some perennial weeds may be controlled with lower rates of either **Xtendimax™ with VaporGrip™ Technology** or **Xtendimax™ with VaporGrip™ Technology** plus 2,4-D (refer to Table 1).

**Rates and Timings**

Refer to Table 1 for rate selection based on targeted weed or brush species. Some weed species will require tank mixes for adequate control.

Rates above 44 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per acre are for spot treatments only. Spot treatment is defined as no more than a total of 1000 square feet of treated area per acre. Do not broadcast apply more than 44 fluid ounces per acre.

Retreatments may be made as needed; however, do not exceed a total of 44 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per treated acre during a growing season.

Grass grown for hay requires a 7-day wait period between application and harvest.

**Crop-Specific Restrictions**

Do not apply more than 22 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per acre to small grains grown for pasture.

Newly seeded areas may be severely injured if more than 22 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** is applied per acre.

Established grass crops growing under stress can exhibit various injury symptoms that may be more pronounced if herbicides are applied. Bentgrass, carpetgrass, buffalograss, and St. Augustingrass may be injured if more than 22 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** is applied per acre. Usually colonial bentgrasses are more tolerant than creeping types. Velvetgrasses are most easily injured. Treatments will kill or injure alfalfa, clovers, lespedeza, wild winter peas, vetch, and other legumes.

**Table 4** lists the timing restrictions for grazing or harvesting hay from treated fields. There are no grazing restrictions for animals other than lactating dairy animals.

**Table 4. Timing Restrictions for Lactating Dairy Animals Following Treatment**

| M1768 Rate per Treated Acre (fluid ounces) | Days Before Grazing (days) | Days Before Hay Harvest (days) |
|---|---|---|
| Up to 22 | 7 | 37 |
| Up to 44 | 21 | 51 |
| Up to 88 (for spot treatment only). | 40 | 70 |

- **Spot Treatments: Xtendimax™ with VaporGrip™ Technology** may be applied to individual clumps or small areas of undesirable vegetation using handgun or similar types of application equipment. Apply diluted sprays to allow complete wetting (up to runoff) of foliage and stems.

__Cut Surface Treatments:__

**Xtendimax™ with VaporGrip™ Technology** may be applied as a cut surface treatment for control of unwanted trees and prevention of sprouts of cut trees.

**Rate:** Mix 1 part **Xtendimax™ with VaporGrip™ Technology** with 1 - 3 parts water to create the application solution. Use the lower dilution rate when treating difficult-to-control species.

- **For Frill or Girdle Treatments:** Make a continuous cut or a series of overlapping cuts using an axe to girdle tree trunk. Spray or paint the cut surface with the solution.
- **For Stump Treatments:** Spray or paint freshly cut surface with the water mix. The area adjacent to the bark should be thoroughly wet.

**Note:** For more rapid foliar effects, 2,4-D may be added to the solution.

__Applications For Control of Dormant Multiflora Rose:__

**Xtendimax™ with VaporGrip™ Technology** can be applied when plants are dormant as an undiluted spot treatment directly to the soil or as a Lo-Oil basal bark treatment using an oil-water emulsion solution.

- **Spot treatments:** Spot treatment applications of **Xtendimax™ with VaporGrip™ Technology** should be applied directly to the soil as close as possible to the root crown but within 6 - 8" of the crown. On sloping terrain, apply **Xtendimax™ with VaporGrip™ Technology** to the uphill side of the crown. Do not apply when snow or water prevents applying **Xtendimax™ with VaporGrip™ Technology** directly to the soil. The use rate of **Xtendimax™ with VaporGrip™ Technology** depends on the canopy diameter of the multiflora rose.

Examples: Use 0.34, 1.38, or 3.23 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** respectively, for 5, 10, or 15 feet canopy diameters.

- **Lo-Oil basal bark treatments:** For Lo-Oil basal bark treatments, apply **Xtendimax™ with VaporGrip™ Technology** to the basal stem region from the ground line to a height of 12 - 18". Spray until runoff, with special emphasis on covering the root crown. For best results, apply **Xtendimax™ with VaporGrip™ Technology** when plants are dormant. Do not apply after bud break or when plants are showing signs of active growth. Do not apply when snow or water prevents applying **Xtendimax™ with VaporGrip™ Technology** to the ground line.

To prepare approximately 2 gallons of a Lo-Oil spray solution:

1) Combine 1.5 gallons of water, 1 ounce of emulsifier, 22 fluid ounces of **Xtendimax™ with VaporGrip™ Technology**, and 2.5 pints of No. 2 diesel fuel.
2) Adjust the amounts of materials used proportionately to the amount of final spray solution desired.

Do not exceed 8 gallons of spray solution mix applied per acre, per year.

__Pasture Tank Mixes__

**Xtendimax™ with VaporGrip™ Technology** may be applied in tank mixes with one or more of the following herbicides:

| | |
|---|---|
| Crossbow® | RT 3® |
| Curtail® | Stinger® |
| Garlon® | Tordon® 22K |
| Roundup WeatherMAX® | 2,4-D |
| Roundup PowerMAX® | |

**Conservation Reserve Program (CRP)**

**Xtendimax™ with VaporGrip™ Technology** is recommended for use on both newly seeded and established grasses grown in Conservation Reserve or federal Set-Aside Programs. Treatments of **Xtendimax™ with VaporGrip™ Technology** will injure or may kill alfalfa, clovers, lespedeza, wild winter peas, vetch, and other legumes.

__NEWLY SEEDED AREAS__

**Xtendimax™ with VaporGrip™ Technology** may be applied either preplant or postemergence to newly seeded grasses or small grains such as barley, oats, rye, sudanqrass, wheat, or other grain species grown as a cover crop. Postemergence applications may be made after seedling grasses exceed the 3-leaf stage. Rates of **Xtendimax™ with VaporGrip™ Technology** greater than 22 fluid ounces per treated acre may severely injure newly seeded grasses.

Preplant applications may injure new seedlings if the interval between application and grass planting is less than 45 days per 22 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** applied per treated acre west of the Mississippi River or 20 days per 22 fluid ounces applied east of the Mississippi River.

__ESTABLISHED GRASS STANDS__

Established grass stands are perennial grasses planted one or more seasons prior to treatment. Certain species (bentgrass, carpetgrass, smooth brome, buffalograss, or St. Augustinegrass) may be injured when treated with more than 22 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per treated acre.

When applied at recommended rates, **Xtendimax™with VaporGrip™ Technology** will control many annual and biennial weeds and provide control or suppression of many perennial weeds.

**Rates and Timings**

Apply 5.5 - 44 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per acre. Refer to **Table 1** for rates based on target weed species. **Xtendimax™ with VaporGrip™ Technology** may be tank mixed or applied sequentially with other products labeled for use in Conservation Reserve Programs such as atrazine, glyphosate (Roundup WeatherMAX®, Roundup PowerMAX® , RT 3®), or 2,4-D. Retreatments may be made as needed; however, do not exceed a total of 88 fluid ounces (4 pints) of **Xtendimax™ with VaporGrip™ Technology** per acre per year.

# 10.6 Small Grains Not Underseeded To Legumes (fall- and spring-seeded barley, oat, triticale and wheat)

**Xtendimax™ with VaporGrip™ Technology** combinations with listed tank mix partners will provide control or suppression of the annual broadleaf weeds listed in Section 12. For improved control of listed weeds, tank mix **Xtendimax™ with VaporGrip™ Technology** with one or more of the herbicides listed.

**Xtendimax™ with VaporGrip™ Technology** used in a tank mix with other herbicides offers the best spectrum of weed control and herbicide tolerant or resistant weed management. Refer to the specific section crop for **Xtendimax™ with VaporGrip™ Technology** application rate and timing.

For applications prior to weed emergence or when sulfonylurea-resistant weeds are present or suspected, tank mix a minimum of 4.12 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per treated acre with a non-sulfonylurea herbicide such as 2,4-D or MCPA. Tank mixing **Xtendimax™ with VaporGrip™ Technology** with these products will offer more consistent control of sulfonylurea-resistant weeds.

**Additives:** When tank mixing **Xtendimax™ with VaporGrip™ Technology** with sulfonylurea herbicides (Express®, Finesse®, Glean®, Harmony® Extra, and Peak®), use an agriculturally approved surfactant as indicated in Section 7.4 Surfactants and Adjuvants of this label.

Refer to the specific crop sections below for use rates. When treating difficult to control weeds such as kochia, wild buckwheat, cow cockle, prostrate knotweed, Russian thistle, and prickly lettuce or when dense vegetative growth occurs, use the 4.12 – 5.5 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per acre.

**Timings:** Apply **Xtendimax™ with VaporGrip™ Technology** before, during, or after planting small grains. See specific small grain crop uses below for maximum crop stage. For best performance, apply **Xtendimax™ with VaporGrip™ Technology** when weeds are in the 2 - 3 leaf stage and rosettes are less than 2" across. Applying **Xtendimax™ with VaporGrip™ Technology** to small grains during periods of rapid growth may result in crop leaning. This condition is temporary and will not reduce crop yields.

Restrictions for small grain areas that are grazed or cut for hay are indicated in **Table 4** in Pasture, Hay, Rangeland, and General Farmstead section of this label.

# 10.7 Small Grains: Barley (fall- and spring-seeded)

__Early season applications:__

Apply 2.75 – 5.5 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** to fall-seeded barley prior to the jointing stage. Apply 2.75 – 4.12 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** before spring-seeded barley exceeds the 4-leaf stage.

Note: For spring barley varieties that are seeded during the winter months or later, follow the rates and timings given for spring-seeded barley.

Do not tank mix **Xtendimax™ with VaporGrip™ Technology** with 2,4-D in early season applications on spring-seeded barley.

__Preharvest applications:__

**Xtendimax™ with VaporGrip™ Technology** can be used to control weeds that may interfere with harvest of fall- and spring-seeded barley. Apply 11 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per acre as a broadcast or spot treatment to annual broadleaf weeds when barley is in the hard dough stage and the green color is gone from the nodes (joints) of the stern. Best results will be obtained if application can be made when weeds are actively growing, but before weeds canopy.

A waiting interval of 7 days is required before harvest. Do not use preharvest-treated barley for seed unless a germination test is performed on the seed with an acceptable result of 95% germination or better.

For control of additional broadleaf weeds or grasses, **Xtendimax™ with VaporGrip™ Technology** may be tank mixed with other herbicides, such as 2,4-D, that are labeled for preharvest uses in barley.

Do not make preharvest applications in California.

**Barley Tank Mixes**

**Table 5.**

| Tank Mix Partner* | Rate Per Acre |
|---|---|
| Buctril® | 1 - 1.5 pints |
| Express® | 0.083 - 0. 167 ounce[1] |
| Finesse® | 0.167 - 0.33 ounce[1] |
| Glean® | 0.167 ounce[1] |
| Harmony® Extra | 0.167 - 0.33 ounce[1] |
| MCPA amine or ester | 8 - 12 fluid ounces[2] (0.25 - 0.375 pound a.e.) |
| Metribuzin (Sencor®, Lexone®) | 0.125 - 0.47 pound a.i. |
| 2,4-D amine or ester[2,3] | 8 fluid ounces (0.25 pound a.e.) |

* Follow all tank mix partners' labeling for use rates, precautions and restrictions.
1 Do not use low rates of sulfonylureas (Canvas, Express, Finesse, Glean, and Harmony Extra) on more mature weeds or on dense vegetative growth.
2 When using formulations other than 4 pounds per gallon use pounds of a.e. per acre listed.
3 This tank mix is for fall-seeded barley only

## 10.8 Small Grains: Oats (fall- and spring-seeded)

**Early season applications:**

Apply 2.75 – 5.5 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per acre to fall-seeded oat prior to the jointing stage. Apply 2.75 – 5.5 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** before spring-seeded oat exceed the 5-leaf stage.

**Xtendimax™ with VaporGrip™ Technology** may be tank mixed with MCPA amine or ester for applications in oat.

Do not tank mix **Xtendimax™ with VaporGrip™ Technology** with 2,4-D in oat.

## 10.9 Small Grains: Triticale (fall- and spring-seeded)

**Early season applications:**

Apply 2..75 – 5.5 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** to triticale.

Early season applications to fall-seeded triticale must be made prior to the jointing stage.

Early season applications to spring-seeded triticale must be made before triticale reaches the 6-leaf stage.

**Triticale Tank Mixes**:

For best performance, should be used in tank mix combination with bromoxynil (Buctril, Moxy™ 2E) herbicide.

## 10.10 Small Grains: Wheat (fall- and spring-seeded)

**Early Season Applications:**

Apply 2.75 – 5.5 fluid ounces of Xtendimax™ with VaporGrip™ Technology to wheat unless using one of the fall-seeded wheat specific programs below.

Early season applications to fall-seeded wheat must be made prior to the jointing stage.

Early season applications to spring-seeded wheat must be made before wheat exceeds the 6-leaf stage.

Early developing wheat varieties such as TAM 107, Madison, or Wakefield must receive application between early tillering and the jointing stage. Care should be taken in staging these varieties to be certain that the application occurs prior to the jointing stage.

To improve control of Russian thistle, flixweed, gromwell, or mayweed, add 2,4-D amine or ester to a tank mix with one of the following herbicides: Express®, Finesse®, Glean®, Harmony® Extra, or Peak®.

**Specific use programs for fall-seeded wheat only:**

**Xtendimax™ with VaporGrip™ Technology** may be used at 8.25 fluid ounces on fall-seeded wheat in Western Oregon as a spring application only. In Colorado, Kansas, New Mexico, Oklahoma, and Texas, up to 11 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** may be applied on fall-seeded wheat after it exceeds the 3-leaf stage for suppression of perennial weeds, such as field bindweed. Applications may be made in the fall following a frost but before a killing freeze. **Xtendimax™ with VaporGrip™ Technology** may be tank mixed with 2,4-D amine at 11 fluid ounces after wheat begins to tiller. Periods of extended stress such as cold and wet weather may enhance the possibility of crop injury. For fall applications only, do not use if the potential for crop injury is not acceptable.

**Preharvest applications:**

**Xtendimax™ with VaporGrip™ Technology** can be used to control weeds that may interfere with harvest of wheat. Apply 11 fluid ounces **Xtendimax™ with VaporGrip™ Technology** per acre as a broadcast or spot treatment to annual broadleaf weeds when wheat is in the hard dough stage and the green color is gone from the nodes (joints) of the stem. Best results will be obtained if application can be made when weeds are actively growing but before weeds canopy.

A waiting interval of 7 days is required before harvest. Do not use preharvest-treated wheat for seed unless a germination test is performed on the seed with an acceptable result of 95% germination or better.

For control of additional broadleaf weeds or grasses, **Xtendimax™ with VaporGrip™ Technology** herbicide may be tank mixed with other herbicides such as Roundup WeatherMAX®, Roundup PowerMAX®, and 2,4-D, Do not make preharvest applications in California.

**Wheat Tank Mixes+**

**Table 6.**

| Tank Mix Partner* | Rate Per Acre |
|---|---|
| Buctril® | 1 - 1.5 pints |
| Curtail® | 2 - 2.67 pints |
| Dakota® | 16 fluid ounces |
| Express® | 0.083 - 0.167 ounce[1] |
| Finesse® | 0.167 - 0.33 ounce[1] |
| Glean® | 0.167 ounce[1] |
| Harmony® Extra | 0.167 - 0.33 ounce[1] |
| Karmex®[3] | 0.5 - 1.5 pounds |
| Glyphosate[4] | 12 - 16 fluid ounces |
| MCPA amine or ester[5] | 8 - 12 fluid ounces (0.25 - 0.375 pound a.e.) |
| Metribuzin[3] (Sencor®, Lexone®) | 0.25 - 0.375 pound a.i. |
| Peak®[1] | 0.25 - 0.38 ounce |
| Stinger® | 4 - 5.33 fluid ounces |
| 2,4-D amine or ester[5] | 8 - 12 fluid ounces (0.25 - 0.375 pound a.e.) |

* Follow all tank mix partners' labeling for use rates, precautions and restrictions.
1 Do not use low rates of sufonylurea herbicides, such as Express, Finesse, Glean, Harmony Extra, and Peak on more mature weeds or on dense vegetative growth.
2 Do not use **Xtendimax™ with VaporGrip™ Technology** as a tank mix treatment with Dakota or Tiller on Durum wheat. Do not tank mix with Tiller if wild oat is the target weed.
3 Tank mixes with Karmex and metribuzin are for use in fall-seeded wheat only.
4 A tank mix of up to 5.5 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** with any g!yphosate formulation labeled for use as a preplant application to small grains may be applied with no waiting period prior to planting.
5 Up to 44 fluid ounces of (1.0 pound a.e.) may be used on fall-seeded wheat it crop injury is acceptable. When using formulations other than 4 pounds per gallon, use the pounds of a.e. per acre listed.

## 10.11 Sorghum

**Xtendimax™ with VaporGrip™ Technology** may be applied preplant, postemergence, or preharvest in sorghum to control many annual broadleaf weeds and to reduce competition from established perennial broadleaf weeds, as well as control their seedlings.

Do not graze or feed treated sorghum forage or silage prior to mature grain stage. If sorghum is grown for pasture or hay, refer to Pasture, Hay, Rangeland, and General Farmstead section of this label for specific grazing and feeding restrictions.

Do not apply **Xtendimax™ with VaporGrip™ Technology** to sorghum grown for seed production.

**Preplant Application:**

Up to 11 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** may be applied per acre if applied at least 15 days before sorghum planting.

**Postemergence Application:**

Up to 11 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per acre may be applied after sorghum is in the spike stage (all sorghum emerged) but before sorghum is 15" tall. For best performance, apply **Xtendimax™ with VaporGrip™ Technology** when the sorghum crop is in the 3 - 5 leaf stage and weeds are small (less than 3" tall). Use drop pipes (drop nozzles) if sorghum is taller than 8". Keep the spray off the sorghum leaves and out of the whorl to reduce the likelihood of crop injury and to improve spray coverage of weed foliage. Applying **Xtendimax™ with VaporGrip™ Technology** to sorghum during periods of rapid growth may result in temporary leaning of plants or rolling of leaves. These effects are usually outgrown within 10 - 14 days.

Preharvest uses in Texas and Oklahoma only: Up to 11 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per acre may be applied for weed suppression any time after the sorghum has reached the soft dough stage. An agriculturally approved surfactant may be used to improve performance. Delay harvest until 30 days after a preharvest treatment.

**Split Application:**

**Xtendimax™ with VaporGrip™ Technology** may be applied in split applications: preplant followed by postemergence or preharvest; or postemergence followed by preharvest. Do not exceed 11 fluid ounces per acre, per application or a total of 22 ounces per acre, per season.

**Sorghum Tank Mixes and Sequential Treatments**

**Xtendimax™ with VaporGrip™ Technology** may be applied prior to, in a tank mix with, or after one or more of the following herbicides:

| | |
|---|---|
| Atrazine | Frontier® |
| Basagran® | Guardsman® |
| Bicep II Magnum® | Paramount® |
| Buctril® | Peak® |
| Dual Magnum™ | Permit® |
| Dual II Magnum® | |

## 10.12 Soybean

**Preplant Applications:**

Apply 5.5 -22 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per acre to control emerged broadleaf weeds prior to planting soybeans. Do not exceed 22 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per acre in a spring application prior to planting soybeans.

Following application of **Xtendimax™ with VaporGrip™ Technology** and a minimum accumulation of 1" rainfall or overhead irrigation, a waiting interval of 14 days is required for 11 fluid ounces per acre or less, and 28 days for 22 fluid ounces per acre. These intervals must be observed prior to planting soybeans or crop injury may occur.

Do not make **Xtendimax™ with VaporGrip™ Technology** preplant applications to soybeans in geographic areas with average annual rainfall less than 25".

**Preharvest Applications:**

**Xtendimax™ with VaporGrip™ Technology** can be used to control many annual and perennial broadleaf weeds and control or suppress many biennial and perennial broadleaf weeds in soybean prior to harvest (refer to Section 10). Apply 11 - 44 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per acre as a broadcast or spot treatment to emerged and actively growing weeds after soybean pods have reached mature brown color and at least 75% leaf drop has occurred.

Do not harvest soybeans until 7 days after application.

Treatments may not kill weeds that develop from seed or underground plant parts, such as rhizomes or bulblets, after the effective period for **Xtendimax™ with VaporGrip™ Technology**. For seedling control, a follow-up program or other cultural practice could be instituted.

Do not use preharvest-treated soybean for seed unless a germination test is performed on the seed with an acceptable result of 95% germination or better.

Do not feed soybean fodder or hay following a preharvest application of **Xtendimax™ with VaporGrip™ Technology**.

Do not make preharvest applications in California.

**Soybean Tank Mixes**

**Preplant Tank Mixes:**

**Xtendimax™ with VaporGrip™ Technology** may be tank mixed with other herbicides registered for early preplant use in soybeans including burndown herbicides such as glyphosate (Roundup WeatherMAX®, Roundup PowerMAX® and RT 3®) and 2,4-D or residual herbicides such as Outlook®, Frontier® or Dual Magnum™.

**Preharvest Tank Mixes:**

**Xtendimax™ with VaporGrip™ Technology** may be tank mixed with other herbicides registered for preharvest use in soybeans such as glyphosate (Roundup WeatherMAX®, Roundup PowerMAX® and RT 3®).

## 10.13 Farmstead Turf (noncropland) and Sod Farms

Do not use on residential sites.

For use in general farmstead (noncropland) and sod farms, apply 4.12 – 44 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per acre to control or suppress growth of many annual, biennial, and some perennial broadleaf weeds commonly found in turf. **Xtendimax™ with VaporGrip™ Technology** will also suppress many other listed perennial broadleaf weeds and woody brush and vine species. Refer to **Table 1** for rate recommendations based on targeted weed or brush species and growth stage. Some weed species will require tank mixes for adequate control.

Repeat treatments may be made as needed; however, do not exceed 44 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per acre, per growing season.

Apply 30 - 200 gallons of diluted spray per treated acre (3 - 17 quarts of water per 1,000 square feet), depending on density or height of weeds treated and on the type of equipment used.

To avoid injury to newly seeded grasses, delay application of **Xtendimax™ with VaporGrip™ Technology** until after the second mowing. Furthermore, applying more than 16 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per treated acre may cause noticeable stunting or discoloration of sensitive grass species such as bentgrass, carpetgrass, buffalograss, and St. Augustinegrass.

In areas where roots of sensitive plants extend, do not apply more than 5.5 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per treated acre on coarse-textured (sandy-type) soils, or in excess of 8 fluid ounces per treated acre on fine-textured soils. Do not make repeat applications in these areas for 30 days and until previous applications of **Xtendimax™ with VaporGrip™ Technology** have been activated in the soil by rain or irrigation.

**Farmstead Turf (noncropland) and Sod Farm Tank Mixes**

Apply 4.4 - 11 fluid ounces of **Xtendimax™ with VaporGrip™ Technology** per acre in a tank mix with one of the products in Table 8 at the rates listed. Use the higher rates when treating established weeds.

**Table 7.**

| Tank Mix Partner* | Rate Per Acre |
|---|---|
| bromoxynil (Buctril®) | 0.375 - 0.5 pound a.i |
| MCPA | 0.5 - 1.5 pounds a.e. |
| MCPP | 0.5 - 1 .5 pounds a.e. |
| 2,4-D | 0.5 - 1.5 pounds a.e. |
| * Follow all tank mix partners' labeling for use rates, precautions and restrictions. | |

## 11.0 WEEDS CONTROLLED

**GENERAL WEED LIST, Including ALS- and Triazine-Resistant Biotypes**

**ANNUALS**

Alkanet
Amaranth, Palmer, Powell, Spiny
Aster, Slender
Bedstraw, Catchweed
Beggarweed, Florida
Broomweed, Common
Buckwheat, Tartary, Wild
Buffalobur
Burclover, California
Burcucumber
Buttercup, Corn, Creeping, Roughseed, Western Field
Carpetweed
Catchfly, Nightflowering
Chamomile, Corn
Chevil, Bur
Chickweed, Common
Clovers
Cockle, Corn, Cow, White
Cocklebur, Common
Copperleaf, Hophornbeam
Cornflower (Bachelor Button)
Croton, Tropic, Woolly
Daisy, English
Dragonhead, American
Eveningprimrose, Cutleaf
Falseflax, Smallseed
Fleabane, Annual
Flixweed
Fumitory
Goosefoot, Nettleleaf
Hempnettle
Henbit
Jacobs-Ladder
Jimsonweed
Knawel (German Moss)
Knotweed, Prostrate
Kochia
Ladysthumb
Lambsquarters Common
Lettuce, Miners, Prickly
Mallow, Common, Venice
Marestail (Horseweed)
Mayweed
Morningglory, Ivyleaf, Tall
Mustard, Black, Blue, Tansy, Treacle, Tumble, Wild, Yellowtops
Nightshade, Black, Cutleaf
Pennycress, Field (Fanweed, Frenchweed, Stinkweed)
Pepperweed, Virginia (Peppergrass)
Pigweed, Prostrate, Redroot (Carelessweed), Rough, Smooth, Tumble
Pineappleweed
Poorjoe
Poppy, Red-horned
Puncturevine
Purslane, Common
Pusley, Florida
Radish, Wild
Ragweed, Common, Giant (Buffaloweed), Lance-Leaf
Rocket, London, Yellow
Rubberweed, Bitter (Bitterweed)
Salsify
Senna, Coffee
Sesbania, Hemp
Shepherdpurse
Sicklepod
Sida, Prickly (Teaweed)
Smartweed, Green, Pennsylvania
Sneezeweed, Bitter
Sowthistle, Annual, Spiny
Spanish Needles
Spikeweed, Common
Spurge, Prostrate, Leafy
Spurry, Corn
Starbur, Bristly
Starwort, Little
Sumpweed, Rough
Sunflower, Common (Wild), Volunteer
Thistle, Russian
Velvetleaf
Waterhemp, Common, Tall
Waterprimrose, Winged
Wormwood

**BIENNIALS**

Burdock, Common
Carrot, Wild (Queen Anne's Lace)
Cockle, White
Eveningprimrose, Common
Geranium, Carolina
Gromwell
Knapweed, Diffuse, Spotted
Mallow, Dwarf
Plantain, Bracted
Ragwort, Tansy
Starthistle, Yellow
Sweetclover
Teasel
Thistle, Bull, Milk, Musk, Plumeless

**PERENNIALS**

Alfalfa[1]
Artichoke, Jerusalem
Aster, Spiny, Whiteheath
Bedstraw, Smooth
Bindweed, Field, Hedge
Blueweed, Texas
Bursage, Woollyleaf[1] (Bur Ragweed, Povertyweed)
Buttercup, Tall
Campion, Bladder
Chickweed, Field, Mouseear
Chicory[1]
Clover[1], Hop
Dandelion[1], Common
Dock[1] Broadleaf (Bitterdock), Curly
Dogbane, Hemp
Dogfennel[1] (Cypressweed)
Fern, Bracken
Garlic, Wild
Goldenrod, Canada, Missouri
Goldenweed, Common
Hawkweed
Henbane, Black[1]
Horsenettle, Carolina
Ironweed
Knapweed, Black, Diffuse, Russian[1], Spotted
Milkweed, Climbing, Common, Honeyvine, Western Whorled
Nettle, Stinging
Nightshade, Silverleaf (White Horsenettle)
Onion, Wild
Plaintain, Broadleaf, Buckhorn
Pokeweed
Ragweed, Western
Redvine
Sericia Lespedeza
Smartweed, Swamp
Snakeweed, Broom
Sorrel[1], Red (Sheep Sorrel)
Sowthistle[1], Perennial
Spurge, Leafy
Sundrops
Thistle, Canada, Scotch
Toadflex, Dalmatian
Tropical Soda Apple
Trumpetcreeper (Buckvine)
Vetch
Waterhemlock, Spotted
Waterprimrose, Creeping
Woodsorrel[1], Creeping, Yellow
Wormwood, Absinth, Louisiana
Yankeeweed
Yarrow, Common[1]

[1] Noted perennials may be controlled using lower rates of **Xtendimax™ With VaporGrip™ Technology** than those recommended for other listed perennial weeds.

**WOODY SPECIES**

Alder
Ash
Aspen
Basswood
Beech
Birch
Blackberry[2]
Blackgum[2]
Cedar[2]
Cherry
Chinquapin
Cottonwood
Creosotebush[2]
Cucumbertree
Dewberry[2]
Dogwood[2]
Elm
Grape
Hawthorn (Thornapple)[2]
Hemlock
Hickory
Honeylocust
Honeysuckle
Hornbeam
Huckleberry
Huisache
Ivy, Poison
Kudzu
Locust, Black
Maple
Mesquite
Oak
Oak, Poison
Olive, Russian
Persimmon, Eastern
Pine
Plum, Sand (Wild Plum)[2]
Poplar
Rabbitbrush
Redcedar, Eastern[2]
Rose[2], McCartney, Multiflora
Sagebrush, Fringed[2]
Sassafras
Serviceberry
Spicebush
Spruce
Sumac
Sweetgum[2]
Sycamore
Tarbush
Willow
Witchhazel
Yaupon[2]
Yucca[2]

[2]Growth suppression only

## 12.0 LIMIT OF WARRANTY AND LIABILITY

Monsanto Company warrants that this product conforms to the chemical description on the label and is reasonably fit for the purposes set forth in the Complete Directions for Use label booklet ("Directions") when used in accordance with those Directions under the conditions described therein. TO THE EXTENT CONSISTENT WITH APPLICABLE LAW, NO OTHER EXPRESS WARRANTY OR IMPLIED WARRANTY OF FITNESS

FOR PARTICULAR PURPOSE OR MERCHANTABILITY IS MADE. This warranty is also subject to the conditions and limitations stated herein.

Buyer and all users shall promptly notify this Company of any claims whether based in contract, negligence, strict liability, other tort or otherwise.

To the extent consistent with applicable law, buyer and all users are responsible for all loss or damage from use or handling which results from conditions beyond the control of this Company, including, but not limited to, incompatibility with products other than those set forth in the Directions, application to or contact with desirable vegetation, failure of this product to control weed biotypes which develop resistance to dicamba, unusual weather, weather conditions which are outside the range considered normal at the application site and for the time period when the product is applied, as well as weather conditions which are outside the application ranges set forth in the Directions, application in any manner not explicitly set forth in the Directions, moisture conditions outside the moisture range specified in the Directions, or the presence of products other than those set forth in the Directions in or on the soil, crop or treated vegetation.

This Company does not warrant any product reformulated or repackaged from this product except in accordance with this Company's stewardship requirements and with express written permission from this Company.

TO THE EXTENT CONSISTENT WITH APPLICABLE LAW, THE EXCLUSIVE REMEDY OF THE USER OR BUYER, AND THE LIMIT OF THE LIABILITY OF THIS COMPANY OR ANY OTHER SELLER FOR ANY AND ALL LOSSES, INJURIES OR DAMAGES RESULTING FROM THE USE OR HANDLING OF THIS PRODUCT (INCLUDING CLAIMS BASED IN CONTRACT, NEGLIGENCE, STRICT LIABILITY, OTHER TORT OR OTHERWISE) SHALL BE THE PURCHASE PRICE PAID BY THE USER OR BUYER FOR THE QUANTITY OF THIS PRODUCT INVOLVED, OR, AT THE ELECTION OF THIS COMPANY OR ANY OTHER SELLER, THE REPLACEMENT OF SUCH QUANTITY, OR, IF NOT ACQUIRED BY PURCHASE, REPLACEMENT OF SUCH QUANTITY. TO THE EXTENT CONSISTENT WITH APPLICABLE LAW, IN NO EVENT SHALL THIS COMPANY OR ANY OTHER SELLER BE LIABLE FOR ANY INCIDENTAL, CONSEQUENTIAL OR SPECIAL DAMAGES.

Upon opening and using this product, buyer and all users are deemed to have accepted the terms of this LIMIT OF WARRANTY AND LIABILITY which may not be varied by any verbal or written agreement. If terms are not acceptable, return at once unopened.

Harness, Roundup WeatherMAX, Roundup PowerMAX, RT 3, and Roundup Ready are registered trademarks and Degree Xtra is a trademark of Monsanto Technology LLC.

All other trademarks are the property of their respective owners.

Packed for:
MONSANTO COMPANY
800 N. Lindbergh Blvd.
ST. LOUIS, MISSOURI, 63167 U.S.A.

©2016

MONSANTO