# EXHIBIT 53



CROP PROTECTION

# Dicamba: What's happening in Illinois

As neighboring states ban use of in-season dicamba, here's a look at what Illinois farmers and agronomists are seeing across Illinois soybean fields.

Jill Loehr | Jul 11, 2017

There's a storm brewing in soybean-producing states and this time, it has nothing to do with the weather. Backlash from off-target dicamba movement injuries in

last week as official drift complaints mounted to 134 and 500 claims, respectively.

The Illinois Department of Agriculture (IDOA) has received six alleged misuse complaints as of July 10, says Rebecca Clark, IDOA communications director.

While low in comparison to neighboring states, University of Illinois weed scientist Aaron Hager says the number of official complaints is not the best way to gauge the breadth of the situation.

**Aaron Hager** Follow
@UIWeedSci

Perhaps something to consider...a lack of "official" complaints does NOT always indicate a lack of incidents.

11:04 AM - 27 Jun 2017

12 33

Each passing day brings more questions with fewer answers. The first question on the table: Are all the puckered leaves caused by off-target dicamba movement?

Monsanto's Robb Fraley, chief technology officer, took to Twitter last week to ask farmers to hold off on quick judgement.

**Robb Fraley** Follow
@RobbFraley

Investigate don't speculate. Leaf cupping being observed in soybean fields never exposed to dicamba. #Xtend

12:36 PM - 30 Jun 2017

10 26

Yet all across Illinois, scouting by agronomists, weed scientists and farmers revealed cupped leaves and damaged soybean plants, generally credited to dicamba injury.





**Aaron Hager**
@UIWeedSci

Follow

Took a scouting trip through Champaign, Douglas, and Edgar counties today. Hoped I wouldn't find this, but...

2:21 PM - 22 Jun 2017

39 37



**Stephanie Porter**
@skporter

Follow

Dicamba injury on several S Central IL #spybeans fields (drift from neighbors) Wind was blowing South during app



**Jeremy Wolf**
@jwolf7447

Follow

To those that say Dicamba damage is not real, come visit me. Top eight nodes now and not stopping. Out of control @weedgirl24 @PamSmithDTN

1:05 PM - 7 Jul 2017

62 86

"It's everywhere," says Stephanie Porter, sales agronomist with Burrus Hybrids. Dicamba drift from applications in corn were the first issues Porter spotted, but then different reports rolled in from eastern Illinois, southern Illinois and finally northern Illinois.

"Most of the recent calls, pictures and texts have been traced back to dicamba in soybeans," she explains. How extensive is the problem? It's hard to say, Porter notes, as grower applicators and co-ops face similar situations. Several farmers are talking through problems amongst themselves without filing an official claim to the IDOA.

Hager believes the situation will escalate over the next few weeks.

"I could be wrong, but I'm guessing this is just the tip of the iceberg," Hager notes. Delayed symptomology is part of the false sense of security, meaning farmers may see symptoms appear far after drift occurs. "Exposure and symptoms can be separated by weeks," he explains.

Part of the frustration for farmers? The feeling that they applied XtendiMax, Engenia or FeXapan correctly, only to find off-target damage two-to-three weeks later, says Karen Corrigan, McGillicuddy Corrigan Agronomics.

Mike Zwingman @CVA_AgronomyRD 1 Jul
Replying to @weedgirl24
Your @girlstalkag episode about that was well done, I have been recommending it to others.

**Karen Corrigan**
@weedgirl24
Follow

Thank you! I had 3 calls yesterday on Dicamba injury. One for sure did everything right and still POOF!

9:00 AM - 1 Jul 2017

2

Every incident is unique, Porter notes, and most farmers have started with a phone call to their applicator when they suspect off-target dicamba movement. Some farmers have sought help from their seed company representative to confirm the damage, while others want someone to help settle a dispute.

The process starts by reaching out to your neighbors, Porter says, and finding out which herbicide they applied and when. "I can't do that part for you," she says. Every single incident is a mystery that farmers should document with photos and clues, Corrigan notes.

Jon Stock @bottomfarmer 7 Jul
Replying to @weedgirl24
Agreed again... now let's investigate before we throw everything into the dicamba basket? We need this technology. If used properly.

**Karen Corrigan**
@weedgirl24
Follow

No one has thrown it all in the same basket. Each case needs figured out. Some are misapplications, some tank contamination, etc.

1:09 PM - 7 Jul 2017

"Unfortunately, most of it's from off-label applications," Porter notes. "Not spraying at the right time,

Case: 4:17-cv-02031-SNLJ Doc. #: 1-53 Filed: 07/19/17 Page: 8 of 16 PageID #: 678

possible to spray within label requirements."

Josh Gunther, Burrus Hybrids, used weather data from 2013, 2014 and 2015 to compare label requirements and possible XtendiMax, Liberty and RoundUp PowerMax application hours. "On average, there are half as many hours available to spray on label with XtendiMax compared to Liberty and RoundUp," Porter explains.

Every growing season has different weather conditions, she notes, but the calculations indicate just how small the application window can be, especially considering temperature inversion frequencies.



**Bob Wolf**
@spraydrift

Follow

Inversions cause more drift than many understand. Probably playing a major role in the dicamba issues presently. Check the indicators. twitter.com/JasonABond/sta…

7:33 AM - 27 Jun 2017 · Illinois, USA

6 5





Dale Cowan CCA . On
@SCSAgronomy

Follow

Tell tale sign of overnight temp inversion, dead calm, heavy dew, low lying fog along tree line not a good time to spray

4:49 AM - 4 Jul 2017

15 38

What can farmers do? "It's all up to the individuals," Hager says. "Try to work it out or, if you're not getting anywhere, you have every right to file a formal complaint."

Farmers or individuals may file a complaint by filling out and submitting the pesticide drift complaint form or by calling IDOA's Bureau of Environmental Programs at 1-800-641-3934 (voice and TDD) or 217-785-2427. Complaints must be filed within 30 days of the incident or within 30 days from when damage was first identified.

TAGS: CROPS SOYBEAN

**1 COMMENT**



Monsanto officials add their perspective on dicamba issues this season
JUL 14, 2017



New dicamba regulations issued for Tennessee
JUL 13, 2017



Baldwin: Herbicides should work as intended while doing no harm
JUL 11, 2017



Monsanto responds to dicamba drift claims, Missouri stop use order
JUL 10, 2017



NolanBerg11/flySnow/SteveOehlenschlager/ThinkstockPhotos

FARM OPERATIONS > FARM POLICY

# 7 ag stories you might have missed this week - July 14, 2017

Dicamba, deputy ag secretary nominated & smart farming.

Janet Kubat Willette | Jul 14, 2017

1. New research from the University of Nebraska-Lincoln finds the number of fires occurring each year in the Great Plains has tripled over the past three decades. The number of land burned has jumped by more than 400% from thousands of acres per year in 1985 to 1994 to millions of acres per year from 2005 to 2014. – Nebraska Farmer

2. The AgTech Summit in Salinas, Calif., brought together geeks, enterprising European companies and farmers to share solutions to some of agriculture's most pressing issues, including water scarcity and labor shortages. – Farm Futures

3. Feed Energy Co. has announced the release of AntiBiotic Free Advantage, an antibiotic-free, high-energy vegetable feed for poultry. – Wallaces Farmer

4. American Soybean Association CEO Stephen Censky, a Minnesota native, has been nominated to be deputy secretary of agriculture. It's unknown when his confirmation hearing will be held. – Farm Futures

5. Smart farming is becoming increasingly popular across U.S. agriculture, being used not only by farmers who raise corn and soybeans, but also farmers who raise walnuts, grapes and pistachios. – The Economist

6. South Dakota farmer Scott VanderWal testified that farmers need a tax code that boosts the agricultural economy and frees them to reinvest in their businesses at the House Ways and Means Tax Policy Subcommittee hearing on July 13. – Farm Futures

7. What will the impact of Brexit be on farmers? A former Tory MEP says cheap food imports will force farmers out of business, while a UK spokeswoman says Brexit provides "a golden opportunity to better support our farmers." - BBC

*And your bonus: A bevy of news about dicamba herbicide.*

use because of drift concerns. - Reuters

As of 10:30 a.m. July 10, there were 145 official complaints related to dicamba drift recorded by the Missouri Department of Agriculture. The complaints cover more than 66,384 acres – Missouri Ruralist

Missouri Department of Agriculture Director Chris Chinn temporarily halted all sales and use of dicamba products labeled for agriculture uses. Chinn lifted the ban and put new restrictions in place. – Missouri Ruralist

A University of Missouri Extension agronomist estimates 62,000 acres in New Madrid County, Missouri, show signs of dicamba injury. Monsanto remains committed to the technology, saying in a statement that they spent years developing the technology to reduce drift potential. – Missouri Ruralist

In Iowa, the majority of off-target injury to soybeans has been in the vicinity of Xtend soybean fields. – Corn and Sobyean Digest

The Tennessee Department of Agriculture has issued new rules on spraying both old and new formulations of the herbicide. Use of older formulations is banned. Newer dicamba formulations can only be sprayed between 9 a.m. and 4 p.m. – Delta Farm Press

Researchers are looking at dicamba injury and trying to determine what yield loss will be. – Missouri Ruralist

What impact do temperature inversions have on herbicide applications? – Missouri Ruralist

Monsanto offers their perspective on dicamba drift. – Indiana Prairie Farmer

## RELATED



Simplifying tax code discussed at subcommittee hearing
JUL 14, 2017



7 ag stories you might have missed this week - July 7, 2017
JUL 07, 2017



EU farmers gain access to Japanese food and wine markets
JUL 07, 2017



China-U.S. trade talks near 100 days
JUL 06, 2017

Next Article

Sign Up for the Prairie Farmer Update newsletter today!

Email address | United States | SIGN UP ▸

PrairieFarmer®

Powered by Penton Ag™

About
Contact Us
Advertise
Sitemap
Subscribe
Privacy Policy
Terms of Service

Copyright © 2017 Penton

Case: 4:17-cv-02031-SNLJ Doc. #: 1-53 Filed: 07/19/17 Page: 16 of 16 PageID #: 686