# EXHIBIT 54




ACTIVE INGREDIENT: **DICAMBA** [4]

## Effective Weed Control With XtendiMax™ Herbicide With VaporGrip™ Technology

- Ideal dicamba option to help manage glyphosate-resistant broadleaf weeds such as Palmer amaranth, waterhemp and marestail, along with other tough-to-control broadleaf weeds such as lambsquarters and velvetleaf
- Up to 14 days of soil activity[1] from dicamba on certain small-seeded broadleaf weeds to help traditional residual herbicides keep fields clean as part of an overall weed control program
- Extended application flexibility before, at and after planting
- Designed specifically for the Roundup Ready® Xtend Crop System for in-crop use with Roundup Ready 2 Xtend® soybeans and cotton with XtendFlex® technology

[1] On certain small-seeded broadleaf weeds. Results may vary, depending on rainfall and soil type. Always use dicamba with traditional residual herbicides in pre-emergence and postemergence applications that have different, effective sites of action, along with other Diversified Weed Management Practices.

* Do not use less than 22 fl oz/A of this product in a single application

** 22 fl oz/A = 0.5 lb acid equivalent (a.e.)/A, 44 fl oz/A = 1.0 lb a.e./A

| XtendiMax™ Herbicide With VaporGrip™ Technology | |
|---|---|
| Active Ingredient | Dicamba |
| Salt Formulation | Diglycolamine (DGA) |
| Acid Equivalent/Gallon | 2.9 lb/gal |
| Pre-emergence Use Rate* | 22 to 44 fl oz/A** |
| Postemergence Use Rate* | 22 fl oz/A** |
| Maximum Combined Total Per Year for All Applications | 88 fl oz/A |
| Herbicide Group | Group 4 |

## Significantly Reduce Relative Volatility With VaporGrip™ Technology

- Proprietary technology developed by Monsanto that helps prevent the formation of dicamba acid
- XtendiMax™ herbicide with VaporGrip™ Technology provides a significant reduction in volatility potential compared to commercially available dicamba formulations
- Will provide applicators confidence in on-target application of dicamba in combination with application requirements for successful on-target applications




[2] Based on published ASTM humidome methodology

DMA or acid formulations of dicamba will NOT be authorized by Monsanto

EARN UP TO **$14.00/A** CASH BACK

### ROUNDUP READY PLUS® CROP MANAGEMENT SOLUTIONS CASH INCENTIVES:

Earn up to $14.00/A cash back in soybeans and cotton from Roundup Ready PLUS® Crop Management Solutions when you incorporate XtendiMax™ herbicide with VaporGrip™ Technology into your weed management strategy along with pre- and postemergence residual products.

Visit RoundupReadyPLUS.com for additional information.

ROUNDUP READY PLUS CROP MANAGEMENT SOLUTIONS

**START CLEAN. STAY CLEAN.**




# Summary of Application Requirements

The XtendiMax™ herbicide with VaporGrip™ Technology application requirements are intended to help maximize weed control with on-target applications and minimize the potential of off-target movement.

***THIS SUMMARY IS NOT A SUBSTITUTE FOR READING AND FOLLOWING ALL PRODUCT LABELING.***

| | | | |
|---|---|---|---|
| NOW EPA APPROVED FOR IN-CROP USE | **HERBICIDE**<br>Low volatility XtendiMax™ herbicide with VaporGrip™ Technology | <4" | **WEED HEIGHT**<br>Spray weeds that are less than 4 inches tall |
| AMS | **AMMONIUM SULFATE**<br>Ammonium sulfate and ammonium-based additives are prohibited in applications that include XtendiMax™ with VaporGrip™ Technology | 3-10 mph | **WIND SPEED**<br>Apply when wind speed is between 3 and 10 mph |
| XTENDIMAX™ With VaporGrip® Technology 22 fl oz/A | **APPLICATION RATES**<br>Apply 22 fluid ounces per acre for any single, in-crop application | DICAMBA TOLERANT CROP / DOWNWIND BUFFER / SENSITIVE AREAS | **DOWNWIND BUFFER**<br>Maintain the required label buffer to protect sensitive areas |
| min. 10 GPA | **SPRAY VOLUME**<br>Apply in a minimum of 10 gallons of spray solution per acre | DO NOT SPRAY / DICAMBA TOLERANT CROP / SUSCEPTIBLE CROP | **SUSCEPTIBLE CROPS**<br>Do not apply when wind is blowing toward adjacent susceptible crops |
| | **NOZZLES**<br>To minimize drift, use nozzles approved on the herbicide product label and operating pressures to minimize driftable fines | 15 mph | **GROUND SPEED**<br>Do not exceed 15 mph ground speed |
| 24" | **SPRAY BOOM HEIGHT**<br>Do not exceed a boom height of 24 inches above target pest or crop canopy. Excessive boom height will increase the potential for drift. | 3X | **TRIPLE RINSE**<br>Use triple-rinse cleanout procedure |

To learn more about the Roundup Ready® Xtend Crop System and education opportunities, visit **RoundupReadyXtend.com** or contact your Monsanto representative or retailer.

ROUNDUP READY® XTEND CROP SYSTEM

**ALWAYS READ AND FOLLOW DIRECTIONS FOR USE ON PESTICIDE LABELING. IT IS A VIOLATION OF FEDERAL AND STATE LAW to use any pesticide product other than in accordance with its labeling. NOT ALL formulations of dicamba or glyphosate are approved for in-crop use with** Roundup Ready 2 Xtend® soybeans, Bollgard II® XtendFlex® or XtendFlex® cotton. **ONLY USE FORMULATIONS THAT ARE SPECIFICALLY LABELED FOR SUCH USES AND APPROVED FOR SUCH USE IN THE STATE OF APPLICATION. DICAMBA FORMULATIONS MAY NOT BE APPROVED IN ALL STATES.** Contact the U.S. EPA and your state pesticide regulatory agency with any questions about the approval status of dicamba herbicide products for in-crop use with Roundup Ready 2 Xtend® soybeans, Bollgard II® XtendFlex® or XtendFlex® cotton.

**Monsanto Company is a member of Excellence Through Stewardship® (ETS).** Monsanto products are commercialized in accordance with ETS Product Launch Stewardship Guidance, and in compliance with Monsanto's Policy for Commercialization of Biotechnology-Derived Plant Products in Commodity Crops. This product has been approved for import into key export markets with functioning regulatory systems. Any crop or material produced from this product can only be exported to, or used, processed or sold in countries where all necessary regulatory approvals have been granted. It is a violation of national and international law to move material containing biotech traits across boundaries into nations where import is not permitted. Growers should talk to their grain handler or product purchaser to confirm their buying position for this product. Excellence Through Stewardship® is a registered trademark of Excellence Through Stewardship.

**Roundup Ready 2 Xtend® soybeans** contains genes that confer tolerance to glyphosate and dicamba. **Bollgard II® XtendFlex® cotton** contains genes that confer tolerance to glyphosate, dicamba and glufosinate. Glyphosate will kill crops that are not tolerant to glyphosate. Dicamba will kill crops that are not tolerant to dicamba. Glufosinate will kill crops that are not tolerant to glufosinate. Contact your Monsanto dealer or refer to Monsanto's Technology Use Guide for recommended weed control programs.

**Individual results may vary,** and performance may vary from location to location and from year to year. This result may not be an indicator of results you may obtain as local growing, soil and weather conditions may vary. Growers should evaluate data from multiple locations and years whenever possible.

**ALWAYS READ AND FOLLOW PESTICIDE LABEL DIRECTIONS.** Bollgard II®, Genuity®, Monsanto and Vine Design®, Roundup Ready 2 Xtend®, Roundup Ready 2 Yield®, Roundup Ready PLUS®, Roundup Ready®, Roundup Xtend™, Roundup®, VaporGrip™, XtendFlex® and XtendiMax™ are trademarks of Monsanto Technology LLC. Liberty®, LinkUp™ and LibertyLink® and the Water Droplet Design® are registered trademarks of Bayer. All other trademarks are the property of their respective owners. ©2016 Monsanto Company. 1A4T164693

Insect Resistance Management — Planting Refuges, Preserving Technology

Before opening a bag of seed, be sure to read, understand and accept the stewardship requirements, **including applicable refuge requirements for insect resistance management,** for the biotechnology traits expressed in the seed as set forth in the Monsanto Technology/Stewardship Agreement that you sign. By opening and using a bag of seed, you are reaffirming your obligation to comply with the most recent stewardship requirements.

RESPECT THE REFUGE

LIBERTY LINK®

MONSANTO