# EXHIBIT 56

INTERNET ARCHIVE WayBackMachine
http://agproducts.basf.us/campaigns/engenia/ Go
8 captures
30 Dec 2016 - 11 Jul 2017
DEC APR JUN
08
2016 2017 2018



BASF
We create chemistry






# Engenia Herbicide. Pure Genius.

Engenia herbicide from BASF is a new solution for dicamba-tolerant soybeans and cotton. It's the most flexible and advanced dicamba for dicamba-tolerant crops, designed to deliver performance you can count on for clean fields and maximum yield potential.




Engenia herbicide provides an additional, effective site of action for more than 200 broadleaf weeds, including glyphosate-resistant species, giving growers peace of mind.

This broad-spectrum solution controls the toughest broadleaf weeds like Palmer amaranth, waterhemp

ragweed.

There are currently 16 species of glyphosate-resistant weeds in the U.S., with 38 states affected by at least one species.

About this capture

INTERNET ARCHIVE WaybackMachine
http://agproducts.basf.us/campaigns/engenia/ Go
8 captures
30 Dec 2016 - 11 Jul 2017
DEC APR JUN
08
2016 2017 2018

state is growing.* If not controlled, weed pressure can result in total crop loss in severe cases.[1]



As the inventors of dicamba, BASF has more than 50 years of experience in developing and improving dicamba for effective applications to meet evolving grower needs.




Field research demonstrates on-target herbicide application success with low volatility and drift, so the herbicide remains in place.




(above) Formulation advancements from Banvel® herbicide to Clarity® herbicide to Engenia herbicide.

References

* Heap, I. The International Survey of Herbicide-Resistant Weeds. Available at www.weedscience.org, accessed March 16, 2016.

[1] International Survey of Herbicide Resistant Weeds

Always read and follow label directions.

Engenia herbicide technical information bulletins
Engenia and Zidua PRO TIB
Engenia Bulk Handling TIB
Engenia Cotton National TIB
Engenia Cotton TIB - Grower Seed Co

INTERNET ARCHIVE WaybackMachine
http://agproducts.basf.us/campaigns/engenia/ Go
8 captures
30 Dec 2016 - 11 Jul 2017
DEC APR JUN
08
2016 2017 2018

Engenia Soybeans Regional TIB - Minnesota, North Dakota

Engenia Soybeans TIB - Grower Seed Co

Engenia Spray System Cleanout TIB

**Click here to see the labels and SDS files for Engenia herbicide**

Visit www.engeniatankmix.com for a list of approved tank-mix partners.

Engenia is a trademark, and Banvel, Clarity, Distinct, Status and Marksman are registered trademarks of BASF. ©2016 BASF Corporation. All rights reserved. APN 16-EN-0025

**Page Functions**

- Print
- Contact Us
- Share with a Friend

**General Information**

- Site Terms of Use
- Data Protection
- Credits

©2017 BASF Corporation