# EXHIBIT 57

Case: 4:17-cv-02031-SNLJ Doc. #: 1-57 Filed: 07/19/17 Page: 2 of 4 PageID #: 699

INVESTORS CAREERS MEDIA CENTER PRODUCT FINDER USA, English - Change

ABOUT US PRODUCT LINES INDUSTRIES SERVED

Search

# EPA Approval: FeXapan™ Dicamba Herbicide Plus VaporGrip™ Technology

**2.16.17**

DuPont™ FeXapan™ herbicide plus VaporGrip™ Technology receives EPA registration for use on Roundup Ready 2 Xtend® soybeans and cotton. The low-volatility dicamba formulation brings new solution for weed control.

WILMINGTON, Del., Feb. 16, 2017 – DuPont Crop Protection announced today it has received federal approval from the U.S. Environmental Protection Agency (EPA) for use of DuPont™ FeXapan™ herbicide plus VaporGrip™ Technology on Roundup Ready 2 Xtend® soybeans and cotton. The new herbicide is part of a complete weed-control solution that may be applied in-crop over soybean and cotton varieties carrying traits that provide tolerance to dicamba and glyphosate herbicides.

Growers will be able to use FeXapan™ in 2017 to control herbicide-resistant weeds, including kochia, marestail and amaranth species, as part of a complete weed-control program that includes preemergence and postemergence herbicide applications with multiple herbicide modes of action, as well as crop rotation and cultural practices that manage weed growth and weed seed production.

"There is a critical need among growers to find effective solutions for controlling herbicide-resistant weeds and protecting soybean yield," said James Hay, business director, North America, DuPont Crop Protection. "We're pleased to introduce a complete solution for success that includes FeXapan™ herbicide plus VaporGrip™ Technology and high-yielding genetics with the Roundup Ready 2 Xtend® trait to address those concerns while making best long-term use of crop production technologies. FeXapan™ is a strong addition to the innovative DuPont portfolio of weed-, disease- and insect-control solutions."

When used with Pioneer® brand soybeans with the Roundup Ready 2 Xtend® trait, FeXapan™ will provide a cost-effective option for managing weeds. The integrated seed and herbicide program is designed to work together to increase efficiency and protect yield.

FeXapan™ employs a new formulation of dicamba that offers a significant reduction in volatility potential than conventional dicamba herbicides, which helps minimize off-target movement when used according to label guidelines.

Find a list of approved tank-mix partners for FeXapan™ and state registrations.

As with any crop protection product, growers and applicators should follow best practices to avoid off-target contact when using FeXapan™. DuPont has developed stewardship training to promote best management practices for FeXapan™ use and extended product life. Access the training module.

"Growers know their success depends on technology that improves productivity. Our goal is to collaborate with growers to understand their challenges and to respond with solutions that will help feed the growing world population," added Hay.

FeXapan™ is included in the TruChoice® rewards program, offering local agronomy expertise and individualized crop protection solutions to maximize economic return on every acre.

This is the latest addition to an award-winning portfolio by DuPont Crop Protection. DuPont has been recognized with 21 Agrow Awards, including the Best R&D Pipeline Award in 2013 and 2014.

---

DuPont™ FeXapan™ herbicide is not registered for sale or use in all states. Contact your local DuPont retailer or representative for details and availability in your state.
Soybeans and cotton with Roundup Ready 2 Xtend® technology contain genes that confer tolerance to glyphosate and dicamba. Glyphosate herbicides will kill crops that are not tolerant to glyphosate. Dicamba will kill crops that are not tolerant to dicamba.
Always read and follow all label directions and precautions for use when using any pesticide alone or in tank-mix combinations.
Roundup Ready 2 Xtend® is a registered trademark of Monsanto Technology LLC used under license.
The information provided on this website is for reference only. Always refer to the product labels for complete details and directions for use.

CONTACTS

*Laura Svec*
**901-569-3650**
**laura.svec@dupont.com**

OTHER PRESS RELEASES

- Acre Solution Maximizes Soybean Yield
- Soybean Herbicide Trait Announced
- Canopy® Blend: Soybean Burndown Tool
- Dicamba Supply Agreement
- Inzen™ Z Herbicide-Tolerance Sorghum

ADDITIONAL INFORMATION

- FeXapan™ Stewardship Training
- FeXapan™ State Registrations
- Approved FeXapan™ Tank-Mix Partners
- FeXapan™ Application Best Practices
- Sign Up for FeXapan™ News

LINKS: Contact Us | For the Media | EPA Chemical Fact Sheets | Label Locator | Find Your Rep

OUR COMPANY INVESTORS CAREERS MEDIA CENTER CONTACT GLOBAL LOCATIONS MSDS FINDER TRANSPARENCY ACT

CONNECT WITH DUPONT:

Legal Notices & Terms of Use | Privacy | Ethics Hotline | Site Map | Accessibility

Copyright © 2017 DuPont. All rights reserved. The DuPont Oval Logo, DuPont™, and all products denoted with ® or ™ are trademarks or registered trademarks of E. I. du Pont de Nemours and Company or its affiliates.