# EXHIBIT 60

Case: 4:17-cv-02031-SNLJ Doc. #: 1-60 Filed: 07/19/17 Page: 2 of 9 PageID #: 719
INTERNET ARCHIVE WaybackMachine
https://www.roundupreadyxtend.com/About/Traits/Pages/default.aspx Go
3 captures
25 Dec 2016 - 28 Jun 2017

INTERNET ARCHIVE WaybackMachine
https://www.roundupreadyxtend.com/About/Traits/Pages/default.aspx Go
3 captures
25 Dec 2016 - 28 Jun 2017

ABOUT

TRAITS

# Innovative Trait Technologies Yield A Competitive Advantage

**Whether it's in soybean or cotton, the Roundup Ready® Xtend Crop System will utilize herbicide-tolerant trait technologies to help maximize yield potential, weed control and quality.**

## ROUNDUP READY 2 XTEND® SOYBEANS

### Minimize Weeds, Maximize Yields.

Built on the high yielding Genuity® Roundup Ready 2 Yield® Soybean technology, Roundup Ready 2 Xtend® Soybeans is the industry's first biotech-stacked soybean trait with both dicamba and glyphosate herbicide tolerance.

With tolerance to glyphosate and dicamba, farmers will have access to additional tools to help control glyphosate-resistant broadleaf weeds such as Palmer amaranth, waterhemp and marestail, along with other tough-to-control broadleaf weeds such as lambsquarters and velvetleaf.

INTERNET ARCHIVE WayBackMachine
https://www.roundupreadyxtend.com/About/Traits/Pages/default.aspx Go
3 captures
25 Dec 2016 - 28 Jun 2017

oybeans.

**Benefits will include:**

- The same yield and quality potential farmers already know and trust from their Genuity® Roundup Ready 2 Yield® Soybeans
- Control of glyphosate-resistant broadleaf weeds such as Palmer amaranth, waterhemp and marestail, along with other tough-to-control broadleaf weeds such as lambsquarters and velvetleaf.



## BOLLGARD II® XTENDFLEX® COTTON

### Higher yield potential in cotton.

Bollgard II® XtendFlex® is the first triple stack herbicide-tolerance technology in cotton, with tolerance to dicamba, glyphosate and glufosinate herbicides.

Tolerance to three unique modes of action provides added choice and flexibility to apply multiple combinations of these three herbicides pre- and/or post-plant for a very effective weed management system.

***DO NOT APPLY DICAMBA HERBICIDE IN-CROP TO Roundup Ready 2 Xtend® Soybeans, BOLLGARD II® XTENDFLEX® or XTENDFLEX® COTTON in 2016 unless you use a dicamba herbicide product that is specifically labeled for that use in the location where you intend to make the application.***

INTERNET ARCHIVE WayBackMachine
https://www.roundupreadyxtend.com/About/Traits/Pages/default.aspx Go
3 captures
25 Dec 2016 - 28 Jun 2017



Receive up to date, expert crop management recommendations using the Crop PHD Tool on RoundupReadyPLUS.com. Use on-platform herbicides and insecticides for clean field and cash back incentives.

GET A RECOMMENDATION

Chemistry >

©2016 Monsanto Company, All Rights Reserved

Monsanto Home

Media Room

Privacy Policy

Legal Notice

Email Signup

Contact Us

Follow @RRPLUS

**ALWAYS READ AND FOLLOW DIRECTIONS FOR USE ON PESTICIDE LABELING. IT IS A VIOLATION OF FEDERAL AND STATE LAW to use any pesticide product other than in accordance with its labeling. NOT ALL formulations of dicamba or glyphosate are approved for in-crop use with** Roundup Ready 2 Xtend® soybeans, Bollgard II® XtendFlex® or XtendFlex® cotton. **ONLY USE FORMULATIONS THAT ARE SPECIFICALLY LABELED FOR SUCH USES AND APPROVED FOR SUCH USE IN THE STATE OF APPLICATION. DICAMBA FORMULATIONS MAY NOT BE APPROVED IN ALL STATES.** Contact the U.S. EPA and your state pesticide regulatory agency with any questions about the approval status of dicamba herbicide products for in-crop use with Roundup Ready 2 Xtend® soybeans, Bollgard II® XtendFlex® or XtendFlex® cotton.

**Roundup Ready 2 Xtend® soybeans** contains genes that confer tolerance to glyphosate and dicamba. **Bollgard II® XtendFlex® cotton** contains genes that confer tolerance to glyphosate, dicamba and glufosinate. Glyphosate will kill crops that are not

INTERNET ARCHIVE
WayBackMachine
https://www.roundupreadyxtend.com/About/Traits/Pages/default.aspx Go
3 captures
25 Dec 2016 - 28 Jun 2017

This information is for **educational purposes** only and is not an offer to sell **Roundup Xtend™ with VaporGrip™ Technology.** This product is not yet registered or approved for sale or use anywhere in the United States.

**Commercialization is dependent on multiple factors,** including successful conclusion of the regulatory process. The information presented herein is provided for educational purposes only, and is not and shall not be construed as an offer to sell, or a recommendation to use, any unregistered pesticide for any purpose whatsoever. It is a violation of federal law to promote or offer to sell an unregistered pesticide.

**Monsanto Company is a member of Excellence Through Stewardship® (ETS).** Monsanto products are commercialized in accordance with ETS Product Launch Stewardship Guidance, and in compliance with Monsanto's Policy for Commercialization of Biotechnology-Derived Plant Products in Commodity Crops. This product has been approved for import into key export markets with functioning regulatory systems. Any crop or material produced from this product can only be exported to, or used, processed or sold in countries where all necessary regulatory approvals have been granted. It is a violation of national and international law to move material containing biotech traits across boundaries into nations where import is not permitted. Growers should talk to their grain handler or product purchaser to confirm their buying position for this product. Excellence Through Stewardship® is a registered trademark of Biotechnology Industry Organization.

B.t. products may not yet be registered in all states. Check with your Monsanto representative for the registration status in your state.

ALWAYS READ AND FOLLOW PESTICIDE LABEL DIRECTIONS. Roundup Ready® crops contain genes that confer tolerance to glyphosate, the active ingredient in Roundup® brand agricultural herbicides. Roundup® brand agricultural herbicides will kill crops that are not tolerant to glyphosate. Bollgard and Design®, Bollgard II and Design®, Bollgard II®, Bollgard®, Genuity Design®, Genuity®, Ground Breakers®, Respect the Refuge and Cotton Design®, Roundup Ready 2 Xtend®, Roundup Ready 2 Yield®, Roundup Ready PLUS®, Roundup Ready®, Roundup Xtend™,VaporGrip™, XtendFlex®, XtendiMax™ are trademarks of Monsanto Technology LLC. LibertyLink® and the Water Droplet Design® are registered trademarks of Bayer.

All other trademarks are the property of their respective owners. © 2016 Monsanto Company.

**Individual results may vary,** and performance may vary from location to location and from year to year. This result may not be an indicator of results you may obtain as local growing, soil and weather conditions may vary. Growers should evaluate data from multiple locations and years whenever possible.

Insect Resistance Management
Planting Refuges, Preserving Technology

Before opening a bag of seed, be sure to read, understand and accept the stewardship requirements, **including applicable refuge requirements for insect resistance management,** for the biotechnology traits expressed in the seed as set forth in the Monsanto Technology/Stewardship Agreement that you sign. By opening and using a bag of seed, you are reaffirming your obligation to comply with the most recent stewardship requirements.

RESPECT THE REFUGE

LIBERTY LINK

Case: 4:17-cv-02031-SNLJ Doc. #: 1-60 Filed: 07/19/17 Page: 9 of 9 PageID #: 726