# EXHIBIT 61

Case: 4:17-cv-02031-SNLJ Doc. #: 1-61 Filed: 07/19/17 Page: 2 of 3 PageID #: 728



# Farmers to Gain Access to Monsanto's Roundup Ready 2 Xtend™ Soybeans in 2016

Wednesday February 3, 2016

**Dateline:**
ST. LOUIS

**Public Company Information:**
NYSE: MON

ST. LOUIS--(BUSINESS WIRE)--Monsanto Company (NYSE: MON) today announced its commercial launch plans for its Roundup Ready 2 Xtend™ soybeans after it received import approval in China. This technology has been highly anticipated by farmers and is now available in the United States and Canada in time for the 2016 season.

**"After a decade of development, the new and elite germplasm in Roundup Ready 2 Xtend soybeans can provide growers with outstanding performance in their efforts to produce the best crop possible."**

"We are pleased to bring Roundup Ready 2 Xtend soybeans to the market," said Brett Begemann, Monsanto President and Chief Operating Officer. "After a decade of development, the new and elite germplasm in Roundup Ready 2 Xtend soybeans can provide growers with outstanding performance in their efforts to produce the best crop possible."

Monsanto's Asgrow®, Channel® and regional brands, along with Corn States licensees, expect to introduce more than 70 soybean products across eight maturity groups with agronomic traits including resistance to nematodes and phytophthora root rot. Roundup Ready 2 Xtend soybeans are broadly licensed to more than 100 seed brands.

Although Roundup Ready 2 Xtend soybeans are tolerant to both glyphosate and dicamba herbicides, the use of dicamba herbicide over the top of Roundup Ready 2 Xtend soybeans remains in late stage of Environmental Protection Agency (EPA) review and is not currently approved by the EPA. Once approved, the Roundup Ready® Xtend Crop System – including Bollgard II® XtendFlex® cotton – will offer growers a vital tool for managing tough-to-control and glyphosate-resistant weeds.

Miriam Paris, U.S. Soybean Marketing Manager, says demand for Roundup Ready 2 Xtend™ soybeans has been strong. "To date, we've had significant pre-orders from farmers and are excited to move forward with commercialization," she said. "Roundup Ready 2 Xtend soybeans are built on the same high-yielding germplasm as Genuity® Roundup Ready 2 Yield® soybeans, which continue to deliver a greater than four bushel per acre advantage as compared to the original Roundup Ready® soybeans. Pending dicamba approval, growers will continue to maximize their yield opportunity through the weed management recommendations and incentives provided by Roundup Ready PLUS® Crop Management Solutions."

More information about Roundup Ready 2 Xtend soybeans and the Roundup Ready Xtend Crop System can be found at RoundupReadyPLUS.com/XtendCropSystem.

**About Monsanto Company**

Monsanto is committed to bringing a broad range of solutions to help nourish our growing world. We produce seeds for fruits, vegetables and key crops – such as corn, soybeans, and cotton – that help farmers have better harvests while using water and other important resources more efficiently. We work to find sustainable solutions for soil health, help farmers use data to improve farming practices and conserve natural resources, and provide crop protection products to minimize damage from pests and disease. Through programs and partnerships, we collaborate with farmers, researchers, nonprofit organizations, universities and others to help tackle some of the world's biggest challenges. To learn more about Monsanto, our commitments and our more than 20,000 dedicated employees, please visit: discover.monsanto.com and monsanto.com. Follow our business on Twitter® at twitter.com/MonsantoCo, on the company blog, Beyond the Rows® at monsantoblog.com or subscribe to our News Release RSS Feed.

***Monsanto Cautionary Statements Regarding Forward-Looking Information:***

*Certain statements contained in this release are "forward-looking statements," such as statements concerning the company's anticipated financial results, current and future product performance, regulatory approvals, business and financial plans and other non-historical facts. These statements are based on current expectations and currently available information. However, since these statements are based on factors that involve risks and uncertainties, the company's actual performance and results may differ materially from those described or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, among others: continued competition in seeds, traits and agricultural chemicals; the company's exposure to various contingencies, including those related to intellectual property protection, regulatory compliance and the speed with which approvals are received, and public understanding and acceptance of our biotechnology and other agricultural products; the success of the company's research and development activities; the outcomes of major lawsuits and the previously-announced SEC investigation; developments related to foreign currencies and economies; pursuit of acquisitions or other transactions; fluctuations in commodity prices; compliance with regulations affecting our manufacturing; the accuracy of the company's estimates related to distribution inventory levels; the recent increases in and expected higher levels of indebtedness; the company's ability to fund its short-term financing needs and to obtain payment for the products that it sells; the effect of weather conditions, natural disasters, accidents, and security breaches, including cybersecurity incidents, on the agriculture business or the company's facilities; and other risks and factors detailed in the company's most recent periodic report to the SEC. Undue reliance should not be placed on these forward-looking statements, which are current only as of the date of this release. The company disclaims any current intention or obligation to update any forward-looking statements or any of the factors that may affect actual results.*

***ALWAYS READ AND FOLLOW PESTICIDE LABEL DIRECTIONS.*** *Roundup Ready® crops contain genes that confer tolerance to glyphosate, the active ingredient in Roundup® brand agricultural herbicides. Roundup® brand agricultural herbicides will kill crops that are not tolerant to glyphosate. Bollgard II®, Genuity®, Respect the Refuge and Cotton Design®, Roundup Ready 2 Xtend™, Roundup Ready 2 Yield®, Roundup Ready® and Roundup® are trademarks of Monsanto Technology LLC. Bollgard II® XtendFlex® cotton and Design ©2016 Monsanto Company.*

**Contact:**

Monsanto Company
Media (U.S.)
John Combest, 314-694-6397
or
Sara Miller, 314-694-5824
or
Analysts
Laura Meyer, 314-694-8148



©2002-2017 Monsanto Company - All Rights Reserved