# EXHIBIT 62

# Clear Focus, Strength of Core Business, Emergence of New Platforms and Financial Discipline Back Monsanto's Confidence in Long-Term Growth Opportunity

- ***Company expects more than 20% CAGR in ongoing EPS from end of FY16 to FY19***
- ***Extends R&D leadership with proven product performance and integrated pipeline with potential of up to $25 billion in peak net sales opportunity***
- ***Company targets >1.3 billion acres of technology upgrades from core and new platforms by 2025***
- ***Climate emerges as leader in digital agriculture, driven by unique capabilities, leading commercial reach and rapid farmer adoption***

Tuesday November 17, 2015

**Dateline:**
ST. LOUIS

**Public Company Information:**
NYSE: MON

ST. LOUIS--(BUSINESS WIRE)--During Monsanto company's (NYSE: MON) Biennial Investor Event in St. Louis, chairman and chief executive officer Hugh Grant and other members of the Monsanto executive leadership team will highlight the company's core business growth drivers and expanding new platform opportunities that reinforce the company's unique leadership position within the industry and underpin its confidence in its long-term growth opportunities.

**"The fundamentals of our business are strong and we continue to be the best positioned company in the industry"**

"The fundamentals of our business are strong and we continue to be the best positioned company in the industry," Grant said. "Our priorities are clear as we remain acutely focused on driving growth within our core business, building out our growth platforms and continuing to fund our R&D pipeline advantage to serve farmers around the world. Through focus and discipline, we are confident in delivering on the milestones we've established in the near term and that extend over the next decade."

**Strategic Growth Drivers Clear to FY19**

During the event, the company will confirm its fiscal year 2016 earnings per share guidance of $5.10 to $5.60 on an ongoing basis and $4.00 to $4.66 on an as reported basis. (For a reconciliation of ongoing EPS, see note 1.) The company also continues to project free cash flow in the range of $1.6 billion to $1.8 billion for fiscal year 2016. The company expects net cash provided by operating activities to be $2.7 billion to $3.1 billion, and net cash required by investing activities to be approximately $1.1 billion to $1.3 billion. (For a reconciliation of free cash flow, see note 1.)

In 2016, the company will continue to focus on executing on key milestones within its core seeds and traits business led by new global corn hybrid portfolio introductions, continued significant Intacta RR2 PRO™ soybean adoption and additional licensing opportunities. It also plans to remain disciplined in its agricultural productivity strategy, drive further optimization in spend through its announced restructuring actions and accelerate progress toward its targeted capital structure. A focus on these priorities in fiscal year 2016 will set the foundation for rapid future growth, beginning in fiscal year 2017, as the company targets to more than double fiscal year 2014 ongoing EPS by fiscal year 2019. The company's expanding core growth drivers and R&D leadership advantage, emergence of new platforms and financial discipline underpin confidence in this five-year growth target. The company expects innovation to drive 80 percent of the expected gross profit growth from the end of fiscal year 2016 to fiscal year 2019, with roughly only 20 percent contingent on macro economic factors.

**Innovation to Unlock New Growth**

Case: 4:17-cv-02031-SNLJ Doc. #: 1-63 Filed: 07/19/17 Page: 3 of 5 PageID #: 732

Monsanto executives also will highlight its industry-leading R&D approach, which combines its core platforms of breeding, biotechnology and chemistry with its transformational growth platforms of data science and biologicals to provide a truly integrated approach to delivering yield solutions for global farmers. The company has advanced 55 projects in the past two years and anticipates more than 20 advancements in fiscal year 2016.

Monsanto's current R&D pipeline has the potential to deliver up to $25 billion in peak net sales through the success of products like third generation trait technologies and continued germplasm upgrades. Today, the company operates from a global footprint of more than 400 million acres currently using its technologies, with the company anticipating more than 1.3 billion acres of next-generation technology upgrades by 2025. Approximately 800 million acres of upgrades are expected to come from its core growth drivers like Intacta RR2 PRO™ soybeans, Roundup Ready 2 Xtend™ soybeans and from its global corn portfolio. The company anticipates another 550 to 900 million acres of technology upgrades from its new growth platforms, including 300 to 400 million acres from the Climate FieldView digital agronomic platform and 250 to 500 million acres from the BioAg Alliance with Novozymes. These growth platforms hold the potential to serve global farmers beyond Monsanto's current core crops and geographies.

**The Climate Corporation Emerges as the Digital Agricultural Platform**

Executives also will highlight progress in The Climate Corporation platform, which has solidified its position as the industry leader in digital agriculture – driven by its unique capabilities, leading commercial reach and unprecedented farmer adoption. The recently announced agreement with John Deere, providing exclusive third-party, near real-time data connectivity with certain John Deere equipment, rounds out the platform's connectivity options for growers across the three major equipment providers. This ease of use and level of connectivity, coupled with the tremendous retail distribution reach of the comprehensive Climate FieldView digital agronomic platform, has enabled the company to stake its leadership position in the digital agriculture space. The company remains focused on rapid farmer adoption and creating a positive experience for farmers as it targets 90 million acres in fiscal year 2016, including 12 million acres of paid services. The Climate insights continue to deliver significant opportunities to help address the more than forty decisions farmers make each season, with the platform's nitrogen advisor identifying an approximately $1 billion opportunity to improve productivity for U.S. farmers in corn alone.

**Harvest Results Highlight Monsanto's Products Continue to Outperform Competitors**

Initial results from the 2015 U.S. harvest reinforce Monsanto's performance advantage DEKALB® corn is outperforming competitive products for the tenth consecutive year, with early 2015 harvest results once again highlighting a strong performance advantage of more than 7 bushels per acre on average. In soybeans, early Roundup Ready 2 Yield® harvest results reinforce the platform's industry-leading yield advantage of more than 4 bushels per acre on average versus first-generation Roundup Ready soybeans. Importantly, this becomes the foundation for Roundup Ready 2 Xtend™ soybeans whose performance is expected to be at parity with Roundup Ready 2 Yield® soybeans from a yield performance perspective, with the benefits of improved weed control for those hard to control weeds.

**Biennial Investor Event Webcast and Materials**

A live webcast of Monsanto's investor briefing will be available through Monsanto's website at: www.monsanto.com/investors. A webcast beginning at 1 p.m. C.T. on Tuesday, November 17 will offer presentations from Hugh Grant, chairman and chief executive officer; Kerry Preete, executive vice president, global strategy; Brett Begemann, president and chief operating officer; Mike Frank, vice president, global commercial; and Mike Stern, Ph.D., vice president, and president and chief operating officer, The Climate Corporation. A webcast beginning at 9 a.m. C.T. on Wednesday, November 18 will feature presentations from Robb Fraley, Ph.D., executive vice president and chief technology officer; and Pierre Courduroux, senior vice president and chief financial officer.

During presentations at the event, company executives will discuss product performance, the company's strategic initiatives, long-term growth drivers and future expectations, and other matters related to the company's business. Materials related to the event are posted on our website. These materials include the presentation agenda, briefing slides and speaker information. Visitors may need to download Windows™ Media Player prior to listening to the webcast. Following the live broadcast, a replay of the webcast will be available on the Monsanto website for three weeks. Monsanto publishes details on upcoming webcasts on this website in both the Presentation and Financial Reports section and the Calendar of Events section. Investors should look to this site as the source of information on future investor conference webcasts. The site includes a calendar of upcoming investor events, details on accessing scheduled webcasts and information from previous investor events.

**About Monsanto Company**

Monsanto is committed to bringing a broad range of solutions to help nourish our growing world. We produce seeds for fruits, vegetables and key crops – such as corn, soybeans, and cotton – that help farmers have better harvests while using water and other important resources more efficiently. We work to find sustainable solutions for soil health, help farmers use data to improve farming practices

Case: 4:17-cv-02031-SNLJ Doc. #: 1-62 Filed: 07/19/17 Page: 4 of 5 PageID #: 733

and conserve natural resources, and provide crop protection products to minimize damage from pests and disease. Through programs and partnerships, we collaborate with farmers, researchers, nonprofit organizations, universities and others to help tackle some of the world's biggest challenges. To learn more about Monsanto, our commitments and our more than 20,000 dedicated employees, please visit: discover.monsanto.com and monsanto.com. Follow our business on Twitter® at twitter.com/MonsantoCo, on the company blog, Beyond the Rows® at monsantoblog.com or subscribe to our News Release RSS Feed.

***Cautionary Statements Regarding Forward-Looking Information:***

*Certain statements contained in this release are "forward-looking statements," such as statements concerning the company's anticipated financial results, current and future product performance, regulatory approvals, business and financial plans and other non-historical facts. These statements are based on current expectations and currently available information. However, since these statements are based on factors that involve risks and uncertainties, the company's actual performance and results may differ materially from those described or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, among others: continued competition in seeds, traits and agricultural chemicals; the company's exposure to various contingencies, including those related to intellectual property protection, regulatory compliance and the speed with which approvals are received, and public understanding and acceptance of our biotechnology and other agricultural products; the success of the company's research and development activities; the outcomes of major lawsuits and the previously-announced SEC investigation; developments related to foreign currencies and economies; pursuit of acquisitions or other transactions; fluctuations in commodity prices; compliance with regulations affecting our manufacturing; the accuracy of the company's estimates related to distribution inventory levels; the recent increases in and expected higher levels of indebtedness; the company's ability to fund its short-term financing needs and to obtain payment for the products that it sells; the effect of weather conditions, natural disasters, accidents, and security breaches, including cybersecurity incidents, on the agriculture business or the company's facilities; and other risks and factors detailed in the company's most recent periodic report to the SEC. Undue reliance should not be placed on these forward-looking statements, which are current only as of the date of this release. The company disclaims any current intention or obligation to update any forward-looking statements or any of the factors that may affect actual results.*

*Notes to editors: Monsanto and the Vine Design®, DEKALB®, Intacta RR2 PRO™, Roundup Ready 2 Xtend™ and Roundup Ready 2 Yield® are trademarks of Monsanto Company and its wholly-owned subsidiaries.*

**Monsanto Company**
Selected Financial Information
(Dollars in millions)
Unaudited

1. The presentations of ongoing EPS and free cash flow are not intended to replace as-reported EPS or cash flows, and they are not measures of financial performance as determined in accordance with generally accepted accounting principles (GAAP) in the United States. The presentation of non-GAAP financial measures is intended to supplement investor's understanding of our operating performance. Furthermore, these non-GAAP financial measures may not be comparable to similar measures used by other companies. The following tables reconcile the non-GAAP financial metrics to the respective most directly comparable financial measure calculated in accordance with GAAP.

**Reconciliation of EPS to Ongoing EPS:** Ongoing EPS is calculated excluding certain after-tax items which Monsanto does not consider part of ongoing operations.

| | Fiscal Year 2016 Guidance |
|---|---|
| **Diluted Earnings (Loss) per Share** | **$4.00-$4.66** |
| Restructuring Charges | $0.94-$1.10 |
| **Diluted Earnings (Loss) per Share from Ongoing Business** | **$5.10-$5.60** |

**Reconciliation of Free Cash Flow:** Free cash flow represents the total of cash flows from operating activities and investing activities, as reflected in the Statements of Consolidated Cash Flows presented in this release. With respect to the fiscal year 2016 free cash flow guidance, Monsanto does not include any estimates or projections of Net Cash Provided (Required) by Financing Activities because in order to prepare any such estimate or projection, Monsanto would need to rely on market factors and conditions that are outside of its control.

| | | Fiscal Year 2016 Guidance |
|---|---|---|
| Net Cash Provided by Operating Activities | $ | 2,700-3,100 |
| Net Cash Required by Investing Activities | | (1,100)-(1,300) |
| **Free Cash Flow** | **$** | **1,600-1,800** |
| Net Cash Required by Financing Activities | | N/A |
| Effect of Exchange Rate Changes on Cash and Cash Equivalents | | N/A |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | | N/A |
| **Cash and Cash Equivalents at Beginning of Period** | | N/A |
| **Cash and Cash Equivalents at End of Period** | | N/A |

**Contact:**

Monsanto Company
Media:
Sara Miller, 314-694-5824
or
Analysts:
Laura Meyer, 314-694-8148

**Monsanto Homepage**

**Who We Are**
Monsanto at a Glance
Our Commitments
Company Leadership
Corporate Governance
Company History
Partnering & Licensing
Our Locations
Contact Us

**Products**
Product Overview
Brands
Agricultural Seeds
Traits & Technologies
Vegetable Seeds
Weed Control Products
Research & Development
Product Stewardship
Weed Management
Product Safety

**Careers**
Search Jobs

**Newsroom**
Newsroom Home
Spotlight
News Releases
Social Media
Viewpoints
Multimedia
Recognition

**Investors**
Corporate Profile
Presentations & Reports
SEC Filings

**Improving Agriculture**
Why Does Agriculture Need to be Improved?
What Is Monsanto Doing to Help?
How Are We Doing It?

**Visit Our Other Sites**
Monsanto Gift Store
Monsanto Fund
America's Farmers
Genuity
Asgrow & DEKALB
Deltapine
Channel
Roundup Ready PLUS
Monsanto Vegetable Seeds

©2002-2017 Monsanto Company - All Rights Reserved Sitemap | Legal Notice | Privacy Policy | Contact Us