# EXHIBIT 65

Sign up for updates about Engenia® herbicide.

Enter your email address | Submit






# A responsibility for stewardship.

Every aspect of farming takes commitment, and teaching correct, effective herbicide application is our commitment to you.

In modern agriculture, the advent of new and advanced herbicide technologies must accompany an equal dedication to stewardship. With the push toward leading technologies, like Engenia herbicide, BASF developed the On Target Application Academy (OTAA) to provide best-practice training that promotes correct and effective herbicide application.

OTAA guides BASF's long-standing stewardship responsibility to growers through a one-of-a-kind educational program. Featuring some of the top minds in herbicide application technology in the country, OTAA sessions teach growers how to minimize drift and make applications of low-volatility Engenia herbicide safe, accurate and effective. Since its inception in 2012, OTAA has reached thousands of growers in highest crop producing regions in the country.

ON TARGET APPLICATION ACADEMY

## Increasing our reach.

To augment the reach of the program's accessibility to applicators, BASF is bringing the OTAA educational experience online. In the form of a digital training module, this online OTAA will include a series of educational videos that will teach growers best practices for herbicide applications.

**Growers and applicators can take the OTAA training module by visiting Grow Smart University, clicking on the "Herbicides" tab and selecting the module titled "Making an On Target Engenia Herbicide Application."**

**GrowSmartUniversity.com »**

## OTAA by the numbers.




**SURVEY SAYS!** **OTAA-trained attendees said:**

- "Excellent presentation of information that is not well understood."
- "Great Content. Very informative."
- "I'm happy BASF has the willingness to educate us to be better at what we do."
- "Excellent information for new applicators."

ON TARGET APPLICATION ACADEMY

## Meet your OTAA expert trainers.



**Dr. Robert E. Wolf, Ph.D.**
**Wolf Consulting & Research LLC**

Dr. Robert E. Wolf is renowned for his work in training pesticide applicators worldwide. In 2012, Wolf developed the On Target Application Academy in conjunction with BASF. He brings more than 25 years of experience in application technology research along with education at universities and in the private sector.



**Dr. Dennis Gardisser, Ph.D.**
**WRK of Arkansas**

As president of WRK of Arkansas, Dr. Dennis Gardisser oversees agricultural chemical application research, testing, product development, drift evaluations, training seminars, fly-in clinics and education. He was previously a professor and associate department head of Biological and Agricultural Engineering at the University of Arkansas.



**Dr. H. Mark Hanna, Ph.D.**
**Extension Agricultural Engineer, Iowa State University**

At Iowa State, Hanna's main focus is sustainable agricultural systems, including chemical application, energy consumption, tillage/planting and harvest. His research focus has been on developing ways for field equipment to enhance productivity and environmental stewardship through field days and other outreach activities.



**Dr. Phillip Stahlman, Ph.D.**

**Professor Emeritus of Weed Science, Kansas State University**

Dr. Phillip Stahlman has had an acclaimed career as a weed scientist at Kansas State University for over 40 years. While at Kansas State, Dr. Stahlman served in the positions of Professor of Weed Science and Research Weed Scientist with a research emphasis in integrated weed management, strategies for field crops in semi-arid environments and herbicide resistance evolution and management. Throughout his career, Dr. Stahlman has had numerous published works on weed science and application in addition to a variety of agricultural topics.

Dr. Stahlman earned his bachelor's degree in Agronomy at Oklahoma Panhandle State College, his master's degree in Agronomy/Weed Science at North Dakota State University and his Ph.D. in Agronomy/Weed Science at the University of Wyoming, Laramie. He currently resides in Hays, Kansas with his wife Linda. They have two grown sons and one granddaughter.

## Further your knowledge and expertise through these BASF educational resources.

- Mini Book
- Best Practices Poster
- One-Sheeter

## Count on a knowledgeable team in the field.

Protect your crops from yield-robbing weeds, maintain advances in conservation, and enhance your operation's efficiency through the technical expertise and agronomic support from your BASF team.

BASF has a very knowledgeable and experienced staff of experts in on-target applications of dicamba, having confidently applied over 50 million acres of Status® herbicide (a dicamba formulation for corn) over the last eight years.

Success in the field starts with knowledge from the experts.

Find a rep



Always read and follow label directions.

Engenia herbicide technical information bulletins

- Engenia and Zidua PRO TIB
- Engenia Bulk Handling TIB
- Engenia Cotton National TIB
- Engenia Cotton TIB - Grower Seed Co
- Engenia Soybeans National TIB
- Engenia Soybeans Regional TIB - Minnesota, North Dakota
- Engenia Soybeans TIB - Grower Seed Co
- Engenia Spray System Cleanout TIB
- Recognizing Temperature Inversion TIB

**Click here to see the labels and SDS files for Engenia herbicide**

Visit www.engeniatankmix.com for a list of approved tank-mix partners.

Engenia is a trademark, and Banvel, Clarity, Distinct, Status and Marksman are registered trademarks of BASF. ©2016 BASF Corporation. All rights reserved. APN 16-EN-0025

**Page Functions**
- Print
- Contact Us
- Share with a Friend

**General Information**
- Site Terms of Use
- Data Protection
- Credits

©2017 BASF Corporation