# EXHIBIT 66

# Stewardship



## Life is precious. We're working to protect it.

Stewardship drives our careful and responsible management of products and resources both for today and for future generations. Being good stewards means more than just weighing risks—it means working collaboratively and inclusively with environmental and human safety standards always at the forefront of the work we do. It means being active listeners and effective communicators, addressing stakeholder needs at every stage of a product's life cycle. It means looking to nature to guide solving today's challenges, and learning the lessons it teaches us. Our scientists and engineers are also stewards, examining both the potential benefits and consequences of applying and not applying biotechnology to the problems we hope to solve. Balancing our search for solutions that are both science-enabled and sustainable helps us make the most responsible and appropriate use of science to help ensure food security, deliver global energy solutions, and protect the earth and its citizens.

At DuPont, we aren't just making better products or creating simpler solutions. We're actively working to develop cleaner fuels, produce more of what we need while using less inputs (like water and/or energy), and create sustainable solutions that will benefit society today and for future generations. We're committed to responsible and careful management of our products for their full life cycle, assessing not only the safety of our products but also their impact on society. Through our commitment to environmental excellence, we're working collaboratively to bring sustainable, market-driven and innovative solutions to solve some of the world's biggest challenges, making lives better, safer, and healthier for people today, and in the future.

Leading with Stewardship

- Solving Global Challenges Together: At DuPont, we believe the answers to the greatest challenges facing humanity can be found through inclusive innovation. Learn more about our collaborative approach to problem solving, and how we're bringing together a global community of solvers to feed the world, build a secure energy future, and protect what matters most to us—life, and our ecosystem. See how we're solving global challenges together.

- Commitment to Food Security: Keep up with the latest news on issues of food security, and discover the science-based solutions DuPont is creating to combat one of the world's most critical challenges on our DuPont Food Security blog.

- Biotechnology Insight Series: As part of our ongoing commitment to seeking guidance and feedback from a global community of experts on biotech issues, we launched the DuPont Biotech Insight Series in 2014. The Insight Series explores emerging biotechnology issues with practitioners and recognized experts from diverse field of study such as law, ethics, culture and business.

CASE STUDIES

- Sorghum
- Plenish soybeans
- Cold Water detergent enzymes
- Sorona® biopolymer Carpet

From 2000 to 2013, an independent panel provided input to DuPont to inform our planning, help us identify critical and emerging issues and to challenge us in the development, testing and commercialization of new products based on biotechnology. During its tenure, 19 leaders from around the world contributed to the panel and issued periodic reports. Read the reports issued in 2002, 2005, and 2007.

- Excellence Through Stewardship®: This program is the first biotechnology industry-coordinated initiative to provide stewardship and quality management programs for the full product life cycle of biotech plants. Excellence Through Stewardship recommends and audits for product stewardship and quality management guidelines that are designed to steward biotechnology and to strengthen global confidence in biotech solutions. Learn more about this initiative and how it helps DuPont create responsible solutions that benefit society.

**LINKS:** Sustainability | Global Challenges | Careers

**MORE IN BIOTECHNOLOGY**

What Is Biotech? Solutions for Living Meet Our Solvers

OUR COMPANY INVESTORS CAREERS MEDIA CENTER CONTACT GLOBAL LOCATIONS MSDS FINDER TRANSPARENCY ACT

**Legal Notices & Terms of Use** | **Privacy** | **Ethics Hotline** | **Site Map** | **Accessibility**

Copyright © 2017 DuPont. All rights reserved. The DuPont Oval Logo, DuPont™, and all products denoted with ® or ™ are trademarks or registered trademarks of E. I. du Pont de Nemours and Company or its affiliates.