# EXHIBIT 67

Case: 4:17-cv-02031-SNLJ Doc. #: 1-67 Filed: 07/19/17 Page: 2 of 6 PageID #: 750



NEWS

# WEED SCIENTIST: DICAMBA NEEDS MORE RESEARCH

September 1, 2016 By Tom Steever (https://brownfieldagnews.com/author/tsteever/) Filed Under: Crops (https://brownfieldagnews.com/news-cat/crops/), Missouri (https://brownfieldagnews.com/missouri/), News (https://brownfieldagnews.com/news-cat/)

A weed scientist says dicamba injury issues resulting from drift will require more research before those issues are resolved. More than 120 herbicide damage complaints, mostly in Missouri's Bootheel region, are being investigated by the Missouri Department of Agriculture. University of Missouri weed scientist **Dr. Kevin Bradley** told The Missouri House Agriculture Committee Wednesday in Portageville, Missouri, that even when the EPA clears an advanced, less volatile formulation of dicamba called XtendiMax, there's no assurance that problems won't persist.



(http://cdn.brownfieldagnews.com/wp-content/uploads/2016/09/DSCN4802.jpg)"I don't have the confidence in being able to say that when we move forward, assuming EPA grants approval of these new herbicides and new formulations, that we won't experience some of this in the future," Bradley told Brownfield Ag News following Wednesday's hearing at the Fisher Delta Research Center. "I think we just need to have a little bit of a moment of pause and also perhaps some more research to figure all of this out."

Bradley says that he and other university researchers have studied the efficacy of the new herbicide for its weed control, but he says Monsanto has not allowed independent research on the drift properties of the new compound.

"We can talk about what these formulations do for weed control nine ways from Sunday," said Bradley. "We really can't tell you anything about the volatility or its potential volatility, because we have not been able to do that research, and that's really unfortunate."

The new dicamba formulation is designed specifically for Monsanto's Roundup Ready 2 Xtend soybeans and Roundup Ready XtendFlex cotton, each genetically engineered to tolerate dicamba herbicide, as well as one or two other herbicides, including glyphosate, which is Monsanto's Roundup. Both of those seed technologies are approved and on the market, but the accompanying herbicide formulation is awaiting EPA approval. Because existing dicamba formulations have a tendency to drift, Monsanto and other companies have developed formulations of the herbicide and application techniques that are less likely to volatilize and drift onto sensitive crops.



(http://cdn.brownfieldagnews.com/wp-content/uploads/2016/09/IMG_00561.jpg)Even though farmers were able to plant dicamba tolerant soybean and cotton seed this season, it is not legal to spray earlier formulations of dicamba herbicide over the growing crops, said **Duane Simpson**, government affairs lead for Monsanto, who opened testimony Wednesday in front of the Missouri House Agriculture Committee.

"We went above and beyond to make sure every farmer out there who had the seeds knew that it wasn't legal to spray dicamba," Simpson told Brownfield Ag News following the hearing, "but the reality is is that our best varieties had the dicamba trait in it, so we had that product in the market."

Farmers affected by off-target dicamba applications testified of varying degrees of damage from the herbicide. **Bill Bader**, who describes himself as Missouri's largest peach grower, told the committee that because of dicamba injury, thousands of his peach trees produced fruit too small to be marketable.



(http://cdn.brownfieldagnews.com/wp-content/uploads/2016/09/IMG_01111.jpg)"I think Monsanto should be held responsible for it," Bader told Brownfield Ag News Wednesday, acknowledging that dicamba resistant seeds will benefit farmers. "We need the technology, but why did they release a seed trait without a chemical that would work that wouldn't volatilize and walk off," he said, referring to the damage resulting from drift.

Gideon, Missouri farmer **Joe Woolverton** tells Brownfield that he'd likely use the technology if the new herbicide formulation was approved and available.



(http://cdn.brownfieldagnews.com/wp-content/uploads/2016/09/IMG_00691.jpg)"Well, probably," he said, "I probably would if it was all legal." Woolverton says it's the farmers who knowingly applied non-labeled dicamba on tolerant crops that should bear the expense of damage to sensitive crops because of drift.

"The guy that done it wrong, that's his choice to do it wrong," said Woolverton. "I don't care if he does it wrong as long as it don't affect other people, but when it affects other people, and they've been caught at it, something needs to be in the legal system that makes them have to pay the price."



(http://cdn.brownfieldagnews.com/wp-content/uploads/2016/09/IMG_00611.jpg)House Agriculture Committee Chairman **Bill Reiboldt** tells Brownfield state legislation will be pre-filed in December that will toughen penalties for illegal use of chemicals. "We're going to address that," said Reiboldt, "we're going to put some teeth into the already existing statutes on that."

AUDIO: Kevin Bradley (6 min. MP3) (http://cdn.brownfieldagnews.com/wp-content/uploads/2016/09/160831_KevinBradley-1.mp3)

AUDIO: Duane Simpson (5 min. MP3) (http://cdn.brownfieldagnews.com/wp-content/uploads/2016/09/160831_DuaneSimpson.mp3)

AUDIO: Bill Bader (7 min. MP3) (http://cdn.brownfieldagnews.com/wp-content/uploads/2016/09/160831_BillBader.mp3)

AUDIO: Joe Woolverton (4 min. MP3) (http://cdn.brownfieldagnews.com/wp-content/uploads/2016/09/160831_JoeWoolverton.mp3)

AUDIO: Rep. Bill Reiboldt (3 min. MP3) (http://cdn.brownfieldagnews.com/wp-content/uploads/2016/09/160831_BillReiboldt.mp3)

(mailto:?subject=weed%20scientist%20dicamba%20needs%20more%20research&body=Check%20out%20this%20story%20from%20Brownfield%2c scientist-dicamba-needs-research/) (http://www.facebook.com/sharer.php?u=https://brownfieldagnews.com/news/weed-scientist-dicamba-needs-research/) (http://twitter.com/share?url=https://brownfieldagnews.com/news/weed-scientist-dicamba-needs-research/&text=weed+scientist%3A+dicamba+needs+more+research+) (https://plus.google.com/share?url=https://brownfieldagnews.com/news/weed-scientist-dicamba-needs-research/)

0 comments (https://brownfieldagnews.com/news/weed-scientist-dicamba-needs-research/#respond)
Tags: (https://brownfieldagnews.com/news/weed-scientist-dicamba-needs-research/#respond)Agronomy (https://brownfieldagnews.com/tag/agronomy/), Biotechnology/Research (https://brownfieldagnews.com/tag/biotechnologyresearch/), Missouri (https://brownfieldagnews.com/tag/missouri/)

## Add Comment

Your email address will not be published.

Comment

Name*

Email*

I'm not a robot

reCAPTCHA
Privacy - Terms

POST COMMENT

## RELATED HEADLINES

Heat stressing California livestock (https://brownfieldagnews.com/news/heat-stressing-california-livestock/)

Jul 14, 2017 |

Cattle industry leaders set policy direction (https://brownfieldagnews.com/news/cattle-industry-leaders-set-policy-direction/)

Jul 14, 2017 |

Emerging Animal Disease Preparedness Response Plan (https://brownfieldagnews.com/news/emerging-animal-disease-preparedness-response-plan/)

Jul 14, 2017 |

Sheep and wool market development program funds new projects (https://brownfieldagnews.com/news/sheep-wool-market-development-program-funds-new-projects/)

Jul 14, 2017 |

OCM wants President to renegotiate beef trade deal with China (https://brownfieldagnews.com/news/ocm-wants-president-renegotiate-beef-trade-deal-china/)

Jul 14, 2017 |

## FUTURE PRICES

CROPS LIVESTOCK FINANCE ENERGY METALS

| Name | Contract | Last | Change |
|---|---|---|---|
| Corn | ZCU17 (Sep '17) | 376-2s | +6-4 |
| Corn | ZCZ17 (Dec '17) | 389-4s | +6-4 |
| Corn | ZCH18 (Mar '18) | 400-2s | +6-6 |
| Soybeans | ZSQ17 (Aug '17) | 989-0s | +13-4 |
| Soybeans | ZSU17 (Sep '17) | 992-6s | +14-0 |
| Soybeans | ZSX17 (Nov '17) | 1001-4s | +14-0 |
| Wheat | ZWU17 (Sep '17) | 510-6s | -1-0 |
| Wheat | ZWZ17 (Dec '17) | 534-6s | -0-2 |
| Wheat | ZWH18 (Mar '18) | 554-2s | +0-2 |
| CME Cotton #2 | KGV17 (Oct '17) | 0.6718s | +0.0064 |
| CME Cotton #2 | KGZ17 (Dec '17) | 0.6658s | +0.0021 |
| CME Cotton #2 | KGH18 (Mar '18) | 0.6611s | -0.0005 |
| Rough Rice | ZRU17 (Sep '17) | 11.675s | -0.080 |
| Rough Rice | ZRX17 (Nov '17) | 11.895s | -0.090 |
| Rough Rice | ZRF18 (Jan '18) | 12.060s | -0.115 |

## STAY UP TO DATE

Subscribe for our newsletter today and receive relevant news straight to your inbox!

email Ok

BROWNFIELD AG NEWS FOR AMERICA




## VIEW MORE WEATHER (/AG-WEATHER/)

(https://www.facebook.com/pages/Brownfield-Ag-News/...)
(https://www.linkedin.com/company/brownfield-ag-news?...)
(https://twitter.com/...)

## CONTACT INFO

Brownfield Ag News
505 Hobbs Road
Jefferson City, MO 65109
(https://www.google.co.in/maps/place/Brownfield+Network+Newsroom/@38.5810023,-92.25728,17z/data=!3m1!4b1!4m2!3m1!1s0x87db59050461a231:0x1222e07af0f.
hl=en)

Tel: 573.893.5700 (tel:5738938094)
Fax: 573.893.8094

## QUICK LINKS

Home (/)
Markets (//Brownfieldagnews.Com/Markets/)
Weather News (//Brownfieldagnews.Com/Ag-Weather-2/)
Top Stories (//Brownfieldagnews.Com/Top-Story/)
Brownfield Ag News (//Brownfieldagnews.Com/About-Us/)
Radio Stations (//Brownfieldagnews.Com/Radio-Stations/)

## NEWSLETTER

Subscribe here to receive the Agriculture Today email newsletter.

email Ok

Copyright 2016 Brownfield All Rights Reserved.

ABOUT (HTTPS://BROWNFIELDAGNEWS.COM/ABOUT-US/) / PRIVACY POLICY (HTTPS://BROWNFIELDAGNEWS.COM/PRIVACY-POLICY/) / DISCLAIMER (HTTPS://BROWNFIELDAGNEWS.COM/DISCLAIMER/) / CONTACT (HTTPS://BROWNFIELDAGNEWS.COM/CONTACT-US) /

Information is provided 'as-is' and solely for informational purposes, not for trading purposes or advice, and is delayed. To see all exchange delays and terms of use please see disclaimer. (/ag-markets/?page=agreement&a=b)