# EXHIBIT 70

MONSANTO



Stories | July 13, 2017

# Dicamba-based Herbicide XtendiMax® with VaporGrip® Technology: Years in the Making

By Alison MacInnes
Research Chemist

As a Monsanto scientist, I've had numerous discussions about the technology we develop, our methods for testing it and the ways in which we work to make sure it meets farmer needs. Over the past several years, many of those conversations have turned to the need for new technology to tackle increased weed resistance. As my team saw problematic weeds like Palmer amaranth in farmers' fields, we knew, as did the industry, that it was time to develop new herbicides that could help farmers improve crop performance.

In 2008, my team at Monsanto began researching a new dicamba formulation that would offer a valuable option for treating weeds that had grown resistant to other herbicides. As we developed what would become XtendiMax®, we discovered a new technology that would help minimize volatility potential—VaporGrip® Technology.

When developing any new technology, we at Monsanto go beyond standard testing to develop significant research data that ensures all testing needs and regulatory requirements are not only met but exceeded. This is the same approach we took with this new product, conducting years of research and testing.

The Environmental Protection Agency (EPA) then spent nearly 7 years extensively reviewing and analyzing data and research conducted on the product, and on Nov. 9, 2016, the EPA announced, following a rigorous review, a label for this new formulation—XtendiMax® Herbicide with VaporGrip® Technology. This new dicamba formulation had reached its first milestone on the path to providing growers and applicators with an in-crop herbicide option that could be used over-the-top of Roundup Ready 2 Xtend® soybeans and cotton with XtendFlex® Technology.

Since receiving that label, we've been asked questions about the research and evaluation that went into this new product. How was it tested? Who tested it? What did results show? Let's dive into some of those answers.

## On-Target Application, Off-Site Movement

Making on-target applications and managing the potential for off-site movement are crucial when using an herbicide. When beginning our research, we kept in mind the three types of off-target movement that can occur with any herbicide.

1. **Physical drift** is the physical movement of relatively small spray particles during spray application. Physical drift can occur with any pesticide application, and application requirements are put in place to help farmers and applicators control on-target application and minimize drift potential.

2. **Sprayer contamination** can occur when there is pesticide residue remaining in sprayer components. Spray equipment that is improperly rinsed following previous loads should not be used to treat a crop that is sensitive to herbicides.

3. **Volatility** is the movement of an herbicide as a gas or vapor after spray application. It results from molecules of the chemical vaporizing from the surface of the plants or soil into the air.

Volatility requires control, and we discovered a mechanism to help manage it in our new VaporGrip Technology. This new technology helps prevent the formation of dicamba acid, allowing farmers to see a significant reduction in volatility potential as compared to earlier dicamba formulations. Using published ASTM Humidome methodology, we discovered that **this technology provides a 90 percent reduction in volatility potential compared to Clarity®**, an older dicamba formulation.

## The Research

Like any new product, we tested this new formulation in a variety of ways. This helped us confirm consistent results, including verifying that what we saw in our trials translated to the field.

1 The **Humidome** method involves measuring air concentrations of dicamba to look at the differences in formulations at concentrations 2x the field rate. We tested VaporGrip Technology by spraying soil in a tray with the spray solution and then covered that tray with a lid to create a dome. Air was pulled through the dome into a glass tube containing a foam plug for 24 hours to simulate the air you would see in the field. The foam plug trapped the dicamba vapor volatilizing off the soil. We then extracted dicamba from the foam plug and analyzed it to see how much dicamba was trapped. Unlike anything we'd seen before, we had to re-run the test multiple times because our initial results didn't detect dicamba – something we discovered was a result of the VaporGrip component. From that initial observation, we developed the formulation XtendiMax with VaporGrip Technology. Based on additional testing, we found results to be consistent with field volatility studies.

2 A second type of testing is known as the **Hoop House** method. Within our greenhouses, we placed 32 Genuity® Roundup Ready 2 Yield® soybean plants, which are sensitive to dicamba, on a metal stand. XtendiMax with VaporGrip Technology was sprayed onto glass Petri dishes at 2x the field rate, and those Petri dishes were placed in the middle of the plants so that all the plants had the same exposure to any dicamba that could potentially volatilize. The metal stand, including plants and Petri dishes, were then covered in plastic and sealed for 24 hours to trap the formulation with the plants. The plants were observed for any response to dicamba from the new formulation, rating them at days 7 and 14 after exposure. We found our results to be like the Humidome method – showing a significant reduction in volatility i.e. low response in the soybeans as compared to soybeans exposed to historically more volatile formulations.

3 **Large-scale field volatility studies** allowed us to confirm that the results found in other tests translated to actual field conditions. On multiple occasions, we conducted volatility field studies in the southern United States that adhered to Good Laboratory Practices (GLP), meaning we had to follow stringent, international standards that, if violated, could lead to criminal or civil penalties. During these studies, we used anticipated label application requirements as they were proposed at that time, and we sprayed multiple fields with XtendiMax with VaporGrip Technology to test the volatility of the formulation. These field studies confirmed the findings from our other tests—when XtendiMax with VaporGrip is sprayed at the anticipated label requirements, volatility can be reduced relative to dicamba formulations currently on the market.

Together, the data collected in the research summarized above shows that XtendiMax with VaporGrip is a reduced volatility formulation. We looked at results in the lab and in the field, and we also looked at dicamba vapor concentrations and sensitive plant responses. In all cases, the results were the same—XtendiMax with VaporGrip is a reduced volatility dicamba formulation.

## Evaluation

Any pesticide, including herbicides, intended for commercial availability must undergo extensive evaluations by regulatory agencies, including the EPA. They assess health and safety data of an herbicide, review data to ensure the product meets their stringent requirements and set standards for how an herbicide should be used.

Throughout the nearly 7 years during which the EPA was rigorously reviewing data related to XtendiMax and its predecessors, several Monsanto and university representatives had numerous discussions with EPA scientists to answer questions, share additional data, review proposed application requirements and explain our research. We spoke with scientists and regulators at the EPA, all of whom were dedicated to making sure that any new formulation approved for use had gone through their extensive review process. Those conversations were all held with the same goal in mind—give farmers another, much-needed, weed control tool.

If you'd like to hear more from myself or my fellow scientists, check out this video. I'd also encourage anyone with questions about this technology to reach out to us at Monsanto.com.

dicamba herbicides technology

For Monsanto or modern agriculture media inquiries:
Visit Media Information >

Related



Stories | July 13, 2017

# The Great Honey Bee Venture

The brightest minds in the world of honey bees are searching for answers. The origin of this quest connects back to a problem plaguing every colony in North America. Aptly named, "Varroa destructor," this pervasive parasite is one of the most significant contributors to the challenges facing honey bees. As beekeepers throughout the U.S., Canada, and Mexico can attest, if any hive is fortunate enough to live without the Varroa mite, they will not enjoy this freedom for long—infestation is merely hours away. Considering they pollinate nearly one-third of the global food supply, any challenge facing honey bees is shared with humanity.

## The Varroa mite is the number one threat to honey bees in North America.

In response, leaders throughout modern agriculture, academia, and government are investing time, money, and intellect to provide relief to honey bees. This collective effort is an example of the long-standing commitment to biodiversity by farmers, scientists, and other conservationists. Through various areas of inquiry, a remarkable team of researchers are working to ensure the honey bee remains a robust part of modern agriculture and the ecosystem.

Case: 4:17-cv-02031-SNLJ Doc. #: 1-70 Filed: 07/19/17 Page: 7 of 14 PageID #: 778



**Varroa attach themselves to the outer anatomy of honey bees.**

## Defending the Hive

In 2012, Monsanto acquired Beeologics, a small company based in Israel. Our leadership saw great potential in their research; in particular, the work focused on helping beekeepers control negative pests. These ingenious researchers were using a sweet syrup and a Nobel prize winning discovery they hoped would lead to a safer method of controlling Varroa mites.

This groundbreaking research has matured to Phase 3 of our research and development pipeline. Expected to be under the umbrella of BioDirect™ Technology, our researchers continue exploring how a naturally occurring process called, "RNA Interference," can be developed into a product that could help honey bees resist infestation.

---

"The appeal of this approach is the ability to target just the Varroa mite, while reducing or eliminating the use of chemical pesticides in honey bee colonies." —Dr. Jerry Hayes, Monsanto Honey Bee Health Lead

---

In the larva stage, honey bees are particularly vulnerable to Varroa. This point in the honey bee's development also provides easy access to the Varroa mite—true to the nature of parasites, whatever is

ingested by the honey bee larvae is also consumed by the Varroa mite. With this in mind, Monsanto's product in development will be added to larval food, metabolized and enter their bloodstream where finally, any Varroa attached to the honey bee enjoys a final stolen meal.



**Some honey bees enter adulthood with Varroa already attached. This causes deformity and the spread of viruses.**

At present, the products used to treat a Varroa-infested hive cannot discern between a harmful mite and a helpful honey bee. We believe a more refined and targeted alternative is needed—a method that empowers beekeepers to apply fewer of these products, less often. To provide this more precise alternative, a more intimate knowledge of both honey bees and Varroa mites is required. Advanced genetic sequencing software is helping decode the DNA of honey bees and Varroa to help create a new product that remains innocuous to honey bees, while being an effective control for Varroa mites.

## Wisdom from the Academy

As what is often the case in science, universities are providing invaluable primary research. The University of Florida is building a considerable base of knowledge on the biology behind the Varroa mite

challenge. In order to find a solution, you must first understand the problem itself.



**Visiting honey bees from infected colonies can unintentionally spread Varroa.**

## Varroa Reproductive Behavior

One fascinating area of inquiry underway in The Sunshine State is researching how Varroa invade hives prior to reproducing. It is believed that understanding this process, will help illuminate how Varroa develop a resistance to acaricides—a substance often used to control the parasite.

## Building the Bee Lab

The University of Florida is also in the process of fundraising for a dedicated honey bee research lab. The Honey Bee Research and Extension Laboratory will serve as the center for the university's efforts to better understand this pollinator and share their findings with students, beekeepers, and other conservationists.



Researchers monitoring the presence of Varroa in a field trial.

## Insights from Government

The research arm of the USDA, the Agricultural Research Service (ARS), has a number of honey bee and Varroa mite related projects. Their labs have begun breeding pests for testing and exploring natural or alternative controls. Other avenues of Varroa research include investigating how factors like humidity or the presence of essential oils influence colony health. Many throughout beekeeping, modern agriculture, and the scientific community look forward to the insights borne from these projects. Government-funded research has historically lead to countless important breakthroughs.

Honey bee health and biodiversity are rightfully on the minds of many today. The challenges facing these essential pollinators are bigger than one company, organization, or institution. For this reason, Monsanto is honored to join the cause of improving the wellbeing of honey bees. Our search is a true commitment. For the betterment of the hive, beekeeper, farmer, and consumer. As the honey bee thrives, so do we.

honey bees | varroa mite | biodiversity

For Monsanto or modern agriculture media inquiries:
Visit Media Information ›

Related

Stories | May 23, 2017

Driving Innovation in Agriculture to Combat Climate Change ›



Stories | May 16, 2017

Why Commercial Beekeeping is Crucial for Farmers ›



Stories | May 16, 2017

Update on Honey Bee Health Progress ›





Stories | July 12, 2017

# Technology Drives Efficiency During Wheat Harvest

Case: 4:17-cv-02031-SNLJ Doc. #: 1-70 Filed: 07/19/17 Page: 12 of 14 PageID #: 783

Wheat harvest is underway around the United States. We visited Brandon, a farmer in Tennessee, in June to ride-along and get behind-the-scenes during his harvest. Brandon and his family—now in their 8th generation of farming in Tennessee—grow wheat, corn, soybeans, sunflowers, and berries. The family also raises hogs.

In this video, you'll learn there's a lot more to harvesting a crop than jumping in the tractor and heading to the field. And technology has played a huge role in helping farmers like Brandon work through harvest in an efficient manner. Check out this video to hear how Brandon explains technology in modern agriculture and how it helps his family farm at one of the most exciting times of the year for a farmer.

Wheat is an important grain for many people. Along with corn and rice, wheat is one of the top three grains produced by farmers around the world, with more than 730 million metric tonnes produced in 2016-17. The wheat harvested in this video is soft red winter wheat. This type of wheat is used for various pastries, such as cakes and pie crusts. Soft red winter wheat is planted in October. It sprouts during the late fall, and then, much like the grass in your lawn, it goes dormant during the winter months. In the spring, the wheat breaks dormancy and grows to produce grain. Other types of wheat include hard red spring, hard red winter, soft white, hard white, and durum.

Monsanto has a wheat seed business, WestBred.



wheat | harvest | technology | Modern Agriculture

For Monsanto or modern agriculture media inquiries:
Visit Media Information >

Related

Stories | July 10, 2017

Family Farms: Passing on the Legacy >



Stories | July 6, 2017

Greenhouse Growing >



Stories | June 27, 2017

Bringing New Meaning to the Term 'Local Brew' >



MONSANTO

800 N. Lindbergh Boulevard
St. Louis, MO 63167

©2002-2017 Monsanto Company –
All Rights Reserved

Sitemap | Legal Notice | Privacy Policy | Contact Us

Case: 4:17-cv-02031-SNLJ Doc. #: 1-70 Filed: 07/19/17 Page: 14 of 14 PageID #: 785