UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Smokey Alley Farm Partnership, et al.,

Plaintiff,

v.

Monsanto Company, et al.,

Defendant,

Case No. 4:17-cv-2031

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER ____________________ AND ASSIGNED TO THE HONORABLE JUDGE ______________________________.

☒ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS 1:16-cv-00299-SNLJ AND THAT CASE WAS ASSIGNED TO THE HONORABLE Judge Limbaugh. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☐ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 07/19/2017

/s/ Paul A. Lesko
Signature of Filing Party