IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SMOKEY ALLEY FARM PARTNERSHIP, *et al.* ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 4:17-cv-02031-JMB |
| ) | |
| MONSANTO COMPANY, *et al.* ) | |
| ) | |
| *Defendants*. | |

### HUNTER TREE FARMS' MOTION/NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff HUNTER TREE FARMS hereby moves that its claims against Defendants should be dismissed with prejudice in their entirety.

The remaining Plaintiffs' claims against Defendants will remain in suit.

Respectfully submitted,

By: */s/ Paul A. Lesko*
Paul A. Lesko, #51914 MO
Peiffer Wolf Carr Kane & Conway APLC
818 Lafayette Avenue, Second Floor
St. Louis, Missouri 63010
Tel: 314-833-4826
plesko@peifferwolf.com

SO ORDERED this 2nd of March 2021

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ *Paul A. Lesko*