UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SMOKEY ALLEY FARM PARTNERSHIP, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| MONSANTO COMPANY, *et al.*, | ) ) ) |
| Defendants. | ) |

Case No. 4:17-cv-02031-SNLJ

In re: Dicamba Herbicides Litigation
Case no. 1:18-md-02820-SNLJ

MDL 2820

## ORDER OF DISMISSAL

This matter is before the Court on the parties' stipulation for dismissal. [Doc. 116]. The Parties have stipulated that plaintiffs' claims against defendants are dismissed with prejudice, except for any individual plaintiff who did not submit a claim in the MDL settlement, and those claims are dismissed without prejudice. [*Id.*].

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' claims against defendants are dismissed with prejudice, except for any individual plaintiff who did not submit a claim in the MDL settlement, and those claims are dismissed without prejudice

**IT IS FURTHER ORDERED** that all claims in this case having been dismissed, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 25th day of September, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE